| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Arthur W Lazear, 83603<br>HOFFMAN & LAZEAR<br>180 Grand Ave.<br>Oakland, CA 94612 | (510) 763-5700 | |
| | Ref. No. or File No. | |
| ATTORNEY FOR (Name): Plaintiff | Holman | |

Insert name of court, judicial district or branch court, if any:

United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:

Paul Holman, et al.,

DEFENDANT:

Apple Inc., et al.,

| PROOF OF SERVICE | DATE:<br>January 23, 2008 | TIME:<br>3:30 pm | DEPT/DIV:<br>4 | CASE NUMBER:<br>C 07-05152 RS |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Class Action Complaint for Damages Injunctive Relief and Restitution, Summons in a Civil Case, Civil Case Cover Sheet, Magistrate Consent Form, MAgistrate Declination form, Order Setting Initial CMC and ADR Deadlines, Standing Order for ALL Judges USDC, Standing Order Regarding CMC in Civil Case, ADR Certification by Parties & Counsel Form, ADR Packet Northern California Federal Court, ECF Registration Information Handout, General Order No. 40, General Order No. 45, General

2. Party Served:           AT&T MOBILITY, LLC

3. Person Served:          CSC Corp - Becky DeGeorge - Person authorized to accept service of process

4. Date & Time of Delivery:   October 9, 2007        2:10 pm

5. Address, City and State:   2730 GATEWAY OAKS DR STE 100
                              SACRAMENTO, CA 95833

6. Manner of Service:         Personal Service - By personally delivering copies.

Fee for Service: $ 14.95

Registered California process server.
County: SACRAMENTO
Registration No.:2006-06
Expiration: February 13, 2008

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on October 9, 2007 at Sacramento, California.

Signature: _____
           Tyler Dimaria

FF# 6649709