Max Folkenflik, Esq.
**FOLKENFLIK & MCGERITY**
1500 Broadway, 21st Floor
New York, NY 10036
Telephone:  (212) 757-0400
Facsimile:   (212) 757-2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*Filed OCT 11 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

| | |
|---|---|
| PAUL HOLMAN and LUCY RIVELLO, individually and on behalf of all others similarly situated, | Case No:   5:07-cv-5152 RS |
| Plaintiffs, | **APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| vs. | |
| APPLE, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive, | |
| Defendants. | |

Pursuant to Civil L.R. 11-3, MAX FOLKENFLIK, an active member in good standing of the bar of the United States Supreme Court, the United States Circuit Courts of Appeal for the First, Second and Third Circuits, the United States District Courts for the Southern and Eastern Districts in the State of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs and the putative class in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the United State Supreme Court, or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> H. Tim Hoffman, Esq.
> Hoffman & Lazear
> 180 Grand Avenue Suite #1550
> Oakland CA 94612
> (510) 763-5700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 9, 2007

_____
Max Folkenflik