| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Arthur W Lazear, 83603 <br> HOFFMAN & LAZEAR <br> 180 Grand Ave. Suite 1550 <br> Oakland, CA 94612 <br> TELEPHONE NO.: (510) 763-5700 <br> ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> United States District Court <br> 280 S. First St. #2112 <br> San Jose, CA 95113-3008 | |
| PLAINTIFF/PETITIONER: Holman, et al., <br> DEFENDANT/RESPONDENT: Apple Inc., et al., | CASE NUMBER: <br> C 07-05152 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: <br> Holman |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Class Action Complaint for Damages Injunctive Relief and Restitution, Summons in a Civil Case, Civil Case Cover Sheet, Magistrate Consent Form, MAgistrate Declination form, Order Setting Initial CMC and ADR Deadlines, Standing Order for ALL Judges USDC, Standing Order Regarding CMC in Civil Case, ADR Certification by Parties & Counsel Form, ADR Packet Northern California Federal Court, ECF Registration

3. a. Party served: APPLE INC.

   b. Person Served: CT Corp, Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

   BY FAX

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): October 11, 2007    (2) at (time): 3:20 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   APPLE INC.

   under:    CCP 416.10 (corporation)

7. Person who served papers
   a. Name:        Jimmy Lizama
   b. Address:     One Legal, Inc. - 132-Marin
                   504 Redwood Blvd #223
                   Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: October 15, 2007

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]                        PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10
FF# 6649708