UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HOLMAN and LUCY RIVELLO, individually and on behalf of all others similarly situated, Plaintiff(s), <br> v. <br> APPLE, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive, Defendant(s). | No. C 07-cv-05152 RS <br> AMENDED <br> DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE <br> AND <br> REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 10/18/07

Signature _____

Counsel for PLAINTIFF
(Plaintiff, Defendant, or indicate "pro se")