LATHAM & WATKINS LLP
   Daniel M. Wall (Bar No. 102580)
   Alfred C. Pfeiffer, Jr. (Bar No. 120965)
   Christopher S. Yates (Bar No. 161273)
   Adrian F. Davis (Bar No. 215827)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email:  Dan.Wall@lw.com
Email:  Al.Pfeiffer@lw.com
Email:  Chris.Yates@lw.com
Email:  Adrian.Davis@lw.com

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL HOLMAN and LUCY RIVELLO, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>  v.<br><br>APPLE, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive,<br><br>             Defendants. | CASE NO. C 07-05152 JW<br><br>**NOTICE OF APPEARANCE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in the above-captioned case on behalf of Defendant Apple Inc. and requests that all notices, orders and/or other information in this case be served upon the individuals identified below:

> Daniel M. Wall
> Alfred C. Pfeiffer, Jr.
> Christopher S. Yates
> Adrian F. Davis
> LATHAM & WATKINS LLP
> 505 Montgomery Street, Suite 2000
> San Francisco, California  94111-6538
> Telephone:  (415) 391-0600
> Facsimile:  (415) 395-8095
> Email: Dan.Wall@lw.com
> Email: Al.Pfeiffer@lw.com
> Email: Chris.Yates@lw.com
> Email: Adrian.Davis@lw.com

Dated:  October 31, 2007

Respectfully submitted,

LATHAM & WATKINS LLP

By      /s/ Christopher S. Yates
    Christopher S. Yates
    Attorneys for Defendant
    APPLE INC.

SF\631743