1  LATHAM & WATKINS LLP
    Daniel M. Wall (Bar No. 102580)
2      Alfred C. Pfeiffer, Jr. (Bar No. 120965)
    Christopher S. Yates (Bar No. 161273)
3      Adrian F. Davis (Bar No. 215827)
505 Montgomery Street, Suite 2000
4  San Francisco, California  94111-6538
Telephone:  (415) 391-0600
5  Facsimile:  (415) 395-8095
Email:   Dan.Wall@lw.com
6  Email:   Al.Pfeiffer@lw.com
Email:   Chris.Yates@lw.com
7  Email:   Adrian.Davis@lw.com

8  Attorneys for Defendant
APPLE INC.

9

10         UNITED STATES DISTRICT COURT

11         NORTHERN DISTRICT OF CALIFORNIA

12         SAN JOSE DIVISION

| | |
|---|---|
| PAUL HOLMAN and LUCY RIVELLO, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>APPLE, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO. C 07-05152 JW<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT APPLE INC. AND DEFENDANT AT&T MOBILITY, LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION EXTENDING TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT
CASE NUMBER: C 07-05152 JW

1   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Paul Holman and Lucy Rivello and Defendants Apple Inc. ("Apple") and AT&T Mobility LLC ("AT&T"), through their respective counsel that, pursuant to Civil Local Rule 6-1 (a), the time in which Apple and AT&T may move, answer, or otherwise respond to Plaintiffs' Complaint, which was filed on October 5, 2007 (*see* Docket Item #1), is extended to December 7, 2007.

IT IS FURTHER STIPULATED that if Apple and/or AT&T respond to the Complaint through a motion, the parties agree that plaintiffs' opposition to the motion shall be filed on January 10, 2008, that defendants' reply brief shall be filed on January 21, 2008, and that any such motions shall be set for hearing on February 4, 2008 or another date thereafter that the Court is available.

These changes will not alter the date of any event or any deadline already fixed by Court Order.

**IT IS SO STIPULATED.**

Dated: October 31, 2007

Respectfully submitted,

FOLKENFLIK & McGERITY

By _____
Max Folkenflik
Attorneys for Plaintiffs
PAUL HOLMAN and LUCY RIVELLO

Dated: October 31, 2007

Respectfully submitted,

CROWELL & MORING LLP

By _____
Daniel Sasse
Attorneys for Defendant
AT&T MOBILITY LLC

///

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION EXTENDING TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT
CASE NUMBER: C 07-05152 JW

| | | |
|---|---|---|
| 1 | Dated: October 31, 2007 | Respectfully submitted, |
| 2 | | LATHAM & WATKINS LLP |
| 3 | | |
| 4 | | By    /s/ Christopher S. Yates |
| 5 | | Christopher S. Yates<br>Attorneys for Defendant<br>APPLE INC. |

SF\631281

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION EXTENDING TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT
CASE NUMBER: C 07-05152 JW