| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| |    Daniel M. Wall (Bar No. 102580) |
| 2 |    Alfred C. Pfeiffer, Jr. (Bar No. 120965) |
| |    Christopher S. Yates (Bar No. 161273) |
| 3 |    Adrian F. Davis (Bar No. 215827) |
| | 505 Montgomery Street, Suite 2000 |
| 4 | San Francisco, California 94111-6538 |
| | Telephone: (415) 391-0600 |
| 5 | Facsimile: (415) 395-8095 |
| | Email: Dan.Wall@lw.com |
| 6 | Email: Al.Pfeiffer@lw.com |
| | Email: Chris.Yates@lw.com |
| 7 | Email: Adrian.Davis@lw.com |
| 8 | Attorneys for Defendant |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL HOLMAN and LUCY RIVELLO, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>   v.<br><br>APPLE, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive,<br><br>             Defendants. | CASE NO. C 07-05152 JW<br><br>**DEFENDANT APPLE INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT**<br><br>**[PURSUANT TO F.R.C.P. 7-1 AND N.D. CAL. LOCAL RULE 3-16]** |

1      Pursuant to Federal Rule of Civil Procedure 7.1, defendant Apple Inc. ("Apple") hereby discloses that it is a publicly held company with numerous shareholders.  It has no parent company, and no company owns more than ten percent (10%) of its stock..

2      Pursuant to Local Rule 3-16, the undersigned counsel certifies that the following persons are directors and officers of Apple who have a financial interest, as defined by 28 U.S.C. § 455(d)(4), in Apple:

   1.   Board of Directors:  Bill Campbell; Millard Drexler; Albert Gore Jr.; Steve Jobs; Arthur D. Levinson, Ph.D.; Dr. Eric Schmidt; and Jerry York.

   2.   Senior Executives:  Steve Jobs; Timothy D. Cook; Peter Oppenheimer; Philip W. Schiller; Tony Fadell; Ronald B. Johnson; Bertrand Serlet; Jonathan Ive; and Sina Tamaddon.

   Apple notes that it has numerous employees who actively participate in its affairs but it has only identified its Directors and Senior Executives in this disclosure.

Dated:  October 31, 2007           Respectfully submitted,

                                   LATHAM & WATKINS LLP


                                   By     /s/ Christopher S. Yates
                                       Christopher S. Yates
                                       Attorneys for Defendant
                                       APPLE INC.

SF\631740