1  Daniel A. Sasse, Esq. (CA Bar No. 236234)
   CROWELL & MORING LLP
2  3 Park Plaza, 20th Floor
   Irvine, CA 92614-8505
3  Telephone:   (949) 263-8400
   Facsimile:   (949) 263-8414
4  Email:       dsasse@crowell.com

5  Wm. Randolph Smith, Esq. (*pro hac vice* pending)
   Jeffrey H. Howard, Esq. (*pro hac vice* pending)
6  Christopher E. Ondeck, Esq. (*pro hac vice* pending)
   CROWELL & MORING LLP
7  1001 Pennsylvania Ave. N.W.
   Washington, D.C. 20004
8  Telephone:   (202) 624-2500
   Facsimile:   (202) 628-5116
9  Email:       wrsmith@crowell.com
                jhoward@crowell.com
10              condeck@crowell.com

11 Attorneys for Defendant
   AT&T Mobility LLC
12

13              **UNITED STATES DISTRICT COURT**

14     **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

15

16 PAUL HOLMAN and LUCY RIVELLO,          )   Case No. 07-CV-05152-JW
   individually and on behalf of all others )
17 similarly situated,                     )
                                           )   **NOTICE OF APPEARANCE**
18              Plaintiffs,                )
                                           )
19       v.                                )
                                           )
20 APPLE, INC., AT&T MOBILITY LLC, and     )
   DOES 1 through 50, inclusive.           )
21                                         )
                Defendants                 )
22                                         )
                                           )
23 _____)

24

25 **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

26     PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in the

27 above-captioned case on behalf of Defendant AT&T Mobility LLC and requests that all notices,

28 orders and/or other information in this case be served upon the individuals identified below:

---

1
NOTICE OF APPEARANCE
CASE NO. 07-CV-05152-JW



Daniel A. Sasse, Esq. (CA State Bar No. 236234)
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
Facsimile:  (949) 263-8414
Email:      dsasse@crowell.com

Wm. Randolph Smith, Esq.
Jeffrey H. Howard, Esq.
Christopher E. Ondeck, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Telephone: (202) 624-2500
Facsimile:  (202) 628-5116
Email:      wrsmith@crowell.com
            jhoward@crowell.com
            condeck@crowell.com

Donald M. Falk, Esq. (CA State Bar No. 150256)
Mayer Brown LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
Telephone: (650) 331-2030
Facsimile:  (650) 331-2060
Email:      dfalk@mayerbrown.com

Archis A. Parasharami, Esq.
Mayer Brown LLP
1909 K Street, N.W.
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile:  (202) 263-3300
Email:      aparasharami@mayerbrown.com

Dated: November 1, 2007                **CROWELL & MORING LLP**


By: /s/ Daniel A. Sasse
    _____
    Daniel A. Sasse, Esq.
    Crowell & Moring LLP
    3 Park Plaza, 20th Floor
    Irvine, CA  92614
    Attorneys for Defendant
    AT&T Mobility LLC

NOTICE OF APPEARANCE
CASE NO. 07-CV-05152-JW

## CERTIFICATE OF SERVICE

I, Alice Kelly, declare:

I am a citizen of the United States over the age of 18. I am employed at the law firm of Crowell & Moring LLP, 3 Park Plaza, 20th Floor, Irvine, California 92614-8505. I am not a party to or interested in the causes entitled on the documents to which this certificate of service relates.

I hereby certify that on **November 1, 2007**, I served the document described below as:

### NOTICE OF APPEARANCE

on the interested parties in this action by placing a copy thereof, enclosed in a sealed envelope, at Irvine, California, addressed as follows:

### SEE ATTACHED SERVICE LIST

☒ **BY REGULAR MAIL.** I caused such envelopes to be deposited in the United States mail, at Irvine, California with postage thereon fully prepaid, individually addressed to the parties as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to.

☐ **BY FACSIMILE TRANSMISSION.** I caused a true copy of the foregoing document(s) to be transmitted to the party listed above at the facsimile machine telephone number as last given by that person on any document which he or she has filed in this action and served upon this office.

☐ **BY FEDERAL EXPRESS.** I placed a true copy of the foregoing document in a sealed envelope or package designated by Federal Express with delivery fees paid or provided for, individually addressed to the party(s) as indicated on the attached service list, and caused such envelope(s) or package(s) to be delivered at Three Park Plaza, 20th Floor, Irvine, California 92614-8505, to an authorized courier or driver authorized by Federal Express to receive documents for overnight delivery.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of First Legal Support Services by hand to the offices of the addressee.

☐ **BY ELECTRONIC MAIL.** I caused a true copy of the foregoing document to be sent via electronic mail in .PDF format, pursuant to agreement between the parties listed on the attached service list.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this **1st day of November 2007**, at Irvine, California.

/s/ Alice Kelly
ALICE KELLY

# SERVICE LIST

*Paul Holman and Lucy Rivello v. Apple, Inc., AT&T Mobility LLC*
Case No. 07-cv-05152-JW

| | |
|---|---|
| Max Folkenflik, Esq.<br>Margaret McGerity, Esq.<br>**Folkenflik & McGerity**<br>1500 Broadway, 21st Floor<br>New York, NY 10036<br><br>Telephone    212-757-0400<br>Facsimile    212-757-2010<br>Email:    MFolkenflik@fmlaw.net<br>         MMcGerity@fmlaw.net | *Attorneys for Plaintiffs*<br>Paul Holman and Lucy Rivello |
| H. Tim Hoffman, Esq.<br>Arthur William Lazear, Esq.<br>Morgan Matthew Mack, Esq.<br>**Hoffman & Lazear**<br>180 Grand Avenue, Suite 1550<br>Oakland, CA 94612<br><br>Telephone:    510-763-5700<br>Facsimile:    510-835-1311<br>Email:    hth@hoffmanandlazear.com<br>         awl@hoffmanandlazear.com<br>         mmm@hoffmanandlazear.com | *Attorneys for Plaintiffs*<br>Paul Holman and Lucy Rivello |
| Daniel M. Wall, Esq.<br>Alfred C. Pfeiffer, Jr., Esq.<br>Christopher S. Yates, Esq.<br>Adrian F. Davis, Esq.<br>**Latham & Watkins LLP**<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538<br><br>Telephone:    415-391-0600<br>Facsimile:    415-395-8095<br>Email:    Dan.Wall@lw.com<br>         Al.Pfeiffer@lw.com<br>         Chris.Yates@lw.com<br>         Adrian.Davis@lw.com | *Attorneys for Defendant*<br>Apple Inc. |
| Donald M. Falk, Esq.<br>**Mayer Brown LLP**<br>Two Palo Alto Square, Suite 300<br>Palo Alto, CA 94306<br><br>Telephone:    650-331-2030<br>Facsimile:    650-331-2060<br>Email:    dfalk@mayerbrown.com | *Attorneys for Defendant*<br>AT&T Mobility LLC |

NOTICE OF APPEARANCE
CASE NO. 07-CV-05152-JW

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400

| | |
|---|---|
| Archis A. Parasharami, Esq.<br>**Mayer Brown LLP**<br>1909 K Street, N.W.<br>Washington, DC 20006-1101<br><br>Telephone:  202-263-3000<br>Facsimile:  202-263-3300<br>Email:  aparasharami@mayerbrown.com | ***Attorneys for Defendant***<br>AT&T Mobility LLC |

DCIWDMS: 4502213_1
074931.0000208

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400

5
NOTICE OF APPEARANCE
CASE NO. 07-CV-05152-JW