**FILED**
NOV 0 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE



# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| PAUL HOLMAN and LUCY RIVELLO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive. <br><br> Defendants | Case No. 07-cv-05152-JW <br><br> [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

cc: Wm. Randolph Smith

Wm. Randolph Smith, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number are Crowell & Moring LLP, 1001 Pennsylvania Avenue, N.W., Washington, D.C. 20004-2595, Tel: 202-624-2500, having applied in the above-entitled actions for admission to practice in the Northern District of California on a *pro hac vice* basis, representing AT&T Mobility LLC;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
CASE NO. 07-cv-05152-JW

1 | will constitute notice to the party. All future filings in this action are subject to the requirements
2 | contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11/05/07

_____
Judge James Ware
United States District Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
CASE NO. 07-cv-05152-JW
2