**FILED**
NOV 06 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
2007 NOV -1 PM 3:59
RICHARD W. WIEKING
U.S. CLERK
NO. DIST. COURT
DIST. OF CA S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

PAUL HOLMAN and LUCY RIVELLO, individually and on behalf of all others similarly situated,

  Plaintiffs,

  v.

APPLE, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive.

  Defendants

Case No. 07-cv-05152-JW

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

cc: A. Parasharami

Archis A. Parasharami, an active member in good standing of the bars of the District of Columbia and New York, whose business address and telephone number are Mayer Brown LLP, 1909 K Street, N.W., Washington, D.C. 20006-1101, Tel: 202-263-3000, having applied in the above-entitled actions for admission to practice in the Northern District of California on a *pro hac vice* basis, representing AT&T Mobility LLC;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
CASE NO. 07-cv-05152-JW

1  will constitute notice to the party. All future filings in this action are subject to the requirements
2  contained in General Order No. 45, *Electronic Case Filing*.
3
4  Dated: 11/05/07                    *James Ware*
5                                     ―――――――――――――――
                                      Judge James Ware
6                                     United States District Judge

28  [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
    CASE NO. 07-cv-05152-JW

2