FILED

NOV 08 2007

RICHARD W. WI...
CLERK, U.S. DISTRICT ...
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
2007 NOV -1 PM 4:00
RICHARD W. WILKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| PAUL HOLMAN and LUCY RIVELLO, individually and on behalf of all others similarly situated, | Case No. 07-cv-05152-JW |
| Plaintiffs, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| v. | |
| APPLE, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive. | |
| Defendants | |

Jeffrey H. Howard, an active member in good standing of the bars of the State of Virginia and the District of Columbia, whose business address and telephone number are Crowell & Moring LLP, 1001 Pennsylvania Avenue, N.W., Washington, D.C. 20004-2595, Tel: 202-624-2500, having applied in the above-entitled actions for admission to practice in the Northern District of California on a *pro hac vice* basis, representing AT&T Mobility LLC;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application

1  will constitute notice to the party. All future filings in this action are subject to the requirements

2  contained in General Order No. 45, *Electronic Case Filing*.

3

4  Dated: 11/05/07

5                                   Judge James Ware
                                    United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
    CASE NO. 07-cv-05152-JW
    2