LATHAM & WATKINS LLP
   Daniel M. Wall (Bar No. 102580)
   Alfred C. Pfeiffer, Jr. (Bar No. 120965)
   Christopher S. Yates (Bar No. 161273)
   Adrian F. Davis (Bar No. 215827)
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
Email:  Dan.Wall@lw.com
Email:  Al.Pfeiffer@lw.com
Email:  Chris.Yates@lw.com
Email:  Adrian.Davis@lw.com

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL HOLMAN and LUCY RIVELLO, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>APPLE INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive,<br><br>          Defendants. | CASE NO. C 07-05152 JW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO RELATE CASES** |

1           Apple Inc. has filed an Administrative Motion to consider whether the cases of

2  *Timothy P. Smith, et al. v. Apple Inc., AT&T Mobility LLC, et al.*, Case No. C 07-05662 RMW

3  (N.D. Cal) and *Paul Holman, et al. v. Apple Inc., AT&T Mobility LLC, et al*, Case No. C 07-

4  05152 JW (N.D. Cal) should be related pursuant to Local Civil Rule 3-12.  On the basis of the

5  materials submitted to the Court, I find that the cases are related.

6

7                  **IT IS SO ORDERED.**

8

9  Dated: _____

10                                      _____
The Honorable James Ware

11                                       UNITED STATED DISTRICT JUDGE

12  SF\633570

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28