LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
  Alfred C. Pfeiffer, Jr. (Bar No. 120965)
  Christopher S. Yates (Bar No. 161273)
  Adrian F. Davis (Bar No. 215827)
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
Email:   Dan.Wall@lw.com
Email:   Al.Pfeiffer@lw.com
Email:   Chris.Yates@lw.com
Email:   Adrian.Davis@lw.com

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL HOLMAN and LUCY RIVELLO, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>APPLE INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive,<br><br>  Defendants. | CASE NO. C 07-05152 JW<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

On **November 12, 2007**, I served the following document(s) described as:

- **DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [FILED IN *HOLMAN v APPLE ACTION*, Case No. C 07 5152 JW]; and**
- **[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO RELATE CASES [FILED IN *HOLMAN v APPLE ACTION*, Case No. C 07 5152 JW].**

to the party listed below by **Electronic Mail**:

- Adrian Frank Davis — adrian.davis@lw.com
- Donald M. Falk — dfalk@mayerbrown.com
- Max Folkenflik — max@fmlaw.net
- H. Tim Hoffman — hth@hoffmanandlazear.com
- Arthur W. Lazear — awl@hoffmanandlazear.com
- Morgan M. Mack — mmm@hoffmanandlazear.com
- Alfred C. Pfeiffer, Jr. — al.pfeiffer@lw.com
- Daniel A. Sasse — dsasse@crowell.com
- Daniel M. Wall — dan.wall@lw.com
- Christopher S. Yates — chris.yates@lw.com

by serving true copies of the above-described document(s) in the following manner:

## BY ELECTRONIC SERVICE

I caused the above-referenced document(s) to be transmitted by electronic mail transmission to the interested parties at the appropriate electronic mail addresses as set forth below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful:

| | |
|---|---|
| M. Van Smith, Esq.<br>Damian R. Fernandez, Esq.<br>LAW OFFICE OF DAMIAN R. FERNANDEZ<br>14510 Big Basin Way, Suite A, PMB 285<br>Saratoga, CA 95070-6091<br>Telephone: (408) 355-3021<br>Facsimile: (408) 904-7391<br>Email:    mvsmith@sbcglobal.net<br>              damianfernandez@gmail.com | Joseph Antonelli, Esq.<br>Janelle C. Carney, Esq.<br>LAW OFFICE OF JOSEPH ANTONELLI<br>1000 Lakes Drive, Suite 450<br>West Covina, CA 91790<br>Telephone: (626) 917-6228<br>Facsimile: (626) 917-7686<br>Email:    Jantonelli@antonellilaw.com<br>              Jcarney@antonellilaw.com |

| | |
|---|---|
| 1 | Kevin T. Barnes, Esq. |
| 2 | Gregg Lander, Esq.<br>LAW OFFICES OF KEVIN T. BARNES |
| 3 | 5670 Wilshire Boulevard, Suite 1460<br>Los Angeles, CA  90036 |
| 4 | Telephone:   (323) 549-9100<br>Facsimile:    (323) 549-0101 |
| 5 | <u>Email</u>:          barnes@kbarnes.com<br>                    lander@kbarnes.com |

I am employed in the County of San Francisco, State of California.  I am over the age of 18 years and not a party to this action.  My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 1900, San Francisco, CA  94111-2562.

Executed on **November 12, 2007**, at San Francisco, California.

                                                                     /S/ Adrian F. Davis      
                                                                    ADRIAN F. DAVIS

**BY OVERNIGHT MAIL DELIVERY**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Express Mail or other express service carrier.  Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents in a post office, mailbox, subpost office, substation, mail chute, or other like facility regularly maintained for receipt of overnight mail by Express Mail or other express service carrier; such documents are delivered for overnight mail delivery by Express Mail or other express service carrier on that same day in the ordinary course of business, with delivery fees thereon fully prepaid and/or provided for.  I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Express Mail or other express service carrier:

| | |
|---|---|
| M. Van Smith, Esq.<br>Damian R. Fernandez, Esq.<br>LAW OFFICE OF DAMIAN R. FERNANDEZ<br>14510 Big Basin Way, Suite A, PMB 285<br>Saratoga, CA  95070-6091<br>Telephone:   (408) 355-3021<br>Facsimile:    (408) 904-7391<br><u>Email</u>:          mvsmith@sbcglobal.net<br>                    damianfernandez@gmail.com | Joseph Antonelli, Esq.<br>Janelle C. Carney, Esq.<br>LAW OFFICE OF JOSEPH ANTONELLI<br>1000 Lakes Drive, Suite 450<br>West Covina, CA  91790<br>Telephone:   (626) 917-6228<br>Facsimile:    (626) 917-7686<br><u>Email</u>:          Jantonelli@antonellilaw.com<br>                    Jcarney@antonellilaw.com |

| | |
|---|---|
| Kevin T. Barnes, Esq.<br>Gregg Lander, Esq.<br>LAW OFFICES OF KEVIN T. BARNES<br>5670 Wilshire Boulevard, Suite 1460<br>Los Angeles, CA 90036<br>Telephone: (323) 549-9100<br>Facsimile: (323) 549-0101<br>Email: barnes@kbarnes.com<br>         lander@kbarnes.com | Jeffrey H. Howard, Esq.<br>Christopher E. Ondeck, Esq.<br>Wm. Randolph Smith, Esq.<br>CROWELL & MORING<br>1001 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br>Telephone: (202) 624-2909<br>Facsimile: (202) 628-5116<br>Email: jhoward@crowell.com<br>         condeck@crowell.com<br>         wrsmith@crowell.com |
| Archis Parasharami, Esq.<br>MAYER BROWN LLP<br>1909 K. Street NW<br>Washington, DC 20006<br>Telephone: (202) 263-3328<br>Facsimile: (202) 263-5328<br>Email: aparasharami@mayerbrown.com | Margaret McGerity, Esq.<br>FOLKENFLIK & MCGERITY<br>1500 Broadway, 21st Floor<br>New York, NY 10036<br>Telephone: (212) 757-0400<br>Facsimile: (212) 757-2010<br>Email: mmcgerity@fmlaw.net |

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 12, 2007**, at San Francisco, California.

*/s/ Linda C. Tam*
Linda C. Tam

SF\633591