Daniel A. Sasse, Esq. (CA Bar No. 236234)
David E. Crowe, Esq. (CA Bar No. 224895)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: (949) 263-8400
Facsimile: (949) 263-8414
Email: dsasse@crowell.com
dcrowe@crowell.com

Wm. Randolph Smith, Esq. (*pro hac vice*)
Jeffrey H. Howard, Esq. (*pro hac vice*)
Christopher E. Ondeck, Esq. (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave. N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: wrsmith@crowell.com
jhoward@crowell.com
condeck@crowell.com

Attorneys for Defendant
AT&T Mobility LLC

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

PAUL HOLMAN and LUCY RIVELLO, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

APPLE, INC., AT&T MOBILITY LLC, and DOES 1 through 50, inclusive.

Defendants

Case No. 07-CV-05152-JW

**DANIEL A. SASSE'S DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

**Date: Not Scheduled**
**Time: Not Scheduled**
**Judge: Honorable James Ware**

I, Daniel A. Sasse, declare as follows:

1. I am an attorney licensed to practice in the State of California and I am an

1

DANIEL A. SASSE'S DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT
CASE NO. 07-CV-05152-JW

attorney of record for AT&T Mobility, LLC ("ATTM") in the above entitled action. I make this declaration based on my personal knowledge and, if called as a witness by the court, I could and would be competent to testify to the matters set forth below.

2. Attached hereto as Exhibit "A" is a true and correct copy of the First Amended Complaint that was filed in the Superior Court of the State of California for the County of Santa Clara on November 2, 2007, entitled Timothy P. Smith; Michael G. Lee, Dennis V. Macasaddu; Mark Morikawa; and Vincent Scotti, on behalf of themselves and all other similarly situated vs. Apple Inc.; AT&T Mobility LLC; and Does One through One Hundred, inclusive, Case No. 1-07-CV-095781.

3. Attached hereto as Exhibit "B" is a true and correct copy of Defendant Apple Inc's ("Apple") Notice of Removal of the action in Smith from the Superior Court of the State of California for the County of Santa Clara to the Northern District Court of California pursuant to 28 U.S.C. §§ 1331, 1332, 1446, and 1453. Defendant ATTM filed a motion to join in this removal on November 7, 2007.

4. Attached hereto as Exhibit "C" is a true and correct copy of the Reassignment Order assigning the Smith action to the Honorable Ronald M. Whyte.

5. Attached as Exhibit "D" is a true and correct copy of the stipulation extending time between plaintiffs in the Smith action and Defendants Apple and ATTM.

6. I contacted Plaintiffs' counsel, Mr. Max Folkenflik, via email on November 9, 2007, requesting Plaintiffs stipulate to a briefing schedule that has the same timing as the briefing schedule in the *Smith* case, Exhibit D. Mr. Folkenflik, via email on November 10, 2007, denied my request to stipulate to a changed briefing schedule. On November 15, 2007, I again emailed Mr. Folkenflik requesting Plaintiffs stipulate to a changed briefing schedule and included a draft of the Defendants' Motion to Enlarge Time to Answer or Otherwise Respond to Plaintiffs' Complaint. I also left voice-mails for Mr. Folkenflik on November 15 and 16 with the same request. Mr. Folkenflik denied to stipulate.

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400

2

DANIEL A. SASSE'S DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT
CASE NO. 07-CV-05152-JW

I declare under the penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the 16h day of November 2007, at Irvine, California.

s/ Daniel A. Sasse
Daniel A. Sasse, Esq.

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400

**CERTIFICATE OF SERVICE**

I, Alice Kelly, declare:

I am a citizen of the United States over the age of 18. I am employed at the law firm of Crowell & Moring LLP, 3 Park Plaza, 20th Floor, Irvine, California 92614-8505. I am not a party to or interested in the causes entitled on the documents to which this certificate of service relates.

