**EXHIBIT D**

1  LATHAM & WATKINS LLP
      Daniel M. Wall (Bar No. 102580)
2     Alfred C. Pfeiffer, Jr. (Bar No. 120965)
      Christopher S. Yates (Bar No. 161273)
3     Adrian F. Davis (Bar No. 215827)
   505 Montgomery Street, Suite 2000
4  San Francisco, California 94111-6538
   Telephone: (415) 391-0600
5  Facsimile: (415) 395-8095
   Email: Dan.Wall@lw.com
6  Email: Al.Pfeiffer@lw.com
   Email: Chris.Yates@lw.com
7  Email: Adrian.Davis@lw.com

8  Attorneys for Defendant
   APPLE INC.
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13
   TIMOTHY P. SMITH; MICHAEL G. LEE;          CASE NO. 07-CV-05662-RMW (PVT)
14 DENNIS V. MACASADDU; MARK G.
   MORIKAWA; and VINCENT SCOTTI, on           STIPULATION EXTENDING TIME FOR
15 behalf of themselves and all others similarly   DEFENDANT APPLE INC. AND
   situated,                                   DEFENDANT AT&T MOBILITY LLC TO
16                                             ANSWER OR OTHERWISE RESPOND TO
                   Plaintiffs,                 PLAINTIFFS' COMPLAINT
17
          v.
18
   APPLE INC.; AT&T MOBILITY LLC; and
19 DOES ONE through ONE HUNDRED,
   inclusive
20
                   Defendants.
21

22
23
24
25
26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION EXTENDING TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT
CASE NUMBER: 07-CV-05662- RMW (PVT)

1    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Timothy P. Smith, Michael G. Lee, Dennis V. Macasaddu, Mark G. Morikawa and Vincent Scotti and Defendants Apple Inc. ("Apple") and AT&T Mobility LLC ("ATTM"), through their respective counsel that, pursuant to Civil Local Rule 6-1 (a), the time in which Apple and AT&T may move, answer, or otherwise respond to Plaintiffs' First Amended Complaint, which was filed in state court on November 2, 2007 (the action was removed to this Court on November 7, 2007) (*see* Docket Item #1), is extended to and including December 21, 2007.

    IT IS FURTHER STIPULATED that if Apple and/or ATTM respond to the Complaint through a motion, the parties agree that plaintiffs' opposition to the motion shall be filed on January 31, 2008, that defendants' reply brief(s) shall be filed on February 11, 2008, and that any such motions shall be set for hearing on February 25, 2008 or another date thereafter that the Court is available.

    These changes will not alter the date of any event or any deadline already fixed by Court Order.

    IT IS SO STIPULATED.

Dated: November 9, 2007

Respectfully submitted,

LAW OFFICE OF DAMIAN R. FERNANDEZ

By _Damian R. Fernandez_
Damian R. Fernandez
Attorneys for Plaintiffs
TIMOTHY P. SMITH, MICHAEL G. LEE, DENNIS V. MACASADDU, MARK G. MORIKAWA and VINCENT SCOTTI

Dated: November 8, 2007

Respectfully submitted,

CROWELL & MORING LLP

By _Daniel Sasse_
Daniel Sasse
Attorneys for Defendant
AT&T MOBILITY LLC

1  Dated: November 9, 2007                Respectfully submitted,

2                                         LATHAM & WATKINS LLP

4                                         By _____/s/ Christopher S. Yates_____
                                              Christopher S. Yates
5                                             Attorneys for Defendant
                                              APPLE INC.

7  SF\631389

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION EXTENDING TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT
CASE NUMBER: 07-CV-05662-RMW (PVT)