1  Daniel A. Sasse, Esq. (CA Bar No. 236234)
   David E. Crowe, Esq. (CA Bar No. 224895)
2  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
3  Irvine, CA 92614-8505
   Telephone:   (949) 263-8400
4  Facsimile:   (949) 263-8414
   Email:       dsasse@crowell.com
5               dcrowe@crowell.com

6  Wm. Randolph Smith, Esq. (*pro hac vice*)
   Jeffrey H. Howard, Esq. (*pro hac vice*)
7  Christopher E. Ondeck, Esq. (*pro hac vice*)
   CROWELL & MORING LLP
8  1001 Pennsylvania Ave. N.W.
   Washington, D.C. 20004
9  Telephone:   (202) 624-2500
   Facsimile:   (202) 628-5116
10 Email:       wrsmith@crowell.com
                jhoward@crowell.com
11              condeck@crowell.com

12 Attorneys for Defendant
   AT&T Mobility LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re Apple & AT&TM Antitrust Litigation. | Case No. 07-CV-05152-JW<br><br>**DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PERSONS OR ENTITIES** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, defendant AT&T Mobility LLC ("ATTM") certifies that the following listed corporation: (i) has a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) has a

1

non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: AT&T Mobility Corporation; SBC Long Distance, LLC; SBC Alloy Holdings, Inc.; BLS Cingular Holdings, LLC; Bell South Mobile Data, Inc.; AT&T Inc; and Bell South Corporation.

ATTM is a Deleaware limited liability company. The above companies are owners. No publicly held corporation owns 10% or more of its stock.

Dated: December 7, 2007

**CROWELL & MORING LLP**

By: _____
Daniel A. Sasse, Esq.
David E. Crowe, Esq.
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Attorneys for Defendant
AT&T Mobility LLC

# CERTIFICATE OF SERVICE

I, Natalie J. Pantoja, declare:

I am a citizen of the United States over the age of 18. I am employed at the law firm of Crowell & Moring LLP, 3 Park Plaza, 20th Floor, Irvine, California 92614-8505. I am not a party to or interested in the causes entitled on the documents to which this certificate of service relates.

I hereby certify that on **December 7, 2007**, I served the document described below as:

**DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PERSONS OR ENTITIES**

on the interested parties in this action by placing a copy thereof, enclosed in a sealed envelope, at Irvine, California, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL.** I caused such envelopes to be deposited in the United States mail, at Irvine, California with postage thereon fully prepaid, individually addressed to the parties as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to.

☐ **BY FACSIMILE TRANSMISSION.** I caused a true copy of the foregoing document(s) to be transmitted to the party listed above at the facsimile machine telephone number as last given by that person on any document which he or she has filed in this action and served upon this office.

☐ **BY FEDERAL EXPRESS.** I placed a true copy of the foregoing document in a sealed envelope or package designated by Federal Express with delivery fees paid or provided for, individually addressed to the party(s) as indicated on the attached service list, and caused such envelope(s) or package(s) to be delivered at Three Park Plaza, 20th Floor, Irvine, California 92614-8505, to an authorized courier or driver authorized by Federal Express to receive documents for overnight delivery.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of First Legal Support Services by hand to the offices of the addressee.

☐ **BY ELECTRONIC MAIL.** I caused a true copy of the foregoing document to be sent via electronic mail in .PDF format, pursuant to agreement between the parties listed on the attached service list.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this **7th day of December 2007**, at Irvine, California.

/s/ Natalie J. Pantoja
NATALIE J. PANTOJA

3

DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PERSONS OR ENTITIES
CASE NO. 07-CV-05152-JW

# SERVICE LIST

*Paul Holman and Lucy Rivello v. Apple, Inc., AT&T Mobility LLC*
Case No. 07-cv-05152-JW

| | |
|---|---|
| Max Folkenflik, Esq.<br>Margaret McGerity, Esq.<br>**Folkenflik & McGerity**<br>1500 Broadway, 21st Floor<br>New York, NY  10036<br><br>Telephone    212-757-0400<br>Facsimile    212-757-2010<br>Email:    MFolkenflik@fmlaw.net<br>MMcGerity@fmlaw.net | ***Attorneys for Plaintiffs***<br>Paul Holman and Lucy Rivello |
| H. Tim Hoffman, Esq.<br>Arthur William Lazear, Esq.<br>Morgan Matthew Mack, Esq.<br>**Hoffman & Lazear**<br>180 Grand Avenue, Suite 1550<br>Oakland, CA  94612<br><br>Telephone:    510-763-5700<br>Facsimile:    510-835-1311<br>Email:    hth@hoffmanandlazear.com<br>awl@hoffmanandlazear.com<br>mmm@hoffmanandlazear.com | ***Attorneys for Plaintiffs***<br>Paul Holman and Lucy Rivello |
| Daniel M. Wall, Esq.<br>Alfred C. Pfeiffer, Jr., Esq.<br>Christopher S. Yates, Esq.<br>Adrian F. Davis, Esq.<br>**Latham & Watkins LLP**<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111-6538<br><br>Telephone:    415-391-0600<br>Facsimile:    415-395-8095<br>Email:    Dan.Wall@lw.com<br>Al.Pfeiffer@lw.com<br>Chris.Yates@lw.com<br>Adrian.Davis@lw.com | ***Attorneys for Defendant***<br>Apple Inc. |
| Donald M. Falk, Esq.<br>**Mayer Brown LLP**<br>Two Palo Alto Square, Suite 300<br>Palo Alto, CA  94306<br><br>Telephone:    650-331-2030<br>Facsimile:    650-331-2060<br>Email:    dfalk@mayerbrown.com | ***Attorneys for Defendant***<br>AT&T Mobility LLC |

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400

| | | |
|---|---|---|
| 2<br>3<br>4<br>5<br>6 | Archis A. Parasharami, Esq.<br>**Mayer Brown LLP**<br>1909 K Street, N.W.<br>Washington, DC 20006-1101<br><br>Telephone:   202-263-3000<br>Facsimile:    202-263-3300<br>Email:          aparasharami@mayerbrown.com | ***Attorneys for Defendant***<br>AT&T Mobility LLC |
| 7<br>8<br>9<br>10<br>11 | M. Van Smith, Esq.<br>Damian R. Fernandez, Esq.<br>**Law Offices of Damian R. Fernandez**<br>14510 Big Basin Way, Suite A, PMB 285<br>Saratoga, CA  95070-6091<br><br>Telephone:   408-391-0600<br>Facsimile:    408-904-7391<br>Email:          mysmith@sbcglobal.net<br>                    damianfernandez@gmail.com | ***Attorneys for Plaintiffs***<br>Timothy P. Smith, Michael G. Lee,<br>Dennis V. Macasaddu, Mark G. Morikawa<br>and Vincent Scotti |

DCIWDMS: 4738897_1
074931.0000208