EXHIBIT 2

**Daniel M. Wall**
Direct Dial: (415) 395-8240
dan.wall@lw.com

505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel: +1.415.391.0600 Fax: +1.415.395.8095
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

File No. 036209-0026

December 6, 2007

## BY FEDERAL EXPRESS

Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

> Re: *Herbert H. Kliegerman, et al. v. Apple, Inc. and AT&T Mobility, LLC* (S.D.N.Y., No. 07-CV-08404-PKC);
>
> *In re Apple and AT&TM Anti-Trust Litigation*, (N.D. Cal. No. CV-07-05152-JW), *formerly Timothy P. Smith, et al. v. Apple, Inc., AT&T Mobility, LLC, et al.* (N.D. Cal. No. 07-CV-05562-JW; and *Paul Holman, et al. v. Apple, Inc., AT&T Mobility, LLC, et al.* (N.D. Cal. No. 07-CV-05152-JW)

Dear Judge Castel:

We represent defendant Apple Inc. ("Apple") in *Kliegerman, et al. v. Apple, Inc. and AT&T Mobility, LLC* ("*Kleigerman*"), currently pending before Your Honor. We write on behalf of our client to alert the Court that two related cases, *Smith, et al. v. Apple, Inc., AT&T Mobility, LLC, et al.* ("*Smith*") and *Holman, et al. v. Apple, Inc., AT&T Mobility, LLC, et al.* ("*Holman*") are currently pending in the Northern District of California, before the Hon. James Ware, and to advise the Court of a recent development in the related cases.

*Kliegerman*, *Smith* and *Holman* all involve the same named defendants (Apple and AT&T Mobility, LLC), and all present similar antitrust and unfair competition claims based on marketing and technological issues relating to the iPhone. All three cases purport to represent nationwide classes of all persons who purchased an iPhone.

By administrative motion in the *Holman* case dated November 9, 2007, Apple requested a finding that the *Smith* and *Holman* cases are related under the Local Rules of the United States District Court, Northern District of California. Judge Ware granted Apple's motion on November 30, 2007. In addition, Judge Ware *sua sponte* ordered the consolidation of the actions, the filing of a consolidated amended complaint, and the use of the caption *In re Apple*

LATHAM&WATKINS LLP

*and AT&TM Anti-Trust Litigation*, CV-07-05152-JW.  A copy of Judge Ware's November 30, 2007 Order is attached hereto as Exhibit 1.

Please do not hesitate to let us know if you have any questions or would like any additional information.

Respectfully submitted,

Daniel M. Wall

Daniel M. Wall
of LATHAM & WATKINS LLP
*(Pro Hac Vice application pending)*

Enclosure
cc:     Counsel for Plaintiffs in *Kliegerman*
        Counsel for Plaintiffs in *In re Apple and AT&TM Anti-Trust Litigation*
        Counsel for AT&T Mobility LLC
            (all cc's by email and with enclosure)

1

2

3

4

5

6

7        IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9        SAN JOSE DIVISION

10                                          NO. C 07-05152 JW
                                            NO. C 07-05662 RMW
11       In Re Apple & AT&TM Anti-Trust Litigation
                                            **ORDER RELATING CASES;
12                                          CONSOLIDATING CASES; AND
                                            SETTING CASE MANAGEMENT
13                                          CONFERENCE**

14

15       _____/

16           Presently before the Court is Defendant Apple, Inc. ("Apple") Administrative Motion to

17   Consider Whether Cases Should be Related, filed on November 9, 2007.  Apple moves the Court to

18   consider whether Timothy Smith, et. al., v. Apple, Inc. et. al., No. C 07-05662 RMW, is related to

19   the above-entitled action.  Having considered Apple's submissions, the Court finds the two actions

20   are "related cases" within the meaning of Civ. L.R. 3-12 because they involve substantially the same

21   transaction and parties.  Both actions allege causes of actions for anti-trust violations,

22   monopolization, and unfair business practices stemming from Apple's exclusive agreement with

23   AT&T Mobility, LLC ("AT&TM") regarding Apple's iPhone.  The Smith action also includes

24   purchasers of music and ringtones from Apple's iTunes store.  However, the causes of action related

25   to this additional group are not substantial when compared to the majority of the causes of action

26   which pertain to the alleged anti-trust violations.  Accordingly, the Court, *sua sponte*, consolidates

27   the two actions.

28

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1   Since <u>Holman</u> is the first to filed case, it shall be the lead case. Plaintiffs' counsel for both

2   actions are appointed Co-Lead Counsel. All future filings shall be filed in C 07-05152 JW and bear

3   the following caption: *In Re Apple & AT&TM Anti-Trust Litigation.*

4   The Court vacates all previous deadlines and case schedules. A Consolidated Amended

5   Complaint shall be filed within thirty (30) days from the date of this Order. The parties shall appear

6   for an Initial Case Management Conference on **January 28, 2008 at 10:00 A.M.** Pursuant to the

7   Civil Local Rules of Court, the parties shall meet and confer, and file a Joint Case Management

8   Statement by January 18, 2008.

9

10  Dated: November 30, 2007

_____
JAMES WARE
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**United States District Court**
For the Northern District of California

1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 | Adrian Frank Davis adrian.davis@lw.com
Alfred Carroll Pfeiffer Al.Pfeiffer@lw.com
3 | Arthur William Lazear awl@hoffmanandlazear.com
Christopher S. Yates chris.yates@lw.com
4 | Daniel Allen Sasse dsasse@crowell.com
Daniel Murray Wall dan.wall@lw.com
5 | Donald M. Falk dfalk@mayerbrown.com
H. Tim Hoffman hth@hoffmanandlazear.com
6 | Max Folkenflik max@fmlaw.net
Morgan Matthew Mack mmm@hoffmanandlazear.com
7 | David Eldon Crowe dcrowe@crowell.com
M. Van Smith mvsmith@sbcglobal.net

8 |

9 | **Dated:  November 30, 2007**                    Richard W. Wieking, Clerk

10 |

11 |                                        By:   /s/ JW Chambers
                                            **Elizabeth Garcia**
12 |                                        **Courtroom Deputy**