LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
  Alfred C. Pfeiffer, Jr. (Bar No. 120965)
  Christopher S. Yates (Bar No. 161273)
  Adrian F. Davis (Bar No. 215827)
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
Email:   Dan.Wall@lw.com
Email:   Al.Pfeiffer@lw.com
Email:   Chris.Yates@lw.com
Email:   Adrian.Davis@lw.com

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE & AT&TM ANTI-TRUST LITIGATION | CASE NO. C 07-05152 JW<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

On **December 20, 2007**, I served the following document(s) described as:

- **NOTICE OF PENDENCY OF ACTION OR OTHER PROCEEDING**

to the party listed below and in the following manner described preceding each list of recipients:

**BY NOTICE OF ELECTRONIC FILING**

The following parties were served **electronically** by simultaneously filing the attached document(s) with the United States District Court, Northern District of California, Case No. 07-05152 JW:

- Adrian Frank Davis — adrian.davis@lw.com
- Donald M. Falk — dfalk@mayerbrown.com
- Max Folkenflik — max@fmlaw.net
- H. Tim Hoffman — hth@hoffmanandlazear.com
- Arthur W. Lazear — awl@hoffmanandlazear.com
- Morgan M. Mack — mmm@hoffmanandlazear.com
- Alfred C. Pfeiffer, Jr. — al.pfeiffer@lw.com
- Daniel A. Sasse — dsasse@crowell.com
- Daniel M. Wall — dan.wall@lw.com
- Christopher S. Yates — chris.yates@lw.com

by serving true copies of the above-described document(s) in the following manner:

**BY U.S. MAIL**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP's interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

| | |
|---|---|
| M. Van Smith, Esq. | Joseph Antonelli, Esq. |
| Damian R. Fernandez, Esq. | Janelle C. Carney, Esq. |
| LAW OFFICE OF DAMIAN R. FERNANDEZ | LAW OFFICE OF JOSEPH ANTONELLI |
| 14510 Big Basin Way, Suite A, PMB 285 | 1000 Lakes Drive, Suite 450 |
| Saratoga, CA 95070-6091 | West Covina, CA 91790 |
| Telephone: (408) 355-3021 | Telephone: (626) 917-6228 |
| Facsimile: (408) 904-7391 | Facsimile: (626) 917-7686 |
| Email: mvsmith@sbcglobal.net | Email: Jantonelli@antonellilaw.com |
| damianfernandez@gmail.com | Jcarney@antonellilaw.com |

| | |
|---|---|
| Kevin T. Barnes, Esq.<br>Gregg Lander, Esq.<br>LAW OFFICES OF KEVIN T. BARNES<br>5670 Wilshire Boulevard, Suite 1460<br>Los Angeles, CA 90036<br>Telephone: (323) 549-9100<br>Facsimile: (323) 549-0101<br>Email: barnes@kbarnes.com<br>lander@kbarnes.com | Jeffrey H. Howard, Esq.<br>Christopher E. Ondeck, Esq.<br>Wm. Randolph Smith, Esq.<br>CROWELL & MORING<br>1001 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br>Telephone: (202) 624-2909<br>Facsimile: (202) 628-5116<br>Email: jhoward@crowell.com<br>condeck@crowell.com<br>wrsmith@crowell.com |
| Archis Parasharami, Esq.<br>MAYER BROWN LLP<br>1909 K. Street NW<br>Washington, DC 20006<br>Telephone: (202) 263-3328<br>Facsimile: (202) 263-5328<br>Email: aparasharami@mayerbrown.com | Margaret McGerity, Esq.<br>FOLKENFLIK & MCGERITY<br>1500 Broadway, 21st Floor<br>New York, NY 10036<br>Telephone: (212) 757-0400<br>Facsimile: (212) 757-2010<br>Email: mmcgerity@fmlaw.net |

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 20, 2007**, at San Francisco, California.

*/s/ Linda C. Tam*
Linda C. Tam

SF\636176.1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CERTIFICATE OF SERVICE
CASE NOS. C 07-5152 JW AND C 07-5662 JW