M. Van Smith (CA Bar No. 32007)
Damian R. Fernandez (CA Bar No. 206662)
**LAW OFFICE OF DAMIAN R. FERNANDEZ**
14510 Big Basin Way, Suite A, PMB 285
Saratoga, California 95070-6091
Telephone: (408) 355-3021
Facsimile: (408) 904-7391
Email:  mvsmith@sbcglobal.net
        damianfernandez@gmail.com

Joseph Antonelli (CA Bar No. 137039)          Kevin T. Barnes (CA Bar No. 138477)
Janelle C. Carney (CA Bar No. 201570)         Gregg Lander (CA Bar No. 194018)
**LAW OFFICE OF JOSEPH ANTONELLI**            LAW OFFICES OF KEVIN T. BARNES
1000 Lakes Drive, Suite 450                   5670 Wilshire Boulevard, Suite 1460
West Covina, California 91790                 Los Angeles, California 90036
Tel: (626) 917-6228; Fax: (626) 917-7686      Tel: (323) 549-9100; Fax: (323) 549-0101
Email:  Jantonelli@antonellilaw.com           Email:  barnes@kbarnes.com
        Jcarney@antonellilaw.com                      lander@kbarnes.com

Co-Lead Counsel for Plaintiffs and the Proposed Classes

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re Apple & AT&TM Anti-Trust Litigation | NO. C 07-05152 JW<br><br>**NOTICE OF APPEARANCE**<br><br>**(General Order No. 45(IV)(c).)**<br><br>Judge: Honorable James Ware<br><br>Action Filed:  10/05/2007<br>CMC:          01/28/2008 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

      1.      On November 30, 2007, the Court *sua sponte* consolidated *Smith vs Apple and AT&T Mobility LLC*, No. C 07-CV-05662-RMW with *Holman vs Apple and AT&T Mobility LLC*, No. C 07-05152-JW. The Court ordered that all future filings shall be filed in C 07-05152-JW and bear the following caption: "In Re Apple & AT&TM Anti-Trust Litigation".

2.    **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record in the above-captioned case on behalf of plaintiffs TIMOTHY P. SMITH, MICHAEL G. LEE, DENNIS V. MACASADDU, MARK G. MORIKAWA, and VINCENT SCOTTI and the members of the purported class. All notices, orders and/or other information in this case should be served upon the individuals identified below:

M. Van Smith (CA Bar No. 32007)
Damian R. Fernandez (CA Bar No. 206662)
**LAW OFFICE OF DAMIAN R. FERNANDEZ**
14510 Big Basin Way, Suite A, PMB 285
Saratoga, California 95070-6091
Telephone: (408) 355-3021
Facsimile: (408) 904-7391
Email:  mvsmith@sbcglobal.net
         damianfernandez@gmail.com

Joseph Antonelli (CA Bar No. 137039)          Kevin T. Barnes (CA Bar No. 138477)
Janelle C. Carney (CA Bar No. 201570)         Gregg Lander (CA Bar No. 194018)
**LAW OFFICE OF JOSEPH ANTONELLI**            **LAW OFFICES OF KEVIN T. BARNES**
1000 Lakes Drive, Suite 450                   5670 Wilshire Boulevard, Suite 1460
West Covina, California 91790                 Los Angeles, California 90036
Tel: (626) 917-6228; Fax: (626) 917-7686      Tel: (323) 549-9100; Fax: (323) 549-0101
Email:  Jantonelli@antonellilaw.com           Email:  barnes@kbarnes.com
         Jcarney@antonellilaw.com                      lander@kbarnes.com

Dated: December 21, 2007              Respectfully submitted,

                                      LAW OFFICE OF DAMIAN R. FERNANDEZ

                                      By: _____/S/ Damian R. Fernandez_____
                                          Damian R. Fernandez
                                          M. Van Smith, Joseph Antonelli, Kevin Barnes,
                                          Janelle C. Carney, Gregg Lander
                                          Co-Lead Counsel for Plaintiffs

///
///
///
///
///

---

## CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Law Office of Joseph Antonelli, 1000 Lakes Drive, Suite 450, West Covina, California 91790-2918

On **December 21, 2007**, I served the document(s) described as:

▪ **NOTICE OF APPEARANCE**

to the parties listed below and in the following manner described preceding each list of recipients:

**BY NOTICE OF ELECTRONIC FILING**

The following persons were served **electronically** by simultaneously filing the attached document(s) with the United States District Court, Northern District of California, Case No. 07-05152-JW:

**Attorneys for Apple**
- Adrian Frank Davis — adrian.davis@lw.com
- Alfred Carroll Pfeiffer, Jr. — Al.Pfeiffer@lw.com
- Daniel Murray Wall — dan.wall@lw.com
- Christopher S. Yates — chris.yates@lw.com

**Attorneys For AT&T Mobility**
- David Eldon Crowe — dcrowe@crowell.com
- Donald M. Falk — dfalk@mayerbrown.com
- Jeffrey H. Howard — jhoward@crowell.com
- Christopher E. Ondeck — condeck@crowell.com
- Daniel Allen Sasse — dsasse@crowell.com
- Wm. Randolph Smith — wrsmith@crowell.com

**Co-Lead Counsel for Plaintiffs**
- Max Folkenflik — max@fmlaw.net
- H. Tim Hoffman — hth@hoffmanandlazear.com
- Arthur William Lazear — awl@hoffmanandlazear.com
- Morgan Matthew Mack — mmm@hoffmanandlazear.com
- Alfred C. Pfeiffer, Jr. — al.pfeiffer@lw.com

**BY ELECTRONIC EMAIL**

The following persons were served by **regular electronic mail** because they have not registered for Electronic Case Filing with this Court:

**Co-Lead Counsel for Plaintiffs**
- Margaret McGerity — mmcgerity@fmlaw.net

**Attorneys For AT&T Mobility**
- Archis A. Parasharami — aparasharami@mayerbrown.com

| | |
|---|---|
| 1 | **BY U.S. MAIL** |

2        I am familiar with the office practice of the Law Office of Joseph Antonelli for collecting
and processing documents for mailing with the United States Postal Service. Under that practice,
3    documents are deposited with the Law Office of Joseph Antonelli personnel responsible for
depositing documents with the United States Postal Service; such documents are delivered to the
4    United States Postal Service on that same day in the ordinary course of business, with postage
thereon fully prepaid. I deposited in the Law Office of Joseph Antonelli's interoffice mail a sealed
5    envelope or package containing the above-described document and addressed as set forth below in
accordance with the office practice of the Law Office of Joseph Antonelli for collecting and
6    processing documents for mailing with the United States Postal Service:
7

8        I declare that I am employed in the office of a member of the Bar of, or permitted to
practice before, this Court at whose direction the service was made and declare under penalty of
9    perjury that the foregoing is true and correct.
10

11        Executed on **December 21, 2007**, at West Covina, California.
12

13                       _____/S/_____
14                              Jerin Rudd

15    ///
16    ///
17    ///
18    ///
19    ///
20    ///
21    ///
22    ///
23    ///
24    ///
25    ///
26    ///
27    ///
28    ///

| | | |
|---|---|---|
| **December 21, 2007** | **NOTICE OF APPEARANCE** | **Page 4 of 4** |