M. Van Smith (CA Bar No. 32007)
Damian R. Fernandez (CA Bar No. 206662)
**LAW OFFICE OF DAMIAN R. FERNANDEZ**
14510 Big Basin Way, Suite A, PMB 285
Saratoga, California 95070-6091
Telephone: (408) 355-3021
Facsimile: (408) 904-7391
Email:   mvsmith@sbcglobal.net
              damianfernandez@gmail.com

Max Folkenflik (*pro hac vice*)
**FOLKENFLIK & McGERITY**
1500 Broadway, 21st Floor
New York, NY 10036
Telephone: (212) 757-0400
Facsimile: (212) 757-2010
Email:   max@fmlaw.net

Co-Lead Counsel for Plaintiffs and the Proposed Classes
*[Additional counsel on signature page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| In Re Apple & AT&TM Anti-Trust Litigation | NO. C 07-05152 JW<br><br>**STIPULATION ENLARGING TIME FOR PLAINTIFFS TO FILE A CONSOLIDATED AMENDED COMPLAINT**<br><br>**(CIVIL LOCAL RULES 6-1, 6-2, 7-12)**<br><br>Judge: Honorable James Ware<br><br>Action Filed: 10/05/2007<br>CMC:             01/28/2008 |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Defendants, through their respective counsel:

1.     The due date for the Consolidated Amended Complaint shall be extended from December 30, 2007 to January 18, 2008.

– 1 –

**STIPULATION ENLARGING TIME TO FILE CONSOLIDATED COMPLAINT**     C 07-05152-JW

1    2.    The due date for the Answer or briefing schedule shall be as follows:

| **Pleading** | **Due Date** |
|---|---|
| Answer or Motion | February 25, 2008 |
| Opposition Briefs | March 28, 2008 |
| Reply Briefs | April 11, 2008 |

3.    As required by Civil Local Rule 6-2(a), counsel for plaintiffs are concurrently filing a declaration in support of this Stipulation.

**IT IS SO STIPULATED:**

Dated: December 22, 2007    Respectfully submitted,

**LAW OFFICE OF DAMIAN R. FERNANDEZ**

By:    /s/ Damian R. Fernandez
M. Van Smith
Damian R. Fernandez

**LAW OFFICE OF JOSEPH ANTONELLI**
Joseph Antonelli (CA Bar No. 137039)
Janelle C. Carney (CA Bar No. 201570)

**LAW OFFICES OF KEVIN T. BARNES**
Kevin T. Barnes (CA Bar No. 138477)
Gregg Lander (CA Bar No. 194018)

*Plaintiffs' Co-Lead Counsel*

Dated: December 22, 2007    **FOLKENFLIK & McGERITY**

By:    /s/ Max Folkenflik
Max Folkenflik, Esq.
Margaret Folkenflik, Esq.

**HOFFMAN & LAZEAR**
H. Tim Hoffman (CA Bar No. 49141)
Arthur W. Lazear (CA Bar No. 83603)

*Plaintiffs' Co-Lead Counsel*

///

| | |
|---|---|
| Dated: December 23, 2007 | Respectfully submitted, |
| | **CROWELL & MORING LLP** |
| | By: /s/ Daniel Sasse |
| | Daniel Sasse |
| | Attorneys for Defendant |
| | AT&T MOBILITY LLC |
| Dated: December 26, 2007 | Respectfully submitted, |
| | **LATHAM & WATKINS LLP** |
| | By: /s/ Christopher S. Yates |
| | Christopher S. Yates |
| | Attorneys for Defendant |
| | APPLE INC. |

**ELECTRONIC CASE FILING ATTESTATION**

**(General Order No. 45(X)(b))**

I, Damian R. Fernandez, attest that concurrence in the fling of this document has been obtained from each of the other signatories.

| | |
|---|---|
| Dated: December 26, 2007 | LAW OFFICE OF DAMIAN R. FERNANDEZ |
| | By: /s/ Damian R. Fernandez |
| | Damian R. Fernandez |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____   _____
                                 **HON. JAMES WARE**
                                 United States District Judge

///

///

– 3 –

**STIPULATION ENLARGING TIME TO FILE CONSOLIDATED COMPLAINT**   C 07-05152-JW

**CERTIFICATE OF SERVICE**

I am over the age of 18 years, an active member of the State Bar of California, and not a party to this cause. My business address is Law Office of Damian R. Fernandez, 14510 Big Basin Way, Suite A, PMB 285, Saratoga, California 95070-6091.

On **December 26, 2007**, I served the document(s) described as:

- **STIPULATION ENLARGING TIME FOR PLAINTIFFS TO FILE A CONSOLIDATED AMENDED COMPLAINT**

to the parties listed below and in the following manner described preceding each list of recipients:

### BY NOTICE OF ELECTRONIC FILING

The following persons were served **electronically** by simultaneously filing the attached document(s) with the United States District Court, Northern District of California, Case No. 07-05152-JW:

**Attorneys for Apple**
- Adrian Frank Davis — adrian.davis@lw.com
- Alfred Carroll Pfeiffer, Jr. — Al.Pfeiffer@lw.com
- Daniel Murray Wall — dan.wall@lw.com
- Christopher S. Yates — chris.yates@lw.com

**Attorneys For AT&T Mobility**
- David Eldon Crowe — dcrowe@crowell.com
- Donald M. Falk — dfalk@mayerbrown.com
- Jeffrey H. Howard — jhoward@crowell.com
- Christopher E. Ondeck — condeck@crowell.com
- Daniel Allen Sasse — dsasse@crowell.com
- Wm. Randolph Smith — wrsmith@crowell.com

**Co-Lead Counsel for Plaintiffs**
- Max Folkenflik — max@fmlaw.net
- H. Tim Hoffman — hth@hoffmanandlazear.com
- Arthur William Lazear — awl@hoffmanandlazear.com
- Morgan Matthew Mack — mmm@hoffmanandlazear.com
- Alfred C. Pfeiffer, Jr. — al.pfeiffer@lw.com

### BY ELECTRONIC EMAIL

The following persons were served by **regular electronic mail** because they have not registered for Electronic Case Filing with this Court:

**Co-Lead Counsel for Plaintiffs**
- Margaret McGerity — mmcgerity@fmlaw.net

**Attorneys For AT&T Mobility**
- Archis A. Parasharami — aparasharami@mayerbrown.com

///

– 4 –

**STIPULATION ENLARGING TIME TO FILE CONSOLIDATED COMPLAINT**   C 07-05152-JW

**BY U.S. MAIL**

I enclosed the above-described document(s) in a sealed envelope or package addressed as set forth below and delivered such document(s) to the United States Postal Service on the same day with postage thereon fully prepaid:

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///