M. Van Smith (CA Bar No. 32007)
Damian R. Fernandez (CA Bar No. 206662)
**LAW OFFICE OF DAMIAN R. FERNANDEZ**
14510 Big Basin Way, Suite A, PMB 285
Saratoga, California 95070-6091
Telephone: (408) 355-3021
Facsimile: (408) 904-7391
Email: mvsmith@sbcglobal.net
       damianfernandez@gmail.com

Max Folkenflik (*pro hac vice*)
**FOLKENFLIK & McGERITY**
1500 Broadway, 21st Floor
New York, NY 10036
Telephone: (212) 757-0400
Facsimile: (212) 757-2010
Email: max@fmlaw.net

Co-Lead Counsel for Plaintiffs and the Proposed Classes
*[Additional counsel on signature page]*

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re Apple & AT&TM Anti-Trust Litigation | NO. C 07-05152 JW<br><br>**DECLARATION BY PLAINTIFFS' CO-LEAD COUNSEL DAMIAN R. FERNANDEZ AND MAX FOLKENFLIK IN SUPPORT OF STIPULATION ENLARGING TIME FOR PLAINTIFFS TO FILE A CONSOLIDATED AMENDED COMPLAINT**<br><br>**(CIVIL LOCAL RULE 6-2(a).)**<br><br>Judge: Honorable James Ware |

The undersigned counsel declare:

1.      We are the Co-Lead Counsel for plaintiffs and the purported class in this action. We have personal knowledge of each matter stated herein. We make this declaration in support of

– 1 –

Counsel's stipulation to enlarge Plaintiffs' time to file a consolidated amended complaint from December 30, 2007 to January 18, 2008 which is concurrently filed with this declaration.

2.    On November 30, 2007, the Court *sua sponte* ordered that the Consolidated Amended Complaint be filed by December 30, 2007. Additional time is needed for counsel to work together in completing the Consolidated Amended Complaint because the due date occurs within the holiday season which causes scheduling and coordination issues between plaintiffs' counsel.

4.    **Previous Modifications of Time.** Counsel for plaintiffs have not previously requested a modification of time to file the Consolidated Amended Complaint.

5.    **Effect on Schedule for the Case.** The requested time modification has the following effect on the schedule for this case:

| Event | Date | New Date |
|---|---|---|
| Consolidated Amended Complaint | December 30, 2007 | January 18, 2008 |
| Joint Case Management Conference Statement | January 18, 2008 | Unchanged |
| Case Management Conference | January 28, 2008, 10:00 AM | Unchanged |

Further, in the concurrently filed Stipulation Enlarging Time to File a Consolidated Amended Complaint, counsel for the parties stipulated to the following schedule:

| Pleading | Due Date |
|---|---|
| Answer or Motion | February 25, 2008 |
| Opposition Briefs | March 28, 2008 |
| Reply Briefs | April 11, 2008 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 22, 2007                    Respectfully submitted,

**LAW OFFICE OF DAMIAN R. FERNANDEZ**

By:    /s/ Damian R. Fernandez
M. Van Smith
Damian R. Fernandez

**– 2 –**

**DECLARATION SUPPORTING**                    C 07-05152-JW
**STIPULATION ENLARGING TIME**

1    **LAW OFFICE OF JOSEPH ANTONELLI**
     Joseph Antonelli (CA Bar No. 137039)
2    Janelle C. Carney (CA Bar No. 201570)

3    **LAW OFFICES OF KEVIN T. BARNES**
4    Kevin T. Barnes (CA Bar No. 138477)
     Gregg Lander (CA Bar No. 194018)
5

6    *Plaintiffs' Co-Lead Counsel*

7    Dated:December 22, 2007            **FOLKENFLIK & McGERITY**

8

9                              By:    ___/s/ Max Folkenflik_____
10                                    Max Folkenflik, Esq.
                                      Margaret Folkenflik, Esq.
11
                                      **HOFFMAN & LAZEAR**
12                                    H. Tim Hoffman (CA Bar No. 49141)
                                      Arthur W. Lazear (CA Bar No. 83603)
13

14                                    *Plaintiffs' Co-Lead Counsel*

15

16            **ELECTRONIC CASE FILING ATTESTATION**

17               **(General Order No. 45(X)(b))**

18        I, Damian R. Fernandez, attest that concurrence in the fling of this document has been

19   obtained from each of the other signatories.

