| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Daniel M. Wall (Bar No. 102580) |
| 2 | Alfred C. Pfeiffer, Jr. (Bar No. 120965) |
| | Christopher S. Yates (Bar No. 161273) |
| 3 | Adrian F. Davis (Bar No. 215827) |
| | 505 Montgomery Street, Suite 2000 |
| 4 | San Francisco, California 94111-6538 |
| | Telephone: (415) 391-0600 |
| 5 | Facsimile: (415) 395-8095 |
| | Email: Dan.Wall@lw.com |
| 6 | Email: Al.Pfeiffer@lw.com |
| | Email: Chris.Yates@lw.com |
| 7 | Email: Adrian.Davis@lw.com |
| 8 | Attorneys for Defendant |
| | APPLE INC. |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE & AT&TM ANTI-TRUST LITIGATION | CASE NO. C 07-05152 JW<br><br>**ADR CERTIFICATION BY DEFENDANT APPLE INC. AND COUNSEL** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADR CERTIFICATION BY
DEFENDANT APPLE INC. AND COUNSEL
CASE NO. C 07-05152 JW

Pursuant to Civil L.R. 16-8 (b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1)    Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov.;

    (2)    Discussed the available dispute resolution options provided by the Court and private entities; and

    (3)    Considered whether this case might benefit from any of the available dispute resolution options.

Dated: January 7, 2008

Respectfully submitted,

APPLE INC.

By /s/ Lisa Olle
Lisa Olle
Litigation Counsel
APPLE INC.

Dated: January 7, 2008

LATHAM & WATKINS LLP

By     /s/ Adrian F. Davis
Adrian F. Davis
Attorneys for Defendant
APPLE INC.

SF\639497