1  H. TIM HOFFMAN, SBN 49141
   ARTHUR W. LAZEAR, SBN 83603
2  MORGAN M. MACK SBN 212659
   **HOFFMAN & LAZEAR**
3  180 Grand Avenue, Suite 1550
   Oakland, CA 94612
4  Telephone: (510) 763-5700

5  Attorneys for Plaintiffs

6

7

8                  UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
                                          )  Case No:  5:07-cv-05152 JW
11                                        )
    IN RE APPLE & AT&T ANTI-TRUST         )
12  LITIGATION                            )  **CERTIFICATE OF SERVICE**
                                          )
13                                        )
                                          )
14

15

16

17  I, Shola Ogunlana, declare:

18        I am, and was at the time of the service mentioned in this declaration, over the age
    of 18 years and am not a party to this cause. My business address is HOFFMAN &
19  LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California 94612, Alameda County,
    California. On January 8, 2008, I served the following Documents:
20

21     **ADR CERTIFICATION BY PARTIES AND COUNSEL**

22
       EMAIL: By transmitting via email based on a court order or an agreement of the
23     parties to accept service by e-mail or electronic transmission, I caused the
       documents to be sent to the persons at the e-mail addresses listed below.
24
       BY HAND DELIVERY: By hand delivering the document(s) listed above to the
25     person(s) at the address(es) set forth below.

26     FEDERAL EXPRESS: By placing the documents(s) listed above in FEDERAL
       EXPRESS drop box facility located closest to my office in Oakland, California, in
27     a sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight
       delivery. The FEDERAL EXPRESS request form was completed in a manner so
28     that postage was prepaid, and contained instructions requesting delivery by not

later than 5:00 pm the following business day, to the person(s) at the address(es) set forth below.

✓ **ELECTRONIC FILING:** The following parties were served by simultaneously filing the attached document(s) with the United States District Court, Northern District of California, Case No. 07-05152 JW:

Giuseppe Joseph Antonelli jantonelli@antonellilaw.com
David Eldon Crowe dcrowe@crowell.com
Adrian Frank Davis adrian.davis@lw.com
Donald M. Falk dfalk@mayerbrown.com
Damian Rene Fernandez damianfernandez@gmail.com
Max Folkenflik max@fmlaw.net
H. Tim Hoffman hth@hoffmanandlazear.com
Jeffrey H. Howard jhoward@crowell.com
Arthur W. Lazear awl@hoffmanandlazear.com
Morgan M. Mack mmm@hoffmanandlazear.com
Christopher E. Ondeck condeck@crowell.com
Archis Ashok Parasharami aparasharami@mayerbrown.com
Alfred C. Pfeiffer, Jr. al.pfeiffer@lw.com
Daniel A. Sasse dsasse@crowell.com
Wm. Randolph Smith wrsmith@crowell.com
Daniel M. Wall dan.wall@lw.com
Christopher S. Yates chris.yates@lw.com

✓ **BY MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below.

Margaret McGerity
Folkenflik & McGerity
1500 Broadway, 21st Floor
New York, NY 10036

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 8, 2008

Shola Ogundana