# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Holman,<br><br>            Plaintiff(s),<br><br>   v.<br><br>Apple, Inc.,<br><br>            Defendant(s). | 07-05152 JW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-05152 JW                            -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4  It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: January 9, 2008

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-05152 JW                                    -2-

PROOF OF SERVICE

Case Name:      Holman v. Apple, Inc.

Case Number:    07-05152 JW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On January 9, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Max Folkenflik
>   Folkenflik & McGerity
>   1500 Broadway, 21st Floor
>   New York, NY 10036
>   max@fmlaw.net
>
>   Morgan Matthew Mack
>   Hoffman & Lazear
>   180 Grand Avenue
>   Suite 1550
>   Oakland, CA 94612
>   mmm@hoffmanandlazear.com
>
>   H. Tim Hoffman
>   Hoffman & Lazear
>   180 Grand Avenue, Suite 1550
>   Oakland, CA 94612
>   hth@hoffmanandlazear.com
>
>   Margaret McGerity
>   Folkenflik & McGerity

1500 Broadway, 21st Floor
New York, NY 10036

Arthur William Lazear
Hoffman & Lazear
180 Grand Avenue, Suite 1550
Oakland, CA 94612
awl@hoffmanandlazear.com

Christopher S. Yates
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
chris.yates@lw.com

Daniel Murray Wall
Latham & Watkins LLP
505 Montgomery Street, Suite 1900
San Francisco, CA 94111
dan.wall@lw.com

Alfred Carroll Pfeiffer Jr.
Latham & Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-4067
Al.Pfeiffer@lw.com

Adrian Frank Davis
Latham & Watkins, LLP
505 Montgomery St., Suite 1900
San Francisco, CA 94111
adrian.davis@lw.com

Daniel Allen Sasse
Crowell & Moring LLP
3 Park Plaza
20th Floor
Irvine, CA 92614
dsasse@crowell.com

Wm. Randolph Smith
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.

Washington, DC 20004-2595
wrsmith@crowell.com

Archis Ashok Parasharami
Mayer Brown LLP
1909 K Street NW
Washington, DC 20006
aparasharami@mayerbrown.com

Jeffrey H. Howard
Crowell & Moring LLP
1001 Pennsyvlania Avenue, N.W.
Washington, DC 20004-2595
jhoward@crowell.com

Christopher E Ondeck
Crowell & Moring LLP
1001 Pennysylvania Avenue, N.W.
Washington, DC 20004-2595
condeck@crowell.com

Donald M. Falk
Mayer Brown LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
dfalk@mayerbrown.com

David Eldon Crowe
Crowell and Moring LLP
3 Park Plaza
20th Floor
Irvine, CA 92614-8505
dcrowe@crowell.com

Timothy P. Smith

,

Damian Rene Fernandez
Law Office of Damian R. Fernandez
14510 Big Basin Way
Suite A, PMB 285
Saratoga, CA 95070-6091
damianfernandez@gmail.com

M. Van Smith
Law Offices of M. Van Smith
Law Office of Damian R. Fernandez
14510 Big Basin Way, Suite A, PMB 285
Saratoga, CA 95070-6091
mvsmith@sbcglobal.net

Giuseppe Joseph Antonelli
Law Office of Joseph Antonelli
1000 Lakes Drive
450
West Covina, CA 91790
jantonelli@antonellilaw.com

Janelle Christine Carney
Law Office of Joseph Antonelli
1000 Lakes Drive
450
West Covina, CA 91790
jcarney@antonellilaw.com

Kevin Todd Barnes
Law Offices of Kevin T. Barnes
5670 Wilshire Boulevard
Suite 1460
Los Angeles, CA 90036-5627
Barnes@kbarnes.com

Gregg Lander
Law Offices of Kevin T. Barnes
5670 Wilshire Boulevard
Suite 1460
Los Angeles, CA 90036-5627
Lander@kbarnes.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 9, 2008 in San Francisco, California.

                                          RICHARD W. WIEKING
                                          Clerk
                                          by:    Timothy J. Smagacz

                                          ADR Administrative Assistant
                                          415-522-4205
                                          Tim_Smagacz@cand.uscourts.gov