```
 1  Daniel A. Sasse, Esq. (CA Bar No. 236234)
    David E. Crowe, Esq. (CA Bar No. 224895)
 2  CROWELL & MORING LLP
    3 Park Plaza, 20th Floor
 3  Irvine, CA 92614-8505
    Telephone:   (949) 263-8400
 4  Facsimile:   (949) 263-8414
    Email:       dsasse@crowell.com
 5               dcrowe@crowell.com

 6  Wm. Randolph Smith, Esq. (pro hac vice)
    Jeffrey H. Howard, Esq. (pro hac vice)
 7  Christopher E. Ondeck, Esq. (pro hac vice)
    CROWELL & MORING LLP
 8  1001 Pennsylvania Ave. N.W.
    Washington, D.C. 20004
 9  Telephone:   (202) 624-2500
    Facsimile:   (202) 628-5116
10  Email:       wrsmith@crowell.com
                 jhoward@crowell.com
11               condeck@crowell.com

12  Attorneys for Defendant
    AT&T Mobility LLC
13
```

*(Left margin: crowell moring, 3 Park Plaza, 20th Floor, Irvine, CA 92614-8505, 949 263-8400)*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re Apple & AT&TM Antitrust Litigation. | Case No. 07-CV-05152-JW<br><br>**ADR CERTIFICATION BY DEFENDANT AT&T MOBILITY LLC AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: January 9, 2007    **AT&T MOBILITY LLC**

By: _____
Diane Bonina
Chief Litigation Counsel, West/Central
AT&T Mobility LLC

Dated: January 9, 2007    **CROWELL & MORING LLP**

By: /s/ Daniel A. Sasse
Daniel A. Sasse, Esq.
David E. Crowe, Esq.
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Attorneys for Defendant
AT&T Mobility LLC

Dated: January 9, 2007    **MAYER BROWN LLP**

By: /s/ Donald M. Falk
Donald M. Falk, Esq.
Mayer Brown LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
Attorneys for Defendant
AT&T Mobility LLC