1  Daniel A. Sasse, Esq. (CA Bar No. 236234)
   David E. Crowe, Esq. (CA Bar No. 224895)
2  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
3  Irvine, CA 92614-8505
   Telephone:    (949) 263-8400
4  Facsimile:    (949) 263-8414
   Email:        dsasse@crowell.com
5                dcrowe@crowell.com

6  Wm. Randolph Smith, Esq. (*pro hac vice*)
   Jeffrey H. Howard, Esq. (*pro hac vice*)
7  Christopher E. Ondeck, Esq. (*pro hac vice*)
   CROWELL & MORING LLP
8  1001 Pennsylvania Ave. N.W.
   Washington, D.C. 20004
9  Telephone:    (202) 624-2500
   Facsimile:    (202) 628-5116
10 Email:        wrsmith@crowell.com
                 jhoward@crowell.com
11               condeck@crowell.com

12 Attorneys for Defendant
   AT&T Mobility LLC
13

14           **UNITED STATES DISTRICT COURT**

15  **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

16

17 In Re Apple & AT&TM                )    Case No. 07-CV-05152-JW
   Antitrust Litigation.              )
18                                    )
                                      )    **CERTIFICATE OF SERVICE**
19                                    )
                                      )
20                                    )
                                      )
21                                    )
                                      )
22                                    )
                                      )
23                                    )
                                      )
24 _____)

25

26

27

28

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400

1

## CERTIFICATE OF SERVICE

2

I, Natalie J. Pantoja, declare:

3

I am a citizen of the United States over the age of 18. I am employed at the law firm of
Crowell & Moring LLP, 3 Park Plaza, 20th Floor, Irvine, California 92614-8505. I am not a
party to or interested in the causes entitled on the documents to which this certificate of service
relates.

4

5

I hereby certify that on **January 10, 2007**, I served the document(s) described below as:

6

**ADR CERTIFICATION BY DEFENDANT AT&T MOBILITY LLC AND COUNSEL**

7

to the party listed below and in the following manner described preceding each list of recipients:

8

**BY NOTICE OF ELECTRONIC FILING**

9

10

The following parties were served **electronically** by simultaneously filing the attached
document(s) with the United States District Court, Northern District of California, Case No. 07-
05152 JW:

11

12

| | |
|---|---|
| Daniel A. Sasse | dsasse@crowell.com |
| David E. Crowe | dcrowe@crowell.com |
| Wm. Randolph Smith | Rsmith@crowell.com |
| Jeffrey H. Howard | Jhoward@crowell.com |
| Christopher E. Ondeck | Condeck@crowell.com |
| Giuseppe Joseph Antonelli | jantonelli@antonellilaw.com |
| Daniel M. Wall | Dan.Wall@lw.com |
| Alfred C. Pfeiffer, Jr. | Al.Pfeiffer@lw.com |
| Christopher S. Yates | Chris.Yates@lw.com |
| Adrian F. Davis | Adrian.Davis@lw.com |
| Donald M. Falk | dfalk@mayerbrown.com |
| Damian Rene Fernandez | damianfernandez@gmail.com |
| Max Folkenflik | max@fmlaw.net |
| H. Tim Hoffman | hth@hoffmanandlazear.com |
| Arthur W. Lazear | awl@hoffmanandlazear.com |
| Morgan M. Mack | mmm@hoffmanandlazear.com |
| Christopher E. Ondeck | condeck@crowell.com |
| Archis Ashok Parasharami | aparasharami@mayerbrown.com |
| Alfred C. Pfeiffer, Jr. | al.pfeiffer@lw.com |

13

14

15

16

17

18

19

20

21

22

by serving true copies of the above-described document(s) in the following manner:

23

**BY U.S. MAIL**

24

25

I am familiar with the office practice of Crowell & Moring LLP for collecting and
processing documents for mailing with the United States Postal Service. Under that
practice, documents are deposited with the Crowell & Moring LLLP personnel
responsible for depositing documents with the United States Postal Service on that same
day in the ordinary course of business, with postage thereon fully prepaid. I deposited in
Crowell & Moring LLP's interoffice mail a sealed envelope or package containing the
above-described document and addressed as set forth below in accordance with the office
practice of Crowell & Moring LLP for collecting and processing documents for mailing

26

27

28

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400

1   with the United States Postal Service:

2                   Margaret McGerity, Esq.

3                   FOLKENFLIK & MCGERITY
                    1500 Broadway, 21st Floor

4                   New York, New York 10036
                  Telephone:  (212) 757-0400
                  Facsimile:   (212) 757-2010

5                   Email        mmcgerity@famlaw.net

6        I declare that I am employed in the office of a member of the Bar of, or permitted

7   to practice before, this Court at whose direction the service was made and declare under
  penalty of perjury that the foregoing is true and correct.

8        Executed on **January 10, 2008,** at Irvine, California.

9

10                             NATALIE J. PANTOJA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

crowell moring

3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949 263-8400