Max Folkenflik, Esq.
**FOLKENFLIK & McGERITY**
1500 Broadway, 21st Floor
New York, NY 10036
Telephone:  (212) 757-0400
Facsimile:   (212) 757-2010

H. Tim Hoffman, Esq.
Arthur W. Lazear, Esq.
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite #1550
Oakland, CA  94612
Telephone:  (510) 763-5700
Facsimile:(510) 835-1311

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

|  |  |
|---|---|
| **IN RE APPLE & AT&TM ANTITRUST LITIGATION.** | **Case No: C 07-05152-JW**<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO VACATE THE DATE FOR FILING A CONSOLIDATED AMENDED COMPLAINT** |

Pursuant to Civil Local Rule 7-11, all Plaintiffs, by their counsel, hereby move the Court to vacate the date for the service of a Consolidated Amended Complaint presently set for today, January 18, 2008.

**I.  Until the Court Resolves Issues Concerning the Proper Lead Counsel in this Case, a Consolidated Amended Complaint Cannot Be Filed**

By Order dated November 30, 2007 (the "November 30th Order"), this Court consolidated the actions *Paul Holman and Lucy Rivello, et al. v. Apple, Inc., AT&T Mobility LLC, et al.* (No. 07-CV-05152-JW) and *Timothy Smith, et al. v. Apple, Inc. et al.* (No. 07-CV-05662-RMW), and directed the case to proceed as *In Re Apple & AT&TM Antitrust Litigation* (No. 07-05152-JW).  The November 30th Order appointed the counsel in *Smith* and *Holman* as Co-Lead Counsel and directed the filing of a Consolidated Amended Complaint.

Recently, certain counsel in *Smith* have withdrawn and the remaining counsel have determined that they should not appear as co-lead counsel with counsel in *Holman*, and intend to file a motion to disqualify counsel in *Holman* from serving as co-lead counsel in this case. Counsel in *Holman* will oppose that motion.

Because of these developments, counsel have not been able to organize a leadership structure and agree upon the terms of a Consolidated Amended Complaint,

Accordingly, counsel for all Plaintiffs request that the date for the filing of a Consolidated Amended Complaint be vacated and shall be reset at the Initial Case Management Conference on January 28, 2008. Counsel for Defendants do not oppose this motion.

## II. Conclusion

Plaintiffs respectfully request that this Court grant their unopposed Motion.

Dated:    New York, New York
          January 18, 2008

**AGREED TO:**

**FOLKENFLIK & MCGERITY**

By:  /s/ Max Folkenflik
     Max Folkenflik Esq.
1500 Broadway, 21st Floor
New York, New York  10036
*Attorneys for Plaintiffs Holman, Rivello, et al.*

**HOFFMAN & LAZEAR**

By:  /s/ H. Tim Hoffman
     H. Tim Hoffman, Esq.
     Arthur W. Lazear, Esq.
180 Grand Avenue, Suite #1550
Oakland, CA  94612
*Attorneys for Plaintiffs Holman, Rivello, et al.*

**LAW OFFICE OF DAMIAN R. FERNANDEZ**

By:  /s/ Damian R. Fernandez
     Damian R. Fernandez, Esq.
14510 Big Basin Way, Suite A,
  PMB 285
Saratoga, CA 95070-6091
*Attorneys for Timothy Smith, et al.*

2

C:\Documents and Settings\Shola Ogunlana\Local Settings\Temporary Internet Files\OLK22C\Motion to Vacate - V3-011808.wpd