1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN JOSE DIVISION**

11
12

             )

**Case No: C 07-05152-JW**

13

             )
             )

14

**IN RE APPLE & AT&TM**       )
**ANTITRUST LITIGATION.**     )

**PROPOSED ORDER**

15

             )
             )

16

             )

17

   Whereas, Plaintiffs, by their counsel, have moved the Court to vacate the date for

18

the service of a consolidated Amended Complaint presently set for January 18, 2008

19

and good cause appearing therefore,

20

   **IT IS HEREBY ORDERED,** that the date for the service of a consolidated

21

Amended Complaint is vacated.

22
23

Enter: January 18, 2008.

24
25
26

_____

27

U.S.D.C Judge James Ware

28