H. TIM HOFFMAN, SBN 49141
ARTHUR W. LAZEAR, SBN 83603
MORGAN M. MACK SBN 212659
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: (510) 763-5700

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE APPLE & AT&T ANTI-TRUST LITIGATION

Case No: 5:07-cv-05152 JW

**CERTIFICATE OF SERVICE**

I, Shola Ogunlana, declare:

I am, and was at the time of the service mentioned in this declaration, over the age of 18 years and am not a party to this cause. My business address is HOFFMAN & LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California 94612, Alameda County, California. On January 18, 2008, I served the following Documents:

**PLAINTIFFS' UNOPPOSED MOTION TO VACATE THE DATE FOR FILING A CONSOLIDATED AMENDED COMPLAINT;**

**PROPOSED ORDER**

EMAIL: By transmitting via email based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below.

BY HAND DELIVERY: By hand delivering the document(s) listed above to the person(s) at the address(es) set forth below.

FEDERAL EXPRESS: By placing the documents(s) listed above in FEDERAL EXPRESS drop box facility located closest to my office in Oakland, California, in

1  a sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight
2  delivery. The FEDERAL EXPRESS request form was completed in a manner so
   that postage was prepaid, and contained instructions requesting delivery by not
3  later than 5:00 pm the following business day, to the person(s) at the address(es)
   set forth below.

4  ✓  **ELECTRONIC FILING:** The following parties were served by simultaneously
      filing the attached document(s) with the United States District Court, Northern
5     District of California, Case No. 07-05152 JW:

6     Giuseppe Joseph Antonelli jantonelli@antonellilaw.com
      David Eldon Crowe dcrowe@crowell.com
7     Adrian Frank Davis adrian.davis@lw.com
      Donald M. Falk dfalk@mayerbrown.com
8     Damian Rene Fernandez damianfernandez@gmail.com
      Max Folkenflik max@fmlaw.net
9     H. Tim Hoffman hth@hoffmanandlazear.com
      Jeffrey H. Howard jhoward@crowell.com
10    Arthur W. Lazear awl@hoffmanandlazear.com
      Morgan M. Mack mmm@hoffmanandlazear.com
11    Christopher E. Ondeck condeck@crowell.com
      Archis Ashok Parasharami aparasharami@mayerbrown.com
12    Alfred C. Pfeiffer, Jr. al.pfeiffer@lw.com
      Daniel A. Sasse dsasse@crowell.com
13    Wm. Randolph Smith wrsmith@crowell.com
      Daniel M. Wall dan.wall@lw.com
14    Christopher S. Yates chris.yates@lw.com

15 ✓  **BY MAIL:** By placing the document(s) listed above in a sealed envelope with
      postage thereon fully prepaid, in the United States mail at Oakland, California
16    addressed as set forth below.

17    Margaret McGerity
      Folkenflik & McGerity
18    1500 Broadway, 21st Floor
      New York, NY 10036
19

20
          I declare under penalty of perjury under the laws of the State of California that the
21 foregoing is true and correct.

22 Dated: January 18, 2008
23                                              _____
                                                Shola Ogunlana
24
25
26
27
28