1  LATHAM & WATKINS LLP
   Daniel M. Wall (Bar No. 102580)
2  Alfred C. Pfeiffer, Jr. (Bar No. 120965)
   Christopher S. Yates (Bar No. 161273)
3  Adrian F. Davis (Bar No. 215827)
   505 Montgomery Street, Suite 2000
4  San Francisco, California 94111-6538
   Telephone: (415) 391-0600
5  Facsimile: (415) 395-8095
   Email: Dan.Wall@lw.com
6  Email: Al.Pfeiffer@lw.com
   Email: Chris.Yates@lw.com
7  Email: Adrian.Davis@lw.com

8  Attorneys for Defendant
   APPLE INC.
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13

14 | IN RE APPLE & AT&TM ANTI-TRUST LITIGATION | CASE NO. C 07-05152 JW
   |                                            | **CERTIFICATE OF SERVICE**

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California.  I am over the age of 18 years and not a party to this action.  My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA  94111-6538.

On **January 18, 2008**, I served the following document(s) described as:

- **JOINT CASE MANAGEMENT STATEMENT**

to the party listed below and in the following manner described preceding each list of recipients:

### BY NOTICE OF ELECTRONIC FILING

The following parties were served **electronically** by simultaneously filing the attached document(s) with the United States District Court, Northern District of California, Case No. 07-05152 JW:

- Giuseppe Joseph Antonelli — jantonelli@antonellilaw.com
- David Eldon Crowe — dcrowe@crowell.com
- Adrian Frank Davis — adrian.davis@lw.com
- Donald M. Falk — dfalk@mayerbrown.com
- Damian Rene Fernandez — damianfernandez@gmail.com
- Max Folkenflik — max@fmlaw.net
- H. Tim Hoffman — hth@hoffmanandlazear.com
- Jeffrey H. Howard — jhoward@crowell.com
- Arthur W. Lazear — awl@hoffmanandlazear.com
- Morgan M. Mack — mmm@hoffmanandlazear.com
- Christopher E. Ondeck — condeck@crowell.com
- Archis Ashok Parasharami — aparasharami@mayerbrown.com
- Alfred C. Pfeiffer, Jr. — al.pfeiffer@lw.com
- Daniel A. Sasse — dsasse@crowell.com
- Wm. Randolph Smith — wrsmith@crowell.com
- Daniel M. Wall — dan.wall@lw.com
- Christopher S. Yates — chris.yates@lw.com

by serving true copies of the above-described document(s) in the following manner:

### BY U.S. MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service.  Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid.  I deposited in Latham & Watkins LLP's interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

1
2  Margaret McGerity, Esq.
   FOLKENFLIK & MCGERITY
3  1500 Broadway, 21st Floor
   New York, NY 10036
4  Telephone:  (212) 757-0400
   Facsimile:  (212) 757-2010
5  Email:      mmcgerity@fmlaw.net

6      I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty
7  of perjury that the foregoing is true and correct.

8      Executed on **January 18, 2008**, at San Francisco, California.

9
10  */s/ Linda Tam*
                            Linda C. Tam
11  SF\636176.1
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28