M. Van Smith (CA Bar No. 32007)
Damian R. Fernandez (CA Bar No. 206662)
LAW OFFICE OF DAMIAN R. FERNANDEZ
14510 Big Basin Way, Suite A, PMB 285
Saratoga, California 95070-6091
Telephone: (408) 355-3021
Facsimile: (408) 904-7391
Email:   mvsmith@sbcglobal.net
              damianfernandez@gmail.com

Attorneys for Plaintiffs Vincent Scotti,
Dennis V. Macasaddu, Mark G. Morikawa,
Timothy P. Smith, and Michael G. Lee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| In Re Apple & AT&TM Anti-Trust Litigation | NO. C 07-05152 JW<br>NO. C 07-05662 JW<br><br>**CLASS ACTION**<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>Judge: Honorable James Ware<br><br>Action Filed: 10/05/2007<br>CMC:              01/28/2008 |
|---|---|

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Joseph Antonelli (State Bar No. 137039), Janelle C. Carney (State Bar No. 201570), Kevin T. Barnes (State Bar No. 138477), and Gregg Lander (State Bar No. 194018) are no longer counsel of record for plaintiffs Vincent Scotti, Dennis V. Macasaddu, Mark G. Morikawa, Timothy P. Smith, and Michael G. Lee ("Plaintiffs") and are no longer associated in this case with the Law Office of Damian R. Fernandez or M. Van Smith. Please continue to direct all future mailings to M. Van Smith and Damian R. Fernandez, who remain counsel of record for Plaintiffs.

1 **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only all notices and papers, but also includes, without limitation, orders and notices of any pleading, complaint, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, facsimile, or e-mail.

Dated: January 22, 2008                              Respectfully submitted,

**LAW OFFICE OF DAMIAN R. FERNANDEZ**

By:  /s/ Damian R. Fernandez
     Damian R. Fernandez
     M. Van Smith

     Attorneys for Plaintiffs
     VINCENT SCOTTI,
     DENNIS V. MACASADDU,
     MARK G. MORIKAWA, TIMOTHY P. SMITH,
     and MICHAEL G. LEE

Respectfully submitted,

**LAW OFFICE OF JOSEPH ANTONELLI**

Dated: January 17, 2008     By:  /s/ Joseph Antonelli
                                 Joseph Antonelli (CA Bar No. 137039)

Dated: January 17, 2008     By:  /s/ Janelle C. Carney
                                 Janelle C. Carney (CA Bar No. 201570)

     1000 Lakes Drive, Suite 450
     West Covina, CA 91790
     Tel: (626) 917-6228
     Fax: (626) 917-7686
     Email: jantonelli@antonellilaw.com
     Email: jcarney@antonellilaw.com

     Attorneys for Plaintiffs
     VINCENT SCOTTI, DENNIS V. MACASADDU,
     MARK G. MORIKAWA, TIMOTHY P. SMITH, and
     MICHAEL G. LEE

///

|   |   |   |
|---|---|---|
|   | Respectfully submitted, |   |
|   | **LAW OFFICES OF KEVIN T. BARNES** |   |
| Dated: January 18, 2008 | By: | /s/ Kevin T. Barnes |
|   |   | Kevin T. Barnes (CA Bar No. 137039) |
| Dated: January 18, 2008 | By: | /s/ Gregg Lander |
|   |   | Gregg Lander (CA Bar No. 194018) |

5670 Wilshire Boulevard, Suite 1460
Los Angeles, California 90036
Tel: (323) 549-9100; Fax: (323) 549-0101
Email:  barnes@kbarnes.com
        lander@kbarnes.com

Attorneys for Plaintiffs
VINCENT SCOTTI, DENNIS V. MACASADDU, MARK G. MORIKAWA, TIMOTHY P. SMITH, and MICHAEL G. LEE

### SIGNATURE ATTESTATION

### (General Order No. 45(X)(b))

I, Damian R. Fernandez, attest that concurrence in the fling of this document has been obtained from each of the other signatories which shall serve in lieu of their signatures on this document.

Dated: January 22, 2008                    LAW OFFICE OF DAMIAN R. FERNANDEZ

                                           By:      /s/ Damian R. Fernandez
                                                    DAMIAN R. FERNANDEZ

///
///
///
///