*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

|  |  |
|---|---|
| IN RE APPLE & AT&TM ANTITRUST LITIGATION. | Case No: C 07-05152-JW<br><br>~~PROPOS~~ED ORDER |

Whereas, Plaintiffs, by their counsel, have moved the Court to vacate the date for the service of a consolidated Amended Complaint presently set for January 18, 2008 and good cause appearing therefore,

**IT IS HEREBY ORDERED,** that the date for the service of a consolidated Amended Complaint is vacated.

The Court will set a new deadline at the Case Management Conference on January 28, 2008.

Dated: January 25, 2008

JAMES WARE
United States District Judge