UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

**Judge:** James Ware　　　　　　　　　　**Courtroom Deputy:** Elizabeth Garcia
**Date:** 1/28/2008　　　　　　　　　　　**Court Reporter:** Not Reported
**Case No.:** C-07-05152 JW　　　　　　　**Interpreter:** N/A
**Related Case No.:** N/A

TITLE

In re Apple & AT&TM Anti-Trust Litigation

**Attorney(s) for Plaintiff(s)**: Damian Fernandez, Max Folkenflik, Tim Hoffman
**Attorney(s) for Defendant(s)**:  Daniel Sasse, Christopher Yates, Daniel Wall

PROCEEDINGS

Initial Case Management Conference

ORDER AFTER HEARING

Case Management Conference held off record.  The Court set a hearing date for March 10, 2008 at 10:00 AM. Deadline to file Motion papers set for February 4, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Elizabeth C. Garcia
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Original: **E-Filed**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CC: