**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re Apple & AT&TM Antitrust Litigation _____/ | NO. C 07-05152 JW<br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

The Court conducted a Case Management Conference on **January 28, 2008**. Counsel for the respective parties were present. Based on the discussion at the conference, the Court orders as follows:

(1) Counsel for the Smith plaintiffs shall file a motion to disqualify counsel for the Holman plaintiffs and to be appointed as lead counsel on or before **February 4, 2008.** Counsel for the Holman plaintiffs shall file an opposition and cross-motion on or before **February 18, 2008.** Any replies shall be filed on or before **February 25, 2008.**

(2) The Court sets a hearing for the cross-motions of counsel for the Smith and Holman plaintiffs on **March 10, 2008 at 10 a.m.**

Dated: January 29, 2008

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Adrian Frank Davis adrian.davis@lw.com
Alfred Carroll Pfeiffer Al.Pfeiffer@lw.com
3  Archis Ashok Parasharami aparasharami@mayerbrown.com
Arthur William Lazear awl@hoffmanandlazear.com
4  Christopher E Ondeck condeck@crowell.com
Christopher S. Yates chris.yates@lw.com
5  Damian Rene Fernandez damianfernandez@gmail.com
Daniel Allen Sasse dsasse@crowell.com
6  Daniel Murray Wall dan.wall@lw.com
David Eldon Crowe dcrowe@crowell.com
7  Donald M. Falk dfalk@mayerbrown.com
Giuseppe Joseph Antonelli jantonelli@antonellilaw.com
8  Giuseppe Joseph Antonelli jantonelli@antonellilaw.com
Gregg Lander Lander@kbarnes.com
9  H. Tim Hoffman hth@hoffmanandlazear.com
Janelle Christine Carney jcarney@antonellilaw.com
10  Jeffrey H. Howard jhoward@crowell.com
Kevin Todd Barnes Barnes@kbarnes.com
11  M. Van Smith mvsmith@sbcglobal.net
Max Folkenflik max@fmlaw.net
12  Morgan Matthew Mack mmm@hoffmanandlazear.com
Wm. Randolph Smith wrsmith@crowell.com

15  **Dated: January 29, 2008**                              **Richard W. Wieking, Clerk**

16

17                                                                              **By:   /s/ JW Chambers**
                                                                                  **Elizabeth Garcia**
                                                                                  **Courtroom Deputy**