M. Van Smith (CA Bar No. 32007)
Damian R. Fernandez (CA Bar No. 206662)
LAW OFFICE OF DAMIAN R. FERNANDEZ
14510 Big Basin Way, Suite A, PMB 285
Saratoga, California 95070-6091
Telephone: (408) 355-3021
Facsimile: (408) 904-7391
Email:   mvsmith@sbcglobal.net
              damianfernandez@gmail.com

Attorneys for Plaintiffs Vincent Scotti,
Dennis V. Macasaddu, Mark G. Morikawa,
Timothy P. Smith, and Michael G. Lee

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| In Re Apple & AT&TM Antitrust Litigation | NO. C 07-05152 JW<br><br>**PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE MOTION TO DISQUALIFY COUNSEL AND FOR APPOINTMENT OF LEAD COUNSEL & DECLARATION OF DAMIAN R. FERNANDEZ**<br><br>Date:   March 10, 2008<br>Time:  10:00 AM<br>Judge:  Honorable James Ware |

Pursuant to Local Rule 6-3, Plaintiffs Vincent Scotti, Dennis V. Macasaddu, Mark G. Morikawa, Timothy P. Smith, and Michael G. Lee (collectively "Plaintiffs") hereby move the Court for an order enlarging the time within which plaintiffs may file a motion to disqualify counsel for the Holman plaintiffs and to be appointed as lead counsel (collectively "Motion for Lead Counsel"), and in the alternative for a new briefing schedule and hearing date to be set at the Court's discretion.

///

**I.   INTRODUCTION**

At the case management conference on January 28, 2008, the Court set a briefing schedule on the Motion for Lead Counsel as follows:

Opening Brief:    February 4, 2008

Opposition:    February 18, 2008

Reply:    February 25, 2008.

The hearing date is set for March 10, 2008, 10:00 AM.

At the conference, the parties discussed a related case pending in the Southern District of New York known as *Kliegerman v. Apple, Inc. and AT&T Mobility LLC*, Case No. 1-07-CV-08404-PKC. The Court was advised that on January 18, 2008, Apple filed a motion to transfer the *Kliegerman* action to this Court. Based on the uncertain time frame on when the transfer would be effectuated following a full briefing schedule in *Kliegerman*, it was agreed that the Motion for Lead Counsel would proceed forward on the briefing schedule indicated above.

However, on Monday, February 4, 2008, 3:52 PM, attorney Mark C. Rifkin, the attorney for plaintiff in *Kliegerman* sent an email to all counsel and addressed to your honor by Overnight Mail, advising that *Kliegerman* is stipulating to Apple's motion to transfer the *Kliegerman* action to this Court. A copy of Mr. Rifkin's letter is attached hereto as Exhibit 1. Mr. Rifkin further advises that it will be filing a motion to have his firm appointed as interim lead class counsel in this action. Mr. Rifkin proposed that it will file its motion on the same day that the opposition brief is due.

**II.   GROUNDS FOR MOTION**

Based on the new development received from *Kliegerman's* counsel, plaintiff's counsel needs further time to research and write its brief to address the impact of the *Kliegerman* action as it relates to the Motion for Lead Counsel. Because Mr. Rifkin's email was submitted near the end of the close of business, there was not enough time to fully consider the impact of *Kliegerman's* stipulation and thereafter confer with counsel in this action to seek a stipulation to enlarge time to file the Motion for Lead Counsel or alternatively set a new briefing schedule and hearing date to accommodate the appearance of new counsel and the *Kliegerman* action.

1   Nonetheless, by February 5, 2008, moving counsel will seek the stipulation from all counsel in this case and counsel for *Kliegerman* to arrive at a reasonable briefing schedule and hearing date in light of this new development. This motion is filed in order to request an extension before the expiration of this Court's previously issued deadline for the filing of the Motion for Lead Counsel.

No previous extensions of time have been requested regarding the Motion for Lead Counsel.

I, declare under penalty of perjury that the foregoing is true and correct.

Dated: February 4, 2008                Respectfully submitted,

**LAW OFFICE OF DAMIAN R. FERNANDEZ**


By: _____/s/ Damian R. Fernandez_____
　　Damian R. Fernandez
　　M. Van Smith

　　Attorneys for Plaintiffs
　　VINCENT SCOTTI,
　　DENNIS V. MACASADDU,
　　MARK G. MORIKAWA, TIMOTHY P. SMITH,
　　and MICHAEL G. LEE