Damian Fernandez (CA Bar No. 206662); damianfernandez@gmail.com
**LAW OFFICE OF DAMIAN R. FERNANDEZ**
14510 Big Basin Way, Suite A, PMB 285
Saratoga, California 95070-6091
Telephone: (408) 354-8684
Facsimile: (408) 904-7391

Eric H. Gibbs (CA Bar No. 178658); ehg@girardgibbs.com
Elizabeth C. Pritzker (CA Bar No. 146267); ecp@girardgibbs.com
Aaron M. Sheanin (CA Bar No. 214472); ams@girardgibbs.com
Geoffrey A. Munroe (CA Bar No. 228590); gam@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE APPLE & AT&TM ANTITRUST LITIGATION** | Case No. 07-cv-05152 JW<br><br>**NOTICE OF APPEARANCE AND ASSOCIATION OF COUNSEL** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record on behalf of plaintiffs Timothy P. Smith, Michael G. Lee, Dennis V. Macasaddu, Mark G. Morikawa, and Vincent Scotti, and the members of the putative class, in association with the Law Office of Damian R. Fernandez. The undersigned requests that all notices, orders, and/or other information in this case be served upon the individuals identified below:

> Eric H. Gibbs (CA Bar No. 178658)
>    ehg@girardgibbs.com
> Elizabeth C. Pritzker (CA Bar No. 146267)
>    ecp@girardgibbs.com
> Aaron M. Sheanin (CA Bar No. 214472)
>    ams@girardgibbs.com
> Geoffrey A. Munroe (CA Bar No. 228590)
>    gam@girardgibbs.com
>
> **GIRARD GIBBS LLP**
> 601 California Street, 14th Floor
> San Francisco, California 94108
> Telephone: (415) 981-4800
> Facsimile: (415) 981-4846

DATED: February 8, 2008                Respectfully submitted,

**LAW OFFICE OF DAMIAN R. FERNANDEZ**

By: ___/s/ Damian R. Fernandez (with permission)___
Damian R. Fernandez

14510 Big Basin Way, Suite A, PMB 285
Saratoga, California 95070-6091
Telephone: (408) 354-8684
Facsimile: (408) 904-739116

**GIRARD GIBBS LLP**

By: ___/s/ Eric H. Gibbs___
Eric H. Gibbs

Elizabeth C. Pritzker
Aaron M. Sheanin
Geoffrey A. Munroe
601 California Street, 14th Floor

---

1
NOTICE OF APPEARANCE AND ASSOCIATION OF COUNSEL
Case No. 07-cv-05152 JW

| | |
|---|---|
| 1 | San Francisco, California 94108 |
| 2 | Telephone: (415) 981-4800 |
|   | Facsimile: (415) 981-4846 |
| 3 | *Counsel for Plaintiff and Proposed Class* |

NOTICE OF APPEARANCE AND ASSOCIATION OF COUNSEL
Case No. 07-cv-05152 JW

**LAW OFFICE OF DAMIAN R. FERNANDEZ**

By: <u>/s/ Damian R. Fernandez (with permission)</u>
Damian Fernandez

14510 Big Basin Way, Suite A, PMB 285
Saratoga, California 95070-6091
Telephone: (408) 354-8684
Facsimile: (408) 904-7391

*Attorneys for Plaintiffs and the Proposed Class*