Damian R. Fernandez (206662)
**LAW OFFICE OF DAMIAN R. FERNANDEZ**
14510 Big Basin Way, Suite A, PMB 285
Saratoga, California 95070-6091
Telephone: (408) 354-8684
Facsimile: (408) 904-7391
Email: damianfernandez@gmail.com

Eric H. Gibbs (CA Bar No. 178658)
Elizabeth C. Pritzker (CA Bar No. 146267)
Aaron M. Sheanin (CA Bar No. 214472)
Geoffrey A. Munroe (CA Bar No. 228590)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE APPLE & AT&TM ANTITRUST LITIGATION** | Case No. 07-cv-05152 JW<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: March 10, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 8<br><br>Honorable James Ware |

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I, Anne von Goetz, hereby declare as follows:

I am employed by Girard Gibbs, A Limited Liability Partnership, 601 California Street, 14th Floor, San Francisco, California 94108, San Francisco County. I am over the age of eighteen years and am not a party to this action. On February 8, 2008, I served the following documents:

1. **NOTICE OF APPEARANCE AND ASSOCIATION OF COUNSEL**

2. **NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL**

3. **DECLARATION OF ERIC H. GIBBS IN SUPPORT OF MOTION FOR APPOINTMENT OF INTERIM OF CO-LEAD CLASS COUNSEL**

4. **DECLARATION OF DAMIAN R. FERNANDEZ IN SUPPORT OF MOTION FOR APPOINTMENT OF INTERIM OF CO-LEAD CLASS COUNSEL**

5. **[PROPOSED] ORDER GRANTING APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL**

6. **CERTIFICATE OF SERVICE**

XX    by placing the document(s) listed above for collection and mailing them following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth above.

    Margaret McGerity
    Folkenflik & McGerity
    1500 Broadway, 21st Floor
    New York, NY 10036
    Telephone: 212.757.0400
    Facsimile: 212.757.2010
    Email:    mmcgerity@fmlaw.net

____    by transmitting via facsimile the above listed document(s) to the fax number(s) set forth below on this date.

____    by causing personal delivery by Apex Attorney Services of the document(s) listed above to the person(s) at the address(es) set forth above.

|   |   |   |
|---|---|---|
| 1 | ____ | by transmitting via Federal Express for overnight delivery the above listed document(s) to the address set forth above on this date. |
| 2 | | |
| 3 | XX | by Electronic Filing: The following parties were served by simultaneously filing the attached |

document(s) with the United States District Court, Northern District of California, Case No. 07-05152 JW.

| Giuseppe Joseph Antonelli | jantonelli@antonellilaw.com |
| David Eldon Crowe | dcrowe@crowell.com |
| Adrian Frank Davis | adrian.davis@lw.com |
| Donald M. Falk | dfalk@mayerbrown.com |
| Damian Rene Fernandez | damianfernandez@gmail.com |
| Max Folkenflik | max@fmlaw.net |
| H. Tim Hoffman | hth@hoffmanandlazear.com |
| Jeffrey H. Howard | jhoward@crowell.com |
| Arthur W. Lazear | awl@hoffmanandlazear.com |
| Morgan M. Mack | mmm@hoffmanandlazear.com |
| Christopher E. Ondeck | condeck@crowell.com |
| Archis Ashok Parasharami | aparasharami@mayerbrown.com |
| Alfred C. Pfeiffer, Jr. | al.pfeiffer@lw.com |
| Daniel A. Sasse | dsasse@crowell.com |
| Wm. Randolph Smith | wrsmith@crowell.com |
| Daniel M. Wall | dan.wall@lw.com |
| Christopher S. Yates | chris.yates@lw.com |
| Mark C. Rifkin | rifkin@whath.com |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed February 8, 2008, at San Francisco, California.

_____
Anne von Goetz

CERTIFICATE OF SERVICE