Damian Fernandez (206662)
**LAW OFFICE OF DAMIAN R. FERNANDEZ**
14510 Big Basin Way, Suite A, PMB 285
Saratoga, California 95070-6091
Telephone: (408) 354-8684
Facsimile: (408) 904-7391

Eric H. Gibbs (CA Bar No. 178658)
Elizabeth C. Pritzker (CA Bar No. 146267)
Aaron M. Sheanin (CA Bar No. 214472)
Geoffrey A. Munroe (CA Bar No. 228590)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE & AT&TM ANTITRUST LITIGATION | Case No. 07-cv-05152 JW<br><br>**[PROPOSED] ORDER GRANTING APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL**<br><br>Date: March 10, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 8<br><br>Honorable James Ware |

This motion came on regularly for hearing on the motion of Girard Gibbs LLP and Law Office of Damian R. Fernandez for an order appointing these firms as interim co-lead class counsel for the plaintiff class pursuant to Rule 23(g) of the Federal Rules of Civil Procedure. After carefully considering the applications of counsel, and the requirements of Rule 23(g)(1), the Court concludes that the Girard Gibbs and Fernandez law firms are "best able to represent the interests of the class." Fed R. Civ. P. 23(g)(2).

As demonstrated by their application, these two firms meet all of the standards set forth in Rule 23(g)(1). They have demonstrated exemplary work in identifying and investigating potential claims in the action and they are experienced in the handling of complex consumer protection, telecommunications, and antitrust class actions, including cases concerning similar facts and legal issues that will be at issue in this case. In addition, these two firms have extensive knowledge in the applicable law and they have appropriate resources to properly represent the class.

The motion is granted, and the law firms of Girard Gibbs LLP and Law Office of Damian R. Fernandez are hereby appointed interim co-lead counsel for the plaintiff class pursuant to Rule 23(g).

IT IS SO ORDERED.

Dated: _____

Honorable James Ware
United States District Court
Northern District of California