**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re Apple & AT&TM Antitrust Litigation | NO. C 07-05152 JW<br>**ORDER CONTINUING HEARING ON MOTIONS TO DISQUALIFY COUNSEL AND APPOINT LEAD COUNSEL** |

On February 7, 2008, the Court received a letter from Mark C. Rifkin, counsel for plaintiffs in a parallel New York action, Kliegerman v. Apple, Inc. S.D.N.Y No. 1:07-cv-08404-PKC. (See Docket Item No. 59.) Counsel seeks permission to file a proposed interim lead counsel motion in anticipation that the Kliegerman action will be transferred to this Court. Counsel represents that the transfer is imminent because the Kliegerman plaintiffs have consented to Defendant Apple's motion to transfer.

In light of this representation, and the Court's desire to mainstream this process, the Court continues the hearing on the motions re: disqualification and appointment of lead counsel currently set for March 10, 2007 to **April 7, 2008 at 9 A.M.** This continuance anticipates that the New York action will be transferred and related to this action by early March. Accordingly, the Court sets the briefing schedule as follows:

(1) All Motions to disqualify and appoint lead counsel shall be filed and served by **March 3, 2007.**

1    (2)    All Oppositions shall be filed and served by **March 17, 2008.**

2    (3)    All Replies, if any, shall be filed and served by **March 24, 2008.**

3    The parties may not stipulate to an alternative briefing schedule.

4    In light of this Order, Plaintiff Smith's Motion to Enlarge Time to File Motion (docket item no. 59) is denied as moot.

Dated: February 15, 2008

JAMES WARE
United States District Judge

United States District Court
For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adrian Frank Davis adrian.davis@lw.com
Alfred Carroll Pfeiffer Al.Pfeiffer@lw.com
Archis Ashok Parasharami aparasharami@mayerbrown.com
Arthur William Lazear awl@hoffmanandlazear.com
Christopher E Ondeck condeck@crowell.com
Christopher S. Yates chris.yates@lw.com
Damian Rene Fernandez damianfernandez@gmail.com
Daniel Allen Sasse dsasse@crowell.com
Daniel Murray Wall dan.wall@lw.com
David Eldon Crowe dcrowe@crowell.com
Donald M. Falk dfalk@mayerbrown.com
Giuseppe Joseph Antonelli jantonelli@antonellilaw.com
Giuseppe Joseph Antonelli jantonelli@antonellilaw.com
Gregg Lander Lander@kbarnes.com
H. Tim Hoffman hth@hoffmanandlazear.com
Janelle Christine Carney jcarney@antonellilaw.com
Jeffrey H. Howard jhoward@crowell.com
Kevin Todd Barnes Barnes@kbarnes.com
M. Van Smith mvsmith@sbcglobal.net
Max Folkenflik max@fmlaw.net
Morgan Matthew Mack mmm@hoffmanandlazear.com
Wm. Randolph Smith wrsmith@crowell.com
Mark C. Rifkin, rifkin@whath.com

**Dated: February 15, 2008**               **Richard W. Wieking, Clerk**

                                            **By: /s/ JW Chambers**
                                                **Elizabeth Garcia**
                                                **Courtroom Deputy**