FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

MARK C. RIFKIN (*pro hac vice pending*)
rifkin@whafh.com
ALEXANDER H. SCHMIDT (*pro hac vice pending*)
schmidt@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile:  212/545-4677

Attorneys for Plaintiff Herbert H. Kliegerman

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE & AT&TM ANTITRUST LITIGATION | Master File No. C 07-05152 JW <br><br> **STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES UNDER L.R. 3-12** <br><br> CRTRM:    8 <br> JUDGE:    Hon. James Ware |

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES UNDER L.R. 3-12 - MASTER FILE NO. C 07-05152 JW

1  WHEREAS Plaintiff Herbert H. Kliegerman has filed an Administrative Motion to relate
2  the cases of *Kliegerman v. Apple, Inc.*, Case No. C 08-948 (N.D. Cal.) ("*Kliegerman*") and *In re*
3  *Apple & AT&TM Anti-Trust Litigation*, Master File No. 07-CV-05152-JW (N.D. Cal.) ("*Apple*"),
4  pursuant to Civil Local Rule 3-12 (the "Motion").

5  WHEREAS the parties hereby stipulate and agree that the *Kliegerman* action is related to
6  the *Apple* action as defined by Civil Local Rule 3-12(a).

7  THEREFORE, the parties hereby stipulate and agree that Plaintiff's Administrative Motion
8  to Relate Cases Under L.R. 3-12 should be granted and the *Kliegerman* action transferred to Judge
9  Ware.

10  IT IS SO STIPULATED.

11  DATED: February 15, 2008        WOLF HALDENSTEIN ADLER
                                       FREEMAN & HERZ LLP
12                                  FRANCIS M. GREGOREK
                                    BETSY C. MANIFOLD
13                                  RACHELE R. RICKERT
                                    MARISA C. LIVESAY
14

15
                                         /s/  Francis M. Gregorek
16                                      FRANCIS M. GREGOREK

17                                  Symphony Towers
                                    750 B. Street, Suite 2770
18                                  San Diego, California 92101
                                    Telephone:  619/239-4599
19                                  Facsimile:   619/234-4599

20                                  WOLF HALDENSTEIN ADLER
                                       FREEMAN & HERZ LLP
21                                  MARK C. RIFKIN (*pro hac vice pending*)
                                    ALEXANDER H. SCHMIDT (*pro hac vice pending*)
22                                  270 Madison Avenue
                                    New York, New York 10016
23                                  Telephone:  212/545-4600
                                    Facsimile:   212/545-4677
24

25                                  RANDALL S. NEWMAN, P.C.
                                    RANDALL S. NEWMAN
26                                  The Trump Building
                                    40 Wall Street, 61st Floor
27                                  New York, New York 10005
                                    Telephone:  212/797-3737
28                                  Facsimile:   212/797-3172

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO
RELATE CASES UNDER L.R. 3-12- MASTER FILE NO. C 07-05152 JW

| | |
|---|---|
| | SHABEL & DENITTIS, P.C.<br>STEPHEN P. DENITTIS (*pro hac vice pending*)<br>NORMAN SHABEL (*pro hac vice pending*)<br>5 Greentree Centre, Suite 302<br>Marlton, New Jersey 08053<br>Telephone: 856/797-9951<br>Facsimile: 856/797-9978 |
| | Attorneys for Plaintiff Herbert H. Kliegerman |
| DATED: February 15, 2008 | LATHAM WATKINS, LLP<br>ADRIAN F. DAVIS<br>ALFRED C. PFEIFFER, JR.<br>DANIEL M. WALL<br>CHRISTOPHER S. YATES |
| | /s/ Christopher S. Yates<br>CHRISTOPHER S. YATES |
| | 505 Montgomery Street, Suite 1900<br>San Francisco, CA 94111<br>Telephone: 415/391-0600 |
| | Counsel for Defendant Apple Inc. |
| DATED: February 15, 2005 | CROWELL & MORING LLP<br>DAVID E. CROWE<br>DANIEL A. SASSE |
| | /s/ Daniel A. Sasse<br>DANIEL A. SASSE |
| | 3 Park Plaza, 20th Floor<br>Irvine, CA 92614-8505<br>Telephone: 949/263-8400<br>Facsimile: 949/263-8414 |
| | CROWELL & MORING LLP<br>JEFFREY W. HOWARD<br>CHRISTOPHER E. ONDECK<br>WILLIAM R. SMITH<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595<br>Telephone: 202/624-2500<br>Facsimile: 202/628-5116 |
| | Counsel for Defendant AT&T Mobility LLC |

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES UNDER L.R. 3-12- MASTER FILE NO. C 07-05152 JW

- 2 -

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  DATED: _____     _____
                                      THE HONORABLE JAMES WARE
4                                     UNITED STATES DISTRICT COURT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES UNDER L.R. 3-12- MASTER FILE NO. C 07-05152 JW

**DECLARATION REGARDING CONCURRENCE**

I, Francis M. Gregorek, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES UNDER L.R. 3-12. In compliance with General Order 45.X.B, I hereby attest that Christopher S. Yates and Daniel A. Sasse have concurred in this filing.

DATED: February 15, 2008                    WOLF HALDENSTEIN ADLER
                                            FREEMAN & HERZ LLP


                                            /s/ Francis M. Gregorek
                                            FRANCIS M. GREGOREK

APPLE:15780.STIP/ORD

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES UNDER L.R. 3-12- MASTER FILE NO. C 07-05152 JW

- 4 -