1  H. TIM HOFFMAN, SBN 49141
   ARTHUR W. LAZEAR, SBN 83603
2  MORGAN M. MACK SBN 212659
   **HOFFMAN & LAZEAR**
3  180 Grand Avenue, Suite 1550
   Oakland, CA 94612
4  Telephone: (510) 763-5700

5  Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
                                        )  Case No:   5:07-cv-05152 JW
11                                      )
   IN RE APPLE & AT&TM ANTI-TRUST       )
12 LITIGATION                           )  **CERTIFICATE OF SERVICE**
                                        )
13                                      )
   _____)
14

15

16

17 I, Shola Ogunlana, declare:

18     I am, and was at the time of the service mentioned in this declaration, over the age
   of 18 years and am not a party to this cause.  My business address is HOFFMAN &
19 LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California  94612, Alameda County,
   California. On March 3, 2008, I served the following Documents:
20

21     **MOTION TO APPOINT MAX FOLKENFLIK AS LEAD COUNSEL FOR
       PLAINTIFFS AND THE PUTATIVE CLASS; MEMORANDUM OF POINTS
22     AND AUTHORITIES;**

23     **DECLARATION OF RONALD M. SABRAW;**

24     **DECLARATION OF JOSEPH CARUSO;**

25     **DECLARATION OF MAX FOLKENFLIK;**

26     **DECLARATION OF H. TIM HOFFMAN IN SUPPORT OF MOTION TO
       APPOINT MAX FOLKENFLIK AS LEAD COUNSEL FOR PLAINTIFFS AND
27     THE PUTATIVE CLASS**

28

EMAIL: By transmitting via email based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below.

BY HAND DELIVERY: By hand delivering the document(s) listed above to the person(s) at the address(es) set forth below.

FEDERAL EXPRESS: By placing the documents(s) listed above in FEDERAL EXPRESS drop box facility located closest to my office in Oakland, California, in a sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight delivery. The FEDERAL EXPRESS request form was completed in a manner so that postage was prepaid, and contained instructions requesting delivery by not later than 5:00 pm the following business day, to the person(s) at the address(es) set forth below.

✓ **ELECTRONIC FILING:** The following parties were served by simultaneously filing the attached document(s) with the United States District Court, Northern District of California, Case No. 07-05152 JW:

Giuseppe Joseph Antonelli jantonelli@antonellilaw.com
David Eldon Crowe dcrowe@crowell.com
Adrian Frank Davis adrian.davis@lw.com
Donald M. Falk dfalk@mayerbrown.com
Damian Rene Fernandez damianfernandez@gmail.com
Max Folkenflik max@fmlaw.net
H. Tim Hoffman hth@hoffmanandlazear.com
Jeffrey H. Howard jhoward@crowell.com
Arthur W. Lazear awl@hoffmanandlazear.com
Morgan M. Mack mmm@hoffmanandlazear.com
Christopher E. Ondeck condeck@crowell.com
Archis Ashok Parasharami aparasharami@mayerbrown.com
Alfred C. Pfeiffer, Jr. al.pfeiffer@lw.com
Daniel A. Sasse dsasse@crowell.com
Wm. Randolph Smith wrsmith@crowell.com
Daniel M. Wall dan.wall@lw.com
Christopher S. Yates chris.yates@lw.com

✓ **BY MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below.

Margaret McGerity
Folkenflik & McGerity
1500 Broadway, 21st Floor
New York, NY 10036

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 3, 2008

Shola Ogunlana