FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

MARK C. RIFKIN (*pro hac vice*)
rifkin@whafh.com
ALEXANDER H. SCHMIDT (*pro hac vice*)
schmidt@whafh.com
MARTIN E. RESTITUYO (*pro hac vice*)
restituyo@whafh.com
WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile: 212/545-4677

Attorneys for Plaintiff Herbert H. Kliegerman

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE & AT&TM ANTITRUST LITIGATION | Master File No. C 07-05152 JW |
| HERBERT H. KLIEGERMAN on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC. and AT&T MOBILITY LLC,<br><br>Defendants. | File No. C 08-948 JSW<br><br>**AFFIDAVIT OF ALEXANDER H. SCHMIDT IN SUPPORT OF PLAINTIFF KLIEGERMAN'S CROSS-MOTION FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL**<br><br>DATE:   April 7, 2008<br>TIME:   9:00 a.m.<br>CRTRM:  8<br>JUDGE:  Hon. James Ware |

ALEXANDER H. SCHMIDT, being duly sworn, states:

1. I am a member of the Bar of the States of New York and New Jersey, and of the law firm Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein" or "the Firm"). I make this affidavit in support of Plaintiff Kliegerman's cross-motion to appoint Wolf Haldenstein interim lead class counsel in these consolidated actions.

2. Wolf Haldenstein was founded in 1888 and has offices in New York City, San Diego, Chicago, and West Palm Beach, Florida. The firm has more than 50 attorneys and its Class Action Litigation Group consists of 35 attorneys and 10 paralegals. Attached hereto as Exhibit 1 is a true and correct copy of Wolf Haldenstein's firm resume, which sets forth the Firm's long and extensive experience and expertise in litigating complex class actions, including large consolidated antitrust class actions.

3. Wolf Haldenstein has vast experience handling antitrust class actions and will best represent the proposed classes in this case. Wolf Haldenstein is recognized nationwide as one of the Country's premier class actions firms and is in a position to dedicate substantial resources to representing the classes. The Firm has successfully litigated numerous Rule 23 class certification motions around the country, including in this District.

4. Wolf Haldenstein has acted as co-lead counsel in several recent antitrust actions, including *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*, No. M 02-1486-PJH (N.D. Cal.); *McDonough v. Toys "R" Us, Inc.*, No. 06-cv-00242-AB (ED. Pa.); and *In re Sulfuric Acid Antitrust Litigation*, No. 03-4576 (N.D. Ill.), and the Firm was appointed as interim class counsel in *In re Elevator Antitrust Litigation*, No. 04-cv-1178-TPG (S.D.N.Y.). Attached hereto as Exhibit 2 for the Court's convenience is a true and correct copy of relevant excerpts of the August 15, 2007 hearing transcript in *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*, No. M 02-1486-PJH (N.D. Cal.).

5. Wolf Haldenstein has also played important roles in numerous other antitrust litigations, including *Elliot Franklin v. Smithkline Beecham Corporation d/b/a GlaxoSmithKline, P.L.C., et al.*, CA No. 02-10671-RCL (D. Mass.) (Relafen patent monopolization); *In re Carbon Black Antitrust Litigation*, No. 03-CV-10191 (D. Mass.) (horizontal price fixing); *In Re Neurontin*

AFFIDAVIT OF ALEXANDER H. SCHMIDT IN SUPPORT OF PLAINTIFF KLIEGERMAN'S CROSS-MOTION FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL - Master File No. C 07-05152 JW

1  *Antitrust Litigation*, MDL No. 1479 (patent monopolization); *Charles D. Fredericks, Jr. v. Elan Corporation, PLC and Skyepharma, Inc. f/k/a Brightstone Pharma, Inc.*, C.A. No. 02-CV-3719 (E.D. Pa.) (Naprelan patent monopolization); *In re Infant Formula Antitrust Litigation*, M.D.L. 878 (N.D. Fla.) (horizontal price fixing); *In re Brand Name Prescription Drug Antitrust Litigation*, M.D.L. 940 (N.D. Ill.) (same); *In re Cheese Antitrust Litigation*, Case No. 96-C-391 (Circuit Ct. Ill.) (same).

