UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE & AT&TM ANTITRUST LITIGATION | Master File No. C 07-05152 JW |
| HERBERT H. KLIEGERMAN on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC. and AT&T MOBILITY LLC,<br><br>Defendants. | File No. C 08-948 JSW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF KLIEGERMAN'S CROSS-MOTION FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL**<br><br>DATE: April 7, 2008<br>TIME: 9:00 a.m.<br>CRTRM: 8<br>JUDGE: Hon. James Ware |

[PROPOSED] ORDER GRANTING PLAINTIFF KLIEGERMAN'S CROSS-MOTION FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL - Master File No. C 07-05152 JW

This motion came on for hearing on April 7, 2008 on the cross-motion of plaintiff Herbert H. Kliegerman for an order appointing the firm of Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein") as interim lead class counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure. This Court, having considered plaintiff's cross-motion as well as the competing motions for interim lead class counsel, and any oppositions filed in response thereto, for good cause hereby ORDERS as follows:

Plaintiff Kliegerman's Cross-Motion for Appointment of Interim Lead Class Counsel is hereby granted and Wolf Haldenstein is appointed interim lead class counsel under Rule 23(g) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: ______________________

______________________________
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT
MARISA C. LIVESAY

______________________________
FRANCIS M. GREGOREK

Symphony Towers
750 B Street, Suite 2770
San Diego, California 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com
livesay@whafh.com

[PROPOSED] ORDER GRANTING PLAINTIFF KLIEGERMAN'S CROSS-MOTION FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL - Master File No. C 07-05152 JW

- 1 -

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
MARK C. RIFKIN (*pro hac vice*)
ALEXANDER H. SCHMIDT (*pro hac vice*)
MARTIN E. RESTITUYO (*pro hac vice*)
270 Madison Avenue
New York, New York 10016
Telephone: 212/545-4600
Facsimile: 212/545-4677
rifkin@whafh.com
schmidt@whafh.com
restituyo@whafh.com

RANDALL S. NEWMAN, P.C.
RANDALL S. NEWMAN
The Trump Building
40 Wall Street, 61st Floor
New York, New York 10005
Telephone: 212/797-3737
Facsimile: 212/797-3172
rsn@randallnewman.net

SHABEL & DENITTIS, P.C.
STEPHEN P. DENITTIS (*pro hac vice*)
NORMAN SHABEL (*pro hac vice*)
5 Greentree Centre, Suite 302
Marlton, New Jersey 08053
Telephone: 856/797-9951
Facsimile: 856/797-9978
sdenittis@shabeldenittis.com

Attorneys for Plaintiff Herbert H. Kliegerman

[PROPOSED] ORDER GRANTING PLAINTIFF KLIEGERMAN'S CROSS-MOTION FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL - Master File No. C 07-05152 JW

- 2 -