FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

MARK C. RIFKIN (*pro hac vice*)
rifkin@whafh.com
ALEXANDER H. SCHMIDT (*pro hac vice*)
schmidt@whafh.com
MARTIN E. RESTITUYO (*pro hac vice*)
restituyo@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile: 212/545-4677

Attorneys for Plaintiff Herbert H. Kliegerman

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE & AT&TM ANTITRUST LITIGATION | Master File No. C 07-05152 JW |
| | File No. C 08-948 JSW |
| HERBERT H. KLIEGERMAN on behalf of himself and others similarly situated, | **DECLARATION OF SERVICE** |
| Plaintiff, | |
| v. | |
| APPLE INC. and AT&T MOBILITY LLC, | DATE:    April 7, 2008 |
| | TIME:    9:00 a.m. |
| Defendant. | CRTRM:   8 |
| | JUDGE:   Hon. James Ware |

DECLARATION OF SERVICE - Master File No. C 07-05152 JW

I, MARTA STASIK, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2. That on March 3, 2008, declarant served:

**NOTICE OF CROSS-MOTION AND CROSS-MOTION OF PLAINTIFF KLIEGERMAN FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION**

**AFFIDAVIT OF ALEXANDER H. SCHMIDT IN SUPPORT OF PLAINTIFF KLIEGERMAN'S CROSS-MOTION FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL**

**[PROPOSED] ORDER GRANTING PLAINTIFF KLIEGERMAN'S CROSS-MOTION FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL**

via the CM/ECF system to the parties listed on the attached Service List.

3. That there is regular communication between parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of March 2008, at San Diego, California.

_____
MARTA STASIK

APPLE:15881

DECLARATION OF SERVICE - Master File No. C 07-05152 JW
- 1 -

APPLE ANTITRUST
Service List – February 13, 2008
Page 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
Marisa C. Livesay
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
    619/239-4599
    619/234-4599 (fax)

Mark C. Rifkin
Alexander H. Schmidt
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
270 Madison Ave.
New York, NY 10016
    212/545-4600
    212/545-4653 (fax)
rifkin@whafh.com
schmidt@whafh.com

Randall S. Newman
NEWMAN & ASSOCIATES, P.C.
The Trump Building
40 Wall Street, 61st Floor
New York, NY 10005
    212/797-3737
    212/797-3172 (fax)
rsn@randallnewman.net

Stephen P. Denittis
Norman Shabel
SHABEL & DENITTIS, P.C.
5 Greentree Centre, Suite 302
Marlton, NJ 08053
    856/797-9951
    856/797-9978 (fax)
sdenittis@shabeldenittis.com

**Counsel for Plaintiff Herbert H. Kliegerman**

Damian R. Fernandez
LAW OFFICE OF DAMIAN R. FERNANDEZ
14510 Big Basin Way
Suite A, PMB 285
Saratoga, CA 95070-6091
    408/355-3021
    408/904-7391 (fax)
Damianfernandez@gmail.com

Geoffrey A. Munroe
Elizabeth C. Pritzker
Aaron M. Sheanin
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA 94108
    415/981-4800
    415/981-4846 (fax)
gam@girardgibbs.com
ecp@girardgibbs.com
ams@girardgibbs.com

M. Van Smith
LAW OFFICES OF V. MAN SMITH
14510 Big Basin Way
Suite A, PMB 285
Saratoga, CA 95070-6091
    408/355-3021
    408/904-7391 (fax)
mvsmith@sbcglobal.net

**Counsel for Plaintiffs Michael G. Lee, Dennis V. Macasaddu, Mark G. Morikawa, Vincent Scotti and Timothy Smith**

APPLE ANTITRUST
Service List – February 13, 2008
Page 2

COUNSEL FOR PLAINTIFFS

Max Folkenflik
Margaret McGerity
FOLKENFLIK & MCGERITY
1500 Broadway, 21st Floor
New York, NY 10036
 212/757-0400
 212/757-2010 (fax)
max@fmlaw.net

H. Tim Hoffman
Arthur W. Lazear
Morgan M. Mack
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612
 510/763-5700
hth@hoffmanandlazear
awl@hoffmanandlazear.com
mmm@hoffmanandlazear.com

**Counsel for Plaintiffs Paul Holman and Lucy Rivello**

COUNSEL FOR DEFENDANTS

Hanno F. Kaiser
LATHAM & WATKINS, LLP
885 Third Avenue, Suite 1000
New York, NY 10022
 212/906-1252
 212/751-4864 (fax)
Hanno.kaiser@lw.com

Adrian F. Davis
Alfred C. Pfeiffer, Jr.
Daniel M. Wall
Christopher S. Yates
LATHAM  WATKINS, LLP
505 Montgomery Street, Suite 1900
San Francisco, CA 94111
 415/391-0600
adrian.davis@lw.com
al.pfeiffer@lw.com
dan.wall@lw.com
chris.yates@lw.com

**Counsel for Defendant Apple, Inc.**

David E. Crowe
Daniel A. Sasse
CROWELL AND MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
 949/263-8400
 949/263-8414 (fax)
dcrowe@crowell.com
dsasse@crowell.com

Jeffrey W. Howard
Christopher E. Ondeck
William R. Smith
CROWELL AND MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
 202/624-2500
 202/628-5116 (fax)
jhoward@crowell.com
condeck@crowell.com
wrsmith@crowell.com

**Counsel for Defendant AT&T Mobility, LLC**

APPLE ANTITRUST
Service List – February 13, 2008
Page 3

COUNSEL FOR DEFENDANTS

Donald M. Falk
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
    650/331-2030
    650/331-2060 (fax)
dfalk@mayerbrown.com

Archis A. Parasharami
MAYER BROWN LLP
1909 K Street NW
Washington, DC 20006
    202/263-33287
aparasharami@mayerbrown.com

**Counsel for Defendant AT&T Mobility, LLC**