# EXHIBIT A TO MF DECLARATION I-PHONE

**Max Folkenflik**

| | |
|---|---|
| From: | Eric Gibbs [EHG@girardgibbs.com] |
| Sent: | Sunday, March 16, 2008 1:11 PM |
| To: | Dan.Wall@LW.com; schmidt@whafh.com; maxwork@fmlaw.net; damianfernandez@gmail.com; max@fmlaw.net; hth@hoffmanandlazear.com; awl@hoffmanandlazear.com; mvsmith@sbcglobal.net; Chris.Yates@LW.com; dfalk@mayerbrown.com; gregorek@whafh.com; rsn@randallnewman.net; sdenittis@shabeldenittis.com; rifkin@whafh.com |
| Cc: | Geoffrey A. Munroe |
| Subject: | IN RE APPLE & AT&TM ANTITRUST LITIGATION, Case No. 07-cv-05152 JW |

Counsel,

Pursuant to Local Rule 11-5, this email will serve as notice that Girard Gibbs LLP is withdrawing as counsel for plaintiffs Timothy P. Smith, Michael G. Lee, Dennis V. Macasaddu, Mark G. Morikawa, and Vincent Scotti ("Plaintiffs") in IN RE APPLE & AT&TM ANTITRUST LITIGATION, Case No. 07-cv-05152 JW. In addition, Girard Gibbs is withdrawing its request to be appointed interim co-lead counsel. Mr. Fernandez will continue to represent Plaintiffs and seek appointment as interim class counsel. We will file papers so informing the Court on March 17, 2008.

Regards,

Eric Gibbs

Eric H. Gibbs
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Phone; (415) 981-4800
Fax: (415) 981-4846
EHG@girardgibbs.com
www.girardgibbs.com

This message is intended only for the addressee, and may contain information that is privileged or confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or agent of the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited; and you are asked to notify us immediately by return email, or by telephone at (415) 981-4800. Thank you.

3/17/2008