FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

MARK C. RIFKIN (*pro hac vice pending*)
rifkin@whafh.com
ALEXANDER H. SCHMIDT (*pro hac vice pending*)
schmidt@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile:  212/545-4677

Attorneys for Plaintiff Herbert H. Kliegerman

[Additional counsel appear on signature page]

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE & AT&TM ANTITRUST LITIGATION | Master File No. C 07-05152 JW <br><br> **STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES UNDER L.R. 3-12** <br><br> CRTRM:     8 <br> JUDGE:     Hon. James Ware |

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES UNDER L.R. 3-12 - MASTER FILE NO. C 07-05152 JW

1    WHEREAS Plaintiff Herbert H. Kliegerman has filed an Administrative Motion to relate the cases of *Kliegerman v. Apple, Inc.*, Case No. C 08-948 (N.D. Cal.) ("*Kliegerman*") and *In re Apple & AT&TM Anti-Trust Litigation*, Master File No. 07-CV-05152-JW (N.D. Cal.) ("*Apple*"), pursuant to Civil Local Rule 3-12 (the "Motion").

    WHEREAS the parties hereby stipulate and agree that the *Kliegerman* action is related to the *Apple* action as defined by Civil Local Rule 3-12(a).

    THEREFORE, the parties hereby stipulate and agree that Plaintiff's Administrative Motion to Relate Cases Under L.R. 3-12 should be granted and the *Kliegerman* action transferred to Judge Ware.

    IT IS SO STIPULATED.

DATED:  February 15, 2008                WOLF HALDENSTEIN ADLER
                                            FREEMAN & HERZ LLP
                                         FRANCIS M. GREGOREK
                                         BETSY C. MANIFOLD
                                         RACHELE R. RICKERT
                                         MARISA C. LIVESAY


                                              /s/  Francis M. Gregorek
                                            FRANCIS M. GREGOREK

                                         Symphony Towers
                                         750 B. Street, Suite 2770
                                         San Diego, California 92101
                                         Telephone:  619/239-4599
                                         Facsimile:   619/234-4599

                                         WOLF HALDENSTEIN ADLER
                                            FREEMAN & HERZ LLP
                                         MARK C. RIFKIN (*pro hac vice pending*)
                                         ALEXANDER H. SCHMIDT (*pro hac vice pending*)
                                         270 Madison Avenue
                                         New York, New York 10016
                                         Telephone:  212/545-4600
                                         Facsimile:   212/545-4677

                                         RANDALL S. NEWMAN, P.C.
                                         RANDALL S. NEWMAN
                                         The Trump Building
                                         40 Wall Street, 61st Floor
                                         New York, New York 10005
                                         Telephone:  212/797-3737
                                         Facsimile:   212/797-3172

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES UNDER L.R. 3-12- MASTER FILE NO. C 07-05152 JW

|   |   |   |
|---|---|---|
| 1 |  | SHABEL & DENITTIS, P.C. |
| 2 |  | STEPHEN P. DENITTIS (*pro hac vice pending*) |
|   |  | NORMAN SHABEL (*pro hac vice pending*) |
| 3 |  | 5 Greentree Centre, Suite 302 |
|   |  | Marlton, New Jersey 08053 |
| 4 |  | Telephone: 856/797-9951 |
|   |  | Facsimile: 856/797-9978 |
| 5 |  | Attorneys for Plaintiff Herbert H. Kliegerman |
| 6 | DATED: February 15, 2008 | LATHAM WATKINS, LLP |
|   |  | ADRIAN F. DAVIS |
| 7 |  | ALFRED C. PFEIFFER, JR. |
|   |  | DANIEL M. WALL |
| 8 |  | CHRISTOPHER S. YATES |

　　　　　　　　　　　　　　　　　　　　/s/ Christopher S. Yates
　　　　　　　　　　　　　　　　　　　　CHRISTOPHER S. YATES

　　　　　　　　　　　　　　　　　505 Montgomery Street, Suite 1900
　　　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　　　Telephone: 415/391-0600

　　　　　　　　　　　　　　　　　Counsel for Defendant Apple Inc.

DATED: February 15, 2005　　　　CROWELL & MORING LLP
　　　　　　　　　　　　　　　　　DAVID E. CROWE
　　　　　　　　　　　　　　　　　DANIEL A. SASSE

　　　　　　　　　　　　　　　　　　　　/s/ Daniel A. Sasse
　　　　　　　　　　　　　　　　　　　　DANIEL A. SASSE

　　　　　　　　　　　　　　　　　3 Park Plaza, 20th Floor
　　　　　　　　　　　　　　　　　Irvine, CA 92614-8505
　　　　　　　　　　　　　　　　　Telephone: 949/263-8400
　　　　　　　　　　　　　　　　　Facsimile: 949/263-8414

　　　　　　　　　　　　　　　　　CROWELL & MORING LLP
　　　　　　　　　　　　　　　　　JEFFREY W. HOWARD
　　　　　　　　　　　　　　　　　CHRISTOPHER E. ONDECK
　　　　　　　　　　　　　　　　　WILLIAM R. SMITH
　　　　　　　　　　　　　　　　　1001 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　　Washington, DC 20004-2595
　　　　　　　　　　　　　　　　　Telephone: 202/624-2500
　　　　　　　　　　　　　　　　　Facsimile: 202/628-5116

　　　　　　　　　　　　　　　　　Counsel for Defendant AT&T Mobility LLC

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES UNDER L.R. 3-12- MASTER FILE NO. C 07-05152 JW

- 2 -

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3 | DATED: March 18, 2008

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES UNDER L.R. 3-12- MASTER FILE NO. C 07-05152 JW

- 3 -

## DECLARATION REGARDING CONCURRENCE

I, Francis M. Gregorek, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES UNDER L.R. 3-12. In compliance with General Order 45.X.B, I hereby attest that Christopher S. Yates and Daniel A. Sasse have concurred in this filing.

DATED: February 15, 2008        WOLF HALDENSTEIN ADLER
                                FREEMAN & HERZ LLP

                                /s/ Francis M. Gregorek
                                FRANCIS M. GREGOREK

APPLE:15780.STIP/ORD

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES UNDER L.R. 3-12- MASTER FILE NO. C 07-05152 JW

- 4 -