1 | M. Van Smith (CA Bar No. 32007)
2 | Damian R. Fernandez (CA Bar No. 206662)
  | LAW OFFICE OF DAMIAN R. FERNANDEZ
3 | 14510 Big Basin Way, Suite A, PMB 285
  | Saratoga, California 95070-6091
4 | Telephone: (408) 355-3021
5 | Facsimile: (408) 904-7391
  | Email:  mvsmith@sbcglobal.net
6 |             damianfernandez@gmail.com

7 | Attorneys for Plaintiffs Vincent Scotti,
  | Dennis V. Macasaddu, Mark G. Morikawa,
8 | Timothy P. Smith, and Michael G. Lee

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

In Re Apple & AT&TM Anti-Trust Litigation

NO. C 07-05152 JW

**NOTICE OF CHANGE IN COUNSEL**

Judge: Honorable James Ware

Action Filed: 10/05/2007
CMC:            01/28/2008

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the following persons are no longer counsel of record for plaintiffs Vincent Scotti, Dennis V. Macasaddu, Mark G. Morikawa, Timothy P. Smith, and Michael G. Lee ("Plaintiffs") and are no longer associated in this case with the Law Office of Damian R. Fernandez or M. Van Smith:

    Eric H. Gibbs
    Aaron M. Sheanin
    Elizabeth Cheryl Pritzker
    Geoffrey A. Munroe
    Girard Gibbs LLP

1 | Please continue to direct all future mailings to M. Van Smith and Damian R. Fernandez,
2 | who remain counsel of record for Plaintiffs.

3 | **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only all
4 | notices and papers, but also includes, without limitation, orders and notices of any pleading,
5 | complaint, hearing, application, motion, request, or demand, whether formal or informal, written
6 | or oral, or transmitted or conveyed by mail, facsimile, or e-mail.

7 | Dated: March 19, 2008              Respectfully submitted,

8 | **LAW OFFICE OF DAMIAN R. FERNANDEZ**

10 | By: _____/s/ Damian R. Fernandez_____
     Damian R. Fernandez
11 | M. Van Smith

12 | Attorneys for Plaintiffs
     VINCENT SCOTTI,
13 | DENNIS V. MACASADDU,
14 | MARK G. MORIKAWA, TIMOTHY P. SMITH,
     and MICHAEL G. LEE

16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///