FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

MARK C. RIFKIN (*pro hac vice*)
rifkin@whafh.com
ALEXANDER H. SCHMIDT (*pro hac vice*)
schmidt@whafh.com
MARTIN E. RESTITUYO (*pro hac vice*)
restituyo@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile:  212/545-4677

Attorneys for Plaintiff Herbert H. Kliegerman

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE & AT&TM ANTITRUST LITIGATION | Master File No. C 07-5152 JW<br><br>**REPLY AFFIDAVIT OF ALEXANDER H. SCHMIDT IN FURTHER SUPPORT OF PLAINTIFF KLIEGERMAN'S CROSS-MOTION FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL**<br><br>DATE:    April 7, 2008<br>TIME:    9:00 a.m.<br>CRTRM:  8<br>JUDGE:  Hon. James Ware |

ALEXANDER H. SCHMIDT, being duly sworn, states:

1. I am a member of the Bar of the States of New York and New Jersey, and of the law firm Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein" or "the Firm"). I make this reply affidavit in further support of Plaintiff Kliegerman's cross-motion to appoint Wolf Haldenstein interim lead class counsel in these consolidated actions.

2. I personally spent more than 120 hours analyzing the merits of the various potential antitrust claims in this action and preparing the Kliegerman complaint. My partner Mr. Rifkin and Wolf Haldenstein's co-counsel, Shabel & DeNittis and Randall S. Newman, have collectively spent more than two hundred additional hours on this matter, and our economics firm spent 40 more hours assessing the relevant market and economic issues.

_____
ALEXANDER H. SCHMIDT

Sworn to before me this
24th day of March, 2008

_____
Notary Public

JOSEPH WEISS
Notary Public, State of New York
No. 01WE5069215
Qualified In Nassau County
Commission Expires Nov. 18, 20_12_

APPLE:15940.DECL

REPLY AFFIDAVIT OF ALEXANDER H. SCHMIDT IN FURTHER SUPPORT OF PLAINTIFF KLIEGERMAN'S CROSS-MOTION FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL - Master File No. C 07-05152 JW