H. TIM HOFFMAN, SBN 49141
ARTHUR W. LAZEAR, SBN 83603
MORGAN M. MACK SBN 212659
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: (510) 763-5700

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE APPLE & AT&TM ANTI-TRUST LITIGATION

Case No:   5:07-cv-05152 JW

**CERTIFICATE OF SERVICE**

I, Shola Ogunlana, declare:

I am, and was at the time of the service mentioned in this declaration, over the age of 18 years and am not a party to this cause. My business address is HOFFMAN & LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California 94612, Alameda County, California. On March 24, 2008, I served the following documents:

**REPLY DECLARATION OF MAX FOLKENFLIK;**

**REPLY MEMORANDUM OF LAW IN SUPPORT OF MAX FOLKENFLIK AS INTERIM LEAD COUNSEL**

EMAIL: By transmitting via email based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below.

BY HAND DELIVERY: By hand delivering the document(s) listed above to the person(s) at the address(es) set forth below.

FEDERAL EXPRESS: By placing the documents(s) listed above in FEDERAL EXPRESS drop box facility located closest to my office in Oakland, California, in a sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight delivery. The FEDERAL EXPRESS request form was completed in a manner so that postage was prepaid, and contained instructions requesting delivery by not later than 5:00 pm the following business day, to the person(s) at the address(es) set forth below.

that postage was prepaid, and contained instructions requesting delivery by not later than 5:00 pm the following business day, to the person(s) at the address(es) set forth below.

✓ **ELECTRONIC FILING:** The following parties were served by simultaneously filing the attached document(s) with the United States District Court, Northern District of California, Case No. 07-05152 JW:

David Eldon Crowe     dcrowe@crowell.com, akelly@crowell.com

Adrian Frank Davis     adrian.davis@lw.com, #sfdocket@lw.com, Linda.Tam@lw.com

Donald M. Falk     dfalk@mayerbrown.com, ksurzynski@mayerbrown.com

Damian Rene Fernandez     damianfernandez@gmail.com

Max Folkenflik     max@fmlaw.net

Eric H. Gibbs     ehg@girardgibbs.com, ams@girardgibbs.com, gam@girardgibbs.com, mcr@girardgibbs.com, sqm@girardgibbs.com

Francis M. Gregorek     gregorek@whafh.com

H. Tim Hoffman     hth@hoffmanandlazear.com

Jeffrey H. Howard     jhoward@crowell.com

Arthur William Lazear     awl@hoffmanandlazear.com

Morgan Matthew Mack     mmm@hoffmanandlazear.com

Christopher E Ondeck     condeck@crowell.com

Archis Ashok Parasharami     aparasharami@mayerbrown.com

Alfred Carroll Pfeiffer , Jr     Al.Pfeiffer@lw.com, #sfdocket@lw.com, Linda.Tam@lw.com

Elizabeth Cheryl Pritzker     ecp@girardgibbs.com, cme@girardgibbs.com, mav@girardgibbs.com

Daniel Allen Sasse     dsasse@crowell.com, akelly@crowell.com

Aaron M. Sheanin     ams@girardgibbs.com, ace@girardgibbs.com, amv@girardgibbs.com

M. Van Smith     mvsmith@sbcglobal.net

Wm. Randolph Smith     wrsmith@crowell.com

Daniel Murray Wall     dan.wall@lw.com

Christopher S. Yates     chris.yates@lw.com, #sfdocket@lw.com, linda.tam@lw.com

✓ **BY MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below.

Margaret McGerity
Folkenflik & McGerity
1500 Broadway, 21st Floor
New York, NY 10036

Geoffrey A. Munroe
Girard Gibbs LLP
601 California Street, 14th Floor
San Francisco, Ca 94108

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 24, 2008

_____
Shola Ogunlana