UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge:** James Ware
**Date:** 4/7/2008
**Case No.:** C-07-5152 JW
**Related Case No.:**
    C-08-0948 JW Kilegerman v. Apple Inc and AT& T Mobility LLC

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**Interpreter:** N/A

## TITLE

In re Apple & ATT&TM Antitrust Litigation

**Attorney(s) for Plaintiff(s)**: Damian Fernandez (Smith Plaintiffs), Mark Rifkin, Randall Newman (Kilegerman), Norman Shabel (Kilegerman), Stephen DeNitts (Kilegerman), Max Folkenflik and Tim Hoffman (all other individual plaintiffs)
**Attorney(s) for Defendant(s)**: Alfred Pfeiffer, Daniel Sasse

## PROCEEDINGS

Plaintiff's Motions to Disqualify and Appoint Lead/Co-Lead Counsel

## ORDER AFTER HEARING

Hearing Held. The Court took the matter under submission after oral argument. The Court to issue further order on motion.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: