FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

MARK C. RIFKIN (*pro hac vice*)
rifkin@whafh.com
ALEXANDER H. SCHMIDT (*pro hac vice*)
schmidt@whafh.com
MARTIN E. RESTITUYO (*pro hac vice*)
restituyo@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile:  212/545-4677

Plaintiffs' Interim Lead Counsel

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE & AT&TM ANTITRUST LITIGATION | Master File No. C 07-05152 JW<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br><br>DATE:   Submitted<br>TIME:    Submitted<br>CRTRM: 8<br>JUDGE:  Hon. James Ware |

STIPULATION AND [PROPOSED] SCHEDULING ORDER - MASTER FILE NO. C 07-05152 JW

AND NOW, this 9th day of April, 2008, upon the agreement of Plaintiffs' Interim Lead Counsel and counsel for defendants, it is hereby ordered and decreed as follows:

1. Plaintiffs shall file and serve their Consolidated Class Action Complaint in this action on or before May 5, 2008;

2. Defendants shall file and serve their answers to the Consolidated Class Action Complaint, motions to dismiss, or motion to dismiss or stay in favor of arbitration on or before June 6, 2008;

3. If defendants move to dismiss or move to stay in favor of arbitration, plaintiffs shall file and serve their response to defendants' motions on or before July 16, 2008;

4. Defendants shall file and serve any reply briefs in support of their motions to dismiss or motion to dismiss or stay in favor of arbitration on or before August 5, 2008; and

5. Defendants' motions to dismiss, or motion to dismiss or stay in favor of arbitration, if any, will be heard on September 8, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 8 of this Court.

DATED: April 9, 2008                    Respectfully Submitted,

WOLF HALDENSTEIN ADLER
    FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT


            /s/ Francis M. Gregorek
            FRANCIS M. GREGOREK

750 B. Street, Suite 2770
San Diego, California 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com

|   |   |
|---|---|
|   | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
|   | MARK C. RIFKIN (*pro hac vice*) |
|   | ALEXANDER H. SCHMIDT (*pro hac vice*) |
|   | MARTIN E. RESTITUYO (*pro hac vice*) |
|   | 270 Madison Avenue |
|   | New York, New York 10016 |
|   | Telephone: 212/545-4600 |
|   | Facsimile: 212/545-4677 |
|   | rifkin@whafh.com |
|   | schmidt@whafh.com |
|   | restituyo@whafh.com |
|   | Plaintiffs' Interim Lead Counsel |
| DATED: April 9, 2008 | LATHAM WATKINS, LLP |
|   | ADRIAN F. DAVIS |
|   | ALFRED C. PFEIFFER, JR. |
|   | DANIEL M. WALL |
|   | CHRISTOPHER S. YATES |
|   | /s/ Daniel M. Wall |
|   | DANIEL M. WALL |
|   | 505 Montgomery Street, Suite 1900 |
|   | San Francisco, CA 94111 |
|   | Telephone: 415/391-0600 |
|   | Counsel for Defendant Apple, Inc. |
| DATED: April 9, 2008 | CROWELL AND MORING LLP |
|   | DAVID E. CROWE |
|   | DANIEL A. SASSE |
|   | /s/ Daniel A. Sasse |
|   | DANIEL A. SASSE |
|   | 3 Park Plaza, 20th Floor |
|   | Irvine, CA 92614-8505 |
|   | Telephone: 949/263-8400 |
|   | Facsimile: 949/263-8414 |
|   | Counsel for Defendant AT&T Mobility, LLC |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____

HON. JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] SCHEDULING ORDER - MASTER FILE NO. C 07-05152 JW

- 2 -

## DECLARATION REGARDING CONCURRENCE

I, Francis M. Gregorek, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] SCHEDULING ORDER. In compliance with General Order 45.X.B, I hereby attest that Daniel M. Wall and Daniel A. Sasse have concurred in this filing.

DATED: April 9, 2008                    WOLF HALDENSTEIN ADLER FREEMAN
                                                                             & HERZ LLP

                                                              /s/ Francis M. Gregorek
                                                               FRANCIS M. GREGOREK

**DECLARATION OF SERVICE**

I, Maureen Longdo, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2. That on April 9, 2008, declarant served STIPULATION AND [PROPOSED] SCHEDULING ORDER via the CM/ECF System to the parties who are registered participants of the CM/ECF System.

