| | |
|---|---|
| 1 | FRANCIS M. GREGOREK (144785) |
|   | gregorek@whafh.com |
| 2 | BETSY C. MANIFOLD (182450) |
|   | manifold@whafh.com |
| 3 | RACHELE R. RICKERT (190634) |
|   | rickert@whafh.com |
| 4 | WOLF HALDENSTEIN ADLER |
|   |   FREEMAN & HERZ LLP |
| 5 | 750 B Street, Suite 2770 |
|   | San Diego, CA 92101 |
| 6 | Telephone: 619/239-4599 |
|   | Facsimile:  619/234-4599 |
| 7 | |
|   | MARK C. RIFKIN (*pro hac vice*) |
| 8 | rifkin@whafh.com |
|   | ALEXANDER H. SCHMIDT (*pro hac vice*) |
| 9 | schmidt@whafh.com |
|   | MARTIN E. RESTITUYO (*pro hac vice*) |
| 10 | restituyo@whafh.com |
|   | WOLF HALDENSTEIN ADLER |
| 11 |   FREEMAN & HERZ LLP |
|   | 270 Madison Avenue |
| 12 | New York, NY 10016 |
|   | Telephone: 212/545-4600 |
| 13 | Facsimile:  212/545-4677 |
| 14 | |
|   | Plaintiffs' Interim Lead Counsel |
| 15 | |

*IT IS SO ORDERED*
*[signature] Judge James Ware*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| IN RE APPLE & AT&TM ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | Master File No. C 07-05152 JW<br><br>**STIPULATION AND [~~PROPOSED~~]** *[initials]*<br>**SCHEDULING ORDER**<br><br>DATE:   Submitted<br>TIME:   Submitted<br>CRTRM: 8<br>JUDGE:  Hon. James Ware |

STIPULATION AND [PROPOSED] SCHEDULING ORDER - MASTER FILE NO. C 07-05152 JW

AND NOW, this 9th day of April, 2008, upon the agreement of Plaintiffs' Interim Lead Counsel and counsel for defendants, it is hereby ordered and decreed as follows:

1. Plaintiffs shall file and serve their Consolidated Class Action Complaint in this action on or before May 5, 2008;

2. Defendants shall file and serve their answers to the Consolidated Class Action Complaint, motions to dismiss, or motion to dismiss or stay in favor of arbitration on or before June 6, 2008;

3. If defendants move to dismiss or move to stay in favor of arbitration, plaintiffs shall file and serve their response to defendants' motions on or before July 16, 2008;

4. Defendants shall file and serve any reply briefs in support of their motions to dismiss or motion to dismiss or stay in favor of arbitration on or before August 5, 2008; and

5. Defendants' motions to dismiss, or motion to dismiss or stay in favor of arbitration, if any, will be heard on September 8, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 8 of this Court.

DATED: April 9, 2008                    Respectfully Submitted,

                                        WOLF HALDENSTEIN ADLER
                                            FREEMAN & HERZ LLP
                                        FRANCIS M. GREGOREK
                                        BETSY C. MANIFOLD
                                        RACHELE R. RICKERT


                                              /s/  Francis M. Gregorek
                                            FRANCIS M. GREGOREK

                                        750 B. Street, Suite 2770
                                        San Diego, California 92101
                                        Telephone: 619/239-4599
                                        Facsimile:  619/234-4599
                                        gregorek@whafh.com
                                        manifold@whafh.com
                                        rickert@whafh.com

|  |  |
|---|---|
|  | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
|  | MARK C. RIFKIN (*pro hac vice*) |
|  | ALEXANDER H. SCHMIDT (*pro hac vice*) |
|  | MARTIN E. RESTITUYO (*pro hac vice*) |
|  | 270 Madison Avenue |
|  | New York, New York 10016 |
|  | Telephone: 212/545-4600 |
|  | Facsimile: 212/545-4677 |
|  | rifkin@whafh.com |
|  | schmidt@whafh.com |
|  | restituyo@whafh.com |

Plaintiffs' Interim Lead Counsel

DATED: April 9, 2008

LATHAM WATKINS, LLP
ADRIAN F. DAVIS
ALFRED C. PFEIFFER, JR.
DANIEL M. WALL
CHRISTOPHER S. YATES


    /s/ Daniel M. Wall
    DANIEL M. WALL

505 Montgomery Street, Suite 1900
San Francisco, CA 94111
Telephone: 415/391-0600

Counsel for Defendant Apple, Inc.

