Daniel A. Sasse, Esq. (CA Bar No. 236234)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone:   (949) 263-8400
Facsimile:   (949) 263-8414
Email:        dsasse@crowell.com

Donald M. Falk (CA Bar No. 150256)
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060
Email:        dfalk@mayerbrown.com

Attorneys for Defendant
AT&T Mobility LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE & AT&TM ANTI-TRUST LITIGATION | Case No. 07-05152-JW<br><br>**DECLARATION OF DANIEL A. SASSE IN SUPPORT OF DEFENDANT AT&T MOBILITY LLC'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF ITS SOON-TO-BE FILED MOTION TO COMPEL ARBITRATION**<br><br>Date:   September 8, 2008<br>Time:   9:00 a.m.<br><br>Honorable James Ware |

I, Daniel A. Sasse, hereby declare as follows:

1. I am a partner with the law firm of Crowell & Moring LLP, and I am one of the attorneys representing defendant AT&T Mobility LLC ("ATTM") in this action. I have personal knowledge of the matters stated herein, and if called upon I could and would testify to their truth.

2. The Court has not ordered either a Rule 26 Scheduling Conference or Case Management Conference for the plaintiffs' Amended Complaint.

3. On May 28, 2008, the parties met and conferred regarding plaintiffs' desire to set a schedule for discovery on the merits. The parties could not agree on whether the Court should continue to stay discovery or schedule a case management conference.

4. That same day, plaintiffs' counsel filed a letter requesting that the Court set a schedule for discovery.

5. No party to this case has previously requested an extension of the deadlines for discovery. Plaintiffs, ATTM, and defendant Apple, Inc. previously stipulated to an extension of time for the defendants to respond to the complaint in *Holman*, which is one of the cases in this now-consolidated action. *See* Docket No. 18. ATTM also previously sought an extension of time to respond to the *Holman* complaint, which the Court denied as moot after consolidating *Holman* with the other cases in this action. *See* Docket No. 36. The parties also previously stipulated to an extension of time for the plaintiffs to file this consolidated amended complaint. *See* Docket No. 42. The Court vacated that deadline in order to permit the plaintiffs to litigate the selection of interim lead class counsel (*see* Docket No. 55), and subsequently continued the hearing on motions to disqualify class counsel and appoint interim lead counsel on one occasion (*see* Docket No. 66).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed at 9:15 this 30th day of May 2008.

_____
Daniel A. Sasse

---

DECLARATION OF DANIEL A. SASSE IN SUPPORT OF DEFENDANT AT&T MOBILITY LLC'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF ITS MOTION TO COMPEL ARBITRATION
CASE NO. C 07-05152-JW