Daniel A. Sasse, Esq. (CA Bar No. 236234)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone:   (949) 263-8400
Facsimile:   (949) 263-8414
Email:       dsasse@crowell.com

Donald M. Falk (CA Bar No. 150256)
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060
Email:      dfalk@mayerbrown.com

Attorneys for Defendant
AT&T Mobility LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE APPLE & AT&TM ANTI-TRUST LITIGATION | Case No. 07-05152-JW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ATTM'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF ITS MOTION TO COMPEL ARBITRATION** |

Before the Court is defendant AT&T Mobility LLC's ("ATTM") motion to stay its obligations to participate in discovery pending resolution of ATTM's motion to compel arbitration and dismiss. ATTM seeks to avoid the potentially irreparable harm it would suffer if it were required to provide discovery before resolution of its motion to compel arbitration. The Court hereby GRANTS defendant ATTM's motion to stay. ATTM's obligation to provide discovery is STAYED pending the resolution of ATTM's motion to compel arbitration.

IT IS SO ORDERED.

Dated: _____

                      Hon. James Ware
                      United States District Judge