FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

MARK C. RIFKIN (*pro hac vice*)
rifkin@whafh.com
ALEXANDER H. SCHMIDT (*pro hac vice*)
schmidt@whafh.com
MARTIN E. RESTITUYO (*pro hac vice*)
restituyo@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile: 212/545-4677

Plaintiffs' Interim Lead Counsel

IT IS SO ORDERED AS MODIFIED
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE & AT&TM ANTITRUST LITIGATION | Master File No. C 07-05152 JW <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING THE FILING OF A REVISED CONSOLIDATED COMPLAINT AND A MODIFIED BRIEFING SCHEDULE AND;** <br><br> **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

STIPULATED SCHEDULING ORDER - Master File No. C 07-05152 JW

AND NOW, this __4__ day of June, 2008, upon the agreement of Plaintiff's Interim Lead Counsel and counsel for defendants, it is hereby ordered and decreed as follows:

1. Plaintiffs shall file and serve the attached Revised Consolidated Amended Class Action Complaint in this action on or before June 4, 2008;

2. Defendants shall file and serve their answers to the Revised Consolidated Amended Class Action Complaint, motions to dismiss, or motion to dismiss or stay in favor of arbitration on or before June 27, 2008;

3. If defendants move to dismiss or move to stay in favor of arbitration, plaintiffs shall file and serve their response to defendants' motions on or before August 6, 2008; and

4. Defendants shall file and serve any reply briefs in support of their motions to dismiss or motion to dismiss or stay in favor of arbitration on or before August 25, 2008.

5. The hearing on defendants' motions to dismiss, or motion to dismiss or stay in favor of arbitration, will remain calendared for September 8, 2008, at 9:00 a.m.

DATED: JUNE 2, 2008

WOLF HALDENSTEIN ADLER
    FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT

BY: *Rachele R. Rickert*
    RACHELE R. RICKERT

750 B. Street, Suite 2770
San Diego, California 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com

DATED: JUNE 2, 2008

LATHAM WATKINS, LLP
ADRIAN F. DAVIS
ALFRED C. PFEIFFER, JR.
DANIEL M. WALL
CHRISTOPHER S. YATES

BY: *[signature]*

505 Montgomery Street, Suite 1900
San Francisco, CA 94111
Telephone: 415/391-0600

Counsel for Defendant Apple, Inc.

| | |
|---|---|
| WOLF HALDENSTEIN ADLER<br>　FREEMAN & HERZ LLP<br>MARK C. RIFKIN (*pro hac vice*)<br>ALEXANDER H. SCHMIDT (*pro hac vice*)<br>MARTIN E. RESTITUYO (*pro hac vice*)<br>270 Madison Avenue<br>New York, New York 10016<br>Telephone: 212/545-4600<br>Facsimile:  212/545-4677<br>rifkin@whafh.com<br>schmidt@whafh.com<br>restituyo@whafh.com<br><br>Plaintiffs' Interim Lead Counsel | DATED: JUNE 2, 2008<br><br>CROWELL AND MORING LLP<br>DAVID E. CROWE<br>DANIEL A. SASSE<br><br>BY: _/s/ D. A. Sasse_<br><br>3 Park Plaza, 20th Floor<br>Irvine, CA  92614-8505<br>Telephone: 949/263-8400<br>Facsimile:   949/263-8414<br><br>Counsel for Defendant AT&T Mobility, LLC |

**\*\*\* PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED \*\*\***

Plantiffs shall file the Revised Consolidated Amended Complaint on or before **June 4, 2008** as a separate docket entry in this case.

Further, in light of the parties' dispute re: discovery (see docket item no. 103), the Court sets an Interim Case Management Conference for **June 23, 2008 at 10 a.m.**  The parties shall meet and confer and file a Joint Case Management Statement on or before **June 10, 2008.**  The Statement shall address the parties' position with respect to the discovery issue raised in Plaintiffs' counel's letter to the Court.

Dated:  June 4, 2008

_/s/ James Ware_
JAMES WARE
United States District Judge

APPLE:16084.STIP

STIPULATED SCHEDULING ORDER - Master File No. C 07-05152 JW

- 2 -