UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge: James Ware**  **Courtroom Deputy: Elizabeth Garcia**
**Date: June 23, 2008**  **Court Reporter: Not Reported**
**Case No.: C-07-05152 JW**  **Interpreter: N/A**
**Related Case No. N/A**

## TITLE

In re Apple & AT & TM Antitrust Litigation

**Attorney(s) for Plaintiff(s)**: Besty Manifold
**Attorney(s) for Defendant(s)**: Daniel Wall, Sarah Ray (Apple), Daniel Sasse (ATT)

## PROCEEDINGS

1. Case Management Conference

## ORDER AFTER HEARING

Conference held off the record in chambers. The Court referred the parties to Magistrate Judge Seeborg re discovery matters. The Court continued motions previously noticed for September 8, 2008 at 9:00 AM to **September 12, 2008 at 1:00 PM.**

                                                                Elizabeth C. Garcia
                                                                 Courtroom Deputy
                                                                      Original: **E-Filed**
                                                                             CC: M. Brown