United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NO. C 07-05152 JW

In re Apple & AT&TM Antitrust Litigation      **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE**
_____/

The Court conducted a Case Management Conference on June 23, 2008. Counsel for the respective parties were present. In light of the representations of the parties at the Case Management Conference, the Court orders as follows:

(1) The Court specially sets a hearing on **September 12, 2008 at 1 p.m.** for Defendants' anticipated motions to dismiss and to compel arbitration. Discovery shall be stayed on all antitrust claims and claims potentially subject to the arbitration clause pending the Court's resolution of Defendants' motions.[1]

(2) However, the Court refers the parties to Magistrate Judge Richard Seeborg to set up a discovery plan which may be implemented as soon as the Court resolves Defendants' motions. Plaintiffs may move Judge Seeborg to permit early discovery of any claims not related to antitrust or potentially subject to the arbitration clause.

Dated: June 26, 2008

JAMES WARE
United States District Judge

---

[1] Accordingly, AT&TM's motion to stay pending resolution of its motion to compel arbitration is GRANTED. (Docket Item No. 104.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Aaron M. Sheanin ams@girardgibbs.com
Adrian Frank Davis adrian.davis@lw.com
Alexander H. Schmidt schmidt@whafh.com
Alfred Carroll Pfeiffer Al.Pfeiffer@lw.com
Archis Ashok Parasharami aparasharami@mayerbrown.com
Arthur William Lazear awl@hoffmanandlazear.com
Christopher E Ondeck condeck@crowell.com
Christopher S. Yates chris.yates@lw.com
Damian Rene Fernandez damianfernandez@gmail.com
Daniel Allen Sasse dsasse@crowell.com
Daniel Murray Wall dan.wall@lw.com
David Eldon Crowe dcrowe@crowell.com
Donald M. Falk dfalk@mayerbrown.com
Elizabeth Cheryl Pritzker ecp@girardgibbs.com
Eric H. Gibbs ehg@girardgibbs.com
Francis M. Gregorek gregorek@whafh.com
H. Tim Hoffman hth@hoffmanandlazear.com
Jeffrey H. Howard jhoward@crowell.com
M. Van Smith mvsmith@sbcglobal.net
Marisa C. Livesay livesay@whafh.com
Mark Carl Rifkin rifkin@whafh.com
Max Folkenflik max@fmlaw.net
Morgan Matthew Mack mmm@hoffmanandlazear.com
Rachele R. Rickert rickert@whafh.com
Randall Scott Newman rsn@randallnewman.net
Stephen DeNittis sdenittis@shabeldenittis.com
Wm. Randolph Smith wrsmith@crowell.com

**Dated: June 26, 2008**            **Richard W. Wieking, Clerk**

                                                              **By: /s/ JW Chambers**
                                                                 **Elizabeth Garcia**
                                                                 **Courtroom Deputy**

*United States District Court*
For the Northern District of California