Daniel A. Sasse, Esq. (CA Bar No. 236234)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone:   (949) 263-8400
Facsimile:    (949) 263-8414
Email:        dsasse@crowell.com

Donald M. Falk (CA Bar No. 150256)
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060
Email:        dfalk@mayerbrown.com

Attorneys for Defendant
AT&T Mobility LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE APPLE & AT&TM ANTI-TRUST LITIGATION | Case No. 07-05152-JW<br><br>**DEFENDANT AT&T MOBILITY LLC'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND TO DISMISS CLAIMS PURSUANT TO THE FEDERAL ARBITRATION ACT**<br><br>Date:   September 12, 2008<br>Time:   9:00 a.m<br><br>Honorable James Ware |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on September 12, 2008, at 9:00 a.m., pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1–16, defendant AT&T Mobility LLC ("ATTM") will move and hereby does move this Court for an order compelling plaintiffs Herbert Kliegerman, Paul Holman, Lucy Rivello, Timothy P. Smith, Michael G. Lee, Dennis V. Macasaddu, Mark G. Morikawa, Vincent Scotti, and Scott Sesso to arbitrate their claims or pursue them in small claims court and to dismiss their claims against ATTM.

ATTM brings this motion on the ground that the Federal Arbitration Act, 9 U.S.C. §§ 1–16, requires plaintiffs to pursue their claims in accordance with their arbitration agreements.

This motion is supported by the Memorandum of Points and Authorities, the Declarations of Neal S. Berinhout, Cynthia Hennessy, Richard A. Nagareda, and Kevin Ranlett, all exhibits thereto, and the [Proposed] Order filed concurrently herewith.

DATED:  June 27, 2008

       /s/ Donald M. Falk       
Donald M. Falk (State Bar No. 150256)
MAYER BROWN LLP
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA 94306-2112
Telephone:   (650) 331-2000
Facsimile:   (650) 331-2060
E-Mail:      dfalk@mayerbrown.com

Daniel A. Sasse, Esq. (CA Bar No. 236234)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone:   (949) 263-8400
Facsimile:   (949) 263-8414
Email:       dsasse@crowell.com

Attorneys for Defendant
**AT&T MOBILITY LLC**

*Of counsel:*

Evan M. Tager
Archis A. Parasharami (admitted *pro hac vice*)
Kevin Ranlett

---

DEFENDANT AT&T MOBILITY LLC'S NOTICE OF MOTION AND MOTION TO COMPEL
ARBITRATION AND TO DISMISS CLAIMS PURSUANT TO THE FEDERAL ARBITRATION ACT
CASE NO. C 07-05152-JW

-2-

MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300