# AT&T — Notice of Dispute

AT&T Mobility ("AT&T"), formerly Cingular Wireless, is committed to resolving its customers' disputes in a fair and efficient manner.  If you are unsatisfied with the resolution that a customer service representative offers for a problem that you are experiencing, you may notify us of your dispute by sending this form to AT&T's legal department.

**Please complete this form in its entirety (printing legibly).  Retain a copy for your records and send the completed form by certified U.S. mail to:**  General Counsel, AT&T Mobility LLC, 5565 Glenridge Connector, 20th Floor, Atlanta, GA 30342.

An AT&T representative will respond within 30 days of receiving this form.  If the dispute is not resolved to your satisfaction, you may begin arbitration by submitting a Demand for Arbitration to the American Arbitration Association.  We provide further details on our website (at http://www.cingular.com/disputeresolution), as well as a Demand for Arbitration form.

_____          _____
Name of account holder                            Account number

_____          _____
Mobile phone number                               Additional number at which you may be reached during business hours

Your email address:    _____

Your fax number:    _____

Your billing address:    _____

_____

If you are an authorized representative of the account holder, please print your name, your relationship to the account holder, your address, and a phone number at which you may best be reached during business hours:

**Please briefly describe the nature of your dispute and attach any supporting documents that you wish.  If necessary, please use the reverse side.**

**Please briefly describe the relief that you would like from AT&T.**

_____          _____
Date                      Signature