# Consumer iTunes Activation Process







Page 1

# Consumer iTunes Activation Process




Are You a New or Existing AT&T (Cingular) Wireless Customer?

**I am an existing AT&T (Cingular) wireless customer:**
- ● Replace a phone on my account with this iPhone.
- ○ Add a new line to my existing account.

**I am a new AT&T wireless customer:**
- ○ Activate one iPhone now.
- ○ Activate two or more iPhones on an Individual or FamilyTalk Plan.

[?]  [Cancel]                                    [Go Back]  [Continue]

Copyright © 2007 Apple Inc. All rights reserved. | Privacy Policies | Terms & Conditions



Page 2

## Consumer iTunes Activation Process




AT&T (Cingular) Account Information

Please enter your AT&T (Cingular) wireless account information:

Your Current Mobile Number: 513  4100449

Billing Zip Code* : 30004

Last 4 Digits of Social Security Number* : 1046   Why do we need this?

* Enter this information for primary account holder.

Cancel     Go Back    Continue

Copyright © 2007 Apple Inc. All rights reserved. | Privacy Policies | Terms & Conditions



Page 3

# Consumer iTunes Activation Process

## AT&T iPhone Data Plan

A data plan has been created to take advantage of the innovative features of the iPhone. This bundle includes Unlimited Data, Visual Voicemail, and SMS Text Messaging and will replace your existing AT&T (Cingular) data plan or features. Your voice plan will not change.

**1** iPhone Data Plan is **$20.00** per month. This includes:

| | |
|---|---|
| Unlimited Data (Email/Web) | ☐ |
| Visual Voicemail | ☐ |
| SMS Text Messages | 200 |

Learn More →

**2** Upgrade to even more SMS Text Messages per month:

- ⦿ No Thanks
- ○ 1500 SMS Text Messages          $10.00
- ○ Unlimited SMS Text Messages    $20.00

All plans require a 2-year AT&T service agreement, an activation fee, and are subject to AT&T credit approval. A wireless service plan with AT&T is required to use the wireless phone capabilities of your iPhone.



Page 4

# Consumer iTunes Activation Process





Page 5

# Consumer iTunes Activation Process






# Consumer iTunes Activation Process





Page 7

# Consumer iTunes Activation Process




**Review Your Information**

**AT&T Billing Address:**
NEWGLRR TESTINGBN
5405 WINDWARD PKWY
ALPHARETTA, GA 30004
orttester2@yahoo.com

Changes to wireless phone number: 513-410-0449

**AT&T iPhone Data Plan**                                    $20.00

iPhone Data Plan + 200 Text          $20.00
Plan includes Unlimited Data (Email/Web), Visual Voicemail, and 200 SMS Text Messages.

**New 2-Year AT&T Service Agreement**

Visual voicemail requires a new voicemail box. **All current voicemail messages will be erased.** Please listen to any existing voicemails before clicking Submit.

iPhone is covered by the Apple warranty. If you currently have handset insurance from AT&T it will be removed.

Clicking Submit will modify your wireless service with AT&T and register your iPhone with Apple.






# Consumer iTunes Activation Process



Processing Activation

Please wait while AT&T is processing your activation.
This may take up to 3 minutes.





Page 9

# Consumer iTunes Activation Process



