




















Case 5:07-cv-05152-JW    Document 117-12    Filed 06/27/2008    Page 11 of 12




