Terms and Conditions IVR v.1
1-866-895-1099

Terms & Conditions IVR Call Flow by Verbiage
Consumer Customer - Positive Experience Path

Greeting Path

1. Thank you for calling the AT&T contract acceptance and activation line for wireless service.
   ...oprima el asterisco para información en español.
2. In order to activate your phone, you must first accept the Terms of Service for your wireless service from AT&T. The Terms of Service were provided to you at the store at the point of sale, or in your Wireless Service Guide if you purchased by phone or online. To complete the activation process, you must have the phone you want to activate, the account holder's social security or Tax ID number, and the account holders billing or shipping zip code.

Decision Path

1. If you are calling to accept terms and conditions and activate a new phone, press 1. (takes you to Validation Path)
2. If you have accepted terms and conditions and activated your phone, but you are having trouble making and receiving calls, press 2 (routes based on CTN/Mapping)
3. For billing minutes and other account related information, press 3. (takes you to Customer Care Main IVR – Billing Options)
4. To repeat this information, press star.

Validation Path

1. Please enter the wireless phone number you are calling about, starting with the area code.
2. *Please hold while we access your account information. (see below for Already Active Path)
3. For security, please enter your billing or shipping zip code.
4. For security, please enter the last four digits of the Account Holders Social Security or Tax ID number …

Contract Acceptance Path

1. Please listen carefully to the following statements.
2. You are agreeing to a commitment of (contract terms) months.
3. You are agreeing to the terms as stated in the Wireless Service Agreement and Terms of Service.
4. You agree to the terms of the rate plan indicated on the Wireless Service Agreement, listed under the heading "Monthly Plan and Promotions and Optional Features and Rate Plan Options".

Note:  Customer cannot "0" out of IVR during Contract Acceptance.

5. If you agree to the terms of this contract, press 1.
6. To repeat this information, press star.
7. To speak to a customer service professional, press 0.
8. Thank you for agreeing to your AT&T contract for wireless service

Activation Path

1. Your Phone is ready to activate. To proceed with activation press 1.
2. Your phone has been successfully activated.
3. You're almost done. The final step in the activation process is to turn off your wireless phone now and wait five minutes for the network to update. When you turn your wireless phone back on, it will be active and ready to use. You will also receive a confirmation text message from AT&T. (new tag, effective 3/2008)

Proprietary Information
Not for use or disclosure outside of the AT&T family of companies except under written agreement.



Terms and Conditions IVR v.1
1-866-895-1099

4. You can visit www.att.com/wireless for more information regarding your account. You may hang up now or continue if you need to activate another phone.  (new tag, effective 3/2008)
5. ………if they want to continue:
    a. To repeat this information, press star
    b. To accept a new contract or complete activation on a different number, press 1
    c. To speak to a customer service professional, press 0

Already Active Path

1. *Please hold while we access your account information
2. Our records indicate that you have already accepted the contract terms and conditions for <phone number>and that your phone has been activated. Your phone should be ready to use. If you need help at any time with your phone service or account, please call our main customer service number at 1-800-331-0500 or 611 from your wireless phone.
3. If your phone is not working, press 1. (takes you to Customer Care)
4. For billing, minutes, voicemail and other account related information press 2. (takes you to Main Menu IVR – Billing Options)
5. To speak to a customer service professional, press 0.
    a. Please hold while your call is being transferred. You may be asked to re-enter your information.

Proprietary Information
Not for use or disclosure outside of the AT&T family of companies except under written agreement.