Page:                I of 17
Billing Cycle Date: 11/04/06 - 12/03/06
Account Number:
Bill Reprint

**How To Contact Us:**
- 1-800-331-0500 or 611 from your cell phone
- For Deaf/Hard of Hearing Customers (TTY/TDD) 1-866-241-6567

**Wireless Numbers with Rollover**

| | |
|---|---:|
| Previous Balance | 82.41 |
| Payment Posted | -82.41 |
| **BALANCE** | **0.00** |
| Monthly Service Charges | 69.98 |
| Usage Charges | 0.10 |
| Credits/Adjustments/Other Charges | 3.90 |
| Government Fees & Taxes | 8.43 |
| **TOTAL CURRENT CHARGES** | **82.41** |
| Due  Dec 23, 2006 | |
| Late fees assessed after Jan 03 | |

| | |
|---|---|
| **Total Amount Due  $82.41** | |

## NOTICE OF DISPUTE RESOLUTION AGREEMENT IN CONTRACT

We are pleased to advise you that Cingular has revised the
ARBITRATION CLAUSE in our standard Wireless Service Agreement
to make it even better for consumers.  The revised arbitration clause
can be found at www.cingular.com/disputeresolution.
This revision is effective immediately.

Return the portion below with
payment to Cingular Wireless only.

*P.O BOX 755*
*ATWATER, CA 95301-0755*

| | |
|---|---|
| Account Number: | |
| **Total Amount Due:** | **$82.41** |
| **Amount Paid:** | |
| $ | |

*Please do not send correspondence with payment.*

JEFFREY NAGAFUJI

ɪɪɪɪɪɪɪɪɪɪɪɪɪɪɪɪɪɪɪɪɪɪɪɪɪɪɪɪɪɪɪ.ɪ.ɪɪ.ɪ.ɪ.ɪ.ɪ.ɪ.ɪ.

**Total Amount
Due by Dec 23, 2006**

**Please Make Check Payable To:**

Cingular Wireless
PO Box 60017
Los Angeles, CA 90060-0017

ɪɪɪ.ɪɪ.ɪɪ.ɪɪ.ɪɪ.ɪ.ɪɪ.ɪɪ.ɪɪ.ɪɪ.ɪɪ.ɪ.ɪɪ.ɪ.ɪɪ.ɪ.ɪ

ԳԼ0000001١٩٢٦8003000000000٨٢4١00000008٢4١003

Page:           1 of 16
Billing Cycle Date: 12/04/06 - 01/03/07
Account Number:
Bill Reprint

**How To Contact Us:**
- 1-800-331-0500 or 611 from your cell phone
- For Deaf/Hard of Hearing Customers (TTY/TDD)
  1-866-241-6567

**Wireless Numbers with Rollover**

| | |
|---|---:|
| Previous Balance | 82.41 |
| Payment Posted | -82.41 |
| BALANCE | 0.00 |
| Monthly Service Charges | 69.98 |
| Usage Charges | 0.10 |
| Credits/Adjustments/Other Charges | 4.04 |
| Government Fees & Taxes | 8.45 |
| TOTAL CURRENT CHARGES | 82.57 |
| Due  Jan 23, 2007 | |
| Late fees assessed after Feb 03 | |

| | |
|---|---:|
| **Total Amount Due  $82.57** | |

## NOTICE OF DISPUTE RESOLUTION AGREEMENT IN CONTRACT

We are pleased to advise you that Cingular has revised the
ARBITRATION CLAUSE in our standard Wireless Service Agreement
to make it even better for consumers.  The revised arbitration clause
can be found at www.cingular.com/disputeresolution.
This revision is effective immediately.

*P.O BOX 755*
*ATWATER, CA 95301-0755*

Return the portion below with
payment to Cingular Wireless only.

| | |
|---|---:|
| Account Number: | |
| Total Amount Due: | $82.57 |
| Amount Paid: | |
| $ | |

*Please do not send correspondence with payment*

JEFFREY NAGAFUJI

Total Amount
Due by Jan 23, 2007

Please Make Check Payable To:

Cingular Wireless
PO Box 60017
Los Angeles, CA 90060-0017

9100000011926800300000000008257000000008257000

Page:          17 of 17
Billing Cycle Date: 01/04/07 - 02/03/07
Account Number:
Bill Reprint

Questions?  Call 1-800-331-0500 or 611 from your wireless phone.

