

Customer Service Summary

The new **at&t**
Your world. Delivered.

## JEFFREY NAGAFUJI

 **My Service**

| | |
|---|---|
| Wireless Number: | 510-612-3069 |
| Rate Plan: | /FT9NATP700RUMMUNW |
| | |
| Rate Plan Charge:* | $60.00 |
| Term of Service: | 24 months |
| Anytime/Daytime Minutes: | 700 (shared) |
| Night/Weekend Minutes: | Unlimited (shared) |
| Mobile to Mobile Minutes: | Unlimited (shared) |
| Upgrade/One Time Fee: | $18.00 |

*Additional charges apply. See page 2 for details.

### 🔍 My Plan Details

**ROLLOVER MINUTES** — Included
- Unused, accumulated Anytime Minutes that carry over from month to month.
- Start accumulating after your first full billing period; expire after 12 rolling bill periods.
- Oldest Rollover Minutes are used first. Not transferable or redeemable for cash or credit.
- If you change rate plans, any accumulated Rollover Minutes in excess of the new plan's number of monthly anytime minutes will expire upon such change.

**MOBILE TO MOBILE MINUTES** — Included
- Calls made to and from other AT&T customers in your mobile to mobile calling area do not count against Anytime Minutes
- Minutes do not rollover (exceptions may apply)

**NIGHTS AND WEEKEND MINUTES** — Included
- For use in your calling plan area only
- Mon. - Fri. 9pm to 6am
- Sat. and Sun. 24 hours a day through 6am Mon.
- Minutes do not count against Anytime Minutes

**700 ANYTIME MINUTES** — Included
**CALL HOLD** — Included
**OTHER FEATURES** — Included
- To review additional features on your plan please visit att.com/wireless for details

### 📱 Using My Phone

Phone Model:

To learn more about using your phone, go to: att.com/DeviceSupport.

### ✉️ Using My Voicemail

Set Up Mailbox/Check Messages

PRESS and HOLD 🔳 to dial your voicemail and follow the prompts.

Check Messages From Another Phone
1. Dial your 10-digit wireless phone number.
2. When the greeting begins, PRESS 🔳
3. Enter your password and follow the prompts.

Forgot Your Password?

Dial 611 and follow the prompts to reset.

To learn more about using your voicemail, go to: att.com/WirelessVoicemail.

### ✳️ Services

Check usage or balance via a FREE text message.

DIAL: ✳️ M I N # SEND (*646#)

Check data usage via a FREE text message.

DIAL: ✳️ D A T A # SEND (*3282#)

FREE instant access to our automated bill pay system.

### 🏹 Contact Us

| | |
|---|---|
| Web: | att.com/wireless |
| Wireless Phone: | 611 |
| Landline: | 1-800-331-0500 |
| Store Phone: | 925-274-0260 |
| Store Manager: | SCARLET TANNER |

Generated on: 05/07/2008

Manage your account online! View your minutes, add features and access this document by registering for online account management at: att.com/Mywireless.

## Combined Billing

If you are currently receiving a combined bill from AT&T, your billing date will remain the same.  If you have recently combined your wireless and AT&T local service bill, you will begin receiving a single bill from AT&T in approximately 30-60 days. Please continue to pay your wireless bill by mail until receipt of your first combined bill. If eligible for a combined bill discount, it will appear on your first combined bill.

The sample bill is not part of your contract.

**Start Of Billing Cycle: To Be Determined**

Wireless Summary For:
JEFFREY NAGAFUJI

| Monthly Service Charges | Prorated Charge | Monthly Charge | Total Charge |
|---|---|---|---|
| Rate Plan | | | |
| Previous Rate Plan | | | |
| Current Rate Plan | | | |
| /FT9NATP700RUMMUNW (2 lines) | | 69.99 | 69.99 |
| Other Services | | | |

| | | |
|---|---|---|
| Total Monthly Service Charge | | $69.99 |
| Usage, Additional Minutes, Roaming, Directory Assistance (411) and Long Distance Charges | BASED ON ACTUAL USAGE | |
| Credits, Adjustments & Other Charges* | | |
| Upgrade/One Time Fee | 18.00 | 18.00 |
| Activation Fee | | |
| Regulatory Cost Recovery Charge | 1.78 | 1.78 |
| Federal Universal Service Fund | 2.67 | 2.67 |
| State Universal Service Fund | | |
| Other AT&T Surcharges | .16 | .16 |
| Total Credits, Adjustments & Other Charges | | $22.61 |
| Government Fees & Taxes | | |
| State and Local Tax | 11.98 | 11.98 |
| 911 Fee | 6.14 | 6.14 |
| Total Government Fees & Taxes** | | $18.12 |
| Total Charges: | (ESTIMATED) | $110.72 |

*AT&T imposes a Regulatory Cost Recovery Charge of up to a $1.25 to help defray costs incurred in complying with State and Federal telecom regulation; State and Federal Universal Service charges and surcharges for government assessments on AT&T. These are not taxes or government required charges. **The estimates above are based on the highest tax/fee/surcharge rates assessed in your state; actual charges may vary. For actual state percentages, visit att.com/AdditionalCharges. To prevent unauthorized charges, notify AT&T immediately if your phone is lost or stolen. Your rate plan brochure/contract controls if inconsistent with this document. ©2008 AT&T Intellectual Property. All rights reserved. AT&T, AT&T logo and all other marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies.

