| | |
|---|---|
| Page: | 1 of 26 |
| Billing Cycle Date: | 11/09/06 - 12/08/06 |
| Account Number: | |
| Bill Reprint | |

**How To Contact Us:**
- 1-800-331-0500 or 611 from your cell phone
- For Deaf/Hard of Hearing Customers (TTY/TDD) 1-866-241-6567

**Wireless Numbers with Rollover**

| | |
|---|---:|
| Previous Balance | 195.82 |
| Payment Posted | -195.82 |
| **BALANCE** | **0.00** |
| Monthly Service Charges | 109.99 |
| Usage Charges | 28.95 |
| Credits/Adjustments/Other Charges | 5.03 |
| Government Fees & Taxes | 11.95 |
| **TOTAL CURRENT CHARGES** | **155.92** |
| To be applied to your card on file on/after Dec 26, 2006 | 155.92 |

**Total Amount Due  $155.92**

## NOTICE OF DISPUTE RESOLUTION AGREEMENT IN CONTRACT

We are pleased to advise you that Cingular has revised the ARBITRATION CLAUSE in our standard Wireless Service Agreement to make it even better for consumers. The revised arbitration clause can be found at www.cingular.com/disputeresolution. This revision is effective immediately.

*P.O. BOX 755*
*ATWATER, CA 95301-0755*

Return the portion below with payment to Cingular Wireless only.

| |
|---|
| Account Number: |
| Total Amount Due:    Do Not Pay |
| Amount Paid: |
| $ |

*Please do not send correspondence with payment*

JOSE PASCASIO

Total Amount
Due by Dec 28, 2006

Please Make Check Payable To:

Cingular Wireless
PO Box 60017
Los Angeles, CA 90060-0017

9100000016765801700000000015592000000015592007

Page: 1 of 25
Billing Cycle Date: 12/09/06 - 01/08/07
Account Number:
Bill Reprint

**How To Contact Us:**
- 1-800-331-0500 or 611 from your cell phone
- For Deaf/Hard of Hearing Customers (TTY/TDD) 1-866-241-6567

**Wireless Numbers with Rollover**

| | |
|---|---|
| Previous Balance | 155.92 |
| Payment Posted | -155.92 |
| **BALANCE** | **0.00** |
| Monthly Service Charges | 109.99 |
| Usage Charges | 29.00 |
| Credits/Adjustments/Other Charges | 5.24 |
| Government Fees & Taxes | 11.97 |
| **TOTAL CURRENT CHARGES** | **158.20** |
| To be applied to your card on file on/after Jan 26, 2007 | 156.20 |

**Total Amount Due  $156.20**

## NOTICE OF DISPUTE RESOLUTION AGREEMENT IN CONTRACT

We are pleased to advise you that Cingular has revised the ARBITRATION CLAUSE in our standard Wireless Service Agreement to make it even better for consumers. The revised arbitration clause can be found at www.cingular.com/disputeresolution. This revision is effective immediately.

P.O BOX 755
ATWATER, CA 95301-0755

Return the portion below with payment to Cingular Wireless only.

Account Number:
Total Amount Due:   Do Not Pay
Amount Paid:
$

*Please do not send correspondence with payment*

JOSE PASCASIO

Total Amount
Due by Jan 28, 2007

Please Make Check Payable To:

Cingular Wireless
PO Box 60017
Los Angeles, CA 90060-0017

9100000016765801700000000015620000000015620002

Page: 31 of 31
Billing Cycle Date: 01/09/07 - 02/08/07
Account Number:
Bill Reprint

Questions? Call 1-800-331-0500 or 611 from your wireless phone.

## Data Detail (Continued)

User Name: DENNIS V. MACASADDU

Rate Code: TMI1 -Text Msg Pay Per Use
Rate Period (PD) AT=Anytime
Feature: SMH=SMS $0.1 MO/MT, SMI=SMS $0 2 MO International

| Item | Day | Date | Time | To/From | Type | Msg/KB/Min | Rate Code | Rate Pd | Fea- ture | In/ Out | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 437 | | 02/08 | 11:30AM | | INTL TXT | 1 Msg | TMI1 | AT | SMI | Out | 0.20 |
| 438 | | 02/08 | 12:15PM | | INTL TXT | 1 Msg | TMI1 | AT | SMI | Out | 0.20 |
| | | Subtotal of Msg's | | | | 438 Msg | | | | | 60.40 |
| Totals | | | | | | | | | | | 60.40 |
| | Interstate Calls Subtotal | | | | | 0.00 | | | | | |
| | Intrastate Calls Subtotal | | | | | 0.00 | | | | | |

## NOTICE OF DISPUTE RESOLUTION AGREEMENT IN CONTRACT

We are pleased to advise you that Cingular has revised the ARBITRATION CLAUSE in our standard Wireless Service Agreement to make it even better for consumers. The revised arbitration clause can be found at www.cingular.com/disputeresolution. This revision is effective immediately.

## Auto Pay Authorization Agreement

If I enroll in AutoPay by phone, I authorize Cingular Wireless to pay my bill monthly by electronically deducting money from my bank account. I can cancel authorization by notifying Cingular at www.cingular.com, calling 1-800-331-0500, or dialing 611 from my cellphone. If my bank rejects a payment, I may be charged a return fee up to $30.

## The Easiest Way to Pay Your Bill

Pay your Cingular bill automatically using the bank account, credit card or debit card of your choice. Enjoy peace of mind knowing that your bill will be paid on time with no checks, envelopes or stamps. Enrolling is easy - just go to www.cingular.com, Log in to My Cingular (or Register if you don't already have an account) and click on Sign Up for AutoPay to enroll.

