**✗cingular** WIRELESS SERVICE AGREEMENT   74- 964074
1.866.CINGULAR

Closing Date: 22nd

| Activation Date 3/15/04 | Market/Region LA178 |
|---|---|
| Agent Code LL37A | Salesperson Daniel C |

### CUSTOMER INFORMATION

Billing Name/Legal Name (First, M.I., Last): **Mark Morikawa**

Attention Line:

Customer Place of Primary Use (PO Box Not Acceptable)

City: [redacted]   State: CA   Zip Code: [redacted]

Billing Address (If Different)

City | State | Zip Code

E-Mail Address:

Social Security Number: [redacted]   Date of Birth: [redacted]

Home Number: [redacted]   Work Number: [redacted]

Driver's License No.   Exp. Date   Employer

### BUSINESS BILLING INFORMATION

☐ Sole Owner   ☐ Partnership   ☐ Corporation

Authorized Person to Sign for Account:

Authorized Individual's Title   Contact Number ( )

Tax Exempt Tax ID No.   ☐ FED   ☐ Local   ☐ State   ☐ Other

### CREDIT AND BILLING ACCOUNT INFORMATION

Credit Check Number: 0   Advance Payment/Deposit Amount: $100.00

Account Number: [redacted]

### WIRELESS PORT REQUEST

*If my existing number is NOT eligible to transfer (Please initial below):*

☐ I will accept an alternate number, and my existing number with my old service provider will remain active until I cancel that service.

☐ I will not accept an alternate number. I agree that if my number is not eligible

### WIRELESS EQUIPMENT INFORMATION
☐ Sale   ☐ Service Only   ☐ Upgrade Only

| | Wireless Number | Unlock Code |
|---|---|---|
| 1st | [redacted] | |
| 2nd | | |
| 3rd | | |
| 4th | | |

### SERVICE COMMITMENT   Customer's Initials

☐ 1-Year   ☒ 2-Year   ☐ Other

### SERVICE ACTIVATION CHARGE

Activation Charge (One-Time Charge): $36.00
Upgrade Fee (One-Time Charge): $

### MONTHLY PLAN AND PROMOTION*

Rate Plan: CN 3500   Monthly Service Fee: $199.99 +Tax

Included Minutes: 3500   Price per Add'l Min. (peak/anytime): $0.10¢   Promotional Min (op): 5000 New

Dollar or min

Promotional Offer: Free Long Distance & Roaming 5000 mobile 2 mobile

Expires:   Cost after Expiration: $

*For informational purposes only; in case of conflicts, rate plan brochures control

### Optional Features/Rate Plan Options

| Check | Feature Name | Cust. Initials | Cost Mo. |
|---|---|---|---|
| | Roadside Assistance | | $ |
| | Phone Insurance (see brochure for details) $50 deductible per claim applies | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |

| | | | | | | $ |
|---|---|---|---|---|---|---|
| ☐ to be transferred, my contract for service with Cingular will be void. | | | | | | $ |
| ☐ Not applicable. | | | TOTAL | | | $ |

| Qty | Code | Item # | Product/Description | ESN/SIM | MSN/IMEI | Net Unit Price |
|---|---|---|---|---|---|---|
| | | | Panasonic GU87 | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| Tax | | | | | | $ |
| TOTAL | | | | | | $ |

**NETWORK REPLACEMENT NOTICE** - Cingular Wireless is replacing its existing wireless technology with the Global System for Mobile Communications (GSM). We may upgrade the system in your area sometime in the next 12 to 24 months. When we do, it may be necessary to replace your existing phone. We will be presenting you with various options as the time to convert approaches (applicable within certain areas in FL, LA, MS, AL and GA).

