

# Cingular Service Summary

**MARK MORIKAWA**

## My Service

| | |
|---|---|
| Wireless Number: |  |
| Rate Plan: | NATION 1350 ROLL PROMO UNL M2M UNL N&W |
| Rate Plan Charge:* | $79.99 |
| Term of Service: | 12 months |
| Anytime/Daytime Minutes: | 1350 |
| Night/Weekend Minutes: | Unlimited |
| Mobile to Mobile Minutes: | Unlimited |
| Activation Fee: | $36.00 |

*Additional charges apply. See page 2 for details.

## My Plan Details

**ROLLOVER MINUTES** — Included
- Unused, accumulated Anytime Minutes that carry over from month to month.
- Start accumulating after your first full billing period; expire after 12 rolling bill periods.
- Oldest Rollover Minutes are used first. Not transferable or redeemable for cash or credit.
- If you change rate plans, any accumulated Rollover Minutes in excess of the new plan's number of monthly anytime minutes will expire upon such change.

**MOBILE TO MOBILE MINUTES** — Included
- Calls made to and from other Cingular customers in your mobile to mobile calling area do not count against Anytime Minutes
- Mobile to Mobile minutes do not carry over (exceptions may apply)

**NIGHTS AND WEEKEND MINUTES** — Included
- For use in your calling plan area only
- Mon. - Fri. 9pm to 6am
- Sat. and Sun. 24 hours a day through 6am Mon.
- Minutes do not count against Anytime Minutes

**MEDIA WORKS BUNDLE** — $14.99
**OTHER FEATURES** — Included
Additional features may be included as part of your plan. See www.cingular.com or rate plan brochure for details.

## Using My Phone

Phone Model: **LG CG225**

To learn more about using your phone, go to: www.cingular.com/device-support.

## Using My Voicemail

**Set Up Mailbox/Check Messages**
PRESS and HOLD **1** to dial your voicemail and follow the prompts.

**Check Messages From Another Phone**
1. Dial your 10-digit wireless phone number.
2. When the greeting begins, PRESS *
3. Enter your password and follow the prompts.

**Forgot Your Password?**
Dial 611, select "Manage Your Account," and follow the prompts.

To learn more about using your voicemail, go to: www.cingular.com/voicemail.

## Services

Check usage or balance via a **FREE** text message.

**DIAL:** *M*I*N* SEND (*646#)
**DIAL:** *B*A*L* SEND (*225#)

To add features to your service.

**DIAL:** *N*E*W SEND (*669)

**FREE** instant access to our automated bill pay system.

**DIAL:** *P*A*Y SEND (*729)

See www.cingular.com/starservices for:
- TXT-2-PAY: A monthly text message reminder of your bill — and you can pay just by replying.
- Limits regarding *MIN#.

## Contact Us

| | |
|---|---|
| Web: | www.cingular.com |
| Wireless Phone: | 611 |
| Landline: | 1-800-331-0500 |
| Store Phone: | 310-791-0224 |
| Store Manager: | NATHAN SURDIN |

Generated on: 11/09/2006

**Manage your account online!** View your current balance, pay your bill and access this document online by registering for online account management at: my.cingular.com.

## Understanding My First Bill

Your first bill may be higher than expected! The bill may include:
- Activation fee.
- One month's service billed in advance.
- Prorated charges and fees for the month when you signed up.

The sample bill is not part of your contract.

Start Of Billing Cycle: 23rd of the month

| Wireless Summary For: MARK MORIKAWA | | |
|---|---|---|
| Monthly Service Charges | First Month's Bill | Ongoing Monthly Bill |
| Rate Plan | | |
| NATION 1350 ROLL PROMO UNL    (Prorated) M2M UNL N&W | 36.12 | |
| NATION 1350 ROLL PROMO UNL M2M UNL N&W | 79.99 | 79.99 |
| Optional Services | | |
| MEDIA WORKS BUNDLE | | 14.99 |
| MEDIA WORKS UNLIMITED - ONE MONTH PROMO | 21.76 | |
| Total Monthly Service Charge | $137.87 | $94.98 |
| Usage, Additional Minutes, Roaming, Directory Assistance (411) and Long Distance Charges | **BASED ON ACTUAL USAGE** | |
| Credits, Adjustments & Other Charges* | | |
| Activation Fee | 36.00 | |
| Regulatory Cost Recovery Charge | .93 | .93 |
| Federal Universal Service Fund | 4.73 | 2.58 |
| State Universal Service Fund | | |
| Other Cingular Surcharges | .19 | .10 |
| Total Credits, Adjustments & Other Charges | $41.85 | $3.61 |
| Government Fees & Taxes | | |
| State and Local Tax | 25.52 | 13.94 |
| 911 Fee | 3.72 | 3.32 |
| Total Government Fees & Taxes** | $29.24 | $17.26 |
| Total Charges:       (ESTIMATED) | $208.96 | $115.85 |

*Cingular imposes either a Regulatory Cost Recovery Charge of up to $1.25 or a Regulatory Programs Charge of $1.75 to help defray costs incurred in complying with State and Federal regulations, Universal Service charges, and other Cingular-imposed surcharges. These are not taxes or government-required charges.

