Page: 1 of 74
Billing Cycle Date: 11/23/06 - 12/22/06
Account Number:
Bill Reprint

**How To Contact Us:**
- 1-800-331-0500 or 611 from your cell phone
- For Deaf/Hard of Hearing Customers (TTY/TDD)
  1-866-241-6567

**Wireless Numbers with Rollover**

| | |
|---|---:|
| Previous Balance | 757.06 |
| Payment Posted | -275.00 |
| Adjustments to Previous Balance | -21.99 |
| **PAST DUE BALANCE** Payable Immediately | **460.07** |
| Monthly Service Charges | 300.69 |
| Usage Charges | 77.13 |
| Credits/Adjustments/Other Charges | 30.29 |
| Government Fees & Taxes | 28.20 |
| **TOTAL CURRENT CHARGES** Due Jan 12, 2007 Late fees assessed after Jan 22 | **436.31** |

**Total Amount Due   $896.38**

## NOTICE OF DISPUTE RESOLUTION AGREEMENT IN CONTRACT

We are pleased to advise you that Cingular has revised the ARBITRATION CLAUSE in our standard Wireless Service Agreement to make it even better for consumers. The revised arbitration clause can be found at www.cingular.com/disputeresolution. This revision is effective immediately.

Return the portion below with
payment to Cingular Wireless only.

*P O BOX 755
ATWATER, CA 95301-0755*

| | |
|---|---:|
| Account Number: | |
| Total Amount Due: | $896.38 |
| Amount Paid: | |
| $ | |

*Please do not send correspondence with payment.*

MARK MORIKAWA

Please Make Check Payable To:

Cingular Wireless
PO Box 60017
Los Angeles, CA 90060-0017

9100000019166877000000000004363100000089638002

Page: 1 of 79
Billing Cycle Date: 12/23/06 - 01/22/07
Account Number:
Bill Reprint

**How To Contact Us:**
- 1-800-331-0500 or 611 from your cell phone
- For Deaf/Hard of Hearing Customers (TTY/TDD) 1-866-241-6567

**Wireless Numbers with Rollover**

| | |
|---|---:|
| Previous Balance | 896.38 |
| Payments Posted | -461.00 |
| **PAST DUE BALANCE** Payable Immediately | **435.38** |
| Monthly Service Charges | 296.11 |
| Usage Charges | 72.48 |
| Credits/Adjustments/Other Charges | 7.08 |
| Government Fees & Taxes | 27.32 |
| **TOTAL CURRENT CHARGES** Due Feb 12, 2007 Late fees assessed after Feb 22 | **402.99** |
| **Total Amount Due** | **$838.37** |

## NOTICE OF DISPUTE RESOLUTION AGREEMENT IN CONTRACT

We are pleased to advise you that Cingular has revised the ARBITRATION CLAUSE in our standard Wireless Service Agreement to make it even better for consumers. The revised arbitration clause can be found at www.cingular.com/disputeresolution. This revision is effective immediately.

*P.O. BOX 755*
*ATWATER, CA 95301-0755*

Return the portion below with payment to Cingular Wireless only.

| Account Number: | |
|---|---:|
| Total Amount Due: | $838.37 |
| Amount Paid: | |
| $ | |

*Please do not send correspondence with payment*

MARK MORIKAWA

Please Make Check Payable To:

Cingular Wireless
PO Box 60017
Los Angeles, CA 90060-0017

9100000019166877000000000402990000008383 7003

Page:                100 of 100
Billing Cycle Date: 01/23/07 - 02/22/07
Account Number:
Bill Reprint

### ***This Bill Includes A Past Due Balance***

If payment has already been made, thank you, please disregard. If not, payment must be made immediately to avoid suspension of service. Please send your payment, including current charges, in the enclosed envelope. You may also pay 24 hours a day by major credit card or electronic check at 866-CINGULAR, or www.cingular.com. If your service is suspended a reconnection fee will apply. If you have questions regarding your account contact us at 800-947-5096.

### NOTICE OF DISPUTE RESOLUTION AGREEMENT IN CONTRACT

We are pleased to advise you that Cingular has revised the ARBITRATION CLAUSE in our standard Wireless Service Agreement to make it even better for consumers. The revised arbitration clause can be found at www.cingular.com/disputeresolution. This revision is effective immediately.

### Auto Pay Authorization Agreement

If I enroll in AutoPay by phone, I authorize Cingular Wireless to pay my bill monthly by electronically deducting money from my bank account. I can cancel authorization by notifying Cingular at www.cingular.com, calling 1-800-331-0500, or dialing 611 from my cellphone. If my bank rejects a payment, I may be charged a return fee up to $30.

### The Easiest Way to Pay Your Bill

Pay your Cingular bill automatically using the bank account, credit card or debit card of your choice. Enjoy peace of mind knowing that your bill will be paid on time with no checks, envelopes or stamps. Enrolling is easy - just go to www.cingular.com, Log in to My Cingular (or Register if you don't already have an account) and click on Sign Up for AutoPay to enroll.

### Early Nights & Weekends calling, 7 PM to 7 AM

Increase your night and weekend calling hours with our Early Extended Nights and Weekends package. Start your nights at 7pm for only $8.99 ($16.99 for Family Talk accounts). You'll have 3 extra hours per day, which gives you up to 3,600 more minutes per mobile per month. Visit www.cingular.com for additional information.

### Push to Talk Pay Per Use

Now you can talk instantly with Push to Talk Pay Per Use for $.15 Per minute. See who's available and start talking with the largest Push to Talk network coverage in America. Need a Push to Talk capable phone? Visit www.cingular.com or a retail store near you.

Questions? Call 1-800-331-0500 or 611 from your wireless phone.

## NOTICE OF DISPUTE RESOLUTION AGREEMENT IN CONTRACT

We are pleased to advise you that Cingular has revised the ARBITRATION CLAUSE in our standard Wireless Service Agreement to make it even better for consumers. The revised arbitration clause can be found at www.cingular.com/disputeresolution. This revision is effective immediately.

## Auto Pay Authorization Agreement

If I enroll in AutoPay by phone, I authorize Cingular Wireless to pay my bill monthly by electronically deducting money from my bank account. I can cancel authorization by notifying Cingular at www.cingular.com, calling 1-800-331-0500, or dialing 611 from my cellphone. If my bank rejects a payment, I may be charged a return fee up to $30.

## The Easiest Way to Pay Your Bill

Pay your Cingular bill automatically using the bank account, credit card or debit card of your choice. Enjoy peace of mind knowing that your bill will be paid on time with no checks, envelopes or stamps. Enrolling is easy - just go to www.cingular.com, Log in to My Cingular (or Register if you don't already have an account) and click on Sign Up for AutoPay to enroll.

## New International Standard Roaming Rates

Your standard pay-per-use international roaming rates have changed. Please visit www.cingular.com/roaming-rates for details.