Page: 1 of 9
Billing Cycle Date: 11/27/06 - 12/26/06
Account Number:
Bill Reprint

**How To Contact Us:**
- 1-800-331-0500 or 611 from your cell phone
- For Deaf/Hard of Hearing Customers (TTY/TDD) 1-866-241-6567

**Wireless Number**

| | |
|---|---:|
| Previous Balance | 819.97 |
| Payment Posted | -819.97 |
| **BALANCE** | **0.00** |
| Monthly Service Charges | 48.97 |
| Usage Charges | 50.65 |
| Credits/Adjustments/Other Charges | -4.01 |
| Government Fees & Taxes | 6.68 |
| **TOTAL CURRENT CHARGES** | **102.29** |
| To be applied to your card on file on/after Jan 14, 2007 | 102.29 |

**Total Amount Due   $102.29**

## NOTICE OF DISPUTE RESOLUTION AGREEMENT IN CONTRACT

We are pleased to advise you that Cingular has revised the ARBITRATION CLAUSE in our standard Wireless Service Agreement to make it even better for consumers. The revised arbitration clause can be found at www.cingular.com/disputeresolution. This revision is effective immediately.

*P.O BOX 755*
*ATWATER, CA 95301-0755*

Return the portion below with payment to Cingular Wireless only.

| Account Number: | |
|---|---|
| Total Amount Due: | Do Not Pay |
| Amount Paid: | |
| $ | |

*Please do not send correspondence with payment*

VINCENT SCOTTI

Total Amount
Due by Jan 16, 2007

Please Make Check Payable To:

Cingular Wireless
PO Box 60017
Los Angeles, CA 90060-0017

9100000057255603500000000010229000000010229009

Page: 1 of 11
Billing Cycle Date: 12/27/06 - 01/26/07
Account Number:
Bill Reprint

**How To Contact Us:**
- 1-800-331-0500 or 611 from your cell phone
- For Deaf/Hard of Hearing Customers (TTY/TDD) 1-866-241-6567

**Wireless Number**

| | |
|---|---:|
| Previous Balance | 102.29 |
| Payment Posted | -102.29 |
| **BALANCE** | **0.00** |
| Monthly Service Charges | 48.97 |
| Usage Charges | 35.24 |
| Credits/Adjustments/Other Charges | -3.22 |
| Government Fees & Taxes | 6.89 |
| **TOTAL CURRENT CHARGES** | **87.88** |
| To be applied to your card on file on/after Feb 14, 2007 | 87.88 |

**Total Amount Due  $87.88**

## NOTICE OF DISPUTE RESOLUTION AGREEMENT IN CONTRACT

We are pleased to advise you that Cingular has revised the ARBITRATION CLAUSE in our standard Wireless Service Agreement to make it even better for consumers. The revised arbitration clause can be found at www.cingular.com/disputeresolution.
This revision is effective immediately.

*P.O. BOX 755*
*ATWATER, CA 95301-0755*

Return the portion below with payment to Cingular Wireless only.

Account Number:
Total Amount Due:    Do Not Pay
Amount Paid:
$

*Please do not send correspondence with payment*

VINCENT SCOTTI

Total Amount
Due by Feb 16, 2007

Please Make Check Payable To:

Cingular Wireless
PO Box 60017
Los Angeles, CA 90060-0017

9100000572556035000000000087880000008788005

Questions? Call 1-800-331-0500 or 611 from your wireless phone.

## Data Detail (Continued)

User Name: VINCENT SCOTTI

Rate Code: TXMS=Text Messaging, BDFD=Data Service Rates
Rate Period (PD): AT=Anytime
Feature: SMH=SMS Domestic $0.10 per msg, GPRR=BMKT GPRS Domestic $0.03 per KB, SMI=BMKT SMS International MO $0.25 per msg

| Item | Day | Date | Time | To/From | Type | Msg/KB/Min | Rate Code | Rate Pd | Fea-ture | In/Out | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 118 |  | 02/23 | 7:10PM | Data Transfer | Transfer | 11 KB | BDFD | AT | GPRR | Out | 0.33 |
| 119 | SAT | 02/24 | 2:13PM | Data Transfer | Transfer | 1,426 KB | BDFD | AT | GPRR | Out | 42.78 |
| 120 |  | 02/24 | 2:21PM | Data Transfer | Transfer | 60 KB | BDFD | AT | GPRR | Out | 1.80 |
| 121 |  | 02/24 | 5:00PM | Data Transfer | Transfer | 54 KB | BDFD | AT | GPRR | Out | 1.62 |
| 122 |  | 02/24 | 8:41PM | Data Transfer | Transfer | 66 KB | BDFD | AT | GPRR | Out | 1.98 |
| 123 | SUN | 02/25 | 4:11AM | Data Transfer | Transfer | 68 KB | BDFD | AT | GPRR | Out | 2.04 |
|  |  | Subtotal of KB's |  |  |  | 2,318 KB |  |  |  |  | 69.54 |
| **Totals** |  |  |  |  |  |  |  |  |  |  | 70.14 |
|  | Interstate Calls Subtotal |  |  |  | 0.00 |  |  |  |  |  |  |
|  | Intrastate Calls Subtotal |  |  |  | 0.00 |  |  |  |  |  |  |

### NOTICE OF DISPUTE RESOLUTION AGREEMENT IN CONTRACT

We are pleased to advise you that Cingular has revised the ARBITRATION CLAUSE in our standard Wireless Service Agreement to make it even better for consumers. The revised arbitration clause can be found at www.cingular.com/disputeresolution. This revision is effective immediately.

