**TRACFONE**
THE CELL PHONE THAT PUTS YOU IN CONTROL

Search TracFone | ▶ MY ACCOUNT | ▶ ESPAÑOL

NO BILLS | NO CONTRACTS | NO SURPRISES | YOU'RE IN CONTROL

| ACTIVATE / REACTIVATE PHONE | BUY / ADD AIRTIME | BUY PHONES AND MORE | TRACFONE PROGRAMS | SERVICE & SUPPORT |

# ABOUT US

**TRACFONE WIRELESS, INC.**

### About TracFone

TracFone Wireless Inc. is the largest prepaid cell phone provider in the U.S., and has been the leader in the 10 years since it was founded. TracFone is a subsidiary of America Movil, the fourth largest cell phone company in the world, and the largest in all of the Americas with more than 141 million cell phone subscribers, more than AT&T, Verizon and Sprint.

America Movil is traded on the New York Stock Exchange under the symbol AMX, and has been named top technology company by Business Week for the past 2 years (Technology Hot 100).

One reason for TracFone's success has been our exclusive focus on prepaid cell phones. Unlike most other prepaid providers in the US (who are also contract providers), we are not interested in converting users to a contract. Prepaid is all we do, so we have to do it better.

We believe that cell phone ownership is an important tool for individual success in today's world, and that everyone should have one as a right, without the need for a contract or a high credit rating. People should be able to always know what their cell phone service will cost and nobody should have to pay more than they want or can afford. We believe in making the cost to get a phone as low as possible and we never charge extra fees to activate your service. We also believe that the ongoing cost to maintain service should be as low as possible. Most cell phone users worldwide use prepaid cell phones because they appreciate the convenience of being able to add minutes as they are needed. There is clear evidence that cell phone ownership dramatically improves the security and economic well-being of entire populations.

We are glad to lead the movement in the US to make cell phone service available to everyone, and we invest hundreds of millions of dollars every year to reduce the prices of our phones and make them affordable.

### Our Brands

- 
- 

### Our Phones

TracFone has a global relationship with major manufacturers such as Motorola, Nokia, LG and Kyocera. We are therefore able to bring the highest quality phones and features to customers at the best prices. We offer a range of handsets from basic models such as the Motorola C139 (not all that basic, since it offers text, color screen and many other features), to our latest flip camera phones, such as the LG C225.

Click here for phone details.

## Our Coverage

TracFone is renowned for offering the best coverage of any cell phone provider. Our signals are carried on the towers of over 30 major carriers around the US, so it stands to reason that we can offer you service in the Zip Code where you live and use your phone. The only way to tell for sure is to enter your Zip Code at the Buy Phones, and we'll tell you which phone and service are available.

## Our Retailers

TracFone has a very close working relationship with its retail partners. We are the leading cell phone sold at many of the top retail chains, which means that we are held to a higher standard than other providers in terms of service and delivery. You can find our phones at nearly 70,000 stores around the country, as well as our Airtime Cards.

## TracFone Blog

Click here for TracFone Blog

## Contact Information

- For Customer Service
  TracFone: 1-800-867-7183
  Net10: 1-877-836-2368
- Mailing Address:
  TracFone Wireless, Inc.
  9700 NW 112th Avenue
  Miami, FL 33178

- For Customer Feedback
  CustomerFeedback@tracfone.com
- For Customer Escalations
  CustomerEscalations@tracfone.com
  Or call us at: 1-800-876-5753
- For Corporate Email Communications
  CorporateOffice@tracfone.com

© 2008 TracFone Wireless, Inc. All Rights Reserved.