Welcome to TracFone



Walmart.com

©TracFone® is a registered trademark of TracFone Wireless, Inc.
*Privacy Policy* | *Terms & Conditions*