Why Choose Us? | My Account | Activate | Top-Up | Check Coverage | Find a Store | En Español | Log Out |    Enter Keyword    

## Virgin Mobile story

### What's everyone talking about? Virgin Mobile USA.

With a globally recognized brand name, outstanding products and services, and distinctly irreverent style, we're showing America what being Virgin Mobile is all about. As a sparkling new prodigy within Sir Richard Branson's Virgin Group, our team works to provide not only the best wireless products and services, but we also hold fast to fresh style, innovation and championing the consumer.

**Why We Rock**
Simple airtime pricing
No hidden fees
No monthly bills
No contracts to sign
You control the phone, not vice versa
Fun-filled VirginXtras and exclusive content from *MTV

### Virgin Mobile Revolution Evolution

**Virgin Mobile UK** - November 1999
The Virgin Mobile mothership showing us how it's done.

**Virgin Mobile Australia** - October 2000
Alive with fresh, bold Aussie style.

**Virgin Mobile USA** - 2002
Exposing young America to the joys of wireless without a plan.

**More About Virgin Mobile**

The Virgin Mobile story
The Virgin Group
Media center
Contact us
Join our team
Legal info

**Need Help?**
Got a question? We've got Answers.

---

ABOUT | CONTACT US | LEGAL MATTERS | PRIVACY POLICY | FIND A STORE | COVERAGE | ACTIVATE | MY ACCOUNT | TOP-UP | HELP | EN ESPAÑOL

| VIRGIN MOBILE | PHONES | PLANS | STUFF | LIFE | HELP |
|---|---|---|---|---|---|
| Home | Flare | Minute Plans | Messaging | My Account | Account |
| Find A Store | LG Aloha | Monthly Plans | Text Messaging | Feature Article | Phones |
| Contact Us | Switch_Back | Messaging | Picture | The | Plans |
| About | Wild Card | International | Messaging | RE*Generation | Service |
| Careers | Cyclops | Feature Pricing | Alerts & | Pass It On | Stuff |
| Legal Matters | Super Slice | How it Works | Subscriptions | Recycle Your Old | |
| Privacy Policy | Slice | | Ringtones | Phone | |
| Investor Relations | Slider Sonic | | First Dibs | Sugar Mama | |
| Corporate | Marbl | | Games | Kickbacks | |
| Communications | Snapper | | Graphics | | |
| | Oystr | | Social Scene | | |
| | Flasher V7 | | Apps & Info | | |
| | K10 Royale | | Studio V | | |
| | Shorty | | Other Stuff to Try | | |
| | K9 | | | | |
| | K7 Rave | | | | |
| | Vox 8610 | | | | |
| | Vox 8500 | | | | |
| | Slider V5 | | | | |
| | Party Animal | | | | |
| | Super Model | | | | |
| | Accessories | | | | |
| | Track Order | | | | |



© Virgin Mobile USA, L.P. 2002 - 2008. All Rights Reserved.