Why Choose Us? | My Account | Activate | Top-Up | Check Coverage | Find a Store | En Español | Log Out |    Enter Keyword    SEARCH



**Welcome**
**News Releases**
**Company Overview**
**In the News**
**Multimedia**
**Product Fact Sheets**
**En Espanol**
**Election Issues Poll**
**Awards & Honors**
**News Alerts**

**News Releases**
# Virgin Mobile USA Nets 1 Million Subscribers
### U.S. Wireless Upstart Reaches the 1 Million Mark At A Record Pace

Warren, N.J.
Virgin Mobile USA, LLC, the first U.S. wireless service designed exclusively around the needs and desires of the youth market, today announced that it has reached one million net subscribers. This major landmark comes just 5 quarters after the launch of its national service on July 24, 2002-matching the previous record set by joint venture parent, Sprint, as the fastest U.S. wireless provider to reach the one million subscriber mark.

"One million customers represents an important first step in our quest to become a significant long-term player in the mobile market," said Dan Schulman, CEO of Virgin Mobile USA. "Our attaining this milestone is strong confirmation that we are moving in the right direction, and that we have developed a successful formula for addressing the evolving needs and tastes of American youth."

Schulman added that the company's ability to attract one million customers in record time highlights the value and relevance of the Virgin Mobile service. "We launched Virgin Mobile because we saw a great untapped opportunity to address the needs of America's youth. Unlike incumbent mobile operators who try to be all things to all people, our objective was to build a company wholly-focused on and attuned to the needs, desires and lifestyles of young Americans."

Sir Richard Branson, chairman of Virgin Mobile parent company, The Virgin Group, commented, "Reaching 1 million customers in such a short time span is a brilliant achievement. Even in a crowded market with lots of competition, the simple proposition of transparent value for money and great customer service without the hassle of a contract has given Virgin Mobile an unbeatable competitive edge. Virgin Mobile UK just smashed the 3 million subscriber mark in less than four years and has grown to become a top player in the UK wireless arena. I have even higher expectations for the continued success of Virgin Mobile here in the U.S."

**Metrics Underscore Traction**

In addition to announcing that it has reached one million subscribers, Virgin Mobile USA also released several other metrics underscoring the continued traction it is gaining in the U.S. wireless marketplace:
Since January 2003, Virgin Mobile USA customers have sent or received almost 150 million text messages
60% of all Virgin Mobile USA customers use text messaging, averaging over 25 messages per month
40% of all Virgin Mobile USA customers use its non-voice (data) services, such as VirginXtras and *MTV
Almost 70% of all Virgin Mobile USA customers are under 30 years old
Virgin Mobile USA now distributes its handsets and accessories in more than 9,000 locations nationwide, and sells its Top-Up airtime cards in more than 38,000 locations nationwide

**A Leader in Customer Service**

Virgin Mobile USA also continues to win high marks for its outstanding customer service. In a September 2003 independent survey, Virgin Mobile USA scored a 95% satisfaction rate among its current customers (Source: Market Strategies Inc.). According to a separate independent analyst survey, Virgin Mobile USA also ranks #1 among all prepaid wireless services in customer satisfaction.

**The Consumer Advocate for Youth**

"Service, value and honesty are core to the philosophy of Virgin Mobile. Young Americans need a consumer champion in the wireless industry. Incumbent operators' pricing is too confusing, if not downright hostile to young consumers. We offer one simple approach to pricing that is the same for all customers. We believe that hidden fees are wrong, and consequently there are no surprises with Virgin Mobile. We fully intend to continue to serve as a strong voice for young wireless customers," said Schulman.

✉ Email Page  🖨 Print

ABOUT | CONTACT US | LEGAL MATTERS | PRIVACY POLICY | FIND A STORE | COVERAGE | ACTIVATE | MY ACCOUNT | TOP-UP | HELP | EN ESPAÑOL

| VIRGIN MOBILE | PHONES | PLANS | STUFF | LIFE | HELP |
|---|---|---|---|---|---|
| Home | LG Aloha | Minute Plans | Messaging | My Account | Account |
| Find A Store | Switch_Back | Monthly Plans | Text Messaging | Feature Article | Phones |
| Contact Us | Wild Card | Messaging | Picture | The | Plans |
| About | Cyclops | International | Messaging | RE*Generation | Service |
| Careers | Super Slice | Feature Pricing | Alerts & | Pass It On | Stuff |
| Legal Matters | Slice | How it Works | Subscriptions | Recycle Your Old | |
| Privacy Policy | Slider Sonic | | Ringtones | Phone | |
| Investor Relations | Marbl | | First Dibs | Sugar Mama | |
| Corporate | Snapper | | Games | Kickbacks | |
| Communications | Oystr | | Graphics | | |
| | Flasher V7 | | Social Scene | | |
| | K10 Royale | | Apps & Info | | |
| | Shorty | | Studio V | | |
| | K9 | | Other Stuff to Try | | |
| | K7 Rave | | | | |
| | Vox 8610 | | | | |
| | Vox 8500 | | | | |
| | Slider V5 | | | | |
| | Party Animal | | | | |
| | Super Model | | | | |
| | Accessories | | | | |
| | Track Order | | | | |



© Virgin Mobile USA, L.P. 2002 - 2008. All Rights Reserved.