

Home | Browse Listings | About Us | Neighborhoods | Our Associates | Contact Us

**NORTH BROOKLYN REALTY CORP** > OUR ASSOCIATES

**WE KNOW THE AREA:**
Our Associates Have Personal Knowledge of the Greenpoint & Williamsburg Neighborhoods.
North Brooklyn Realty Corp Is Focused on Supporting & Building the Community.

| Associate Name: | | Contact: | Email Address: |
|---|---|---|---|
| Herbert H. Kliegerman | Licensed Broker | 212 475.5300 (Cell) | HHK@NorthBrooklynRealty.com |
| Kerry Ferris | Licensed Sales Associate | 646 265.4577 (Cell) | KerryFerris@NorthBrooklynRealty.com |
| Margaret White | Licensed Sales Associate | 917 517.4707 (Cell) | Margie@NorthBrooklynRealty.com |
| Rosie N. Bravo | Licensed Sales Associate | 917 709.9635 (Cell) | RBravo@NorthBrooklynRealty.com |
| Michael Bifalco | Licensed Sales Associate | 917 704.5147 (Cell) | Michael@NorthBrooklynRealty.com |
| Chris Maksymowicz | Licensed Sales Associate | 347 993.8327 (Cell) | Maks@NorthBrooklynRealty.com |
| Christian Palavesin | Licensed Sales Associate | 646 515.8737 (Cell) | CP@NorthBrooklynRealty.com |
| Maria Mikolajczyk | Licensed Sales Associate | 646 320.7188 (Cell) | Miko@NorthBrooklynRealty.com |
| Randy M. Feliciano | Licensed Sales Associate | 718 924.3711 (Cell) | RMF@NorthBrooklynRealty.com |
| Johnna M Woods | Licensed Sales Associate | 646.701.2461 (Cell) | Johnna@NorthBrooklynRealty.com |
| Ania Rocki | Licensed Sales Associate | 570.350.5670 (Cell) | Anna@NorthBrooklynRealty.com |

**FEATURED LISTINGS**

        

**North Brooklyn Realty Corp • Tel: 718.383.5553 • Fax: 718.383.3738 • 160 Norman Avenue • Brooklyn, NY • 11222**
Copyright © 2005, NORTH BROOKLYN REALTY CORP • Legal Notice and Disclaimer • www.NorthBrooklynRealty.com
Website by Trace Media - A Search Engine Marketing Company