

Home | Browse Listings | About Us | Neighborhoods | Our Associates | Contact Us

**NORTH BROOKLYN REALTY CORP** > ABOUT US

## North Brooklyn Realty Corp
Licensed Real Estate Broker

**40+ Years experience**

North Brooklyn Realty Corp Is Focused In On The Thriving Greenpoint & Williamsburg Communities In Brooklyn, NY.

We Offer Personal Direct Service. We Pride Ourselves On The Pleasant Experience that Is
Always A Part of Working with Our Knowledgeable Neighborhood Professionals.

**Whether You Are:**
SELLING
BUYING
INVESTING
DEVELOPING
RENTING
or SEEKING A RENTAL

**We've Got It Covered !**

Let Us Be Your
"PERSONAL REAL ESTATE SHOPPER"

We Look Forward To Working With You !

**FEATURED LISTINGS**

        

**North Brooklyn Realty Corp • Tel: 718.383.5553 • Fax: 718.383.3738 • 160 Norman Avenue • Brooklyn, NY • 11222**
Copyright © 2005, NORTH BROOKLYN REALTY CORP • Legal Notice and Disclaimer • www.NorthBrooklynRealty.com
Website by Trace Media - A Search Engine Marketing Company