Daniel A. Sasse, Esq. (CA Bar No. 236234)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone:    (949) 263-8400
Facsimile:     (949) 263-8414
Email:          dsasse@crowell.com

Donald M. Falk (CA Bar No. 150256)
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile:   (650) 331-2060
Email:        dfalk@mayerbrown.com

Attorneys for Defendant
AT&T Mobility LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE & AT&TM ANTI-TRUST LITIGATION | Case No. 07-05152-JW<br><br>**DECLARATION OF CYNTHIA HENNESSY IN SUPPORT OF MOTION OF DEFENDANT AT&T MOBILITY LLC TO COMPEL ARBITRATION AND TO DISMISS CLAIMS PURSUANT TO THE FEDERAL ARBITRATION ACT**<br><br>Date: September 12, 2008<br>Time: 9:00 a.m.<br><br>Honorable James Ware |

I, Cynthia Hennessy, hereby declare as follows:

1. I am employed by AT&T Mobility LLC ("ATTM") (formerly Cingular Wireless LLC ("Cingular")) as in-house counsel. I was previously employed in the same capacity by AT&T Wireless Services, Inc. ("AWS"). In those positions, I have been involved with reviewing the contracts used by ATTM and AWS for the provision of wireless services.

2. The following facts are of my own personal knowledge, and if called as a witness I could and would testify competently as to their truth.

3. From July 1999, the former AWS included an arbitration provision in the terms and conditions of service that governed its subscriber agreements.

4. In the regular and ordinary course of AWS's business, all AWS phones that were sold for use with AWS service plans were packaged with a Welcome Guide or equivalent document (such as a Wireless Service Agreement), which contained the terms and conditions of wireless service.

5. AWS revised the terms of its standard Welcome Guide and terms and conditions of service from time to time. When a customer contracted to receive wireless service from AWS, he or she would have received the then-current version of the Welcome Guide.

6. In the regular and ordinary course of business, ATTM maintains records that contain information relevant to its customers' accounts.

7. After this litigation was commenced, ATTM employees retrieved records relating to the account of Vincent Scotti, one of the plaintiffs in this action.

8. I can provide details of Mr. Scotti's account history based on my review of these records.

9. On or about October 31, 2002, Mr. Scotti activated wireless service with AWS. A true and correct copy of the AWS Welcome Guide that would have been packaged with Mr. Scotti's phone is attached as Exhibit 1.

10. On or about December 2, 2004, Mr. Scotti obtained a new phone from AWS. A true and correct copy of the AWS Wireless Service Agreement that would have been packaged with that phone is attached as Exhibit 2.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on
2  June 26, 2008.

_____
Cynthia Hennessy

DECLARATION OF CYNTHIA HENNESSY IN SUPPORT OF DEFENDANT ATTM'S MOTION TO COMPEL ARBITRATION AND TO DISMISS CLAIMS; CASE NO. 07-05152-JW

2