Updated: June 24, 2008

# Richard A. Nagareda

Office:
Vanderbilt University Law School
131 21st Avenue South
Nashville, Tennessee 37203-1181
(615) 322-5250 (office phone)
(615) 322-6631 (fax)
richard.nagareda@law.vanderbilt.edu

Home:
3701 Estes Road
Nashville, Tennessee 37215
(615) 463-8312 (home phone)

## EMPLOYMENT

2001-present    **Vanderbilt University Law School**, Nashville, Tennessee
Professor, since 2001
Director, Cecil D. Branstetter Litigation & Dispute Resolution Program, since 2005
Tarkington Chair in Teaching Excellence (three-year rotating chair), since 2006
Visiting Associate Professor, Fall 2000
Subjects taught: Complex Litigation, Evidence, Administrative Law, Mass Torts Seminar, Civil Litigation Capstone Seminar

1994-2001    **University of Georgia School of Law**, Athens, Georgia
Associate Professor (with tenure), 2000-2001
Associate Professor, 1999-2000
Assistant Professor, 1994-1999
Subjects taught: Administrative Law, Advanced Torts Seminar (Mass Tort Litigation), Criminal Law, Evidence, Supreme Court Seminar

Fall 1997    **University of Texas School of Law**, Austin, Texas
Visiting Assistant Professor
Subjects taught: Administrative Law, Mass Torts Seminar

1991-1994    **Shea & Gardner**, Washington, D.C.
Associate
Practice areas: Products Liability, Toxic Torts, Insurance Coverage

1989-1991    **Office of Legal Counsel**, United States Department of Justice, Washington, D.C.
Attorney-Advisor
Advised White House and federal administrative agencies on constitutional and federal statutory matters

1988-1989           **The Honorable Douglas H. Ginsburg**, United States Court of Appeals
                    for the District of Columbia Circuit, Washington, D.C.
                Law Clerk

## EDUCATION

J.D. 1988            **The University of Chicago Law School**, Chicago, Illinois
                Degree awarded *cum laude*
                Executive Editor, *The University of Chicago Law Review*
                Order of the Coif
                Floyd Russell Mechem Prize Scholarship

A.B. 1985            **Stanford University**, Stanford, California
                Degree awarded with honors in Political Science
                Firestone Medal for Excellence in Research

## PUBLICATIONS

*Aggregate Litigation across the Atlantic and the Future of American Exceptionalism*, 62 Vanderbilt Law Review (forthcoming 2009), pre-publication draft available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1114858

    Selected for a principal presentation at the New York University School of Law and American Law Institute conference, *Class Actions in Europe and North America*, Florence, Italy, June 13, 2008

*Class Settlements under Attack* (with Samuel Issacharoff), 156 University of Pennsylvania Law Review (forthcoming 2008), pre-publication draft available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1031151

*Class Actions in the Administrative State:  Kalven and Rosenfield Revisited*, 75 University of Chicago Law Review (forthcoming 2008), pre-publication draft available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1014659

*Perspectives on Asbestos Litigation:  Remarks of Professor Richard Nagareda*, 37 Southwestern University Law Review (forthcoming 2008) (edited remarks from panel discussion)

MASS TORTS IN A WORLD OF SETTLEMENT (University of Chicago Press 2007)

    For essay-length discussions of major themes in the book, see *The Public and Private Faces of Peace for Mass Torts* (January 28, 2008), available at http://www.pointoflaw.com/columns/archives/004700.php; *A Question of Settlements*, Vanderbilt Lawyer, Summer 2005

*FDA Preemption: When Tort Law Meets the Administrative State*, 1 Journal of Tort Law, issue 1, article 4 (2006) (peer-edited journal from Berkeley Electronic Press), available at http://www.bepress.com/jtl/vol1/iss1/art4

*Aggregation and its Discontents: Class Settlement Pressure, Class-Wide Arbitration, and CAFA*, 106 Columbia Law Review 1872 (2006)

*Restitution, Rent Extraction, and Class Representatives: Implications of Incentive Awards*, 53 UCLA Law Review 1483 (2006)

*Bootstrapping in Choice of Law after the Class Action Fairness Act*, 74 University of Missouri Kansas City Law Review 661 (2006)

*The Allocation Problem in Multiple-Claimant Representations* (with Paul H. Edelman and Charles Silver), 14 Supreme Court Economic Review 95 (2006) (peer-edited journal)

