Daniel A. Sasse, Esq. (CA Bar No. 236234)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone:  (949) 263-8400
Facsimile:  (949) 263-8414
Email:  dsasse@crowell.com

Donald M. Falk (CA Bar No. 150256)
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060
Email:  dfalk@mayerbrown.com

Attorneys for Defendant
AT&T Mobility LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE & AT&TM ANTI-TRUST LITIGATION | Case No. 07-05152-JW<br><br>**[PROPOSED] ORDER COMPELLING ARBITRATION AND DISMISSING CLAIMS AGAINST AT&T MOBILITY LLC**<br><br>Date:  September 12, 2008<br>Time:  9:00 a.m<br><br>Honorable James Ware |

The Court, having considered Defendant AT&T Mobility LLC's Notice of Motion and Motion to Compel Arbitration and to Dismiss Claims Pursuant to the Federal Arbitration Act, the Memorandum of Points and Authorities, the Declarations of Neal S. Berinhout, Cynthia Hennessy, Richard A. Nagareda, and Kevin Ranlett, and all exhibits thereto, and after hearing arguments of counsel, and finding good cause therefor,

IT IS HEREBY ORDERED THAT:

Plaintiffs Herbert Kliegerman, Paul Holman, Lucy Rivello, Timothy P. Smith, Michael G. Lee, Dennis V. Macasaddu, Mark G. Morikawa, Vincent Scotti, and Scott Sesso shall arbitrate their claims against defendant AT&T Mobility LLC or pursue them in small claims court. The Plaintiffs' claims against AT&T Mobility LLC are dismissed.

DATE: _____

_____
Honorable James Ware