# EXHIBIT B

Includes: iPhone, Stereo Headset with mic, Dock, Dock Connector to USB 2.0 Cable, and USB Power Adapter. Supports quad-band GSM (850/900/1800/1900MHz), Wi-Fi (802.11b/g), EDGE, and Bluetooth 2.0.

Requirements: Minimum new two-year wireless service plan with AT&T required to activate all iPhone features, including iPod features[1] • Mac or PC with USB 2.0 • Mac OS X v10.4.10 or later, Windows XP Home or Professional (SP2), or Windows Vista • iTunes 7.5 or later required for activation and some features (free download from www.apple.com/itunes/download) • iTunes Store account[2] • Internet access[3]

[1]Credit check required; must be 18 years or older. Service plan with AT&T required for cellular network capabilities on expiration of initial new two-year agreement. Wireless service is solely provided by and is the responsibility of AT&T. Transferring your mobile number will terminate your service with your existing provider; termination fees and other charges may apply. Wireless service and some wireless features are not available in all areas; see www.att.com for service availability. [2]Free account signup through iTunes; valid credit card may be required. [3]Broadband recommended; fees may apply. Use is subject to Apple and third-party software licenses. See www.apple.com/support/manuals/iphone. Battery has limited recharge cycles and may eventually need to be replaced by Apple service provider. Battery life and charge cycles vary by use and settings. See www.apple.com/batteries. 1GB = 1 billion bytes; actual formatted capacity less. AT&T and the AT&T logo are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

 

826-8231-A