# EXHIBIT H

# Apple Chooses Cingular as Exclusive US Carrier for Its Revolutionary iPhone

MACWORLD SAN FRANCISCO—January 9, 2007—Apple® and Cingular announced that Cingular, the largest wireless carrier in the US, will be Apple's exclusive US carrier partner for Apple's revolutionary iPhone unveiled today. As part of this multi-year partnership, Apple and Cingular are working together to provide innovative new features to mobile phone users, such as iPhone's pioneering and unique Visual Voicemail, a first on any mobile phone in the world.

"Apple chose Cingular because they are the best and most popular carrier in the US," said Steve Jobs, Apple's CEO. "We are thrilled to be offering our revolutionary new iPhone exclusively with Cingular, and look forward to working together with them to create some wonderful new features for our customers."

"By partnering with Apple, we are continuing our commitment to raising the bar for customers," said Stan Sigman, Cingular's president and CEO. "We think the iPhone is one of the most innovative devices ever created, and we look forward to letting our customers be the first in the world to experience the future of mobile phones."

iPhone's unique Visual Voicemail was co-developed by Apple and Cingular. Visual Voicemail makes voicemail as fast and convenient as email by allowing users to go directly to any of their voice messages without listening to any of the prior messages.

iPhone will be available in the US beginning in June 2007 in a 4GB model for $499 and an 8GB model for $599, and will work in combination with Apple's iTunes® running on either a PC or Mac®.

iPhone will be sold in the US through Apple's retail and online stores (www.apple.com), and through Cingular's retail and online stores (www.cingular.com).

Cingular wireless is the largest wireless carrier in the United States, serving 58.7 million customers. Cingular is solely owned by AT&T Inc. (NYSE: T), a premier communications holding company in the united states and worldwide. Cingular has the largest digital voice and data network in the nation—the Allover Network—and the largest mobile-to-mobile community of any national wireless carrier. Cingular is a leader in third generation wireless technology, featuring the first widely available HSDPA (high speed downlink packet access) service in the world. Cingular is the only US wireless carrier to offer Rollover, the wireless plan that lets customers keep their unused monthly minutes.

Apple ignited the personal computer revolution in the 1970s with the Apple II and reinvented the personal computer in the 1980s with the Macintosh. Today, Apple continues to lead the industry in innovation with its award-winning desktop and notebook computers, OS X operating system, and iLife and professional applications. Apple is also spearheading the digital music revolution with its iPod portable music players and iTunes online store.

**Press Contacts:**
Mark Siegel
Cingular
(404) 236-6312
(404) 374-2799
mark.a.siegel@cingular.com

Natalie Kerris

Apple
(408) 974-6877
nat@apple.com

NOTE TO EDITORS: For additional information visit Apple's **PR website**, or call Apple's Media Helpline at (408) 974-2042.

Apple, the Apple logo, Mac, Mac OS, Macintosh and iTunes are trademarks of Apple. Other company and product names may be trademarks of their respective owners.