LATHAM & WATKINS LLP
   Daniel M. Wall (Bar No. 102580)
   Alfred C. Pfeiffer, Jr. (Bar No. 120965)
   Christopher S. Yates (Bar No. 161273)
   Sadik Huseny (Bar No. 224659)
   Sarah M. Ray (Bar No. 229670)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Dan.Wall@lw.com
Email: Al.Pfeiffer@lw.com
Email: Chris.Yates@lw.com
Email: Sadik.Huseny@lw.com
Email: Sarah.Ray@lw.com

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE & AT&TM ANTI-TRUST LITIGATION | CASE NO. C 07-05152 JW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE'S MOTION TO DISMISS REVISED CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br>Date:     September 12, 2008<br>Time:    1:00 p.m.<br>Place:    Courtroom 8, 4th Floor<br>Judge:   Honorable James Ware |

Defendant Apple Inc.'s Motion to Dismiss ("Motion") came on regularly for hearing on September 12, 2008. Having considered the papers filed in support of and in opposition to the Motion and the arguments of counsel, and good cause being shown,

**IT IS HEREBY ORDERED** that the Motion be GRANTED in its entirety.

Dated: _____

_____
THE HONORABLE JAMES WARE
United States District Judge

SF\661312

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ORDER GRANTING APPLE'S MOTION TO DISMISS REVISED
CONSOLIDATED AMENDED CLASS ACTION COMPLAINT
CASE NO. C 07-5152 JW