UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HOLMAN, ET AL,<br><br>              Plaintiff(s),<br><br>       v.<br><br>APPLE INC. ET AL.,<br><br>              Defendant(s).<br>_____/ | No. C 07-05152 JW<br><br>CLERK'S NOTICE CONTINUING TIME FOR MOTION HEARING |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Defendant's Motion to Compel Arbitration and to Dismiss Claims Pursuant to the Federal Arbitration Act before Judge James Ware previously noticed for September 12, 2008 at 9:00 AM has been reset to **September 12, 2008 at 1:00 PM in** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated:  July 2, 2008

FOR THE COURT,
Richard W. Wieking, Clerk


by:     /s/
         Elizabeth Garcia
         Courtroom Deputy