FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

MARK C. RIFKIN (*pro hac vice*)
rifkin@whafh.com
ALEXANDER H. SCHMIDT (*pro hac vice*)
schmidt@whafh.com
MARTIN E. RESTITUYO (*pro hac vice*)
restituyo@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile: 212/545-4677

Plaintiffs' Interim Lead Counsel

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE & AT&TM ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Master File No. C 07-05152 JW

**DECLARATION OF ALEXANDER H. SCHMIDT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT APPLE, INC'S MOTION TO DISMISS; IN PARTIAL OPPOSITION TO APPLE'S REQUEST FOR JUDICIAL NOTICE; AND IN SUPPORT OF PLAINTIFFS' CROSS-REQUEST FOR JUDICIAL NOTICE**

DATE:      September 12, 2008
TIME:      1:00 P.m.
CRTRM:    8
JUDGE:    Hon. James Ware

1    I, Alexander H. Schmidt, declare as follows:

2    1.    I am an attorney duly licensed to practice in the states of New York and New

3    Jersey, and I have been admitted *pro hac vice* in this action. I am a member of the law firm Wolf

4    Haldenstein Adler Freeman & Herz LLP, Interim Lead Counsel for Plaintiffs in the above entitled

5    action. I have personal knowledge of the matters stated herein and, if called upon, I could and

6    would competently testify thereto.

7    2.    Attached hereto as **Exhibit 1** is a true and correct copy of a label that was attached

8    to the bottom of the box containing the iPhone purchased by Plaintiff Herbert Kliegerman, which

9    Apple, Inc. ("Apple") has admitted was identical to labels affixed to the boxes of the other

10   Plaintiffs. *See* Defendant Apple's Request for Judicial Notice ("RJN") at p. 8, ¶1. Exhibit 1 is a

11   copy of the label reproduced in the actual size it appeared on the iPhone box bottoms, unlike the

12   copy of the labels that appear at RJN Exhibits A and B, which are by best estimation 70-75%

13   larger than actual size.

14   I declare under penalty of perjury under the laws of the United States of America that the

15   foregoing is true and correct. Executed this 6th day of August, 2008, at New York, New York.

16

17                                          _____/s/ Alexander H. Schmidt_____
                                            ALEXANDER H. SCHMIDT
18

19

20

21

22

23

24

25

26

27

28

SCHMIDT DECL IN SUPPORT OF PLTFS' OPPOSITION TO DEFENDANT APPLE, INC.'S MOTION TO DISMISS AND PARTIAL OPPOSITION TO APPLE'S REQUEST FOR JUDICIAL NOTICE; AND IN SUPPORT OF PLAINTIFFS' CROSS-REQUEST FOR JUDICIAL NOTICE -- MASTER FILE NO. C 07-05152-JW

- 1 -

**PLAINTIFFS' CROSS-REQUEST FOR JUDICIAL NOTICE
AND PARTIAL OPPOSITION TO APPLE'S REQUEST FOR JUDICIAL NOTICE**

Plaintiffs, in support of their Opposition To Defendant Apple, Inc.'s Motion To Dismiss Revised Consolidated Amended Complaint, respectfully request the Court take judicial notice of the document attached hereto as Exhibit 1 pursuant to Federal Rule of Evidence Rule 201. As Apple will admit, the contents of the document are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2).

Exhibit 1 is a true and correct copy of a label that was attached to the bottom of the box containing the iPhone purchased by Plaintiff Kliegerman, which Apple has admitted was identical to labels affixed to the boxes of the other Plaintiffs. *See* RJN at p. 8, ¶1.

Exhibit 1 is a copy of the label reproduced in the ***actual size*** it appeared on the iPhone box bottoms, unlike the copy of the labels that appear at RJN Exhibits A and B, which are by best estimation 70-75% larger than actual size. Accordingly, the Court should take judicial notice of Exhibit 1 and should decline to take judicial notice of Apple's Exhibits A and B on the grounds that they have been enlarged in a misleading and prejudicial manner and that, contrary to Apple's representation in its RJN, *see* RJN at pp. 8-9, ¶1, they are ***not*** "true and correct" copies of the iPhone box labels. *Cf. United States v. S. Cal. Edison Co.*, 300 F. Supp. 2d 964, 974, 976 (E.D. Cal. 2004) (judicial notice denied where plaintiffs disputed authenticity and completeness of alleged synopsis of larger documents).

