FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

MARK C. RIFKIN (*pro hac vice*)
rifkin@whafh.com
ALEXANDER H. SCHMIDT (*pro hac vice*)
schmidt@whafh.com
MARTIN E. RESTITUYO (*pro hac vice*)
restituyo@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile: 212/545-4677

Plaintiffs' Interim Lead Counsel

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE & AT&TM ANTITRUST LITIGATION | ) Master File No. C 07-05152 JW<br>)<br>)<br>) DECLARATION OF SERVICE<br>)<br>)<br>) DATE:     September 12, 2008<br>) TIME:     1:00 p.m.<br>) CRTRM:   8<br>) JUDGE:   Hon. James Ware |

I, Maureen Longdo, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2.      That on August 6, 2008, declarant served:

**PLAINTIFFS' OPPOSITION TO DEFENDANT AT&T MOBILITY LLC'S MOTION TO COMPEL ARBITRATION AND TO DISMISS CLAIMS PURSUANT TO THE FEDERAL ARBITRATION ACT;**

**DECLARATION OF RACHELE R. RICKERT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT AT&T MOBILITY LLC'S MOTION TO COMPEL ARBITRATION AND TO DISMISS CLAIMS PURSUANT TO THE FEDERAL ARBITRATION ACT; REQUEST FOR JUDICIAL NOTICE;**

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT APPLE'S MOTION TO DISMISS THE REVISED CONSOLIDATED AMENDED CLASS ACTION COMPLAINT; and**

**DECLARATION OF ALEXANDER H. SCHMIDT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT APPLE, INC'S MOTION TO DISMISS; IN PARTIAL OPPOSITION TO APPLE'S REQUEST FOR JUDICIAL NOTICE; AND IN SUPPORT OF PLAINTIFFS' CROSS-REQUEST FOR JUDICIAL NOTICE**

via CM/ECF to the parties who are registered participants of the CM/ECF System and via U.S. Mail to the parties who are not registered participants as notated on the attached Service List.

3.      That there is regular communication between parties.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 6th day of August 2008, at San Diego, California.

_Maureen Longdo_
_____
MAUREEN LONGDO

APPLE:16256.DECL

DECLARATION OF SERVICE - MASTER FILE NO. C 07-05152 JW

APPLE ANTITRUST
Service List – February 13, 2008
Page 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
       619/239-4599
       619/234-4599 (fax)
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com

Mark C. Rifkin
Alexander H. Schmidt
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Ave.
New York, NY  10016
       212/545-4600
       212/545-4653 (fax)
rifkin@whafh.com
schmidt@whafh.com

Randall S. Newman
NEWMAN & ASSOCIATES, P.C.
The Trump Building
40 Wall Street, 61st Floor
New York, NY 10005
       212/797-3737
       212/797-3172  (fax)
rsn@randallnewman.net

Stephen P. Denittis
Norman Shabel
SHABEL & DENITTIS, P.C.
5 Greentree Centre, Suite 302
Marlton, NJ 08053
       856/797-9951
       856/797-9978 (fax)
sdenittis@shabeldenittis.com

Damian R. Fernandez
LAW OFFICE OF DAMIAN R. FERNANDEZ
14510 Big Basin Way
Suite A, PMB 285
Saratoga, CA 95070-6091
       408/355-3021
       408/904-7391 (fax)
Damianfernandez@gmail.com

M. Van Smith
LAW OFFICES OF V. MAN SMITH
14510 Big Basin Way
Suite A, PMB 285
Saratoga, CA 95070-6091
       408/355-3021
       408/904-7391 (fax)
mvsmith@sbcglobal.net

Max Folkenflik
Margaret McGerity
FOLKENFLIK & MCGERITY
1500 Broadway, 21st Floor
New York, NY 10036
       212/757-0400
       212/757-2010 (fax)
max@fmlaw.net

H. Tim Hoffman
Arthur W. Lazear
Morgan M. Mack
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612
       510/763-5700
hth@hoffmanandlazear.com
awl@hoffmanandlazear.com
mmm@hoffmanandlazear.com

**\*      Service via U.S. Mail**

APPLE ANTITRUST
Service List – February 13, 2008
Page 2


COUNSEL FOR PLAINTIFFS

* Kevin T. Barnes
  LAW OFFICES OF KEVIN T. BARNES
  5670 Wilshire Boulevard, Suite 1460
  Los Angeles, CA 90036-5627
       323/549-9100

COUNSEL FOR DEFENDANTS

* Hanno F. Kaiser
  LATHAM & WATKINS, LLP
  885 Third Avenue, Suite 1000
  New York, NY 10022
       212/906-1252
       212/751-4864 (fax)
  Hanno.kaiser@lw.com

  Adrian F. Davis
  Alfred C. Pfeiffer, Jr.
  Daniel M. Wall
  Christopher S. Yates
  LATHAM  WATKINS, LLP
  505 Montgomery Street, Suite 1900
  San Francisco, CA 94111
       415/391-0600
  adrian.davis@lw.com
  al.pfeiffer@lw.com
  dan.wall@lw.com
  chris.yates@lw.com

  David E. Crowe
  Daniel A. Sasse
  CROWELL AND MORING LLP
  3 Park Plaza, 20th Floor
  Irvine, CA 92614-8505
       949/263-8400
       949/263-8414 (fax)
  dcrowe@crowell.com
  dsasse@crowell.com

Jeffrey W. Howard
Christopher E. Ondeck
William R. Smith
CROWELL AND MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
     202/624-2500
     202/628-5116 (fax)
jhoward@crowell.com
condeck@crowell.com
wrsmith@crowell.com

Donald M. Falk
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
     650/331-2030
     650/331-2060 (fax)
dfalk@mayerbrown.com

Archis A. Parasharami
MAYER BROWN LLP
1909 K Street NW
Washington, DC 20006
     202/263-33287
aparasharami@mayerbrown.com


**\*    Service via U.S. Mail**