United States District Court
For the Northern District of California

*E-Filed 8/13/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE & AT&TM ANTITRUST LITIGATION | NO. C 07-5152 JW (RS)<br><br>**ORDER REGARDING DISCOVERY PLAN** |

_____/

Pursuant to the Order Following Case Management Conference issued by the Presiding Judge on June 26, 2008, the parties are instructed to meet and confer on the preparation of a joint proposed discovery plan to be filed with this Court no later than August 29, 2008. Only in the event that the parties cannot reach agreement on a joint plan after good faith meet and confer efforts may each party file a separate proposed discovery plan by the due date. Upon receipt of the filings referred to above, this Court will determine if a hearing will be required before the entry of a discovery order.

IT IS SO ORDERED.

Dated: August 13, 2008

RICHARD SEEBORG
United States Magistrate Judge

1