**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| | No. C 07-05152 JW |
| In re Apple & AT&TM Antitrust Litigation | CLERK'S NOTICE ADVANCING HEARING TIME |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Defendants' Motions to Dismiss and to Compel Arbitration and the Defendants' Motion to Stay Discovery  before Judge James Ware previously noticed for September 12, 2008 at 1:00 PM  has been ADVANCED to **September 12, 2008 at 9:00 AM** in Courtroom 8, 4th Floor, 280 S. 1st  Street, San Jose, California.

Dated:  August 18, 2008

FOR THE COURT,
Richard W. Wieking, Clerk


by:  _____/s/_____
　　　　　Elizabeth Garcia
　　　　　Courtroom Deputy