Daniel A. Sasse, Esq. (CA Bar No. 236234)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone:    (949) 263-8400
Facsimile:    (949) 263-8414
Email:        dsasse@crowell.com

Donald M. Falk (CA Bar No. 150256)
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060
Email:      dfalk@mayerbrown.com

Attorneys for Defendant
AT&T Mobility LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE APPLE & AT&TM ANTI-TRUST LITIGATION | Case No. 07-05152-JW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DUE DATE FOR REPLY MEMORANDUM IN SUPPORT OF MOTION OF DEFENDANT AT&T MOBILITY LLC TO COMPEL ARBITRATION AND TO DISMISS CLAIMS PURSUANT TO THE FEDERAL ARBITRATION ACT**<br><br>Courtroom: 8<br>Honorable James Ware |

STIPULATED SCHEDULING ORDER—MASTER FILE NO. C 07-05152 JW

Plaintiffs Herbert H. Kliegerman, Paul Holman, Lucy Rivello, Timothy P. Smith, Michael G. Lee, Dennis V. Macasaddu, Mark G. Morikawa, Vincent Scotti, and Scott Sesso and defendant AT&T Mobility LLC ("ATTM") agree as follows:

WHEREAS, the stipulated scheduling order of June 4, 2008 provides that ATTM's motion to compel arbitration was due on June 27, 2008, plaintiffs' opposition was due August 6, 2008, and ATTM's reply brief is due August 25, 2008;

WHEREAS, the Court's order of June 23, 2008 set the hearing date for ATTM's motion to compel arbitration as September 12, 2008;

WHEREAS, in accordance with that briefing schedule, ATTM timely filed its motion to compel arbitration and plaintiffs timely filed their opposition;

WHEREAS, because of scheduling conflicts ATTM requested and the plaintiffs agreed to extend the due date for ATTM's reply brief until August 29, 2008, which is 14 days before the hearing date of September 12, 2008; and

WHEREAS, plaintiffs agree to the extension based on their belief that filing the reply brief 14 days before the September 12, 2008 hearing date will not result in the argument date being adjourned;

IT IS HEREBY STIPULATED that the deadline for ATTM's reply brief in support of its motion to compel arbitration is extended to and including August 29, 2008.

And now, on this ___ day of August, 2008, upon agreement of Interim Lead Counsel for the plaintiffs and counsel for defendant AT&T Mobility LLC ("ATTM"), it is hereby ordered:

1. The deadline for the filing of ATTM's reply memorandum in support of its motion to compel arbitration and dismiss claims against it (Dkt. No. 115)—which is currently due on August 25, 2008, pursuant to the stipulated order of June 4, 2008 (Dkt. No. 108)—is extended to and including August 29, 2008.

2. The hearing on ATTM's motion to compel arbitration shall remain calendared for September 12, 2008, at 9:00 a.m.

STIPULATED SCHEDULING ORDER—MASTER FILE NO. C 07-05152 JW

1

| | | |
|---|---|---|
| Dated: August 22, 2008 | | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP<br>FRANCIS C. GREGOREK<br>BETSY C. MANIFOLD<br>RACHELE R. RICKERT<br>MARK C. RIFKIN<br>ALEXANDER H. SCHMIDT<br>MARTIN RESTITUYO |
| | | By: /s Rachele R. Rickert<br>       Rachele R. Rickert<br>Plaintiffs' Interim Lead Counsel |
| Dated: August 22, 2008 | | MAYER BROWN LLP<br>DONALD M. FALK |
| | | By: /s Donald M. Falk<br>       Donald M. Falk<br>Attorneys for Defendant AT&T Mobility LLC |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

Dated: August __, 2008

                                                      Hon. James Ware<br>                                        United States District Court

STIPULATED SCHEDULING ORDER—MASTER FILE NO. C 07-05152 JW