1    Daniel A. Sasse, Esq. (CA Bar No. 236234)
     CROWELL & MORING LLP
2    3 Park Plaza, 20th Floor
     Irvine, CA 92614-8505
3    Telephone:    (949) 263-8400
     Facsimile:    (949) 263-8414
4    Email:        dsasse@crowell.com

5
     Donald M. Falk (CA Bar No. 150256)
6    MAYER BROWN LLP
     Two Palo Alto Square, Suite 300
7    3000 El Camino Real
     Palo Alto, CA  94306-2112
8    Telephone: (650) 331-2000
     Facsimile:  (650) 331-2060
9    Email:      dfalk@mayerbrown.com

10   Attorneys for Defendant
     AT&T Mobility LLC

11

12               UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    SAN JOSE DIVISION

15                                    Case No. 07-05152-JW

16                                    STIPULATION AND [PROPOSED]
                                      ORDER REGARDING DUE DATE FOR
17                                    REPLY MEMORANDUM IN SUPPORT
                                      OF MOTION OF DEFENDANT AT&T
18   IN RE APPLE & AT&TM ANTI-TRUST   MOBILITY LLC TO COMPEL
     LITIGATION                       ARBITRATION AND TO DISMISS
19                                    CLAIMS PURSUANT TO THE
                                      FEDERAL ARBITRATION ACT
20
                                      Courtroom: 8
21                                    Honorable James Ware

22

23

24

25

26

27

28

DENIED

James Ware
Judge James Ware

8/22/2008

1    Plaintiffs Herbert H. Kliegerman, Paul Holman, Lucy Rivello, Timothy P. Smith,

2   Michael G. Lee, Dennis V. Macasaddu, Mark G. Morikawa, Vincent Scotti, and Scott Sesso and

3   defendant AT&T Mobility LLC ("ATTM") agree as follows:

4    WHEREAS, the stipulated scheduling order of June 4, 2008 provides that ATTM's

5   motion to compel arbitration was due on June 27, 2008, plaintiffs' opposition was due August 6,

6   2008, and ATTM's reply brief is due August 25, 2008;

7    WHEREAS, the Court's order of June 23, 2008 set the hearing date for ATTM's motion

8   to compel arbitration as September 12, 2008;

9    WHEREAS, in accordance with that briefing schedule, ATTM timely filed its motion to

10  compel arbitration and plaintiffs timely filed their opposition;

11    WHEREAS, because of scheduling conflicts ATTM requested and the plaintiffs agreed to

12  extend the due date for ATTM's reply brief until August 29, 2008, which is 14 days before the

13  hearing date of September 12, 2008; and

14    WHEREAS, plaintiffs agree to the extension based on their belief that filing the reply

15  brief 14 days before the September 12, 2008 hearing date will not result in the argument date

16  being adjourned;

17    IT IS HEREBY STIPULATED that the deadline for ATTM's reply brief in support of its

18  motion to compel arbitration is extended to and including August 29, 2008.

19  **IT IS SO ORDERED AS MODIFIED:**

20    And now, on this 22 day of August, 2008, upon agreement of Interim Lead Counsel for

21  the plaintiffs and counsel for defendant AT&T Mobility LLC ("ATTM"), it is hereby ordered:

22    1.    The deadline for the filing of ATTM's reply memorandum in support of its

23  motion to compel arbitration and dismiss claims against it (Dkt. No. 115)— **remains due on**

24  **August 25, 2008.**

25

26    2.    The hearing on ATTM's motion to compel arbitration shall remain calendared for

27  September 12, 2008, at 9:00 a.m.

28

STIPULATED SCHEDULING ORDER—MASTER FILE NO. C 07-05152 JW

1

Dated: August 22, 2008

WOLF HALDENSTEIN ADLER FREEMAN
    & HERZ LLP
FRANCIS C. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT
MARK C. RIFKIN
ALEXANDER H. SCHMIDT
MARTIN RESTITUYO


By: /s Rachele R. Rickert
        Rachele R. Rickert
Plaintiffs' Interim Lead Counsel

Dated: August 22, 2008

MAYER BROWN LLP
DONALD M. FALK


By: /s Donald M. Falk
        Donald M. Falk
Attorneys for Defendant AT&T Mobility LLC

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

The Deadline for Defendant AT&T Mobility LLC's reply brief is due **August 25, 2008.**

Dated: August 22, 2008

Hon. James Ware
United States District Court

STIPULATED SCHEDULING ORDER—MASTER FILE NO. C 07-05152 JW

2