1  Daniel A. Sasse, Esq. (CA Bar No. 236234)
   CROWELL & MORING LLP
2  3 Park Plaza, 20th Floor
   Irvine, CA 92614-8505
3  Telephone:    (949) 263-8400
   Facsimile:    (949) 263-8414
4  Email:        dsasse@crowell.com

5
   Donald M. Falk (CA Bar No. 150256)
6  MAYER BROWN LLP
   Two Palo Alto Square, Suite 300
7  3000 El Camino Real
   Palo Alto, CA  94306-2112
8  Telephone: (650) 331-2000
   Facsimile:  (650) 331-2060
9  Email:      dfalk@mayerbrown.com

10 Attorneys for Defendant
   AT&T Mobility LLC

11

12                   UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                           SAN JOSE DIVISION

15

| | |
|---|---|
| | Case No. 07-05152-JW |
| IN RE APPLE & AT&TM ANTI-TRUST LITIGATION | **SUPPLEMENTAL DECLARATION OF NEAL S. BERINHOUT IN SUPPORT OF MOTION OF DEFENDANT AT&T MOBILITY LLC TO COMPEL ARBITRATION AND TO DISMISS CLAIMS PURSUANT TO THE FEDERAL ARBITRATION ACT** |
| | Date: September 12, 2008 |
| | Time: 9:00 a.m. |
| | Honorable James Ware |

I, Neal S. Berinhout, hereby declare as follows:

1. I am employed by AT&T Mobility LLC ("ATTM") (formerly Cingular Wireless LLC ("Cingular")) as Associate General Counsel—Litigation. The following facts are of my own personal knowledge, and if called as a witness I could and would testify competently as to their truth.

2. In my previous declaration in this case, I described how ATTM is able to resolve customers' disputes to their satisfaction shortly after receiving notice of the disputes, thus obviating the need for the customer to commence an arbitration.

3. The Court may find relevant additional information about how ATTM's pre-arbitration dispute resolution process operates.

4. ATTM generally responds to a notice of a dispute with a written settlement offer. If a customer indicates that he or she is represented by counsel and would like to be reimbursed for attorneys' fees, ATTM's practice is to include a reasonable amount of fees in the settlement offer. This offer to pay attorneys' fees is often the decisive factor in enabling ATTM to resolve those disputes in which a customer has retained counsel to submit a notice of dispute.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 25, 2008.

_____
Neal S. Berinhout

SUPPLEMENTAL DECLARATION OF NEAL S. BERINHOUT IN SUPPORT OF DEFENDANT ATTM'S MOTION TO COMPEL ARBITRATION AND TO DISMISS CLAIMS; CASE NO. 07-05152-JW