1  LATHAM & WATKINS LLP
     Daniel M. Wall (Bar No. 102580)
2    Alfred C. Pfeiffer, Jr. (Bar No. 120965)
     Christopher S. Yates (Bar No. 161273)
3    Sadik Huseny (Bar No. 224659)
   505 Montgomery Street, Suite 2000
4  San Francisco, California 94111-6538
   Telephone: (415) 391-0600
5  Facsimile: (415) 395-8095
   Email:  Dan.Wall@lw.com
6  Email:  Al.Pfeiffer@lw.com
   Email:  Chris.Yates@lw.com
7  Email:  Sadik.Huseny@lw.com

8  Attorneys for Defendant
   APPLE INC.
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13 | IN RE APPLE & AT&TM ANTITRUST  | CASE NO. C 07-5152 JW
   | LITIGATION                     |
14 |                                |
   |                                | **DEFENDANT APPLE'S SUPPLEMENTAL**
15 |                                | **REQUEST FOR JUDICIAL NOTICE**
   |                                |
16 |                                | Date:   September 12, 2008
   |                                | Time:   9:00 a.m.
17 |                                | Place:  Courtroom 8, 4th Floor
   |                                | Judge:  Honorable James Ware
18 |                                |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT APPLE'S SUPPLEMENTAL
REQUEST FOR JUDICIAL NOTICE
CASE NUMBER: C 07-05152 JW

Pursuant to the unchallenged authority and analysis set forth in Defendant Apple Inc.'s ("Apple") Request for Judicial Notice, Apple hereby respectfully requests that the Court take judicial notice of the additional materials set forth below in its determination of Apple's Motion to Dismiss Plaintiffs' Revised Consolidated Amended Class Action Complaint ("RCAC"):

1. <u>Apple iPhone One (1) Year Limited Warranty</u>, included as part of the iPhone box materials received on purchase of the iPhone, referenced by plaintiffs throughout the RCAC at ¶¶ 4, 6, 47-49, 54, 56, 94, 98, 101, 135, 140, 146, 153, 159-62, and available at http://images.apple.com/legal/warranty/docs/iphone.pdf.  A true and correct copy of this document is attached hereto as <u>Exhibit A</u>.

2. *<u>Melodeo's ripe, ready to say: Bite this, Apple</u>*, T. Duryee, <u>The Seattle Times (Washington), June 5, 2007</u>, available at http://seattletimes.nwsource.com/html/businesstechnology/2003734591_melodeo05.html.  A true and correct of this article is attached hereto as <u>Exhibit B</u>.

3. *<u>Pre-Game Analysis: The iPhone vs. Real Smartphones</u>*, J. Lendino, <u>PC Magazine.com, June 22, 2007</u>, available at http://www.pcmag.com/article2/0,1759,2149569,00.asp.  A true and correct of this article is attached hereto as <u>Exhibit C</u>.

4. *<u>Shut out of Service, tech-head Alaskans will need guts to get hands on an iPhone</u>*, L. Jones, <u>Anchorage Daily News, June 23, 2007</u>, available at http://dwb.adn.com/life/story/9072643p-8988611c.html.  A true and correct of this article is attached hereto as <u>Exhibit D</u>.

5. *<u>Want Your iPhone Unlocked? Too Bad</u>,* P. Le, <u>Seattle Post-Intelligencer, July 2, 2007</u>, available at http://seattlepi.nwsource.com/lifestyle/322094_consumer03.html.  A true and correct of this article is attached hereto as <u>Exhibit E</u>.

Dated:  August 25, 2008

Respectfully submitted,

LATHAM & WATKINS LLP

By   /s/ Daniel M. Wall
Daniel M. Wall
Attorneys for Defendant
APPLE INC.

SF\668512

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEFENDANT APPLE'S SUPPLEMENTAL
REQUEST FOR JUDICIAL NOTICE
CASE NUMBER: C 07-05152 JW