1  LATHAM & WATKINS LLP
     Daniel M. Wall (Bar No. 102580)
2    Alfred C. Pfeiffer, Jr. (Bar No. 120965)
     Christopher S. Yates (Bar No. 161273)
3    Sadik Huseny (Bar No. 224659)
   505 Montgomery Street, Suite 2000
4  San Francisco, California  94111-6538
   Telephone:  (415) 391-0600
5  Facsimile:  (415) 395-8095
   Email:   Dan.Wall@lw.com
6  Email:   Al.Pfeiffer@lw.com
   Email:   Chris.Yates@lw.com
7  Email:   Sadik.Huseny@lw.com

8  Attorneys for Defendant
   APPLE INC.
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN JOSE DIVISION

13 | IN RE APPLE & AT&TM ANTITRUST LITIGATION | CASE NO. C 07-05152 JW
14 | | **DEFENDANT APPLE INC.'S AMENDED DISCLOSURE OF INTERESTED ENTITIES OR PERSONS**
15 | |
16 | | **[PURSUANT TO N.D. CAL. LOCAL RULE 3-16]**

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

APPLE'S AMENDED DISCLOSURE OF
INTERESTED ENTITITES OR PERSONS
CASE NO. C 07-05152 JW

Pursuant to Local Rule 3-16, the undersigned counsel certifies that the following persons are directors and executive officers of Apple who have a financial interest, as defined by 28 U.S.C. § 455(d)(4), in Apple:

1. Board of Directors: William Campbell; Millard Drexler; Albert Gore Jr.; Steve Jobs; Andrea Jung; Arthur D. Levinson, Ph.D.; Eric Schmidt, Ph.D.; and Jerome B. York.

2. Executive Officers: Steve Jobs; Timothy D. Cook; Daniel Cooperman; Peter Oppenheimer; Philip W. Schiller; Tony Fadell; Scott Forstall; Ronald B. Johnson; Robert Mansfield; Bertrand Serlet; and Sina Tamaddon.

Apple notes that it has numerous employees who actively participate in its affairs but it has only identified its directors and executive officers in this disclosure.

Dated: August 25, 2008

Respectfully submitted,

LATHAM & WATKINS LLP

By      /s/ Christopher S. Yates
Christopher S. Yates
Attorneys for Defendant
APPLE INC.

SF\668477

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

APPLE'S AMENDED DISCLOSURE OF
INTERESTED ENTITITES OR PERSONS
CASE NO. C 07-05152 JW