UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***

### CIVIL MINUTES

**Judge:** James Ware
**Date:** September 12, 2008
**Case No.:** C-07-05152 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**Interpreter:** N/A

### TITLE

**In re Apple & AT&TM Antitrust Litigation**

**Attorney(s) for Plaintiff(s):** Mark Rifkin, Randall Newman
**Attorney(s) for Defendant(s):** Donald Falk, Daniel Sasse (ATT), Alfred Pfeiffer, Sadik Huseny, Daniel Wall (Apple)

### PROCEEDINGS

1. Defendant AT&TM Motion to Compel Arbitration and to Dismiss Claims
2. Defendant AT&TM Motion to Stay Discovery
3. Defendant Apple's Motion to Dismiss

### ORDER AFTER HEARING

Hearing Held. The Court took the motions under submission after oral argument. The Court to issue further order on Defendants' various motions.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: