**\*E-FILED 10/20/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE & AT&TM ANTITRUST LITigation | NO. C 07-5152 JW (RS)<br><br>**ORDER REGARDING BRIEFING OF DISCOVERY PLAN** |
| _____/ | |

Having received the parties' proposed discovery plans, the Court hereby orders that the parties file briefs, in no more than ten pages, identifying the disputes in the proposed plans and presenting argument for the particular plan each side sponsors. The briefs shall be filed within ten days of the date of this order. The parties may respond to the opening briefs within five days of the filing of the initial briefs. The reply briefs shall not be more than five pages. Upon receipt of the filings referred to above, this Court will determine if a hearing will be required before the entry of a discovery order.

IT IS SO ORDERED.

Dated:  October 20, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

1