IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Apple & AT&TM Antitrust Litigation / | NO. C 07-05152 JW<br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

The parties are scheduled for a Case Management Conference on November 17, 2008. Pursuant to Civil Local Rule 16-10(d), the parties timely filed a Joint Case Management Statement. (Docket Item No. 161.) The Court finds it appropriate to continue the Case Management Conference until such time as Magistrate Judge Seeborg issues his Discovery Order in this case. Accordingly, the November 17, 2008 Case Management Conference is VACATED.

The Court will, if necessary, reschedule the Case Management Conference following issuance of Judge Seeborg's Discovery Order.

Dated: November 13, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adrian Frank Davis adrian.davis@lw.com
Alexander H. Schmidt schmidt@whafh.com
Alfred Carroll Pfeiffer Al.Pfeiffer@lw.com
Archis Ashok Parasharami aparasharami@mayerbrown.com
Arthur William Lazear awl@hoffmanandlazear.com
Christopher E Ondeck condeck@crowell.com
Christopher S. Yates chris.yates@lw.com
Damian Rene Fernandez damianfernandez@gmail.com
Daniel Allen Sasse dsasse@crowell.com
Daniel Murray Wall dan.wall@lw.com
David Eldon Crowe dcrowe@crowell.com
Donald M. Falk dfalk@mayerbrown.com
Francis M. Gregorek gregorek@whafh.com
H. Tim Hoffman hth@hoffmanandlazear.com
Jeffrey H. Howard jhoward@crowell.com
M. Van Smith mvsmith@sbcglobal.net
Marisa C. Livesay livesay@whafh.com
Mark Carl Rifkin rifkin@whafh.com
Max Folkenflik max@fmlaw.net
Morgan Matthew Mack mmm@hoffmanandlazear.com
Rachele R. Rickert rickert@whafh.com
Randall Scott Newman rsn@randallnewman.net
Sadik Harry Huseny sadik.huseny@lw.com
Stephen DeNittis sdenittis@shabeldenittis.com
Wm. Randolph Smith wrsmith@crowell.com

Dated: November 13, 2008          Richard W. Wieking, Clerk

                                  By:     /s/ JW Chambers
                                        Elizabeth Garcia
                                        **Courtroom Deputy**