United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re Apple & AT&TM Antitrust Litigation

NO. C 07-05152 JW

**ORDER VACATING CASE MANAGEMENT CONFERENCE; ADOPTING THE PARTIES' PROPOSED SCHEDULE FOR CLASS DISCOVERY AND CERTIFICATION**

_____________________________________/

On January 12, 2009, the parties are scheduled to appear for a Case Management Conference. The parties timely submitted a Joint Case Management Statement. (See Docket Item No. 170.) Based on the representations in the parties' Joint Statement, the Court finds that a Case Management Conference is unnecessary at this time. Accordingly, the Court VACATES the January 12 Case Management Conference and ORDERS as follows:

(1) The Court adopts the parties' proposed schedule for class discovery and certification, as contained in their Joint Statement. Pursuant to the Court's December 12, 2008 Order, discovery shall be limited to class certification issues at this time. (See Docket Item No. 164.) The parties may not modify the schedule without a further order of the Court. All discovery disputes are referred to the assigned Magistrate Judge.

(2) The Court sets **December 7, 2009 at 9:00 a.m.** as a hearing date for Plaintiffs' anticipated Motion for Class Certification.

Dated: January 6, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adrian Frank Davis adrian.davis@lw.com
Alexander H. Schmidt schmidt@whafh.com
Alfred Carroll Pfeiffer Al.Pfeiffer@lw.com
Archis Ashok Parasharami aparasharami@mayerbrown.com
Arthur William Lazear awl@hoffmanandlazear.com
Christopher E Ondeck condeck@crowell.com
Christopher S. Yates chris.yates@lw.com
Damian Rene Fernandez damianfernandez@gmail.com
Daniel Allen Sasse dsasse@crowell.com
Daniel Murray Wall dan.wall@lw.com
David Eldon Crowe dcrowe@crowell.com
Donald M. Falk dfalk@mayerbrown.com
Francis M. Gregorek gregorek@whafh.com
H. Tim Hoffman hth@hoffmanandlazear.com
Jeffrey H. Howard jhoward@crowell.com
M. Van Smith mvsmith@sbcglobal.net
Marisa C. Livesay livesay@whafh.com
Mark Carl Rifkin rifkin@whafh.com
Max Folkenflik max@fmlaw.net
Morgan Matthew Mack mmm@hoffmanandlazear.com
Rachele R. Rickert rickert@whafh.com
Randall Scott Newman rsn@randallnewman.net
Sadik Harry Huseny sadik.huseny@lw.com
Stephen DeNittis sdenittis@shabeldenittis.com
Wm. Randolph Smith wrsmith@crowell.com

**Dated: January 6, 2009** **Richard W. Wieking, Clerk**

**By: /s/ JW Chambers**
**Elizabeth Garcia**
**Courtroom Deputy**