IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Apple & AT&TM Antitrust Litigation | NO. C 07-05152 JW |
| | **ORDER VACATING HEARING IN PART** |
| _____/ | |

On February 9, 2009, the parties are scheduled to appear for a hearing on Defendant Apple's Motion for Certification of Interlocutory Appeal (Docket Item No. 159), and Defendant AT&TM's Motion to Dismiss (Docket Item No. 147) and Motion to Strike or Dismiss Class Allegations (Docket Item No. 148). Upon review of the parties briefs, the Court finds that Defendant AT&TM's Motions are appropriate for submission without oral argument. See Civ. L.R. 7-1(b).

Accordingly, the Court VACATES the February 9, 2009 hearing as to Defendant AT&TM's Motion to Dismiss and Motion to Strike or Dismiss Class Allegations. The hearing on Defendant Apple's Motion for Certification of Interlocutory Appeal remains on calendar.

Dated: February 6, 2009

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adrian Frank Davis adrian.davis@lw.com
Alexander H. Schmidt schmidt@whafh.com
Alfred Carroll Pfeiffer Al.Pfeiffer@lw.com
Archis Ashok Parasharami aparasharami@mayerbrown.com
Arthur William Lazear awl@hoffmanandlazear.com
Christopher E Ondeck condeck@crowell.com
Christopher S. Yates chris.yates@lw.com
Damian Rene Fernandez damianfernandez@gmail.com
Daniel Allen Sasse dsasse@crowell.com
Daniel Murray Wall dan.wall@lw.com
David Eldon Crowe dcrowe@crowell.com
Donald M. Falk dfalk@mayerbrown.com
Francis M. Gregorek gregorek@whafh.com
H. Tim Hoffman hth@hoffmanandlazear.com
Jeffrey H. Howard jhoward@crowell.com
M. Van Smith mvsmith@sbcglobal.net
Marisa C. Livesay livesay@whafh.com
Mark Carl Rifkin rifkin@whafh.com
Max Folkenflik max@fmlaw.net
Morgan Matthew Mack mmm@hoffmanandlazear.com
Rachele R. Rickert rickert@whafh.com
Randall Scott Newman rsn@randallnewman.net
Sadik Harry Huseny sadik.huseny@lw.com
Stephen DeNittis sdenittis@shabeldenittis.com
Wm. Randolph Smith wrsmith@crowell.com

**Dated: February 6, 2009**      **Richard W. Wieking, Clerk**

      **By:      /s/ JW Chambers**
            **Elizabeth Garcia**
            **Courtroom Deputy**