UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TOTAL TIME: 37 mins**

## CIVIL MINUTES

**Judge:** James Ware
**Date:** February 9, 2009
**Case No.:** C-07-05152JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**Interpreter:** N/A

## TITLE

"In re Apple & AT&TM Anti-Trust Litigation"

**Attorney(s) for Plaintiff(s)**: Mark Rifkin
**Attorney(s) for Defendant(s)**: Alfred Pfeiffer, Sadik Huseny (Apple), Dan Sasse (AT&TM)

## PROCEEDINGS

Defendant Apple's Motion for Certificate of Appealability of Limited Portions [Doc. 159]

## ORDER AFTER HEARING

Hearing held. The Court took this matter under submission after oral argument. The Court to issue further order on Motion.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: