Jason C. Murray, Esq. (CA Bar No. 169806)
CROWELL & MORING LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017
Telephone: (213) 271-2782
Facsimile: (213) 622-2690
Email: jmurray@crowell.com

Wm. Randolph Smith, Esq. (*pro hac vice*)
Jeffrey H. Howard, Esq. (*pro hac vice*)
Shari Ross Lahlou, Esq. (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave. N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: wrsmith@crowell.com
 jhoward@crowell.com
 slahlou@crowell.com

Attorneys for Defendant
AT&T Mobility LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In Re Apple & AT&TM Antitrust Litigation. | Case No. C 07-5152 JW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXPERT DISCOVERY** |

The parties hereby STIPULATE AND AGREE to the following:

1. Within 3 business days of any party serving any expert reports and/or expert declarations in this case pursuant to Fed. R. Civ. P. 26(a)(2)(B), the party or parties proffering the expert witness shall produce all other documents and/or information required by Rule 26(a)(2)(B), namely "the data or other information considered by the witness in forming the [expert's] opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years." "(D)ata or other information considered" shall include, but is not limited to, raw data, spreadsheets, computerized regression analyses and/or other underlying reports and schedules sufficient to reconstruct the expert's work, calculations, and/or analyses. Information can be produced electronically (via email or disc) where appropriate. Where documents have previously been produced as part of the discovery in this case, a list of such documents by Bates number is sufficient. As to other documents considered by the expert, those documents should be produced except where widely available publicly without undue expense (such as on the internet, or in major university libraries).

2. The following types of information shall not be the subject of discovery: (1) the communications and/or content of communications among and between: (a) counsel and experts; (b) experts and other experts or consultants; and/or (c) experts and their respective staffs, and (2) notes, drafts, written communications or other types of preliminary work created by, or for, experts. The foregoing exclusions from discovery will not apply to any specific communications or documents upon which the experts expressly rely as a basis for their final opinions/reports.

/ /

/ /

/ /

/ /

Case5:07-cv-05152-JW Document190 Filed04/08/09 Page3 of 9

/ /

Formatted: Bullets and Numbering

2
STIPULATION AND [PROPOSED] ORDER RE: EXPERT DISCOVERY
CASE NO. C- C 07-5152 JW

3. This stipulation shall be effective only upon agreement by counsel for all Defendants and Interim Lead Counsel for Plaintiffs in the above captioned action.

DATED: April 8, 2009

CROWELL & MORING LLP
JASON C. MURRAY

*/S/ Jason C. Murray*

JASON C. MURRAY

CROWELL AND MORING LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017
Telephone: 213/271-2782
Email: jmurray@crowell.com

Counsel for Defendant AT&T Mobility, LLC

DATED: April 8, 2009

LATHAM & WATKINS llp
DANIEL M. WALL
ALFRED C. PFEIFFER, JR.
CHRISTOPHER S. YATES
SADIK HUSENY

*/S/ Christopher S. Yates*

CHRISTOPHER S. YATES

505 Montgomery Street, Suite 1900
San Francisco, CA 94111
Telephone: 415/391-0600
al.pfeiffer@lw.com
dan.wall@lw.com
chris.yates@lw.com

Counsel for Defendant APPLE INC.

/ /

/ /

/ /

/ /

/ /

/ /

DATED: April 8, 2009

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT

/S/ Alexander H. Schmidt

ALEXANDER H. SCHMIDT

750 B. Street, Suite 2770
San Diego, California 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
MARK C. RIFKIN (*pro hac vice*)
ALEXANDER H. SCHMIDT (*pro hac vice*)
MARTIN E. RESTITYO (*pro hac vice*)
270 Madison Avenue
New York, New York 10016
Telephone: 212/545-4600
Facsimile: 212/545-4677
rifkin@whafh.com
schmidt@whafh.com
restituyo@whafh.com

Plaintiffs' Interim Lead Counsel

**[PROPOSED] ORDER**

Based upon the stipulation of the parties, and for good cause shown, the foregoing Stipulation and Order is hereby SO ORDERED:

Dated: _____________, 2009

_____________________________________
Hon. James Ware
United States District Judge

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.

