Jason C. Murray, Esq. (CA Bar No. 169806)
CROWELL & MORING LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017
Telephone:  (213) 271-2782
Facsimile:  (213) 622-2690
Email:   jmurray@crowell.com

Wm. Randolph Smith, Esq. (*pro hac vice*)
Jeffrey H. Howard, Esq. (*pro hac vice*)
Shari Ross Lahlou, Esq. (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave. N.W.
Washington, D.C. 20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116
Email:   wrsmith@crowell.com
         jhoward@crowell.com
         slahlou@crowell.com

Attorneys for Defendant
AT&T Mobility LLC

**IT IS SO ORDERED**
*Judge James Ware*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In Re Apple & AT&TM Antitrust Litigation. | Case No. C 07-5152 JW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXPERT DISCOVERY** |

1    The parties hereby STIPULATE AND AGREE to the following:

2    1.    Within 3 business days of any party serving any expert reports and/or expert
3    declarations in this case pursuant to Fed. R. Civ. P. 26(a)(2)(B), the party or parties proffering
4    the expert witness shall produce all other documents and/or information required by Rule
5    26(a)(2)(B), namely "the data or other information considered by the witness in forming the
6    [expert's] opinions; any exhibits to be used as a summary of or support for the opinions; the
7    qualifications of the witness, including a list of all publications authored by the witness within
8    the preceding ten years; the compensation to be paid for the study and testimony; and a listing of
9    any other cases in which the witness has testified as an expert at trial or by deposition within the
10   preceding four years." "(D)ata or other information considered" shall include, but is not limited
11   to, raw data, spreadsheets, computerized regression analyses and/or other underlying reports and
12   schedules sufficient to reconstruct the expert's work, calculations, and/or analyses. Information
13   can be produced electronically (via email or disc) where appropriate. Where documents have
14   previously been produced as part of the discovery in this case, a list of such documents by Bates
15   number is sufficient. As to other documents considered by the expert, those documents should
16   be produced except where widely available publicly without undue expense (such as on the
17   internet, or in major university libraries).

18   2.    The following types of information shall not be the subject of discovery: (1) the
19   communications and/or content of communications among and between: (a) counsel and experts;
20   (b) experts and other experts or consultants; and/or (c) experts and their respective staffs, and (2)
21   notes, drafts, written communications or other types of preliminary work created by, or for,
22   experts. The foregoing exclusions from discovery will not apply to any specific communications
23   or documents upon which the experts expressly rely as a basis for their final opinions/reports.

24   / /
25   / /
26   / /
27   / /
28

1     3. This stipulation shall be effective only upon agreement by counsel for all
2 Defendants and Interim Lead Counsel for Plaintiffs in the above captioned action.

4   DATED:  April 8, 2009             CROWELL & MORING LLP
                                          JASON C. MURRAY

6                                                  */S/ Jason C. Murray*
7                                                   JASON C. MURRAY

8                                                   CROWELL AND MORING LLP
                                                  800 Wilshire Boulevard, Suite 500
9                                                   Los Angeles, California 90017
                                                  Telephone:  213/271-2782
10                                                  Email:  jmurray@crowell.com

11                                                  Counsel for Defendant AT&T Mobility, LLC

13 DATED:  April 8, 2009             LATHAM & WATKINS llp
                                                 DANIEL M. WALL
14                                                  ALFRED C. PFEIFFER, JR.
                                                 CHRISTOPHER S. YATES
15                                                  SADIK HUSENY

17                                                */S/ Christopher S. Yates*
18                                                CHRISTOPHER S. YATES

19                                                505 Montgomery Street, Suite 1900
                                               San Francisco, CA 94111
20                                               Telephone:  415/391-0600
                                              al.pfeiffer@lw.com
                                              dan.wall@lw.com
21                                               chris.yates@lw.com

22                                               Counsel for Defendant APPLE INC.

23 / /
24 / /
25 / /
26 / /
27 / /
28 / /

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: April 8, 2009 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| 3 | | FRANCIS M. GREGOREK BETSY C. MANIFOLD |
| | | RACHELE R. RICKERT |

/S/ Alexander H. Schmidt
_____
ALEXANDER H. SCHMIDT

750 B. Street, Suite 2770
San Diego, California 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
MARK C. RIFKIN (*pro hac vice*)
ALEXANDER H. SCHMIDT (*pro hac vice*)
MARTIN E. RESTITUYO (*pro hac vice*)
270 Madison Avenue
New York, New York 10016
Telephone: 212/545-4600
Facsimile:  212/545-4677
rifkin@whafh.com
schmidt@whafh.com
restituyo@whafh.com

Plaintiffs' Interim Lead Counsel

## [PROPOSED] ORDER

Based upon the stipulation of the parties, and for good cause shown, the foregoing Stipulation and Order is hereby SO ORDERED:

Dated: April 28, 2009

_____
Hon. James Ware
United States District Judge