

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE & AT&TM ANTI-TRUST LITIGATION | CASE NO. C 07-5152 JW<br><br>**STIPULATED REQUEST FOR ORDER MODIFYING DISCOVERY SCHEDULE; [~~PROPOSED~~] ORDER AS MODIFIED**<br><br>**[Filed Pursuant to Civ. L.R. 6-2]** |

The Court finds good cause to GRANT in part, the parties' Stipulation to modify the January 1, 2007 Discovery Schedule. However, the parties' Proposed Schedule goes beyond the time that the Court would otherwise provide. Accordingly, the Court continues the anticipated Class Certification Motion from December 7, 2009 to **March 22, 2010 at 9 a.m.** All briefing on Class Certification shall be completed on or before **March 1, 2010.** The parties shall meet and confer and develop a discovery and briefing schedule that would assist the parties in meeting the above deadlines.

Dated: August 19, 2009

_____
JAMES WARE
United States District Judge