UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE & AT&TM ANTI-TRUST LITIGATION | CASE NO. C 07-5152 JW<br><br>**ORDER DIRECTING THE PARTIES TO MEET AND CONFER AND FILE A STIPULATION AS TO THE DISCOVERY AND BRIEFING SCHEDULE** |

On August 20, 2009, the Court issued an order modifying the class discovery schedule and continuing the hearing on Plaintiffs' anticipated Motion for Class Certification to **March 22, 2010 at 9 a.m.** (Docket Item No. 199.) The Court ordered the parties to meet and confer to develop a discovery and briefing schedule that would assist the parties in meeting the new deadlines. Between September 2 and September 10, 2009, the Court received separate letters from the parties informing the Court that they are unable stipulate to a schedule. (See Docket Item Nos. 201-03.) Upon review of the letters, the Court once again orders the parties to meet and confer and develop their own schedule to meet the Court's deadlines. On or before **September 30, 2009**, the parties shall file such Stipulation for the Court's approval. In the event that the parties are unable to agreed on a schedule, the Court will set at briefing schedule that is consistent with the Civil Local Rules of the Court.

Dated: September 21, 2009

_____
JAMES WARE
United States District Judge