1  LATHAM & WATKINS LLP
      Daniel M. Wall (Bar No. 102580)
2     Alfred C. Pfeiffer, Jr. (Bar No. 120965)
      Christopher S. Yates (Bar No. 161273)
3     Sadik Huseny (Bar No. 224659)
   505 Montgomery Street, Suite 2000
4  San Francisco, California  94111-6538
   Telephone:  (415) 391-0600
5  Facsimile:  (415) 395-8095
   Email:   Dan.Wall@lw.com
6  Email:   Al.Pfeiffer@lw.com
   Email:   Chris.Yates@lw.com
7  Email:   Sadik.Huseny@lw.com

8  Attorneys for Defendant
   APPLE INC.
9
   [Additional Counsel Appear on Signature Page]
10

11                 UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                      SAN JOSE DIVISION

14

15  IN RE APPLE & AT&TM ANTI-TRUST          CASE NO. C 07-5152 JW
16  LITIGATION
                                            **STIPULATED CLASS DISCOVERY
17                                          AND BRIEFING SCHEDULE;
                                            [PROPOSED] ORDER**
18
                                            **[Filed Pursuant to September 21, 2009 Court
19                                          Order, Docket No. 204]**
20

21            WHEREAS, pursuant to the Court's September 21, 2009 Order Directing the

22  Parties to Meet and Confer and File a Stipulation as to the Discovery and Briefing Schedule, the

23  parties have met and conferred in good faith and have reached resolution on a discovery schedule

24  that will allow the parties to meet the Court's class certification briefing and hearing dates of

25  March 1 and March 22, 2009, respectively;

26            NOW, THEREFORE, the parties hereby stipulate to, and respectfully request that

27  the Court adopt, the following dates set forth below as the class certification discovery schedule in

28  this matter:

| | |
|---|---|
| Oct. 2, 2009 | Parties Complete Production of Non-Objectionable Class-Discovery Documents. |
| Oct. 12, 2009 | Last Day for Parties to Notice Non-Expert Class-Discovery Related Depositions. |
| Oct. 12, 2009 | Last Day for Parties to Serve Follow-Up Document Requests, Interrogatories or Other Written Discovery. |
| Oct. 30, 2009 | Last Day for Parties to Serve Documents, Objections and Responses to Any Follow-Up Written Discovery. |
| Oct. 30, 2009 | Close of Class Discovery (Non-Expert) (Subject to Reopening Based on Resolution of Discovery Disputes). |
| Nov. 13, 2009 | Last Day to File Motions Pertaining to Class Discovery Disputes. |
| Dec. 7, 2009 | Motion for Class Certification Filed. |
| Jan. 6-19, 2010 | Plaintiffs' Class Cert. Experts Made Available for Deposition. |
| Jan. 25, 2010 | Opposition to Class Certification Filed. |
| Feb. 8-19, 2010 | Defendants' Class Cert. Experts Made Available for Deposition. |
| March 1, 1010 | Reply Brief on Class Certification Filed. |
| March 22, 2010 | Class Certification Hearing. |

**IT IS SO STIPULATED AND AGREED.**

Authority for and concurrence in the filing of this stipulated request has been obtained from each of the signatories, pursuant to General Order 45(X)(B).

Dated: September 30, 2009

LATHAM & WATKINS LLP
DANIEL M. WALL
ALFRED C. PFEIFFER, JR.
CHRISTOPHER S. YATES
SADIK HUSENY

_____/s/ Sadik Huseny_____
Sadik Huseny

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415/391-0600
dan.wall@lw.com
al.pfeiffer@lw.com
chris.yates@lw.com
sadik.huseny@lw.com

Attorneys for Defendant APPLE INC.

Dated: September 30, 2009

CROWELL & MORING LLP
JASON C. MURRAY

_/s/ Jason C. Murray_
Jason C. Murray

CROWELL AND MORING LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, CA 90017
Telephone: 213.271.2782
Facsimile: 213.622.2690
jmurray@crowell.com

Attorneys for Defendant AT&T Mobility LLC

Dated: September 30, 2009

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT

_/s/ Rachele R. Rickert_
Rachele R. Rickert

750 B. Street, Suite 2770
San Diego, California 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
MARK C. RIFKIN (*pro hac vice*)
ALEXANDER H. SCHMIDT (*pro hac vice*)
ZACHARY W. BIESANZ (*pro hac vice*)
270 Madison Avenue
New York, New York 10016
Telephone: 212/545-4600
Facsimile: 212/545-4677
rifkin@whafh.com
schmidt@whafh.com
restituyo@whafh.com

Plaintiffs' Interim Lead Counsel

**IT IS SO ORDERED:**

Dated: October 2, 2009

JAMES WARE
United States District Judge

SF\722189