**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE & AT&TM ANTITRUST LITIGATION., | Master File No. C 07-05152 JW (RS) |
| | **ORDER SHORTENING TIME** |

Upon consideration of plaintiffs' motion under Civil Local Rule 6-3 and defendant's opposition thereto, and taking into consideration the Court's own scheduling needs, good cause appears for plaintiffs' motion to compel to be briefed and heard as follows:

| | |
|---|---|
| November 18, 2009 | Motion filed. |
| December 1, 2009 | Opposition due. |
| December 7, 2009, 1:00 p.m. | Reply due. |
| December 14, 2009, 4:00 p.m. | Hearing. |

The parties are directed to continue engaging in the meet and confer process, including consultations with such engineering personal as may be useful for furthering that process, in an effort to resolve or narrow the issues presented in the motion to compel.

IT IS SO ORDERED.

Dated: November 20, 2009

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE