1  LATHAM & WATKINS LLP
     Daniel M. Wall (Bar No. 102580)
2    Alfred C. Pfeiffer, Jr. (Bar No. 120965)
     Christopher S. Yates (Bar No. 161273)
3    Sadik Huseny (Bar No. 224659)
   505 Montgomery Street, Suite 2000
4  San Francisco, California 94111-6538
   Telephone: (415) 391-0600
5  Facsimile: (415) 395-8095
   Email:  Dan.Wall@lw.com
6  Email:  Al.Pfeiffer@lw.com
   Email:  Chris.Yates@lw.com
7  Email:  Sadik.Huseny@lw.com

8  Attorneys for Defendant
   APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE APPLE & AT&TM ANTI-TRUST LITIGATION | CASE NO. C 07-5152 JW (RS) <br><br> **DECLARATION OF SADIK HUSENY IN SUPPORT OF DEFENDANT APPLE INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS, INCLUDING IPHONE SOURCE CODE** |
|---|---|

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC OF SADIK HUSENY ISO APPLE'S
OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL
CASE NUMBER: C 07-05152 JW (RS)

I, Sadik Huseny, declare as follows:

1. I am an associate with the law firm of Latham & Watkins LLP, counsel for defendant Apple Inc. ("Apple") in the above referenced action. I have personally participated in all meet and confer discussions with plaintiffs regarding the production of the source code for Apple's software update version 1.1.1 for the iPhone. As a result, I have personal knowledge of the matters herein.

2. Between January and March, 2009, Apple and plaintiffs exchanged document requests and corresponding responses and objections. As part of these document requests, Apple requested that plaintiffs produce their iPhones for forensic examination, and plaintiffs requested that Apple produce various documents related to plaintiffs' 1.1.1 claims. Apple agreed to plaintiffs' request for documents related to their 1.1.1 claims, but explicitly objected to the production of any source code.

3. In or around June, 2009 I began discussing with plaintiffs' counsel a proposed compromise whereby Apple would produce iPhone OS versions 1.1.1 source code in exchange for the production of the iPhones that are the subject of plaintiffs' complaint (including those iPhones allegedly "bricked" by iPhone Operating System ("OS") 1.1.1.) for forensic examination by Apple.

4. Plaintiffs' counsel claimed a few days before Apple was scheduled to begin taking plaintiffs' depositions that they had discovered that all of the iPhones to be forensically examined were not available for examination by Apple because the iPhones in question had either been replaced under warranty, had been lost, or had been given away.

5. Despite this development, Apple notified plaintiffs that it would not object to the production of the portions of iPhone OS version 1.1.1 source code related to the baseband (specifically, baseband firmware and BBUpdater), subject to consent from Infineon Technologies A.G. ("Infineon"), the owner of the baseband firmware.

6. Apple and plaintiffs agreed that any review of iPhone OS version 1.1.1 source code, or related code, would be made pursuant to the standard protocol Apple uses in all litigation whereby a party seeks to examine source code. This protocol requires examination via a

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEC OF SADIK HUSENY ISO APPLE'S
OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL
CASE NUMBER: C 07-05152 JW (RS)

1  secure computer, in a secure conference room, and with stringent protections in place against
2  copying, cutting-and-pasting, saving, storing or transferring the code in any capacity apart from
3  carefully controlled printing protocols.

4      7.    During the course of Apple's document production, plaintiffs received
5  nearly 300,000 pages of documents from Apple. Plaintiffs did not raise any issue with Apple's
6  objection to producing source code until in or about June, 2009, and only after plaintiffs
7  apparently discovered Apple's objection in the context of Apple pressing plaintiffs to produce
8  their iPhones for forensic examination.

9      8.    On or about October 12, 2009 Plaintiffs served Apple with a Second Set of
10 Document Requests where for the first time they explicitly sought the production of 1.0.2 code.

11     9.    Until November 17, 2009, plaintiffs were demanding the production of "the
12 entire source code for Version 1.1.1 of the iPhone operating system" and failed to engage in
13 discussions with Apple aimed at narrowing or identifying specific portions, if any, of the version
14 1.1.1 source code they believed were needed for their motion for class certification despite
15 repeated requests.

16     10.    After counsel for plaintiffs sent me an email on Tuesday, November 17,
17 2009 providing identification of the specific portions of the 1.1.1 source code that they claimed
18 were relevant, I suggested that plaintiffs refrain from filing a motion to compel for a few days so
19 that the parties could engage in meet and confer, including an off the record discussion with a
20 senior Apple engineer, to attempt to reach agreement on which portions of the 1.1.1. source code
21 were truly relevant to plaintiffs' claims. Instead of agreeing to do so, plaintiffs filed their motion
22 to compel on Wednesday, November 18, 2009.

23     11.    During my discussions with plaintiffs' counsel, they have stated that their
24 computer sciences consultant is named Dr. Strawn.

25     I hereby certify under penalty of perjury under the laws of the State of California
26 that the foregoing is true and correct and that this declaration was executed on December 1, 2009
27 in San Francisco, California.

                                                           /s/ Sadik Huseny
28                                                            Sadik Huseny

SF\730420

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEC OF SADIK HUSENY ISO APPLE'S
OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL
CASE NUMBER: C 07-05152 JW (RS)