LATHAM & WATKINS LLP
 Daniel M. Wall (Bar No. 102580)
 Alfred C. Pfeiffer, Jr. (Bar No. 120965)
 Christopher S. Yates (Bar No. 161273)
 Sadik Huseny (Bar No. 224659)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Dan.Wall@lw.com
Email: Al.Pfeiffer@lw.com
Email: Chris.Yates@lw.com
Email: Sadik.Huseny@lw.com

*E-Filed 12/14/09*

Attorneys for Defendant
APPLE INC.

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE & AT&TM ANTI-TRUST LITIGATION | CASE NO. C 07-5152 JW (RS)<br><br>**STIPULATION WITHDRAWING PLAINTIFFS' MOTION FOR AN ORDER COMPELLING APPLE TO PRODUCE DOCUMENTS, INCLUDING IPHONE SOURCE CODE;** [PROPOSED] **ORDER** |

WHEREAS, pursuant to the Court's November 20, 2009 Order the parties have continued to meet and confer as to the issues raised in the papers filed in support of and opposition to Plaintiffs' Motion for an Order Compelling Apple to Produce Documents, Including iPhone Source Code; and

WHEREAS, pursuant to stipulation, the parties have reached resolution of said issues, with each reserving the right to bring such matters before the Court as necessary in the future, on an agreed-upon expedited basis;

NOW, THEREFORE, the parties hereby stipulate to the withdrawal of plaintiffs' motion to compel and, there being no instant dispute, respectfully request that the Court take the

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION WITHDRAWING
PLAINTIFFS' MOTION TO COMPEL
CASE NUMBER: C 07-05152 JW (RS)

hearing on the matter, currently scheduled for December 14, 2009, off calendar.

**IT IS SO STIPULATED AND AGREED.**

DATED: December 11, 2009

LATHAM WATKINS, LLP
DANIEL M. WALL
ALFRED C. PFEIFFER, JR.
CHRISTOPHER S. YATES
SADIK HUSENY

_____
SADIK HUSENY

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Attorneys for Defendant Apple, Inc.

DATED: December 11, 2009

WOLF HALDENSTEIN ADLER
    FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
RACHELE R. RICKERT
750 B. Street, Suite 2770
San Diego, California 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

_____
RACHELE R. RICKERT

WOLF HALDENSTEIN ADLER
    FREEMAN & HERZ LLP
MARK C. RIFKIN (*pro hac vice*)
ALEXANDER H. SCHMIDT (*pro hac vice*)
ZACHARY W. BIESANZ (*pro hac vice*)
270 Madison Avenue
New York, New York 10016
Telephone: 212.545.4600
Facsimile: 212.545.4677

Plaintiffs' Interim Lead Counsel

**IT IS SO ORDERED:**

12/14/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

SF\731925.1

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION WITHDRAWING
PLAINTIFFS' MOTION TO COMPEL
CASE NUMBER: C 07-05152 JW (RS)