LATHAM & WATKINS LLP
   Daniel M. Wall (Bar No. 102580)
   Alfred C. Pfeiffer, Jr. (Bar No. 120965)
   Christopher S. Yates (Bar No. 161273)
   Sadik Huseny (Bar No. 224659)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Dan.Wall@lw.com
Email: Al.Pfeiffer@lw.com
Email: Chris.Yates@lw.com
Email: Sadik.Huseny@lw.com

Attorneys for Defendant
APPLE INC.

[Additional Counsel Appear on Signature Page]

*E-Filed 12/15/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE & AT&TM ANTI-TRUST LITIGATION | CASE NO. C 07-5152 JW (RS)<br><br>**STIPULATION WITHDRAWING MOTIONS TO SEAL AND RELATED DOCUMENTS PRELIMINARILY FILED UNDER SEAL IN CONNECTION WITH PLAINTIFFS' MOTION FOR AN ORDER COMPELLING APPLE TO PRODUCE DOCUMENTS, INCLUDING IPHONE SOURCE CODE;** ~~**[PROPOSED]**~~ **ORDER** |

      WHEREAS, the parties having stipulated to the withdrawal of plaintiffs' Motion for an Order Compelling Apple to Produce Documents, Including iPhone Source Code, as granted by Order of the Court dated December 14, 2009, and there being no instant dispute;

      THEREFORE, the parties hereby stipulate to the withdrawal of their Motions to Seal (Docket Nos. 220 and 224) and all related declarations and documents preliminarily filed under seal, and respectfully request, pursuant to Civil Local Rule 79-5, that such documents not be considered or made part of the record and that the Clerk return such documents to the respective counsel. Alternatively, and at the Clerk's convenience, the parties respectfully request that the Clerk dispose of these documents. Any copies of the motions and/or supporting exhibits

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION WITHDRAWING MOTIONS TO SEAL AND
DOCUMENTS PRELIMINARILY FILED UNDER SEAL
CASE NUMBER: C 07-05152 JW (RS)

or documents which are not returned or disposed of shall remain "sealed" for all purposes.

**IT IS SO STIPULATED AND AGREED.**

Authority for and concurrence in the filing of this stipulated request has been obtained from each of the signatories, pursuant to General Order 45(X)(B).

DATED: December 14, 2009

LATHAM & WATKINS LLP
 DANIEL M. WALL
 ALFRED C. PFEIFFER, JR.
 CHRISTOPHER S. YATES
 SADIK HUSENY

/s/ Sadik Huseny
SADIK HUSENY

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Attorneys for Defendant Apple, Inc.

DATED: December 14, 2009

WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
RACHELE R. RICKERT
750 B. Street, Suite 2770
San Diego, California 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

/s/ Rachele R. Rickert
RACHELE R. RICKERT
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
MARK C. RIFKIN (*pro hac vice*)
ALEXANDER H. SCHMIDT (*pro hac vice*)
ZACHARY W. BIESANZ (*pro hac vice*)
270 Madison Avenue
New York, New York 10016
Telephone: 212.545.4600
Facsimile: 212.545.4677

Plaintiffs' Interim Lead Counsel

**IT IS SO ORDERED:**

RICHARD SEEBORG
United States Magistrate Judge

SF\732172

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION WITHDRAWING MOTIONS TO SEAL AND
DOCUMENTS PRELIMINARILY FILED UNDER SEAL
CASE NUMBER: C 07-05152 JW (RS)