FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

MARK C. RIFKIN (*pro hac vice*)
rifkin@whafh.com
ALEXANDER H. SCHMIDT (*pro hac vice*)
schmidt@whafh.com
ZACHARY W. BIESANZ (*pro hac vice*)
biesanz@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile: 212/545-4677

Plaintiffs' Interim Lead Counsel

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE & AT&TM ANTITRUST LITIGATION | Master File No. C 07-05152 JW <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES RELATED TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> CRTRM: 8 <br> JUDGE: Hon. James Ware |

| | |
|---|---|
| 1 | WHEREAS, the parties moved jointly on August 14, 2009 to extend the class certification |
| 2 | discovery schedule and to adjourn the class certification motion hearing date from December 7, |
| 3 | 2009 to June 2010 [Docket Nos. 197-198] and on August 20, the Court granted the joint motion in |
| 4 | part and rescheduled the class certification hearing from December 7, 2009 to March 22, 2010 |
| 5 | [Docket No. 199]; |
| 6 | WHEREAS, On October 7, 2009, Plaintiffs moved for an order enlarging the class |
| 7 | certification discovery and briefing schedule [Docket No. 207], and on October 16, 2009, the |
| 8 | Court granted Plaintiffs' motion and extended Plaintiffs' deadline for filing their motion for class |
| 9 | certification to January 8, 2010, moved the class certification hearing to April 26, 2010, and set the |
| 10 | deadline for any motions pertaining to class discovery disputes for December 11, 2009 [Docket |
| 11 | No. 211]; |
| 12 | WHEREAS, in the meantime, counsel for Plaintiffs and Defendant Apple, Inc. ("Apple") |
| 13 | have been meeting and conferring about Plaintiffs' requests for production, including the |
| 14 | production of computer source code for iPhone Operating System version 1.1.1 ("Version 1.1.1"); |
| 15 | WHEREAS, Plaintiffs filed a Motion for an Order Compelling Apple to Produce |
| 16 | Documents, Including IPhone Source Code on November 18, 2009; |
| 17 | WHEREAS, on December 11, 2009, Plaintiffs and Apple resolved their discovery dispute |
| 18 | surrounding production of that portion of Version 1.1.1 in Apple's possession (versus in |
| 19 | possession of third-party Infineon Technologies North America Corp. (IFNA)); |
| 20 | WHEREAS, Plaintiffs also served IFNA with a subpoena to produce documents and |
| 21 | source code for the baseband firmware portion of Version 1.1.1 on November 11, 2009, to which |
| 22 | ITNA served objections on November 23, 2009; |
| 23 | WHEREAS, counsel for Plaintiffs and counsel for third-party Infineon are currently |
| 24 | meeting and conferring in an effort to resolve the discovery dispute without the need for the |
| 25 | Court's intervention; |
| 26 | WHEREAS, Apple produced for inspection by Plaintiffs' computer expert a limited |
| 27 | portion of Version 1.1.1 source code on December 10, 2009; |
| 28 | |

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES RELATED TO PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION - Master File No. C 07-05152 JW

- 1 -

WHEREAS, Plaintiffs' computer expert's time is committed in another case, which will prevent him reviewing additional source code until on or after December 29, 2009;

WHEREAS, Plaintiffs and Apple have agreed to hold the 30(b)(6) deposition of Apple concerning Version 1.1.1 after Plaintiffs' expert has had an opportunity to review the source code for Version 1.1.1;

WHEREAS, as late as December 10, 2009 defendants received certain documents from plaintiffs in response to defendants' various requests for production, and the parties are continuing to meet and confer regarding this;

THEREFORE, the parties hereby stipulate to extend the remaining deadlines related to Plaintiffs' motion for class certification by approximately two weeks, subject to the Court's approval, as follows:

1. Any motions pertaining to outstanding discovery disputes related to iPhone source code or Plaintiffs' production of documents shall be due on Monday, December 28, 2009;

2. Plaintiffs shall file their motion for class certification on or before January 22, 2009;

3. Defendants shall file their opposition to Plaintiffs' motion for class certification on or before March 16, 2009;

4. Plaintiffs shall file their reply to their motion for class certification on or before April 19, 2009;

5. The hearing on Plaintiffs' motion for class certification shall be held on May 10, 2009 at 9:00 a.m., or at the Court's earliest convenience thereafter.

///
///
///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES RELATED TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION - Master File No. C 07-05152 JW

- 2 -

| | | |
|---|---|---|
| 1 | DATED: December 11, 2009 | Respectfully Submitted,<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLP<br>FRANCIS M. GREGOREK<br>RACHELE R. RICKERT |

*Rachele R. Rickert*
RACHELE R. RICKERT

750 B. Street, Suite 2770
San Diego, California 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
gregorek@whafh.com
rickert@whafh.com

WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
MARK C. RIFKIN (*pro hac vice*)
ALEXANDER H. SCHMIDT (*pro hac vice*)
ZACHARY W. BIESANZ (*pro hac vice*)
270 Madison Avenue
New York, New York 10016
Telephone: 212/545-4600
Facsimile: 212/545-4677
rifkin@whafh.com
schmidt@whafh.com
biesanz@whafh.com

RANDALL S. NEWMAN, P.C.
RANDALL S. NEWMAN
The Trump Building
40 Wall Street, 61st Floor
New York, New York 10005
Telephone: 212/797-3737
Facsimile: 212/797-3172
rsn@randallnewman.net

SHABEL & DENITTIS, P.C.
STEPHEN P. DENITTIS (*pro hac vice*)
NORMAN SHABEL (*pro hac vice*)
5 Greentree Centre, Suite 302
Marlton, New Jersey 08053
Telephone: 856/797-9951
Facsimile: 856/797-9978
sdenittis@shabeldenittis.com

Plaintiffs' Interim Lead Counsel

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES RELATED TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION - Master File No. C 07-05152 JW

- 3 -

| | | |
|---|---|---|
| DATED: December 11, 2009 | | CROWELL & MORING LLP<br>SHARI ROSS LAHLOU<br>KYLER E. SMART |

*/s/ Kyler E. Smart*
_____
KYLER E. SMART

1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Telephone: 202/624-2500
Facsimile: 202/628-5116
ksmart@crowell.com
slahlou@crowell.com

CROWELL & MORING LLP
JASON P. MURRAY
515 South Flower Street, 40th Floor
Los Angeles, CA 90071-2258
Telephone: 213/271-2782
Facsimile: 213/622-2690
jmurray@crowell.com

Attorneys for Defendant AT&T Mobility LLC

DATED: December 11, 2009

LATHAM WATKINS, LLP
DANIEL M. WALL
ALFRED C. PFEIFFER, JR.
CHRISTOPHER S. YATES
SADIK HUSENY

*/s/ Sadik Huseny*
_____
SADIK HUSENY

505 Montgomery Street, Suite 1900
San Francisco, CA 94111
Telephone: 415/391-0600
dan.wall@lw.com
al.pfeiffer@lw.com
chris.yates@lw.com
sadik.huseny@lw.com

Counsel for Defendant Apple Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: December 16, 2009

_____
HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT

APPLE:17330.STIP

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES RELATED TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION - Master File No. C 07-05152 JW

- 4 -