Jason C. Murray, Esq. (State Bar No. 169806)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690
Email: jmurray@crowell.com

Shari Ross Lahlou, Esq.
Kyler E. Smart, Esq.
CROWELL & MORING LLP
1001 Pennsylvania Ave. N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: slahlou@crowell.com
ksmart@crowell.com

Attorneys for Defendant
AT&T Mobility LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In Re Apple & AT&TM Antitrust Litigation. | Case No. C 07-05152 JW<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL [PURSUANT TO CIVIL L.R. 7-11 AND 79-5(d)]**<br><br>Date: May 10, 2010<br>Time: 9:00 a.m.<br>Crtrm.: 8<br>Judge: Honorable James Ware |

Having considered Plaintiffs' Administrative Motion to File Under Seal (Docket No. 236) portions of Plaintiffs' Motion for Class Certification, exhibits to the Rickert Declaration, the Wilkie Declaration, and Defendants' Responses to Plaintiffs' Administrative Motion:

IT IS HEREBY ORDERED THAT:

(1) Plaintiffs' Administrative Motion to File Under Seal is GRANTED. The Clerk of Court shall file under seal: Plaintiffs' Motion for Class Certification and Exhibits A, B, D, F, H, K and U to the Rickert Declaration.

(2) Exhibit W to the Rickert Declaration, the telephone bill of Plaintiff Dennis Macasaddu, has been redacted (Attachment C to the Smart Declaration). The portions of Exhibit W filed under seal contain personal identifying information and shall remain sealed. The unredacted portions of Exhibit W shall be unsealed.

(3) The Wilkie Declaration has been redacted (Attachment B to the Smart Declaration). The portions of the Wilkie Declaration filed under seal contain highly confidential, commercially sensitive information of AT&T Mobility LLC and Apple, Inc. and shall remain sealed. The unredacted portions of the Wilkie Declaration shall be unsealed.

(4) Exhibits C, G, I, J, M, N, O, Q, R, S, and T to the Rickert Declaration shall be unsealed. All other portions of these documents designated "Confidential" or "Highly Confidential – Attorney Eyes Only" that were not attached to the Rickert Declaration shall retain their confidentiality designations.

**IT IS SO ORDERED**:

Dated: February 5, 2010

_____
United States District Judge