UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE AND AT&TM ANTITRUST LITIGATION | Case No.: C-07-05152 JW (PVT)<br><br>**ORDER GRANTING PLAINTIFFS PAUL HOLMAN AND LUCY RIVELLO'S MOTION TO SHORTEN TIME**<br><br>[Docket No. 257] |

Plaintiffs Paul Holman and Lucy Rivello move to shorten time on their motion to compel interim lead counsel to produce to other class counsel unredacted versions of all papers filed under seal. (collectively "plaintiffs").

Plaintiffs have noticed the above-specified motion for March 9, 2010. In support of their motion to shorten time, plaintiffs state that their counsel is unable to fulfill his duties to them because interim lead counsel has not allowed him to review the various filings made in the case. Plaintiffs state that if their counsel is fully informed he may be able to provide "valuable insights" into the pending motion for class certification. Additionally, any opposition to interim lead counsel's motion to be appointed lead counsel for the class is due no later than March 16, 2010.

1     Neither interim lead counsel nor any other party has opposed the motion to shorten time.

2     Civil L.R. 6-3 requires the moving party to "identif[y] the substantial harm or prejudice
3 that would occur if the Court did not change the time."

4     Having reviewed the papers and considered the arguments of counsel, plaintiffs' motion
5 is granted.[1] The hearing shall be held on March 2, 2010 at 10AM in Courtroom 5. Any
6 oppositions shall be filed no later than February 19, 2010 and replies, if any, shall be filed no
7 later than February 24, 2010.

8     IT IS SO ORDERED.

Dated: February 12, 2010

*Patricia V. Trumbull*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the particular facts and circumstances underlying the present motion.

ORDER, *page 2*