1  FRANCIS M. GREGOREK (144785)
   gregorek@whafh.com
2  RACHELE R. RICKERT (190634)
   rickert@whafh.com
3  WOLF HALDENSTEIN ADLER
     FREEMAN & HERZ LLP
4  750 B Street, Suite 2770
   San Diego, CA 92101
5  Telephone: 619/239-4599
   Facsimile:  619/234-4599
6
7  MARK C. RIFKIN (*pro hac vice*)
   rifkin@whafh.com
8  ALEXANDER H. SCHMIDT (*pro hac vice*)
   schmidt@whafh.com
9  ZACHARY W. BIESANZ (*pro hac vice*)
   biesanz@whafh.com
10 WOLF HALDENSTEIN ADLER
     FREEMAN & HERZ LLP
11 270 Madison Avenue
   New York, NY 10016
12 Telephone: 212/545-4600
   Facsimile:  212/545-4677
13
   Plaintiffs' Interim Lead Counsel

IT IS SO ORDERED
Judge James Ware
2/17/2010

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE & AT&TM ANTITRUST LITIGATION | Master File No. C 07-05152 JW <br><br> **STIPULATION OF VOLUNTARY DISMISSAL OF COUNT VII, VIOLATION OF THE MAGNUSON--MOSS WARRANTY ACT, AS AGAINST AT&T MOBILITY LLC, PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A)(ii)** <br><br> CRTRM: 8 <br> JUDGE: Hon. James Ware |

STIPULATION OF VOLUNTARY DISMISSAL OF COUNT VII, VIOLATION OF THE MAGNUSON-MOSS
WARRANTY ACT, AS AGAINST AT&T MOBILITY LLC, PURSUANT TO FED. R. CIV. PRO. 41(A)(1)(A)(II)
MASTER FILE NO. C 07-05152 JW

| | |
|---|---|
| 1 | WHEREAS, Plaintiffs filed a Revised Consolidated Amended Class Action Complaint in the above-captioned action on June 4, 2008, alleging in Count VII that defendants AT&T Mobility, LLC ("ATTM") and Apple, Inc. violated the Magnuson-Moss Warranty Act (the "Warranty Claim"); |

WHEREAS, Plaintiffs filed a Revised Consolidated Amended Class Action Complaint in the above-captioned action on June 4, 2008, alleging in Count VII that defendants AT&T Mobility, LLC ("ATTM") and Apple, Inc. violated the Magnuson-Moss Warranty Act (the "Warranty Claim");

WHEREAS, on October 30, 2008, ATTM filed a motion to dismiss, *inter alia*, the Warranty Claim pursuant to Fed. R. Civ. Pro 12(b)(6) (the "Motion");

WHEREAS, on March 3, 2009, the Court denied ATTM's Motion, holding, "Whether or not AT&TM had, in fact, warranted Plaintiffs' iPhones is a dispute more appropriately resolved after discovery" (March 4, 2009 Order [Docket No. 187] at 4);

WHEREAS, the parties have participated in "class" discovery and that discovery has shown that ATTM did not breach any warranty with respect to any Plaintiffs' iPhone;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and through the Plaintiffs' and ATTM's respective counsel, the Plaintiffs' Warranty Claim shall be voluntarily dismissed with prejudice as to Defendant ATTM only, under the following terms and conditions:

1. Plaintiffs and ATTM agree that the Plaintiffs' Warranty Claim shall be voluntarily dismissed as to Defendant ATTM only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. ATTM shall not seek reimbursement of any fees, costs, or expenses from Plaintiffs in connection with the filing or dismissal of the Warranty Claim against it;

3. The parties represent that neither ATTM nor ATTM's counsel have made or promised any payment, direct or indirect, to Plaintiffs or their counsel in consideration of the dismissal of the Warranty Claim against ATTM;

4. This Stipulation of Voluntary Dismissal of Count VII, Violation Of The Magnuson-Moss Warranty Act, As Against AT&T Mobility LLC, Pursuant To Fed. R. Civ. Pro. 41(a)(1)(a)(ii) (the "Stipulation") does not constitute or imply any admission or confession by any party regarding the basis for Plaintiffs' allegations in the above-captioned action or the merits of any claim or defense raised in above-captioned action;

STIPULATION OF VOLUNTARY DISMISSAL OF COUNT VII, VIOLATION OF THE MAGNUSON-MOSS WARRANTY ACT, AS AGAINST AT&T MOBILITY LLC, PURSUANT TO FED. R. CIV. PRO. 41(A)(1)(A)(II)
MASTER FILE NO. C 07-05152 JW

