1  Jason C. Murray, Esq. (State Bar No. 169806)
   CROWELL & MORING LLP
2  515 South Flower Street, 40th Floor
   Los Angeles, CA 90071
3  Telephone:  (213) 622-4750
   Facsimile:   (213) 622-2690
4  Email:       jmurray@crowell.com

5  Shari Ross Lahlou, Esq.
   Kyler E. Smart, Esq.
6  CROWELL & MORING LLP
   1001 Pennsylvania Ave. N.W.
7  Washington, D.C. 20004
   Telephone:  (202) 624-2500
8  Facsimile:   (202) 628-5116
   Email:       slahlou@crowell.com
9               ksmart@crowell.com

10 Attorneys for Defendant
   AT&T Mobility LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In Re Apple & AT&TM Antitrust Litigation | Case No. C 07-05152 JW<br><br>**DECLARATION OF KYLER E. SMART IN SUPPORT OF DEFENDANT AT&T MOBILITY LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:    May 10, 2010<br>Time:    9:00 a.m.<br>Crtrm.:   8<br>Judge:   Honorable James Ware |

1     I, Kyler E. Smart, declare as follows:

2     1.     I am an attorney with the law firm of Crowell & Moring LLP, and I am one of the attorneys for Defendant AT&T Mobility LLC ("ATTM") in this matter. I submit this declaration in support of ATTM's Opposition to Plaintiffs' Motion for Class Certification filed on March 16, 2010. If called as a witness, I could and would testify to the facts as stated herein.

    2.     Attached hereto as **Exhibit A** is a true and correct copy of the deposition transcript of Plaintiffs' expert Simon J. Wilkie, Ph.D., taken in this matter on February 26, 2010.

    3.     Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the deposition transcript of plaintiff Timothy Smith, taken in this matter on October 17, 2009, in addition to Exhibit 3 marked in the deposition. A full copy of the deposition transcript is attached to the Declaration of Sadik Huseny In Support of Apple Inc.'s Opposition to Plaintiffs' Motion for Class Certification ("Huseny Decl.") Ex. H.

    4.     Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the deposition transcript of plaintiff Michael Lee, taken in this matter on October 22, 2009, in addition to Exhibits 8,11, and 20 (excerpts) marked in the deposition. A full copy of the deposition transcript is attached to the Huseny Decl. Ex. C.

    5.     Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the deposition transcript of plaintiff Paul Holman, taken in this matter on October 15, 2009. A full copy of the deposition transcript is attached to the Huseny Decl. Ex. A.

    6.     Attached hereto as **Exhibit E** is a true and correct copy of excerpts from APPLE_IPHONE_0279548-78, a transcript of the 2007 MacWorld Tradeshow and Conference, which was produced by Apple in this litigation.

    7.     Attached hereto as **Exhibit F** is a true and correct copy of excerpts from APPLE_IPHONE_0279542–43, the Jan. 9, 2007 Apple-Cingular joint press release, which was produced by Apple in this litigation.

    8.     Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the deposition transcript of plaintiff Dennis Macasaddu, taken in this matter on October 19, 2009, in

1001 Pennsylvania Ave NW
Washington, DC 20004
(202) 624-2500

1  addition to Exhibit 20 (excerpts) marked in the deposition.  A full copy of the deposition transcript
2  is attached to the Huseny Decl. Ex. D.

3      9.    Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the
4  deposition transcript of Jose Pascasio, taken in this matter on December 30, 2009. .

5      10.    Attached hereto as **Exhibit I** is a true and correct copy of excerpts from the
6  deposition transcript of Mitch Farber, taken in this matter on October 28, 2009, in addition to
7  Exhibits 1, 2, 3, and 6 marked in the deposition.

8      11.    Attached hereto as **Exhibit J** is a true and correct copy of ATTM_09_0007390, a
9  pre-purchase understanding document, which was produced by ATTM in this litigation.

10      12.    Attached hereto as **Exhibit K** is a true and correct copy of excerpts from
11  ATTM_02_0004514-79, the iPhone Launch Training Participant Guide, which was produced by
12  ATTM in this litigation.

13      13.    Attached hereto as **Exhibit L** is a true and correct copy of ATTM_17_0000309-13,
14  iPhone Talking Points, which was produced by ATTM in this litigation.

15      14.    Attached hereto as **Exhibit M** is a true and correct copy of the Complaint for
16  Treble Damages and Permanent Injunctive Relief, *Smith v. Apple, Inc.*, Case No. 07-CV-095781
17  (Cal. Super. Ct. Oct. 5, 2007), filed on behalf of plaintiff Timothy Smith in the Superior Court of
18  California on October 5, 2007.

19      15.    Attached hereto as **Exhibit N** is a true and correct copy of ATTM documents bates
20  labeled ATTM_22_0000001-7, screen shots of ATTM customer account records reflecting an
21  email sent to Denis Macasaddu, which was produced by ATTM in this litigation.

22      16.    Attached hereto as **Exhibit O** is a true and correct copy of the AT&T webpage
23  entitled "AT&T Returns Policy – Wireless from AT&T."

24      17.    Attached hereto as **Exhibit P** is a true and correct copy of ATTM_21_0000153, a
25  counter card, which was produced by ATTM in this litigation.

26      18.    Attached hereto as **Exhibit Q** is a true and correct copy of excerpts from the
27  deposition transcript of plaintiff Herbert Kliegerman, taken in this matter on October 21, 2009, in
28

DECLARATION OF KYLER SMART IN SUPPORT OF DEFENDANT AT&T MOBILITY LLC'S OPPOSITION
TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

crowell moring
1001 Pennsylvania Ave NW
Washington, DC 20004
(202) 624-2500

1 addition to Exhibit 13 marked in the deposition. A full copy of the deposition transcript is
2 attached to the Huseny Decl. Ex. B.
3     19. Attached hereto as **Exhibit R** is a true and correct copy of excerpts from the
4 deposition transcript of plaintiff Scott Sesso, taken in this matter on October 14, 2009. A full copy
5 of the deposition transcript is attached to the Huseny Decl. Ex. G.
6     20. Attached hereto as **Exhibit S** is a true and correct copy of excerpts from the
7 deposition transcript of plaintiff Mark Morikawa, taken on October 18, 2009. A full copy of the
8 deposition transcript is attached to the Huseny Decl. Ex. E.
9     21. Attached hereto as **Exhibit T** is a true and correct copy of excerpts from the
10 deposition transcript of plaintiff Lucy Rivello, taken in this matter on October 16, 2009. A full
11 copy of the deposition transcript is attached to the Huseny Decl. Ex. F.
12     22. Attached hereto as **Exhibit U** is a true and correct copy of Plaintiff Paul Holman's
13 Responses and Objections to Defendant AT&T Mobility LLC's Second Set of Interrogatories.

15 I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th
16 day of March, 2010 at Washington, D.C.

/s/ *Kyler E. Smart*
Kyler E. Smart