# Exhibit A

Jason C. Murray, Esq. (State Bar No. 169806)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone:   (213) 622-4750
Facsimile:   (213) 622-2690
Email:       jmurray@crowell.com

Shari Ross Lahlou, Esq.
Kyler E. Smart, Esq.
CROWELL & MORING LLP
1001 Pennsylvania Ave. N.W.
Washington, D.C.  20004
Telephone:   (202) 624-2500
Facsimile:   (202) 628-5116
Email:       slahlou@crowell.com
             ksmart@crowell.com

Attorneys for Defendant
AT&T Mobility LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In Re Apple & AT&TM Antitrust Litigation | Case No. C 07-05152 JW<br><br>MANUAL FILING NOTIFICATION<br><br>**EXHIBIT A TO THE DECLARATION OF KYLER E. SMART IN SUPPORT OF DEFENDANT AT&T MOBILITY LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

**FILED UNDER SEAL PURSUANT TO**

**DEFENDANT'S PENDING MOTION TO SEAL**

**MANUAL FILING NOTIFICATION**

Regarding: Exhibit A to the Declaration of Kyler E. Smart In Support of Defendant AT&T Mobility LLC's Opposition to Plaintiffs' Motion for Class Certification

     This filing is in paper only, and is being maintained in the case file in the Clerk's Office. If you are a participant in this case, this filing will be served in hard copy shortly. For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

     This filing was not e-filed for the following reason(s):

[_]   Voluminous Document (PDF file size larger than the efiling system allows)

[_]   Unable to Scan Documents

[_]   Physical Object (description): _____

_____

[_]   Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X]   Item Under Seal

[_]   Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_]   Other (description): _____

Dated: March 16, 2010

Respectfully submitted,

/s/ *Kyler E. Smart*
Kyler E. Smart
CROWELL & MORING LLP
Attorneys for Defendant AT&T Mobility LLC