UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court:   57min

## MAGISTRATE JUDGE PATRICIA V. TRUMBULL

ERO/CRT REPRTR:___GINA GALVAN COLIN___          DATE:___3/23/10___
COURTROOM DEPUTY:_MARTHA PARKER BROWN___

CASE #:___C 07-05152JW___

CASE TITLE:___IN RE APPLE AT&T ANTITRUST LITIGATION___

**Appearances for Plaintiff(s)**              **Appearances for Defendant(s)**

 RACHELE R RICKERT                               CHRISTOPHER S. YATES

                                                  SADIK HUSENY


### TODAY'S PROCEEDINGS

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.        { X } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | |
|---|---|---|---|
| {X } | { } | { } | 1.__FURTHER MOTION TO COMPEL__ |
| { } | { } | { } | 2._____ |
| { } | { } | { } | 3._____ |
| { } | { } | { } | 4._____ |

### *DISPOSITION of TODAY'S PROCEEDINGS*

**[  ] SETTLED      [  ] NOT SETTLED   [  ] SETTLEMENT DISCUSSIONS ONGOING**

### MOTION DISPOSITION SHOWN BELOW:

[   ] GRANTED          [   ] DENIED          [   ] SUBMITTED          [   ] DENIED/GRANTED in part


### *[   ] BRIEFS TO BE FILED AS FOLLOWS:*

 {   } Cont'd to                @                    For_____


**ORDER TO BE PREPARED BY:**      [  ]PLTF;     [  ]DEFT;      [  ]COURT
Additional Comments:_THE MATTER IS ARGUED BY COUNSEL.  THE COURT WILL ISSUE A WRITTEN___
 ORDER.___