1  Jason C. Murray (State Bar No. 169806)
   CROWELL & MORING LLP
2  515 South Flower Street, 40th Floor
   Los Angeles, CA 90071
3  Telephone:    (213) 622-4750
   Facsimile:    (213) 622-2690
4  Email:        jmurray@crowell.com

5  Shari Ross Lahlou (*pro hac vice*)
   Kyler E. Smart
6  CROWELL & MORING LLP
   1001 Pennsylvania Ave. N.W.
7  Washington, D.C. 20004
   Telephone:    (202) 624-2500
8  Facsimile:    (202) 628-5116
   Email:        slahlou@crowell.com
9                ksmart@crowell.com

10

11 Attorneys for Defendants
   AT&T Mobility LLC

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                     SAN JOSE DIVISION

15 | In Re Apple & AT&TM Antitrust Litigation. | Case No. C 07-5152 JW
16 |                                           | **SUPPLEMENTAL DECLARATION OF CAROLINE MAHONE-GONZALEZ IN SUPPORT OF DEFENDANT APPLE'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' IPHONE OPERATING SYSTEM VERSION 1.1.1 CLAIMS**

PUBLIC REDACTED VERSION

I, Caroline Mahone-Gonzalez, declare as follows:

1. I am employed by AT&T Mobility LLC ("AT&T") in Sacramento, California. I have worked at AT&T since November 1995. I am currently an Area Manager for Customer Care and the Office of the President.

2. On January 29, 2010, I signed a declaration which was submitted in support of Defendant Apple's Motion for Summary Judgment on Plaintiffs' iPhone Operating System Version 1.1.1 Claims. I am submitting this supplemental declaration to address assertions I understand plaintiffs made in their opposition regarding AT&T's IMEI and SIM Card history records.

3. As I previously explained, ███████████████████ ███████████████████████████████████████ These SIM Card and IMEI history records are automated. Every time a GSM-enabled mobile phone is turned on, it sends a signal to the wireless network identifying the specific IMEI that is connecting to the network. ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████.

4. Mr. Macasaddu's SIM Card and IMEI history records were included within the data attached as Exhibit B to my January 29, 2010 declaration ("Exhibit B"). Exhibit B reflected SIM card and IMEI history records for the phone number ███████ throughout the period 3/29/06 – 10/1/09 no matter to whom the number was assigned. Thus, Exhibit B reflects SIM card and IMEI history associated with the ███████ number both before and after Mr. Macasaddu's line was canceled. This is because wireless numbers are often reassigned after they are cancelled. Mr. Macasaddu's number (███████) was canceled effective 2/9/09 and was reassigned twice. It was first reassigned and belonged to an individual other than Mr. Macassadu on a prepaid line from 5/5/09 until 9/11/09. On 9/24/09, it was reassigned again and was (and still is) assigned to a company. The SIM card and IMEI history relating to the ███████ number

1  occurring after 2/9/09 in Exhibit B belonged to those other AT&T account holders and not Mr.
2  Macasaddu.
3         I declare under penalty of perjury, and consistent with the provisions of 28 U.S.C.
4  § 1746, that the foregoing is true and correct.

6  Executed in Sacramento, California
   this 31st day of March, 2010.

7                                         Caroline Mahone-Gonzalez