1  LATHAM & WATKINS LLP
     Daniel M. Wall (Bar No. 102580)
2     Alfred C. Pfeiffer, Jr. (Bar No. 120965)
     Christopher S. Yates (Bar No. 161273)
3     Sadik Huseny (Bar No. 224659)
   505 Montgomery Street, Suite 2000
4  San Francisco, California  94111-6538
   Telephone:  (415) 391-0600
5  Facsimile:  (415) 395-8095
   Email:    Dan.Wall@lw.com
6  Email:    Al.Pfeiffer@lw.com
   Email:    Chris.Yates@lw.com
7  Email:    Sadik.Huseny@lw.com

8  Attorneys for Defendant
   APPLE INC.

9

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                     SAN JOSE DIVISION

13

14  IN RE APPLE & AT&TM ANTI-TRUST            CASE NO. C 07-5152 JW (PVT)
   LITIGATION
15                                            [PROPOSED] ORDER GRANTING
                                              MOTION TO CONTINUE HEARING
16

17

18          Having considered the Unopposed Motion to Continue Hearing on Plaintiffs'

19  Motion for Class Certification and Apple's Motion for Summary Judgment, and good cause

20  being shown, the Motion is hereby GRANTED.  The hearing on plaintiffs' motion for class

21  certification (Docket No. 237) and Apple's motion for summary judgment (Docket No. 269),

22  and Plaintiffs Paul Holman and Lucy Rivello's Motion to Appoint Lead Counsel (Docket No.
   385, 393) currently set for May 17, 2010 at 9:00 AM, is hereby continued to **May 24, 2010 at**
23  **9:00 AM.**

24          **IT IS SO ORDERED.**

25  Dated: _____May 11, 2010_____

26                                            _____
                                              The Honorable James Ware
27                                            UNITED STATES DISTRICT JUDGE

28
   SF\749864

IT IS SO ORDERED
AS MODIFIED
*James Ware*
Judge James Ware
5/11/2010

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ORDER GRANTING MOTION TO
CONTINUE HEARING
CASE NO. C-07-5152 JW (PVT)