**FILED**

UNITED STATES COURT OF APPEALS

OCT 19 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAUL HOLMAN, individually, and on behalf of all others similarly situated; et al., <br><br> Plaintiffs - Respondents, <br><br> v. <br><br> APPLE, INC. and AT&T MOBILITY, LLC, <br><br> Defendants - Petitioners. | No. 10-80145 <br><br> D.C. No. 5:07-cv-05152-JW <br> Northern District of California, <br> San Jose <br><br> ORDER |

Before: O'SCANNLAIN and W. FLETCHER, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's July 8, 2010 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

jp/MOATT