I hereby certify that on **November 16, 2007**, I served the document described below as:

**DANIEL A. SASSE'S DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

on the interested parties in this action by placing a copy thereof, enclosed in a sealed envelope, at Irvine, California, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **BY REGULAR MAIL.** I caused such envelopes to be deposited in the United States mail, at Irvine, California with postage thereon fully prepaid, individually addressed to the parties as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to.

☐ **BY FACSIMILE TRANSMISSION.** I caused a true copy of the foregoing document(s) to be transmitted to the party listed above at the facsimile machine telephone number as last given by that person on any document which he or she has filed in this action and served upon this office.

☐ **BY FEDERAL EXPRESS.** I placed a true copy of the foregoing document in a sealed envelope or package designated by Federal Express with delivery fees paid or provided for, individually addressed to the party(s) as indicated on the attached service list, and caused such envelope(s) or package(s) to be delivered at Three Park Plaza, 20th Floor, Irvine, California 92614-8505, to an authorized courier or driver authorized by Federal Express to receive documents for overnight delivery.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of First Legal Support Services by hand to the offices of the addressee.

☒ **BY ELECTRONIC MAIL.** I caused a true copy of the foregoing document to be sent via electronic mail in .PDF format, pursuant to agreement between the parties listed on the attached service list.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this **16th day of November 2007**, at Irvine, California.

/s/ Alice Kelly
ALICE KELLY

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400

**SERVICE LIST**

*Paul Holman and Lucy Rivello v. Apple, Inc., AT&T Mobility LLC*
Case No. 07-cv-05152-JW

| | |
|---|---|
| Max Folkenflik, Esq.<br>Margaret McGerity, Esq.<br>**Folkenflik & McGerity**<br>1500 Broadway, 21st Floor<br>New York, NY 10036<br><br>Telephone 212-757-0400<br>Facsimile 212-757-2010<br>Email: MFolkenflik@fmlaw.net<br>MMcGerity@fmlaw.net | ***Attorneys for Plaintiffs***<br>Paul Holman and Lucy Rivello |
| H. Tim Hoffman, Esq.<br>Arthur William Lazear, Esq.<br>Morgan Matthew Mack, Esq.<br>**Hoffman & Lazear**<br>180 Grand Avenue, Suite 1550<br>Oakland, CA 94612<br><br>Telephone: 510-763-5700<br>Facsimile: 510-835-1311<br>Email: hth@hoffmanandlazear.com<br>awl@hoffmanandlazear.com<br>mmm@hoffmanandlazear.com | ***Attorneys for Plaintiffs***<br>Paul Holman and Lucy Rivello |
| Daniel M. Wall, Esq.<br>Alfred C. Pfeiffer, Jr., Esq.<br>Christopher S. Yates, Esq.<br>Adrian F. Davis, Esq.<br>**Latham & Watkins LLP**<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538<br><br>Telephone: 415-391-0600<br>Facsimile: 415-395-8095<br>Email: Dan.Wall@lw.com<br>Al.Pfeiffer@lw.com<br>Chris.Yates@lw.com<br>Adrian.Davis@lw.com | ***Attorneys for Defendant***<br>Apple Inc. |
| Donald M. Falk, Esq.<br>**Mayer Brown LLP**<br>Two Palo Alto Square, Suite 300<br>Palo Alto, CA 94306<br><br>Telephone: 650-331-2030<br>Facsimile: 650-331-2060<br>Email: dfalk@mayerbrown.com | ***Attorneys for Defendant***<br>AT&T Mobility LLC |

Archis A. Parasharami, Esq.
**Mayer Brown LLP**
1909 K Street, N.W.
Washington, DC 20006-1101

Telephone: 202-263-3000
Facsimile: 202-263-3300
Email: aparasharami@mayerbrown.com

*Attorneys for Defendant*
AT&T Mobility LLC

DCIWDMS: 4502213_1
074931.0000208

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400