20   Dated: December 22, 2007          **LAW OFFICE OF DAMIAN R. FERNANDEZ**

21

22                              By:    ___/s/ Damian R. Fernandez_____
23                                    Damian R. Fernandez

24   ///

25   ///

26   ///

27   ///

28   ///

– 3 –

**DECLARATION SUPPORTING**            **C 07-05152-JW**
**STIPULATION ENLARGING TIME**

## CERTIFICATE OF SERVICE

I am over the age of 18 years, an active member of the State Bar of California, and not a party to this cause. My business address is Law Office of Damian R. Fernandez, 14510 Big Basin Way, Suite A, PMB 285, Saratoga, California 95070-6091.

On **December 26, 2007**, I served the document(s) described as:

- **DECLARATION BY DAMIAN R. FERNANDEZ IN SUPPORT OF STIPULATION ENLARGING TIME FOR PLAINTIFFS TO FILE A CONSOLIDATED AMENDED COMPLAINT**

to the parties listed below and in the following manner described preceding each list of recipients:

### BY NOTICE OF ELECTRONIC FILING

The following persons were served **electronically** by simultaneously filing the attached document(s) with the United States District Court, Northern District of California, Case No. 07-05152-JW:

**Attorneys for Apple**
| | |
|---|---|
| ➢ Adrian Frank Davis | adrian.davis@lw.com |
| ➢ Alfred Carroll Pfeiffer, Jr. | Al.Pfeiffer@lw.com |
| ➢ Daniel Murray Wall | dan.wall@lw.com |
| ➢ Christopher S. Yates | chris.yates@lw.com |

**Attorneys For AT&T Mobility**
| | |
|---|---|
| ➢ David Eldon Crowe | dcrowe@crowell.com |
| ➢ Donald M. Falk | dfalk@mayerbrown.com |
| ➢ Jeffrey H. Howard | jhoward@crowell.com |
| ➢ Christopher E. Ondeck | condeck@crowell.com |
| ➢ Daniel Allen Sasse | dsasse@crowell.com |
| ➢ Wm. Randolph Smith | wrsmith@crowell.com |

**Co-Lead Counsel for Plaintiffs**
| | |
|---|---|
| ➢ Max Folkenflik | max@fmlaw.net |
| ➢ H. Tim Hoffman | hth@hoffmanandlazear.com |
| ➢ Arthur William Lazear | awl@hoffmanandlazear.com |
| ➢ Morgan Matthew Mack | mmm@hoffmanandlazear.com |
| ➢ Alfred C. Pfeiffer, Jr. | al.pfeiffer@lw.com |

### BY ELECTRONIC EMAIL

The following persons were served by **regular electronic mail** because they have not registered for Electronic Case Filing with this Court:

**Co-Lead Counsel for Plaintiffs**
| | |
|---|---|
| ➢ Margaret McGerity | mmcgerity@fmlaw.net |

**Attorneys For AT&T Mobility**
| | |
|---|---|
| ➢ Archis A. Parasharami | aparasharami@mayerbrown.com |

///

— 4 —

**DECLARATION SUPPORTING STIPULATION ENLARGING TIME**          C 07-05152-JW

| 1 | **BY U.S. MAIL** |

I enclosed the above-described document(s) in a sealed envelope or package addressed as set forth below and delivered such document(s) to the United States Postal Service on the same day with postage thereon fully prepaid:

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

– 5 –

**DECLARATION SUPPORTING STIPULATION ENLARGING TIME**          C 07-05152-JW