6.  I, myself, have had more than 22 years of experience litigating complex commercial matters, including numerous antitrust actions and class actions. I have served as sole plaintiffs' counsel in *Dresses for Less v. The CIT Group/Commercial Services, Inc.*, 2002 U.S. Dist. LEXIS 18338 (S.D.N.Y. Sept. 30, 2002) (group boycott, price-fixing, monopolization in commercial factoring industry), on the team of co-lead counsel in *Schoenbaum v. E.I. DuPont De Nemours and Company*, No. 4:05-cv-01108-ERW (E.D. Mo.) (price-fixing of genetically-modified seeds), and as an active steering committee member in *In re Insurance Brokerage Antitrust Litigation*, No. 04-5184-MDL (D.N.J.) (market allocation in insurance industry).

7.  My partner Mark C. Rifkin, who is also counsel of record in this action, also has substantial experience litigating antitrust and other complex commercial matters. Mr. Rifkin has more than 20 years of experience litigating complex commercial matters, including numerous antitrust and securities class actions in federal and state courts throughout the country. For example, Mr. Rifkin was lead counsel for the consumer class in the *In re Food Additives (High Fructose Corn Syrup) Cases*, Master File No. 39693 (Cal. Super. Stanislaus County) and was a member of the Executive Committee in the *In re Travel Agency Commission Antitrust Litig.*, No. 4-95-107 (D. Minn.) He has also served as lead counsel in dozens of class actions in state and federal courts across the country, including *In re AST Research Securities Litigation*, No. 94-1370-SVW (C.D. Cal.), which was tried to a jury before the Honorable Steven V. Wilson in the United States District Court for the Central District of California.

8.  Wolf Haldenstein has obtained more than $3.7 billion in settlements of antitrust, securities, and consumer class actions where it has served as lead counsel or in some other significant capacity. *See* Exhibit 1 at 31-35.

AFFIDAVIT OF ALEXANDER H. SCHMIDT IN SUPPORT OF PLAINTIFF KLIEGERMAN'S CROSS-MOTION FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL - Master File No. C 07-05152 JW    3

9. Wolf Haldenstein is well-positioned to coordinate the discovery, motion practice, pretrial practice, and trial of these class actions. The Firm has already devoted considerable attorney time and resources into researching this case and will continue to do so until the matter is resolved. The Firm has conducted extensive market research and has engaged a leading antitrust economist with extensive telecommunications experience to assist with the prosecution of this case.

10. Wolf Haldenstein already has engaged in many discussions with counsel for defendants Apple and AT&TM, including discussions pertaining to potential settlement of the litigation.

11. Wolf Haldenstein has greater resources and far more relevant experience than the other counsel seeking appointment as Interim Lead Class Counsel in this matter.

12. Accordingly, I respectfully submit that appointment of Wolf Haldenstein as Interim Lead Class Counsel is appropriate.

13. The procedural history of plaintiff Kliegerman's lawsuit is as follows: Plaintiff is a New York resident who purchased three Apple iPhones on July 29, 2007. Plaintiff brought the first filed case against Apple involving the iPhone on August 27, 2007, in New York state court, which was removed to the Southern District of New York on September 27, 2007. On November 16, 2007, Plaintiff filed an Amended Complaint asserting, *inter alia*, claims under section 2 of the Sherman Act, the Magnuson-Moss Warranty Act, and numerous state consumer protection statutes. A true and correct copy of the Amended Complaint is attached hereto as Exhibit 3.

14. On January 18, 2008, Defendant Apple, Inc. moved to transfer Plaintiff's action to this Court. On February 5, 2008, Plaintiff consented to the transfer of his action to this Court and to the consolidation of his action with the two similar but later-filed actions already pending and consolidated here under the above-caption.

15. Attached hereto for the Court's convenience are true and correct copies of the following court opinions:

    1. Exhibit 4: *Smith v. AON Corp.*, No. 04-cv-6875 (N.D. Ill. May 3, 2005) (Doc. No. 47); and

1      2.    Exhibit 5:    *In re Copper Tubing Litigation*, No. 04-2771-DV (W.D. Tenn. Feb. 7, 2005) (Doc. No. 56).

*/s/ Alexander H. Schmidt*
ALEXANDER H. SCHMIDT

Sworn to before me this
28th day of February, 2008

*/s/ Rachel Poplock*
Notary Public

RACHEL POPLOCK
Notary Public, State of New York
No. 02PO6170764
Qualified in New York County
Commission Expires July 16, 2011

APPLE:15755

AFFIDAVIT OF ALEXANDER H. SCHMIDT IN SUPPORT OF PLAINTIFF KLIEGERMAN'S CROSS-MOTION FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL - Master File No. C 07-05152 JW    5