3. That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of April, 2008, at San Diego, California.



MAUREEN LONGDO

APPLE:15958.STIP

STIPULATION AND [PROPOSED] SCHEDULING ORDER - MASTER FILE NO. C 07-05152 JW

- 4 -

APPLE ANTITRUST
Service List – February 13, 2008
Page 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
　　619/239-4599
　　619/234-4599 (fax)

Mark C. Rifkin
Alexander H. Schmidt
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
270 Madison Ave.
New York, NY 10016
　　212/545-4600
　　212/545-4653 (fax)
rifkin@whafh.com
schmidt@whafh.com

Randall S. Newman
NEWMAN & ASSOCIATES, P.C.
The Trump Building
40 Wall Street, 61st Floor
New York, NY 10005
　　212/797-3737
　　212/797-3172 (fax)
rsn@randallnewman.net

Stephen P. Denittis
Norman Shabel
SHABEL & DENITTIS, P.C.
5 Greentree Centre, Suite 302
Marlton, NJ 08053
　　856/797-9951
　　856/797-9978 (fax)
sdenittis@shabeldenittis.com

**Counsel for Plaintiff Herbert H. Kliegerman**

Damian R. Fernandez
LAW OFFICE OF DAMIAN R. FERNANDEZ
14510 Big Basin Way
Suite A, PMB 285
Saratoga, CA 95070-6091
　　408/355-3021
　　408/904-7391 (fax)
Damianfernandez@gmail.com

M. Van Smith
LAW OFFICES OF V. MAN SMITH
14510 Big Basin Way
Suite A, PMB 285
Saratoga, CA 95070-6091
　　408/355-3021
　　408/904-7391 (fax)
mvsmith@sbcglobal.net

**Counsel for Plaintiffs Michael G. Lee, Dennis V. Macasaddu, Mark G. Morikawa, Vincent Scotti and Timothy Smith**

Max Folkenflik
Margaret McGerity
FOLKENFLIK & MCGERITY
1500 Broadway, 21st Floor
New York, NY 10036
　　212/757-0400
　　212/757-2010 (fax)
max@fmlaw.net

H. Tim Hoffman
Arthur W. Lazear
Morgan M. Mack
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612
　　510/763-5700
hth@hoffmanandlazear
awl@hoffmanandlazear.com
mmm@hoffmanandlazear.com

**Counsel for Plaintiffs Paul Holman and Lucy Rivello**

APPLE ANTITRUST
Service List – February 13, 2008
Page 2

## COUNSEL FOR DEFENDANTS

Hanno F. Kaiser
LATHAM & WATKINS, LLP
885 Third Avenue, Suite 1000
New York, NY 10022
  212/906-1252
  212/751-4864 (fax)
Hanno.kaiser@lw.com

Adrian F. Davis
Alfred C. Pfeiffer, Jr.
Daniel M. Wall
Christopher S. Yates
LATHAM  WATKINS, LLP
505 Montgomery Street, Suite 1900
San Francisco, CA 94111
  415/391-0600
adrian.davis@lw.com
al.pfeiffer@lw.com
dan.wall@lw.com
chris.yates@lw.com

**Counsel for Defendant Apple, Inc.**

David E. Crowe
Daniel A. Sasse
CROWELL AND MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
  949/263-8400
  949/263-8414 (fax)
dcrowe@crowell.com
dsasse@crowell.com

Jeffrey W. Howard
Christopher E. Ondeck
William R. Smith
CROWELL AND MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
  202/624-2500
  202/628-5116 (fax)
jhoward@crowell.com
condeck@crowell.com
wrsmith@crowell.com

**Counsel for Defendant AT&T Mobility, LLC**

Donald M. Falk
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
  650/331-2030
  650/331-2060 (fax)
dfalk@mayerbrown.com

Archis A. Parasharami
MAYER BROWN LLP
1909 K Street NW
Washington, DC 20006
  202/263-33287
aparasharami@mayerbrown.com

**Counsel for Defendant AT&T Mobility, LLC**