DATED: April 9, 2008

CROWELL AND MORING LLP
DAVID E. CROWE
DANIEL A. SASSE


    /s/ Daniel A. Sasse
    DANIEL A. SASSE

3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: 949/263-8400
Facsimile: 949/263-8414

Counsel for Defendant AT&T Mobility, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 10, 2008

    */s/ James Ware*
HON. JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] SCHEDULING ORDER - MASTER FILE NO. C 07-05152 JW

- 2 -

## DECLARATION REGARDING CONCURRENCE

I, Francis M. Gregorek, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] SCHEDULING ORDER. In compliance with General Order 45.X.B, I hereby attest that Daniel M. Wall and Daniel A. Sasse have concurred in this filing.

DATED: April 9, 2008

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

/s/ Francis M. Gregorek
FRANCIS M. GREGOREK

## DECLARATION OF SERVICE

I, Maureen Longdo, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2. That on April 9, 2008, declarant served STIPULATION AND [PROPOSED] SCHEDULING ORDER via the CM/ECF System to the parties who are registered participants of the CM/ECF System.

3. That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of April, 2008, at San Diego, California.



MAUREEN LONGDO

APPLE:15958.STIP

STIPULATION AND [PROPOSED] SCHEDULING ORDER - MASTER FILE NO. C 07-05152 JW

- 4 -

APPLE ANTITRUST
Service List – February 13, 2008
Page 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
    619/239-4599
    619/234-4599 (fax)

Mark C. Rifkin
Alexander H. Schmidt
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Ave.
New York, NY 10016
    212/545-4600
    212/545-4653 (fax)
rifkin@whafh.com
schmidt@whafh.com

Randall S. Newman
NEWMAN & ASSOCIATES, P.C.
The Trump Building
40 Wall Street, 61st Floor
New York, NY 10005
    212/797-3737
    212/797-3172 (fax)
rsn@randallnewman.net

Stephen P. Denittis
Norman Shabel
SHABEL & DENITTIS, P.C.
5 Greentree Centre, Suite 302
Marlton, NJ 08053
    856/797-9951
    856/797-9978 (fax)
sdenittis@shabeldenittis.com

**Counsel for Plaintiff Herbert H. Kliegerman**

Damian R. Fernandez
LAW OFFICE OF DAMIAN R. FERNANDEZ
14510 Big Basin Way
Suite A, PMB 285
Saratoga, CA 95070-6091
    408/355-3021
    408/904-7391 (fax)
Damianfernandez@gmail.com

M. Van Smith
LAW OFFICES OF V. MAN SMITH
14510 Big Basin Way
Suite A, PMB 285
Saratoga, CA 95070-6091
    408/355-3021
    408/904-7391 (fax)
mvsmith@sbcglobal.net

**Counsel for Plaintiffs Michael G. Lee, Dennis V. Macasaddu, Mark G. Morikawa, Vincent Scotti and Timothy Smith**

Max Folkenflik
Margaret McGerity
FOLKENFLIK & MCGERITY
1500 Broadway, 21st Floor
New York, NY 10036
    212/757-0400
    212/757-2010 (fax)
max@fmlaw.net

H. Tim Hoffman
Arthur W. Lazear
Morgan M. Mack
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612
    510/763-5700
hth@hoffmanandlazear
awl@hoffmanandlazear.com
mmm@hoffmanandlazear.com

**Counsel for Plaintiffs Paul Holman and Lucy Rivello**

APPLE ANTITRUST
Service List – February 13, 2008
Page 2

COUNSEL FOR DEFENDANTS

Hanno F. Kaiser
LATHAM & WATKINS, LLP
885 Third Avenue, Suite 1000
New York, NY 10022
    212/906-1252
    212/751-4864 (fax)
Hanno.kaiser@lw.com

Adrian F. Davis
Alfred C. Pfeiffer, Jr.
Daniel M. Wall
Christopher S. Yates
LATHAM  WATKINS, LLP
505 Montgomery Street, Suite 1900
San Francisco, CA 94111
    415/391-0600
adrian.davis@lw.com
al.pfeiffer@lw.com
dan.wall@lw.com
chris.yates@lw.com

**Counsel for Defendant Apple, Inc.**

David E. Crowe
Daniel A. Sasse
CROWELL AND MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
    949/263-8400
    949/263-8414 (fax)
dcrowe@crowell.com
dsasse@crowell.com

Jeffrey W. Howard
Christopher E. Ondeck
William R. Smith
CROWELL AND MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
    202/624-2500
    202/628-5116 (fax)
jhoward@crowell.com
condeck@crowell.com
wrsmith@crowell.com

**Counsel for Defendant AT&T Mobility, LLC**

Donald M. Falk
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
    650/331-2030
    650/331-2060 (fax)
dfalk@mayerbrown.com

Archis A. Parasharami
MAYER BROWN LLP
1909 K Street NW
Washington, DC 20006
    202/263-33287
aparasharami@mayerbrown.com

**Counsel for Defendant AT&T Mobility, LLC**