## NOTICE OF DISPUTE RESOLUTION AGREEMENT IN CONTRACT

We are pleased to advise you that Cingular has revised the
ARBITRATION CLAUSE in our standard Wireless Service Agreement
to make it even better for consumers.  The revised arbitration clause
can be found at www.cingular.com/disputeresolution.
This revision is effective immediately.

### Auto Pay Authorization Agreement

If I enroll in AutoPay by phone, I authorize Cingular Wireless
to pay my bill monthly by electronically deducting money from my
bank account.  I can cancel authorization by notifying Cingular
at www.cingular.com, calling 1-800-331-0500, or dialing 611 from
my cellphone.  If my bank rejects a payment, I may be charged a
return fee up to $30.

### The Easiest Way to Pay Your Bill

Pay your Cingular bill automatically using the bank account,
credit card or debit card of your choice.  Enjoy peace of
mind knowing that your bill will be paid on time with no checks,
envelopes or stamps. Enrolling is easy - just go to
www.cingular.com, Log in to My Cingular (or Register if you
don't already have an account) and click on Sign Up for AutoPay
to enroll.

### Early Nights & Weekends calling, 7 PM to 7 AM

Increase your night and weekend calling hours with our Early
Extended Nights and Weekends package. Start your nights at
7pm for only $8.99 ($16.99 for Family Talk accounts). You'll
have 3 extra hours per day, which gives you up to 3,600 more
minutes per mobile per month. Visit www.cingular.com for
additional information.

### Push to Talk Pay Per Use

Now you can talk instantly with Push to Talk Pay Per Use for
$.15 Per minute.  See who's available and start talking with the
largest Push to Talk network coverage in America. Need a
Push to Talk capable phone? Visit www.cingular.com or a
retail store near you.

Questions?  Call 1-800-331-0500 or 611 from your wireless phone.

## Data Detail (Continued)

**User Name: JEFFREY NAGAFUJI**

Rate Code: TMI1 = Text Msg Pay Per Use
Rate Period (PD): AT=Anytime
Feature: SMH=SMS per msg $0.15 MO/MT - new rate

| Item | Day | Date | Time | To/From | Type | Msg/KB/Min | Rate Code | Rate Pd | Fea-ture | In/Out | Total Charge |
|------|-----|------|------|---------|------|-----------|-----------|---------|----------|--------|--------------|
| 8 | | 03/01 | 3:49PM | | MTM Other Txt M | 1 Msg | TMI1 | AT | SMH | In | 0.15 |
| | | Subtotal of Msg's | | | | 8 Msg | | | | | 1.20 |
| **Totals** | | | | | | | | | | | 1.20 |
| | | Interstate Calls Subtotal | | | 0.00 | | | | | | |
| | | Intrastate Calls Subtotal | | | 0.00 | | | | | | |

## NOTICE OF DISPUTE RESOLUTION AGREEMENT IN CONTRACT

We are pleased to advise you that Cingular has revised the
ARBITRATION CLAUSE in our standard Wireless Service Agreement
to make it even better for consumers.  The revised arbitration clause
can be found at www.cingular.com/disputeresolution.
This revision is effective immediately.

### Auto Pay Authorization Agreement

If I enroll in AutoPay by phone, I authorize Cingular Wireless
to pay my bill monthly by electronically deducting money from my
bank account.  I can cancel authorization by notifying Cingular
at www.cingular.com, calling 1-800-331-0500, or dialing 611 from
my cellphone.  If my bank rejects a payment, I may be charged a
return fee up to $30.

### The Easiest Way to Pay Your Bill

Pay your Cingular bill automatically using the bank account,
credit card or debit card of your choice.  Enjoy peace of
mind knowing that your bill will be paid on time with no checks,
envelopes or stamps. Enrolling is easy - just go to
www.cingular.com, Log in to My Cingular (or Register if you
don't already have an account) and click on Sign Up for AutoPay
to enroll.

### New International Standard Roaming Rates

Your standard pay-per-use international roaming rates have
changed.  Please visit www.cingular.com/roaming-rates for
details.