## Standard Charges

| | |
|---|---|
| Additional Minutes: | 45¢/min |
| 411: | $1.79/call + Airtim |
| Text Messages:* | 20¢ (25¢/50¢ Intl.)/ms |
| Multimedia Messages:* | 30¢ per ms |
| MEdia Net: | 1¢ per K |

*Charged for messages sent and received.

Airtime Minutes Apply To:
• Toll-free numbers (800, 866, etc.)
• Incoming, outgoing and long distance call
• Voicemail

Mobile to Mobile Minutes
Apply when dialing from your calling area.

Roaming Charges
If your rate plan does not include roaming, you will be billed 89¢/min. for calls made o received outside of the plan's coverage area

## Our Policies

30-Day Equipment Return Policy

• AT&T Stores:  All returns/exchanges must be like new, with all original packaging, accessories, manuals and proof of purchase. Otherwise, a re-stocking fee of $25 (voice devices) or $50 (data devices) is charged.  See our complete policy at: att.com/ReturnPolicy.
• Other locations:  See the specific location's return policy.

30-Day Service Cancellation Policy

• Payment required for services used.
• Activation/Upgrade fee not refundable after 3 days of purchase (excluding national holidays).
• See our complete policy at: att.com/ReturnPolicy.

One-Year Manufacturer's Warranty

For repairs or replacement of your wireless phone with original proof of purchase, call 1-800-801-1011 or go to att.com/wireless.



## Wireless Service Agreement

Wireless Number:

Account Number:

The Wireless Service Agreement consists of:
1. This Customer Service Summary.
2. The Terms of Service.
3. The rate plan and applicable feature terms.

Early Termination Fee

If I terminate this Agreement before expiration of my Service Commitment, I will pay AT&T an Early Termination Fee of $175 for each wireless telephone number associated with the service.

Guaranty

If I am signing on behalf of an entity, I represent that I am authorized to sign on its behalf, and I agree to be jointly responsible with the entity for payment of any sums that become due under, and to be bound by, this Agreement. I agree you can collect directly from me without first proceeding against the entity.

Contract Provisions

This Agreement incorporates and includes by reference AT&T's current services Terms and Conditions Booklet # FMSTCT008070114E including its binding arbitration clause. This Agreement also incorporates and includes by reference the versions of the following AT&T brochures that are effective as of the date of this Agreement: i. AT&T's Rate Plan Brochure describing the services listed above under "Monthly Plan;" and, ii. AT&T's Features Brochure(s) describing the service feature(s) listed above under "Other Services." I acknowledge that the Terms and Conditions Booklet, the Rate Plan Brochure and the Features Brochure(s) were separately provided to me at the time I signed this Agreement.

Door-To-Door Sale

IF THIS IS A DOOR-TO-DOOR SALE, I MAY HAVE A LEGAL RIGHT TO CANCEL THIS TRANSACTION BEFORE MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THE TRANSACTION. IF APPLICABLE, I WILL REVIEW THE ASSOCIATED NOTICE OF CANCELLATION FORM AND EXPLANATION OF THIS RIGHT.

Service/Coverage Limitations

Service is not available at all times in all places. Coverage maps are available at att.com/wireless and are subject to the additional limitations described there. There are gaps in coverage within the service areas shown on coverage maps, which, by their nature, are only approximations of actual coverage. I accept AT&T's service with these limitations.

30-Day Cancellation Policy

I may terminate this Agreement within thirty (30) days after activating service without paying an Early Termination Fee. I will pay for service fees and charges incurred through the termination date, but AT&T will refund my activation fee, if any, if I terminate within three (3) days of activating the service. Also, I may have to return any handsets and accessories purchased with this Agreement. If I terminate <u>after</u> the 30th day but before expiration of the Agreement's Service Commitment, I will pay AT&T an Early Termination Fee for each wireless telephone number associated with the service.

Mobile Content

I understand that wireless devices can be used to purchase goods and services including ring tones, graphics, games or news alerts (including subscription plans) from AT&T or others ("Mobile Content"). I understand that I am responsible for all charges associated with such purchases from any device assigned to my account (including devices assigned to minors), that these charges will appear on my bill, and that such purchases can be restricted by use of parental controls or similar features.

Wireless Phone Insurance

Your device may be eligible for Phone Insurance. You have 30 days from your date of activation or upgrade to add this feature.

I HAVE READ, UNDERSTAND, AND AGREE TO BE BOUND BY THIS AGREEMENT WITH ITS SEPARATE TERMS OF SERVICE, RATE PLAN BROCHURE AND FEATURES BROCHURE(S) (including but not limited to, their Changes to Terms and Rates, Limitation of Liability and Arbitration provisions).

## My Service Details

| | |
|---|---|
| Agreement Start Date: | 05/07/08 |
| Deposit Amount: | $0 |
| Dealer/Sales Code: | R5S0A |
| IMEI: | |
| SIM: | |

## Signing My Agreement

You will sign this agreement electronically.
1. If you do not sign using a signature capture device, dial *862 from your phone or 1-866-895-1092.
2. Listen and follow the prompts.
3. Upon completion, your phone will be activated.

If electronic signature is not available, please sign below:

Signature_____

05/07/2008

I have read, understood and agree to be bound by the agreement for wireless service on the above number. The agreement I am signing includes the Cingular Service Summary, Terms of Service, Rate Plan and feature brochures for the services described in the Cingular Service Summary all of which I acknowledge were presented to me prior to my signing below.