## Early Nights & Weekends calling, 7 PM to 7 AM

Increase your night and weekend calling hours with our Early Extended Nights and Weekends package. Start your nights at 7pm for only $8.99 ($16.99 for Family Talk accounts). You'll have 3 extra hours per day, which gives you up to 3,600 more minutes per mobile per month. Visit www.cingular.com for additional information.

## Push to Talk Pay Per Use

Now you can talk instantly with Push to Talk Pay Per Use for $.15 Per minute. See who's available and start talking with the largest Push to Talk network coverage in America. Need a Push to Talk capable phone? Visit www.cingular.com or a retail store near you.

Page: 32 of 32
Billing Cycle Date: 02/09/07 - 03/08/07
Account Number:
Bill Reprint

## Data Detail (Continued)

User Name: DENNIS V. MACASADDU

Rate Code: TMI1=Text Msg Pay Per Use, WXP1=Internet Pay Per Use
Rate Period (PD): AT=Anytime
Feature: SMH=SMS per msg $0.15 MO/MT - new rate, SMI=SMS $0.2 MO International, GPRR=GPRS not roaming 0.01 rate for APN002 PPU

| Item | Day | Date | Time | To/From | Type | Msg/KB/Min | Rate Code | Rate Pd | Feature | In/Out | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 672 | | 03/07 | 7:58PM | | M2M TEXT MESSAG | 1 Msg | TMI1 | AT | SMH | Out | 0.15 |
| 673 | | 03/07 | 7:59PM | | M2M TEXT MESSAG | 1 Msg | TMI1 | AT | SMH | In | 0.15 |
| 674 | | 03/07 | 8:00PM | | M2M TEXT MESSAG | 1 Msg | TMI1 | AT | SMH | In | 0.15 |
| 675 | | 03/07 | 8:01PM | | M2M TEXT MESSAG | 1 Msg | TMI1 | AT | SMH | Out | 0.15 |
| 676 | | 03/07 | 8:02PM | | M2M TEXT MESSAG | 1 Msg | TMI1 | AT | SMH | Out | 0.15 |
| 677 | | 03/07 | 8:03PM | | M2M TEXT MESSAG | 1 Msg | TMI1 | AT | SMH | In | 0.15 |
| 678 | | 03/07 | 8:04PM | | M2M TEXT MESSAG | 1 Msg | TMI1 | AT | SMH | In | 0.15 |
| 679 | | 03/07 | 8:15PM | | M2M TEXT MESSAG | 1 Msg | TMI1 | AT | SMH | Out | 0.15 |
| 680 | | 03/07 | 8:20PM | | M2M TEXT MESSAG | 1 Msg | TMI1 | AT | SMH | In | 0.15 |
| 681 | | 03/07 | 8:21PM | | M2M TEXT MESSAG | 1 Msg | TMI1 | AT | SMH | In | 0.15 |
| 682 | THU | 03/08 | 8:22AM | | M2M TEXT MESSAG | 1 Msg | TMI1 | AT | SMH | In | 0.15 |
| 683 | | 03/08 | 8:31AM | | M2M TEXT MESSAG | 1 Msg | TMI1 | AT | SMH | Out | 0.15 |
| 684 | | 03/08 | 12:04PM | | M2M TEXT MESSAG | 1 Msg | TMI1 | AT | SMH | In | 0.15 |
| | | Subtotal of Msg's | | | | 684 Msg | | | | | 103.25 |
| 685 | FRI | 02/16 | 11:24AM | Data Transfer | Data | 26 KB | WXP1 | AT | GPRR | Out | 0.26 |
| 686 | | 02/16 | 11:33AM | Data Transfer | Data | 4 KB | WXP1 | AT | GPRR | Out | 0.04 |
| 687 | | 02/16 | 12:35PM | Data Transfer | Data | 2 KB | WXP1 | AT | GPRR | Out | 0.02 |
| 688 | | 02/16 | 4:46PM | Data Transfer | Data | 30 KB | WXP1 | AT | GPRR | Out | 0.30 |
| 689 | FRI | 02/23 | 5:57PM | Data Transfer | Data | 111 KB | WXP1 | AT | GPRR | Out | 1.11 |
| 690 | | 02/23 | 5:57PM | Data Transfer | Data | 57 KB | WXP1 | AT | GPRR | Out | 0.57 |
| | | Subtotal of KB's | | | | 230 KB | | | | | 2.30 |
| **Totals** | | | | | | | | | | | **105.55** |
| | Interstate Calls Subtotal | | | | 0.00 | | | | | | |
| | Intrastate Calls Subtotal | | | | 0.00 | | | | | | |

## NOTICE OF DISPUTE RESOLUTION AGREEMENT IN CONTRACT

We are pleased to advise you that Cingular has revised the ARBITRATION CLAUSE in our standard Wireless Service Agreement to make it even better for consumers. The revised arbitration clause can be found at www.cingular.com/disputeresolution.
This revision is effective immediately.

## Auto Pay Authorization Agreement

If I enroll in AutoPay by phone, I authorize Cingular Wireless to pay my bill monthly by electronically deducting money from my bank account. I can cancel authorization by notifying Cingular at www.cingular.com, calling 1-800-331-0500, or dialing 611 from my cellphone. If my bank rejects a payment, I may be charged a return fee up to $30.

## The Easiest Way to Pay Your Bill

Pay your Cingular bill automatically using the bank account, credit card or debit card of your choice. Enjoy peace of mind knowing that your bill will be paid on time with no checks, envelopes or stamps. Enrolling is easy - just go to www.cingular.com, Log in to My Cingular (or Register if you don't already have an account) and click on Sign Up for AutoPay to enroll.