        CUSTOMER INITIALS
**CREDIT CHECK CONSENT AND REPORTING AUTHORIZATION** - I authorize any person, or consumer or credit reporting agency, to provide Cingular with any information it has on me or the entity on whose behalf I make this application. I authorize Cingular to: (a) compile this information, (b) disclose my account information, including my payment history and confidential information to credit reporting agencies or private credit reporting associations, and (c) periodically obtain and use my credit report and other credit information from any source in connection with Cingular's offering of wireless and other services. I understand that if I fail to fulfill the terms of my credit obligations under this Agreement, Cingular may report my failure to a credit reporting agency DOOR-TO-DOOR SALE IF THIS IS A DOOR-TO-DOOR SALE, I MAY HAVE A LEGAL RIGHT TO CANCEL THIS TRANSACTION BEFORE MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THE TRANSACTION. IF APPLICABLE, I WILL REVIEW THE ASSOCIATED NOTICE OF CANCELLATION FORM AND EXPLANATION OF THIS RIGHT.
**REGULATORY COST RECOVERY FEE** - Cingular also imposes the following charges: a Regulatory Cost Recovery Fee of up to $1.25 to help defray its costs incurred in complying with obligations and charges imposed by State and Federal telecom regulations, a gross receipts surcharge, and State and Federal Universal Service Charges. The Regulatory Cost Recovery Fee is not a tax or a government-required charge.
**GUARANTY** - If I am signing on behalf of an entity, I agree to be jointly responsible with the entity for payments of any sums that become due under this Agreement. I agree you can collect directly from me without first proceeding against the entity.
**CONTRACT PROVISIONS** - This Agreement includes all the provisions of Cingular's terms of service form number [_____], incorporated herein by reference, including a binding arbitration clause. It also includes and incorporates additional provisions contained in a separate rate plan or other brochure(s) describing the services to which I subscribed ("Rate Plan Brochure"). I agree to all of these contract provisions. If I am signing on behalf of a corporation, partnership or other entity, I represent that I am authorized to sign on its behalf.
**SERVICE/COVERAGE LIMITATIONS** - Cingular does not guarantee service availability at all times in all places. Coverage maps are available at www.cingular.com and are subject to the additional limitations described there. There are gaps in coverage within the service areas shown on coverage maps, which, by their nature, are only approximations of actual coverage. I agree to accept Cingular's service with these limitations.
**EARLY TERMINATION FEE** - In FL, GA, SC, NC, KY, TN, MS, LA, AL, NY, and parts of IN and NJ, an Early Termination Fee in the amount of $240 prorated over the term of your commitment may be assessed against you in the event that you terminate this contract before the expiration of its term. In all other areas, an Early Termination Fee of $150 may be assessed against you in the event that you terminate this contract before the expiration of its term.
**15 DAY CANCELLATION POLICY** As further set forth in this Agreement, we will cancel your service, for any reason and without imposing the Early Termination Fee, within fifteen (15) days of your signing this Agreement, PROVIDED, however, that if you cancel service you will remain responsible for service fees and charges incurred. If you exercise this option, it may be necessary for you to return handsets and associated accessories purchased in connection with your entry into this Agreement.
I ACKNOWLEDGE THAT I HAVE READ AND UNDERSTAND THIS AGREEMENT INCLUDING ALL CONTRACT PROVISIONS (including Changes to Terms and Rates, Limitation of Liability and Arbitration) AND THE PLAN PROVISIONS AND CONDITIONS. I AGREE TO BE BOUND THEREBY. If signing on behalf of an entity, I represent that I am a duly authorized representative of the entity shown under "Billing Name", and I have submitted this application in the capacity indicated as my "Title" thereunder. If I am representing a corporation, I acknowledge that the execution of this agreement has been authorized by all necessary corporate actions.

Customer Signature/Authorization: _____

Sales/Dealer Signature: _____

**CINGULAR WIRELESS USE ONLY**

Deposit/Advance Payment _____
Purchase _____
Visa/MC/Disc/AMEX Card No. _____

Check # _____
Check # _____

Date Received _____
By _____
Exp. Date _____

Suite 1100-CO • 5565 Glenridge Connector • Atlanta, GA 30342

ORIGINAL - CINGULAR          YELLOW - SALES REP          PINK - CUSTOMER          WHITE OTHER
SVC. AGMT 11/03                                                                    FMS SA P 1103 0042 E

**cingular** WIRELESS SERVICE AGREEMENT   74- 964073
1.866.CINGULAR

*Closing Date: 22nd* (handwritten)

## CUSTOMER INFORMATION

| Field | Value |
|---|---|
| Activation Date | 3/15/04 |
| Market/Region | LA178 |
| Agent Code | LL37A |
| Salesperson | Daniel C. |
| Billing Name/Legal Name | Mark Morikawa |
| State | CA |

## WIRELESS EQUIPMENT INFORMATION
☐ Sale ☐ Service Only ☐ Upgrade Only

## SERVICE COMMITMENT
☐ 1-Year  ☒ 2-Year  ☐ Other

## SERVICE ACTIVATION CHARGE
Activation Charge (One-Time Charge): $36.00

## MONTHLY PLAN AND PROMOTION

| Field | Value |
|---|---|
| Rate Plan | CH 800 |
| Monthly Service Fee | $49.99 |
| Included Minutes | 800 Rollover min |
| Price per Add'l Min | $0.494 |
| Promotional Min. | 5000 N&W |

## BUSINESS BILLING INFORMATION
☐ Sole Owner  ☐ Partnership  ☐ Corporation

Tax Exempt: ☐ FED  ☐ State  ☒ Other

## CREDIT AND BILLING ACCOUNT INFORMATION
Credit Check Number: 0
Advance Payment/Deposit Amount: $100.00

## WIRELESS PORT REQUEST
If my existing number is NOT eligible to transfer (Please initial below):
☐ I will accept an alternate number, and my existing number with my old service provider will remain active until I cancel that service.

| | | | | | | | $ |
|---|---|---|---|---|---|---|---|
| ☐ Not applicable | | | | | TOTAL | | $ |

| Qty | Code | Item # | Product/Description | ESN/SIM | MSN/IMEI | Net Unit Price |
|---|---|---|---|---|---|---|
| | | | Siemens S56 | | | |
| | | | | | | $ |
| | | | | | | $ |
| Tax | | | | | | $ |
| TOTAL | | | | | | $ |