**The estimates above are based on the highest tax/fee/surcharge rates assessed in your state; actual charges may vary. For actual state percentages, visit www.cingular.com/customer_service/additional_charges.

## Standard Charges

| Additional Minutes: | 35¢/min. |
|---|---|
| 411: | Airtime Minutes + $1.79 |
| Text Messages:* | 10¢/msg. (20¢ Intl.) |
| Multimedia Messages:* | 25¢/msg. |
| MEdia Net: | 1¢ per KB |

*Charged for messages sent and received.

Airtime Minutes Apply To:
- Toll-free numbers (800, 866, etc.)
- Incoming, outgoing and long distance calls
- Voicemail

Mobile to Mobile Minutes
Apply when dialing from your calling area.

Roaming Charges
If your rate plan does not include roaming, you will be billed 89¢/min. for calls made or received outside of the plan's coverage area

## Our Policies

30-Day Equipment Return Policy
- **Cingular Stores:** All returns/exchanges must be like new, with all original packaging, accessories, manuals and proof of purchase. Otherwise, a re-stocking fee of $25 (voice devices) or $50 (data devices) is charged. See our complete policy at: www.cingular.com/returnpolicy.
- **Other Locations:** See the specific location's return policy.

30-Day Service Cancellation Policy
- Payment required for services used.
- Activation/Upgrade fee not refundable after 3 days of purchase (excluding national holidays).
- See our complete policy at: www.cingular.com/returnpolicy.

One-Year Manufacturer's Warranty
For repairs or replacement of your wireless phone with original proof of purchase, call 1-800-801-1101 or go to www.cingular.com.

To prevent unauthorized charges, notify Cingular immediately if your phone is lost or stolen. Your rate plan brochure/contract controls if inconsistent with this document. Cingular, the graphic icon and Cingular Nation are Registered Trademarks of Cingular Wireless LLC. Rollover Minutes and Raising the Bar are Service Marks of Cingular Wireless, LLC. Copyright 2006 Cingular Wireless, LLC. All rights reserved.



**MARK MORIKAWA**

 **Wireless Service Agreement**

Wireless Number: 

The Wireless Service Agreement consists of:
1. **This Cingular Service Summary.**
2. **The Terms of Service.**
3. **The rate plan and applicable feature terms.**

Door-To-Door Sale

If this is a door-to-door sale, I may have a legal right to cancel this transaction before midnight of the third business day after the date of the transaction. If applicable, I will review the associated notice of cancellation form and explanation of this right.

Equipment Discount and Upgrade Fee

I received a discount on equipment or an upgrade fee waiver as I entered this Agreement. If I request a change of this Agreement to which Cingular agrees (such as changing the rate plan) within six billing cycles of acceptance of this Agreement, then I agree to pay the sum of these discounts which will be charged to my monthly bill.

Guaranty

If I am signing on behalf of an entity, I represent that I am authorized to sign on its behalf, and I agree to be jointly responsible with the entity for payment of any sums that become due under, and to be bound by, this Agreement. I agree you can collect directly from me without first proceeding against the entity.

Contract Provisions

This Agreement incorporates and includes by reference Cingular's current service Terms of Service Booklet # FMSTC02060088E herein including its binding arbitration clause. This Agreement also incorporates and includes by reference the versions of the following Cingular brochures that are effective as of the date of this Agreement: i. Cingular's Rate Plan Brochure describing the services listed above under "Monthly Plan;" and, ii. Cingular's Features Brochure(s) describing the service feature(s) listed under "Optional Features." I acknowledge that the Terms of Service Booklet, the Rate Plan Brochure and the Features Brochure(s) were separately provided to me at the time I signed this Agreement.

Service/Coverage Limitations

Service is not available at all times in all places. Coverage maps are available at www.cingular.com and are subject to the additional limitations described there. There are gaps in coverage within the service areas shown on coverage maps, which, by their nature, are only approximations of actual coverage. I accept Cingular's service with these limitations.

Early Termination Fee

If I terminate this Agreement before expiration of my Service Commitment, I will pay Cingular an Early Termination Fee of $175 for each wireless telephone number associated with the service.

30-Day Cancellation Policy

I may terminate this Agreement within thirty (30) days after activating service without paying an Early Termination Fee. I will pay for service fees and charges incurred through the termination date, but Cingular will refund my activation fee, if any, if I terminate within three (3) days of activating the service. Also, I may have to return any handsets and accessories purchased with this Agreement. If I terminate <u>after</u> the 30th day but before expiration of the Agreement's Service Commitment, I will pay Cingular an Early Termination Fee for each wireless telephone number associated with the service.

I HAVE READ, UNDERSTAND, AND AGREE TO BE BOUND BY THIS AGREEMENT WITH ITS SEPARATE TERMS OF SERVICE, RATE PLAN BROCHURE AND FEATURES BROCHURE(S) (including but not limited to, their Changes to Terms and Rates, Limitation of Liability and Arbitration provisions).

**Signing My Agreement**

You will sign this agreement electronically.
1. Dial *862 from your phone or 1-866-895-1099.
2. Listen and follow the prompts.
3. Upon completion, your phone will be activated.

If electronic signature is not available, please sign below:

Signature_____