### Auto Pay Authorization Agreement

If I enroll in AutoPay by phone, I authorize Cingular Wireless to pay my bill monthly by electronically deducting money from my bank account. I can cancel authorization by notifying Cingular at www.cingular.com, calling 1-800-331-0500, or dialing 611 from my cellphone. If my bank rejects a payment, I may be charged a return fee up to $30.

### The Easiest Way to Pay Your Bill

Pay your Cingular bill automatically using the bank account, credit card or debit card of your choice. Enjoy peace of mind knowing that your bill will be paid on time with no checks, envelopes or stamps. Enrolling is easy - just go to www.cingular.com, Log in to My Cingular (or Register if you don't already have an account) and click on Sign Up for AutoPay to enroll.

### Early Nights & Weekends calling, 7 PM to 7 AM

Increase your night and weekend calling hours with our Early Extended Nights and Weekends package. Start your nights at 7pm for only $8.99 ($16.99 for Family Talk accounts). You'll have 3 extra hours per day, which gives you up to 3,600 more minutes per mobile per month. Visit www.cingular.com for additional information.

## Data Detail (Continued)

User Name: VINCENT SCOTTI

Rate Code: BDFD=Data Service Rates, TXMS=Text Messaging, MKT3=MEdiaNet, MBRC=MEDIA MAX UNL MNET, TMI1=Text Msg Pay Per Use, 4NPC=MEDIA MAX UNL MSGS
Rate Period (PD): AT=Anytime
Feature: SMI=BMKT SMS International MO $0.25 per msg, SMH=SMS Domestic $0.10 per msg, GPRR=BMKT GPRS Domestic $0.03 per KB

| Item | Day | Date | Time | To/From | Type | Msg/KB/Min | Rate Code | Rate Pd | Feature | In/Out | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 139 | | 03/25 | 8:15PM | Data Transfer | Data | 22 KB | MBRC | AT | GPRR | Out | 0.00 |
| 140 | | 03/25 | 11:02PM | Data Transfer | Data | 5 KB | MBRC | AT | GPRR | Out | 0.00 |
| 141 | | 03/25 | 11:03PM | Data Transfer | Data | 52 KB | MBRC | AT | GPRR | Out | 0.00 |
| 142 | | 03/25 | 11:05PM | Data Transfer | Data | 90 KB | MBRC | AT | GPRR | Out | 0.00 |
| 143 | | 03/25 | 11:22PM | Data Transfer | Data | 18 KB | MBRC | AT | GPRR | Out | 0.00 |
| 144 | MON | 03/26 | 4:11AM | Data Transfer | Data | 3 KB | MBRC | AT | GPRR | Out | 0.00 |
| 145 | | 03/26 | 7:58AM | Data Transfer | Data | 19 KB | MBRC | AT | GPRR | Out | 0.00 |
| | | | Subtotal of KB's | | | 1,537 KB | | | | | 24.96 |
| Totals | | | | | | | | | | | 27.31 |

Interstate Calls Subtotal    0.00
Intrastate Calls Subtotal    0.00

## Roaming Data Detail

User Name: VINCENT SCOTTI

Rate Code: BDFD=Data Service Rates, TXMS=Text Messaging, TMI1=Text Msg Pay Per Use, 4NPC=MEDIA MAX UNL MSGS
Feature: GPRR=BMKT GPRS International Roaming - $0.07 per KB, SMI=BMKT SMS International MO $0.25 per msg, SMH=SMS Domestic $0.10 per msg

| Item | Day | Date | Time | To/From | Type | Msg/KB | Rate Code | Feature | In/Out | Intl Tax | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GPRS Charges Incurred While Roaming in Japan, ZZ | | | | | | | | | | | |
| 1 | TUE | 02/27 | 1:16AM | Data Transfer | | 205 KB | BDFD | GPRR | Out | | 14.35 |
| 2 | | 02/27 | 2:54AM | Data Transfer | | 5 KB | BDFD | GPRR | Out | | 0.35 |
| 3 | FRI | 03/02 | 2:14AM | Data Transfer | | 53 KB | BDFD | GPRR | Out | | 3.71 |
| | | | Subtotal of KB's | | | 263 KB | | | | | 18.41 |
| GPRS Charges Incurred While Roaming in United Kingdom, ZZ | | | | | | | | | | | |
| 4 | SUN | 03/04 | 8:59AM | Data Transfer | | 307 KB | BDFD | GPRR | Out | | 21.49 |
| 5 | | 03/04 | 9:59AM | Data Transfer | | 572 KB | BDFD | GPRR | Out | | 40.04 |
| 6 | | 03/04 | 10:21AM | Data Transfer | | 37 KB | BDFD | GPRR | Out | | 2.59 |
| 7 | MON | 03/05 | 3:58AM | Data Transfer | | 53 KB | BDFD | GPRR | Out | | 3.71 |
| 8 | WED | 03/07 | 10:44AM | Data Transfer | | 5 KB | BDFD | GPRR | Out | | 0.35 |
| | | | Subtotal of KB's | | | 974 KB | | | | | 68.18 |
| Totals | | | | | | | | | | | 86.59 |

## NOTICE OF DISPUTE RESOLUTION AGREEMENT IN CONTRACT

We are pleased to advise you that Cingular has revised the ARBITRATION CLAUSE in our standard Wireless Service Agreement to make it even better for consumers. The revised arbitration clause can be found at www.cingular.com/disputeresolution.
This revision is effective immediately.