*Gun Litigation in the Mass Tort Context*, in SUING THE GUN INDUSTRY: A BATTLE AT THE CROSSROADS OF GUN CONTROL AND MASS TORTS 176 (Timothy D. Lytton, ed., University of Michigan Press 2005)

*Administering Adequacy in Class Representation*, 82 Texas Law Review 287 (2003)

*Closure in Damage Class Settlements:* The Godfather *Guide to Opt-Out Rights*, 2003 University of Chicago Legal Forum 141

*The Preexistence Principle and the Structure of the Class Action*, 103 Columbia Law Review 149 (2003)

*Tobacco Litigation*, in THE OXFORD COMPANION TO AMERICAN LAW 801 (Kermit L. Hall, ed. 2002) (entry for legal encyclopedia)

*Autonomy, Peace, and Put Options in the Mass Tort Class Action*, 115 Harvard Law Review 747 (2002)

*Punitive Damage Class Actions and the Baseline of Tort*, 36 Wake Forest Law Review 943 (2001)

*Future Mass Tort Claims and the Rule-Making/Adjudication Distinction*, 74 Tulane Law Review 1781 (2000)

*Compulsion "To Be a Witness" and the Resurrection of* Boyd, 74 New York University Law Review 1575 (1999) (cited and followed in United States v. Hubbell, 530 U.S. 27, 50-51 (2000) (Thomas, J., concurring, joined by Scalia, J.))

*Reconceiving the Right to Present Witnesses*, 97 Michigan Law Review 1063 (1999)

*Outrageous Fortune and the Criminalization of Mass Torts*, 96 Michigan Law Review 1121 (1998)

*In the Aftermath of the Mass Tort Class Action*, 85 Georgetown Law Journal 295 (1996)

*Turning from Tort to Administration*, 94 Michigan Law Review 899 (1996)

Comment, *Ex Parte Contacts and Institutional Roles: Lessons from the OMB Experience*, 55 University of Chicago Law Review 591 (1988)

Comment, *The Appellate Jurisprudence of Justice Antonin Scalia*, 54 University of Chicago Law Review 705 (1987)

## WORK IN PROGRESS

*Class Certification in the Age of Aggregate Proof* (article)

THE LAW OF CLASS ACTIONS AND OTHER AGGREGATE LITIGATION (casebook under contract with Foundation Press; preliminary draft used for courses at University of Arizona – James E. Rogers College of Law, University of Connecticut School of Law, New York University School of Law, Samford University – Cumberland School of Law, and Vanderbilt University Law School in spring 2008; expected availability of published casebook for fall 2009)

Associate Reporter (with Reporter Samuel Issacharoff), American Law Institute, *Principles of the Law of Aggregate Litigation* (Tentative Draft No. 1, April 7, 2008)

## ACADEMIC CONFERENCES, WORKSHOPS, AND OTHER PRESENTATIONS

Faculty Workshop, *Steven P. Croley's "Civil Justice in America,"* Albany Law School, Albany, New York, November 13, 2008 (expected)

Principal Presenter, *Class Actions in Europe and North America*, New York University School of Law & American Law Institute, Florence, Italy, June 13, 2008

Panelist, *The Attorney-Client Relationship in the Mass Litigation Field*, American Law Institute & American Bar Association, Charleston, South Carolina, May 31, 2008

Panelist, *The Historical Significance of Class Actions*, American Constitution Society, Public Justice & Benjamin N. Cardozo School of Law, New York, New York, March 28, 2008

Panelist, *Public and Private Law Perspectives on Asbestos Litigation*, Southwestern University

      Law School, Los Angeles, California, January 18, 2008

Panelist, *The Vioxx Settlement*, American Enterprise Institute, Washington, D.C., January 7, 2008, transcript and video available at http://www.aei.org/events/filter.all,eventID.1626/event_detail.asp

Panelist, *Fairness to Whom?  Perspectives on the Class Action Fairness Act of 2005*, University of Pennsylvania Law School, Philadelphia, Pennsylvania, December 1, 2007

Faculty Workshop, *Class Actions in the Administrative State:  Kalven and Rosenfield Revisited*, James E. Rogers College of Law, University of Arizona, Tucson, Arizona, August 30, 2007

Panelist, *Resolving Mass Tort Products Liability Claims*, American Conference Institute, New York, New York, March 28, 2007

Complex Litigation and Dispute Resolution Workshop, *Aggregation and its Discontents:  Class Settlement Pressure, Class-Wide Arbitration, and CAFA*, University of Pennsylvania Law School, Philadelphia, Pennsylvania, October 23, 2006