DATED: August 6, 2008

Respectfully Submitted,

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT

_/s/ Rachele R. Rickert_
RACHELE R. RICKERT

750 B. Street, Suite 2770
San Diego, California 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com

SCHMIDT DECL IN SUPPORT OF PLTFS' OPPOSITION TO DEFENDANT APPLE, INC.'S MOTION TO DISMISS AND PARTIAL OPPOSITION TO APPLE'S REQUEST FOR JUDICIAL NOTICE; AND IN SUPPORT OF PLAINTIFFS' CROSS-REQUEST FOR JUDICIAL NOTICE -- MASTER FILE NO. C 07-05152-JW

1

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP

2

MARK C. RIFKIN (*pro hac vice*)
ALEXANDER H. SCHMIDT (*pro hac vice*)

3

MARTIN E. RESTITUYO (*pro hac vice*)
270 Madison Avenue

4

New York, New York 10016
Telephone:  212/545-4600

5

Facsimile:  212/545-4677
rifkin@whafh.com

6

schmidt@whafh.com
restituyo@whafh.com

7

8

Plaintiffs' Interim Lead Counsel

9

RANDALL S. NEWMAN, P.C.
RANDALL S. NEWMAN

10

The Trump Building
40 Wall Street, 61st Floor

11

New York, New York 10005
Telephone: 212/797-3737

12

Facsimile:  212/797-3172
rsn@randallnewman.net

13

14

SHABEL & DENITTIS, P.C.
STEPHEN P. DENITTIS (*pro hac vice*)

15

NORMAN SHABEL (*pro hac vice*)
5 Greentree Centre, Suite 302

16

Marlton, New Jersey 08053
Telephone:  856/797-9951

17

Facsimile:  856/797-9978
sdenittis@shabeldenittis.com

18

Additional Counsel for Plaintiffs

19

20

21

22

23

24

25

26

27

28

SCHMIDT DECL IN SUPPORT OF PLTFS' OPPOSITION TO DEFENDANT APPLE, INC.'S MOTION TO
DISMISS AND PARTIAL OPPOSITION TO APPLE'S REQUEST FOR JUDICIAL NOTICE; AND IN SUPPORT
OF PLAINTIFFS' CROSS-REQUEST FOR JUDICIAL NOTICE -- MASTER FILE NO. C 07-05152-JW

- 3 -

1

**DECLARATION REGARDING CONCURRENCE**

2      I, Rachele R. Rickert, am the ECF User whose identification and password are being used

3   to file this DECLARATION OF ALEXANDER H. SCHMIDT IN SUPPORT OF PLAINTIFFS'

4   OPPOSITION TO DEFENDANT APPLE, INC'S MOTION TO DISMISS; IN PARTIAL

5   OPPOSITION TO APPLE'S REQUEST FOR JUDICIAL NOTICE; AND IN SUPPORT OF

6   PLAINTIFFS' CROSS-REQUEST FOR JUDICIAL NOTICE.  In compliance with General Order

7   45.X.B, I hereby attest that Alexander H. Schmidt has concurred in this filing.

8   DATED:  August 6, 2008              WOLF HALDENSTEIN ADLER FREEMAN
                                        & HERZ LLP
9

10                                      By: _____/s/ Rachele R. Rickert_____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   APPLE:16248.DECL

SCHMIDT DECL IN SUPPORT OF PLTFS' OPPOSITION TO DEFENDANT APPLE, INC.'S MOTION TO
DISMISS AND PARTIAL OPPOSITION TO APPLE'S REQUEST FOR JUDICIAL NOTICE; AND IN SUPPORT
OF PLAINTIFFS' CROSS-REQUEST FOR JUDICIAL NOTICE -- MASTER FILE NO. C 07-05152-JW
                                                                              - 4 -

# EXHIBIT A



Includes: iPhone, Stereo Headset with mic, Dock, Dock Connector to USB 2.0 Cable, and USB Power Adapter. Supports quad-band GSM (850/900/1800/1900MHz), Wi-Fi (802.11b/g), EDGE, and Bluetooth 2.0.

Requirements: Minimum new two-year wireless service plan with AT&T required to activate all iPhone features, including iPod features [1] • Mac or PC with USB 2.0 • Mac OS X v10.4.10 or later, Windows XP Home or Professional (SP2), or Windows Vista • iTunes 7.3 or later required for activation and some features (free download from www.apple.com/itunes/download) • iTunes Store account[2] • Internet access[3]

[1]Credit check required; must be 18 years or older. Service plan with AT&T required for cellular network capabilities on expiration of initial new two-year agreement. Wireless service is solely provided by and is the responsibility of AT&T. Transferring your mobile number will terminate your service with your existing provider; termination fees and other charges may apply. Wireless service and some wireless features are not available in all areas; see www.att.com for service availability. [2]Free account signup through iTunes; valid credit card may be required. [3]Broadband recommended; fees may apply. Use is subject to Apple and third party software licenses. Battery has limited recharge cycles and may eventually need to be replaced by Apple service provider. Battery life and charge cycles vary by use and settings. See www.apple.com/batteries. 1GB = 1 billion bytes; actual formatted capacity less. AT&T and the AT&T logo are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

at&t          826-8023-A

MA712LL/A  iPhone 8GB
Designed by Apple in California,
Assembled in China  Model A1203    1 Infinite Loop Cupertino CA USA
(1P) Part No. MA712LL/A                UPC
(S) Serial No. 7T72SF4GWH8             8    83909 12852    5
                                       Carrier Part No. 69001
() ICCID 89014103211480438013
                                       IMEI 011245001344348

Apple Inc., 1 Infinite Loop, Cupertino, CA 95014 USA

© 2007 Apple Inc. All rights reserved. Apple, the Apple logo, and iPhone are trademarks or registered trademarks of Apple Inc. 602-0253-A