DATED: April 8, 2009

CROWELL & MORING LLP
JASON C. MURRAY

*/S/ Jason C. Murray*

JASON C. MURRAY

CROWELL AND MORING LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017
Telephone: 213/271-2782
Email: jmurray@crowell.com

Counsel for Defendant AT&T Mobility, LLC

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in Washington, District of Columbia. My business address is 800 Wilshire Boulevard, Suite 500, Los Angeles, California 90017.

On **April 8, 2009**, I served true copies of the following document(s) described as

STIPULATION AND [PROPOSED] ORDER RE: EXPERT DISCOVERY

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I caused said documents to be enclosed in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Crowell & Moring LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope with postage fully prepaid.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **April 8, 2009**, at Los Angeles, California.

*/S/ Lucy DelValle*

Lucy DelValle

**SERVICE LIST**
**IN RE APPLE & AT&TM ANTITRUST LITIGATION**
**Case No. C 07-5152 JW**

**BY CM/ECF NOTICE OF ELECTRONIC FILING**

| | |
|---|---|
| Adrian Frank Davis | Adrian.davis@lw.com, Linda.Tam@lw.com, #sfdocket@lw.com |
| Stephen DeNittis | sdenittis@shabeldenittis.com |
| Donald M. Falk | dfalk@mayerbrown.com |
| Damian Rene Fernandez | damianfernandez@gmail.com |
| Max Folkenflik | max@fmlaw.net |
| Francis M. Gregorek | gregorek@whafh.com |
| H. Tim Hoffman | hth@hoffmanandlazear.com |
| Jeffrey H. Howard | jhoward@crowell.com |
| Sadik Harry Huseny | Sadik.huseny@lw.com |
| Arthur William Lazear | awl@hoffmanandlazear.com |
| Marisa C. Livesay | livesay@whafh.com |
| Morgan Matthew Mack | mmm@hoffmanandlazear.com |
| Randall Scott Newman | rsn@randallnewman.net, rnewman@taxatty.net |
| Christopher E. Ondeck | condeck@crowell.com |
| Archis Ashok Parasharami | aparasharami@mayerbrown.com |
| Alfred Carroll Pfeiffer, Jr. | Al.Pfeiffer@lw.com, Linda.Tam@lw.com, #sfdocket@lw.com |
| Rachele R. Rickert | rickert@whafh.com |
| Mark Carl Rifkin | rifkin@whafh.com |
| Daniel Allen Sasse | dsasse@crowell.com, a kelly@crowell.com |
| Alexander H. Schmidt | schmidt@whafh.com |
| M. Van Smith | mvsmith@sbcglobal.net |
| Wm. Randolph Smith | wrsmith@crowell.com |
| Daniel Murray Wall | Dan.wall@lw.com, #sfdocket@lw.com |
| Christopher S. Yates | Chris.yates@lw.com, linda.tam@lw.com, #sfdocket@lw.com |

**BY MAIL**

| | |
|---|---|
| Margaret McGerity, Esq.<br>Folkenflik & McGerity<br>1500 Broadway, 21st Floor<br>New York, NY 10036<br><br>Telephone: (212) 757-0400<br>Facsimile: (212) 757-2010 | Martin E. Restituyo, Esq.<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Avenue<br>New York, NY 10016<br><br>Telephone: (212) 545-4600<br>Facsimile: (212) 545-4677<br>restituyo@whafh.com |
| Norman Shabel, Esq.<br>Shabel & Denittis, P.C.<br>5 Greentree Centre, Suite 302<br>Marlton, NJ 08053<br><br>Telephone: (856) 797-9951<br>Facsimile: (856) 797-9978 | |