- 1 -

| | |
|---|---|
| 1 |       5.     This Stipulation has no bearing on the pendency or prosecution of the |
| 2 | above-captioned action; and |
| 3 |       6.     This Stipulation reflects the entire terms for the dismissal of the Warranty Claim |
| 4 | against ATTM. |

DATED: February 10, 2010                                    Respectfully Submitted,

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
RACHELE R. RICKERT

      /s/ Rachele R. Rickert
RACHELE R. RICKERT

750 B. Street, Suite 2770
San Diego, California 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
gregorek@whafh.com
rickert@whafh.com

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
MARK C. RIFKIN (*pro hac vice*)
ALEXANDER H. SCHMIDT (*pro hac vice*)
ZACHARY W. BIESANZ (*pro hac vice*)
270 Madison Avenue
New York, New York 10016
Telephone: 212/545-4600
Facsimile: 212/545-4677
rifkin@whafh.com
schmidt@whafh.com
biesanz@whafh.com

Plaintiffs' Interim Lead Counsel

RANDALL S. NEWMAN, P.C.
RANDALL S. NEWMAN
The Trump Building
40 Wall Street, 61st Floor
New York, New York 10005
Telephone: 212/797-3737
Facsimile: 212/797-3172
rsn@randallnewman.net

STIPULATION OF VOLUNTARY DISMISSAL OF COUNT VII, VIOLATION OF THE MAGNUSON-MOSS
WARRANTY ACT, AS AGAINST AT&T MOBILITY LLC, PURSUANT TO FED. R. CIV. PRO. 41(A)(1)(A)(II)
MASTER FILE NO. C 07-05152 JW

- 2 -

| | |
|---|---|
| 1 | SHABEL & DENITTIS, P.C. |
| 2 | STEPHEN P. DENITTIS (pro hac vice) |
| | NORMAN SHABEL (pro hac vice) |
| 3 | 5 Greentree Centre, Suite 302 |
| | Marlton, New Jersey 08053 |
| 4 | Telephone: 856/797-9951 |
| | Facsimile: 856/797-9978 |
| 5 | sdenittis@shabeldenittis.com |

Additional Counsel for Plaintiffs

DATED: February 10, 2010            CROWELL AND MORING LLP
                                    KYLER E. SMART

                                        /s/ Kyler E. Smart
                                    KYLER E. SMART

                                    1001 Pennsylvania Avenue, N.W.
                                    Washington, DC 20004-2595
                                    Telephone: 202/624-2500
                                    Facsimile: 202/628-5116

                                    ksmart@crowell.com

                                    Counsel for Defendant AT&T MOBILITY LLC

APPLE:17408.STIP

STIPULATION OF VOLUNTARY DISMISSAL OF COUNT VII, VIOLATION OF THE MAGNUSON-MOSS
WARRANTY ACT, AS AGAINST AT&T MOBILITY LLC, PURSUANT TO FED. R. CIV. PRO. 41(A)(1)(A)(II)
MASTER FILE NO. C 07-05152 JW

- 3 -

## DECLARATION REGARDING CONCURRENCE

I, Rachele R. Rickert, am the ECF User whose identification and password are being used to file this STIPULATION OF VOLUNTARY DISMISSAL OF COUNT VII, VIOLATION OF THE MAGNUSON-MOSS WARRANTY ACT, AS AGAINST AT&T MOBILITY LLC, PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A)(ii). In compliance with General Order 45.X.B, I hereby attest that Kyler E. Smart has concurred in this filing.

DATED: February 10, 2010                WOLF HALDENSTEIN ADLER FREEMAN
                                        & HERZ LLP


                                        By:    /s/ Rachele R. Rickert
                                               RACHELE R. RICKERT

DECLARATION OF SERVICE

I, Maureen Longdo , the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2. That on February 10, 2010, declarant served the STIPULATION OF VOLUNTARY DISMISSAL OF COUNT VII, VIOLATION OF THE MAGNUSON -MOSS WARRANTY ACT, AS AGAINST AT&T MOBILITY LLC, PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A)(ii) via the CM/ECF System to the parties who are registered participants of the CM/ECF System.

3. That on February 10, 2010, declarant served the aforesaid document to the parties who are not registered participants of the CM/ECF System, via United States Mail.

4. That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of February 2010, at San Diego, California.

_____
MAUREEN LONGDO

STIPULATION OF VOLUNTARY DISMISSAL OF COUNT VII, VIOLATION OF THE MAGNUSON-MOSS WARRANTY ACT, AS AGAINST AT&T MOBILITY LLC, PURSUANT TO FED. R. CIV. PRO. 41(A)(1)(A)(II) MASTER FILE NO. C 07-05152 JW

- 5 -