**NETWORK REPLACEMENT NOTICE** - Cingular Wireless is replacing its existing wireless technology with the Global System for Mobile Communications (GSM). We may upgrade the system in your area sometime in the next 12 to 24 months. When we do, it may be necessary to replace your existing phone. We will be presenting you with various options as the time to convert approaches (applicable within certain areas in FL, LA, MS, AL and GA).
**CUSTOMER INITIALS**
**CREDIT CHECK CONSENT AND REPORTING AUTHORIZATION** - I authorize any person, or consumer or credit reporting agency, to provide Cingular with any information it has on me or the entity on whose behalf I make this application. I authorize Cingular to: (a) compile this information, (b) disclose my account information, including my payment history and confidential information to credit reporting agencies or private credit reporting associations, and (c) periodically obtain and use my credit report and other credit information from any source in connection with Cingular's offering of wireless and other services. I understand that if I fail to fulfill the terms of my credit obligations under this Agreement, Cingular may report my failure to a credit reporting agency DOOR-TO-DOOR SALE IF THIS IS A DOOR-TO-DOOR SALE, I MAY HAVE A LEGAL RIGHT TO CANCEL THIS TRANSACTION BEFORE MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THE TRANSACTION. IF APPLICABLE, I WILL REVIEW THE ASSOCIATED NOTICE OF CANCELLATION FORM AND EXPLANATION OF THIS RIGHT.
**REGULATORY COST RECOVERY FEE** - Cingular also imposes the following charges: a Regulatory Cost Recovery Fee of up to $1.25 to help defray its costs incurred in complying with obligations and charges imposed by State and Federal telecom regulations, a gross receipts surcharge, and State and Federal Universal Service Charges. The Regulatory Cost Recovery Fee is not a tax or a government-required charge.
**GUARANTY** - If I am signing on behalf of an entity, I agree to be jointly responsible with the entity for payments of any sums that become due under this Agreement. I agree you can collect directly from me without first proceeding against the entity.
**CONTRACT PROVISIONS** - This Agreement includes all the provisions of Cingular's terms of service form number [_____], incorporated herein by reference, including a binding arbitration clause. It also includes and incorporates additional provisions contained in a separate rate plan or other brochure(s) describing the services to which I subscribed ("Rate Plan Brochure"). I agree to all of these contract provisions. If I am signing on behalf of a corporation, partnership or other entity, I represent that I am authorized to sign on its behalf.
**SERVICE/COVERAGE LIMITATIONS** - Cingular does not guarantee service availability at all times in all places. Coverage maps are available at www.cingular.com and are subject to the additional limitations described there. There are gaps in coverage within the service areas shown on coverage maps, which, by their nature, are only approximations of actual coverage. I agree to accept Cingular's service with these limitations.
**EARLY TERMINATION FEE** - In FL, GA, SC, NC, KY, TN, MS, LA, AL, NY, and parts of IN and NJ, an Early Termination Fee in the amount of $240 prorated over the term of your commitment may be assessed against you in the event that you terminate this contract before the expiration of its term. In all other areas, an Early Termination Fee of $150 may be assessed against you in the event that you terminate this contract before the expiration of its term.
**15 DAY CANCELLATION POLICY** As further set forth in this Agreement, we will cancel your service, for any reason and without imposing the Early Termination Fee, within fifteen (15) days of your signing this Agreement, PROVIDED, however, that if you cancel service you will remain responsible for service fees and charges incurred. If you exercise this option, it may be necessary for you to return handsets and associated accessories purchased in connection with your entry into this Agreement.
I ACKNOWLEDGE THAT I HAVE READ AND UNDERSTAND THIS AGREEMENT INCLUDING ALL CONTRACT PROVISIONS (including Changes to Terms and Rates, Limitation of Liability and Arbitration) AND THE PLAN PROVISIONS AND CONDITIONS. I AGREE TO BE BOUND THEREBY. If signing on behalf of an entity, I represent that I am a duly authorized representative of the entity shown under "Billing Name", and I have submitted this application in the capacity indicated as my "Title" thereunder. If I am representing a corporation, I acknowledge that the execution of this agreement has been authorized by all necessary corporate actions.

| Customer Signature/Authorization: | Sales/Dealer Signature: |
|---|---|
| [signature] | [signature] |

| **CINGULAR WIRELESS USE ONLY** | Deposit/Advance Payment _____<br>Purchase _____<br>Visa/MC/Disc/AMEX Card No._____ | Check # _____<br>Check # _____ | Date Received _____<br>By _____<br>Exp. Date _____ |
|---|---|---|---|

Suite 1100-CO • 5565 Glenridge Connector • Atlanta, GA 30342

ORIGINAL CINGULAR         YELLOW - SALES REP           PINK  CUSTOMER              WHITE - OTHER
SVC AGMT. 11/03
                                                                                    FMS SA P 1103 0042 E