Panelist, *Does Procedure Dominate Substance?  Of Class Actions and Pretrial Motions*, Federalist Society and eSapience Center for Law & Business, New York University School of Law, New York, New York, September 14, 2006

Faculty Workshop, *FDA Preemption:  When Tort Law Meets the Administrative State*, Florida State University College of Law, Tallahassee, Florida, August 31, 2006

Panelist, *The Impact of Tort Litigation on Public Policy and Government Regulation*, Law & Society Association Annual Meeting, Baltimore, Maryland, July 6, 2006

Panelist, *Aggregation and its Discontents:  Class Settlement Pressure, Class-Wide Arbitration, and CAFA*, Institute for Law & Economic Policy, Paradise Island, Bahamas, May 5, 2006

Panelist, *Due Process and Class Actions:  The 20th Anniversary of* Phillips Petroleum v. Shutts, University of Missouri-Kansas City, Kansas City, Missouri, April 7, 2006

Civil Justice Workshop, *Mass Torts in a World of Settlement, Introduction & Chapter 11:  Peacemaking as Governance*, Boalt Hall School of Law, University of California, Berkeley, California, February 23, 2006

Commentator, *Emerging Issues in Class Action Law*, UCLA School of Law, Los Angeles, California, January 26, 2006

Panelist, *Preclusion, Due Process, and Adequacy of Representation*, American Bar Association,

Tort Trial & Insurance Practice Section, Washington, D.C., November 11, 2005

Continuing Legal Education Presentation, *Recent Developments on the Confrontation Clause After* Crawford v. Washington, Office of the Federal Public Defender, Nashville, Tennessee, July 12, 2005

Faculty Workshop, *Mass Torts in a World of Settlement, Chapter 12: Peacemaking as Governance*, Vanderbilt University Law School, Nashville, Tennessee, May 3, 2005

Panelist, *Assessing the Medical, Regulatory, and Legal Landscape: The Past, Present, and Future of Cox-2 Inhibitors*, Academic Programs Committee, Vanderbilt University Board of Trust, Nashville, Tennessee, April 28, 2005

Faculty Workshop (with Samuel Issacharoff), *American Law Institute, Principles of the Law of Aggregate Litigation, Chapter 2: Judicial Resolution of Overlapping Common Issues*, Vanderbilt University Law School, Nashville, Tennessee, September 23, 2004

Faculty Workshop, *Gun Litigation in the Mass Tort Context*, Albany Law School, Albany, New York, November 6, 2003 (working conference for book chapter authors)

Faculty Workshop, *Administering Adequacy in Class Representation*, Benjamin N. Cardozo School of Law, New York, New York, October 13, 2003; Northwestern University Law School, Chicago, Illinois, September 25, 2003; Vanderbilt University Law School, Nashville, Tennessee, September 2, 2003

Panelist, *Mass Tort Class Settlements after* Amchem *and* Ortiz, Association of American Law Schools, Joint Session for Conferences on Civil Procedure and Torts, New York, New York, June 18, 2003

Panelist, *The Right to "Opt-Out" of Class Action Suits*, University of Chicago Law School, Chicago, Illinois, November 1, 2002

Faculty Workshop, *The Preexistence Principle and the Structure of the Class Action*, Vanderbilt University Law School, Nashville, Tennessee, July 23, 2002

Panelist, Engle v. R.J. Reynolds Tobacco Co.: *Lessons in State Class Actions, Punitive Damages, and Jury Decision-Making*, Wake Forest University School of Law, Winston-Salem, North Carolina, September 28, 2001

Panelist, *Self-Incrimination and Document Subpoenas*, Colorado Bar Association Annual Meeting, Section on Criminal Law, Vail, Colorado, September 21, 2001

Panelist, *Toxic Torts: Issues of Mass Litigation, Case Management, and Ethics*, Marshall-Wythe School of Law, College of William & Mary, Williamsburg, Virginia, March 24, 2001

Faculty Workshop, *Coordinating Substance and Procedure in the Mass Tort Class Action*, Vanderbilt University Law School, Nashville, Tennessee, October 31, 2000

Panelist, *Class Actions in the Gulf South*, Tulane University School of Law, New Orleans, Louisiana, March 31, 2000

Panelist, *Insurance Class Actions*, Section on Insurance Law, Association of American Law Schools Annual Meeting, Washington, D.C., January 7, 2000

Panelist, *Defining Injury: Mass Torts and the Courts in the Popular Imagination*, Law & Society Association Annual Meeting, Chicago, Illinois, May 29, 1999

Faculty Workshop, *Reconceiving the Right to Present Witnesses*, George Mason University School of Law, Arlington, Virginia, March 2, 1999

Faculty Workshop, *"Switching Institutions" in Mass Tort Litigation*, Marshall-Wythe School of Law, College of William & Mary, Williamsburg, Virginia, November 9, 1998

Faculty Workshop, *Outrageous Fortune and the Criminalization of Mass Torts*, University of Texas School of Law, Austin, Texas, October 24, 1997

## PROFESSIONAL SERVICE

Advisory Board, Journal of Tort Law, Berkeley Electronic Press, 2006-present

Special Advisor, Executive Committee, Litigation Practice Group, Federalist Society, 2006-present

Member, Executive Committee, Section on Evidence, Association of American Law Schools, 2001-2004

## LAW SCHOOL SERVICE (VANDERBILT UNIVERSITY LAW SCHOOL)

Director, Cecil D. Branstetter Litigation & Dispute Resolution Program, 2005-present

Member, Dean Search Committee (by appointment of university provost), Fall 2004

Chair, Faculty Appointments Committee (Entry-Level), 2007-2008; member, 2006-2007 and fall 2002

Member, Student-Faculty Relations Committee, 2001-2002

Chair, Tenure Committee for Associate Professor Herwig Schlunk, 2003-2004

Member, Committee to Review Assistant Professor Christopher Yoo, 2001-2002

Faculty Advisor, Federalist Society, 2002-present

## LAW SCHOOL SERVICE (UNIVERSITY OF GEORGIA SCHOOL OF LAW)

Member, Student Affairs Committee, 1994-2001 (Chair, Subcommittee on Judicial Clerkships, 1995-2001)

Member, Faculty Seminars and Special Programs Committee, 1994-1999, 2000-2001

Member, Faculty Recruitment Committee, 1999-2000

Member, Ad Hoc Committee to Review Student Honor Code, 1996-1999

Faculty Advisor, *Georgia Law Review*, 2000-2001

Faculty Advisor, Federalist Society, 1994-2001

## LEGISLATIVE TESTIMONY

*Finding Solutions to the Asbestos Litigation Problem: The Fairness in Asbestos Compensation Act of 1999, Hearing on S. 758 Before the Subcomm. on Administrative Oversight and the Courts of the Senate Comm. on the Judiciary*, 106th Congress 115-123 (1999)

## DEPOSITION TESTIMONY

Larson v. AT&T Mobility LLC, No. 07-05325(JLL) (D.N.J.) (June 4, 2008) (expert witness in support of motion to compel arbitration)

Cruz v. Cingular Wireless LLC, No. 2:07-cv-00714-JES-DNF (M.D. Fla.) (January 14, 2008) (expert witness in support of motion to compel arbitration)

*In re* Federal-Mogul Global, Inc., No. 01-10578 (JFK) (Bankr. D. Del.) (May 24, 2007) (expert witness on asbestos-related reorganization plan)

Coneff v. New Cingular Wireless Services, Inc., No. C06-0944 RSM (W.D. Wash.) (January 29, 2007) (expert witness in support of motion to compel arbitration)

Hercules, Inc. v. OneBeacon America Ins. Co. et al., No. 02C-11-237 SCD (Super. Ct., New Castle County, Del.) (July 23, 2004) (expert witness in asbestos insurance coverage litigation)

*In re* Pittsburgh Corning Corp., No. 00-22876 JFK (Bankr. W.D. Pa.) (April 2, 2004) (expert witness on asbestos-related reorganization plan)

ASARCO, Inc. et al. v. Allstate Ins. Co. et al., No. 01-2680-D (105th Jud. Dist. Ct., Nueces County, Tex.) (October 21, 2003) (expert witness in asbestos insurance coverage litigation)

## AWARDS

Hartman Outstanding Professor Award (Vanderbilt University Law School, second- and third-year classes, 2001-2002 academic year)

Student Bar Association Faculty Book Award "to the faculty member who most effectively conveys his knowledge and understanding of what the law is and inspires his students to think analytically and critically about what the law can become" (University of Georgia School of Law, Class of 2000)

Phi Delta Phi and John C. O'Byrne Memorial Faculty Award "in appreciation of significant contributions furthering student-faculty relations" (University of Georgia School of Law, Class of 1996)