IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re. Apple & ATTM Antitrust Litigation | NO. C 07-05152 JW |
| | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

This case is scheduled for a Case Management Conference on November 15, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement and Proposed Order. (See Docket Item No. 495.) In their Statement, Defendants request that the Court stay merits-based discovery pending the Supreme Court's decision in AT&T v. Concepcion, 130 S. Ct. 3322 (2010).

On December 13, 2010, the Court will consider AT&T's Motion to Stay in an unrelated case based on the Supreme Court's anticipated ruling in Concepcion. Accordingly, in the interest of judicial economy, the Court continues the Case Management Conference to **December 13, 2010 at 10 a.m.** On or before **December 3, 2010**, the parties shall file an updated Joint Case Management Conference Statement to update the Court on any development in this case and provide their respective proposals with respect to how the case should proceed.

In light of this Order, the case is stayed until **December 13, 2010**.

Dated: November 10, 2010

JAMES WARE
United States District Judge

United States District Court / For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adrian Frank Davis adrian.davis@lw.com
Alexander H. Schmidt schmidt@whafh.com
Alfred Carroll Pfeiffer Al.Pfeiffer@lw.com
Archis Ashok Parasharami aparasharami@mayerbrown.com
Arthur William Lazear awl@hoffmanandlazear.com
Christopher E Ondeck condeck@crowell.com
Christopher S. Yates chris.yates@lw.com
Damian Rene Fernandez damianfernandez@gmail.com
Daniel Allen Sasse dsasse@crowell.com
Daniel Murray Wall dan.wall@lw.com
David Eldon Crowe dcrowe@crowell.com
Donald M. Falk dfalk@mayerbrown.com
Francis M. Gregorek gregorek@whafh.com
H. Tim Hoffman hth@hoffmanandlazear.com
Jason C. Murray jmurray@crowell.com
Jeffrey H. Howard jhoward@crowell.com
Lola Abbas Kingo lola.kingo@lw.com
M. Van Smith mvsmith@sbcglobal.net
Marisa C. Livesay livesay@whafh.com
Mark Carl Rifkin rifkin@whafh.com
Max Folkenflik max@fmlaw.net
Morgan Matthew Mack mmm@hoffmanandlazear.com
Rachele R. Rickert rickert@whafh.com
Randall Scott Newman rsn@randallnewman.net
Sadik Harry Huseny sadik.huseny@lw.com
Satyanand Satyanarayana satyanand.satyanarayana@lw.com
Shari Ross Lahlou slahlou@crowell.com
Stephen DeNittis sdenittis@shabeldenittis.com
Wm. Randolph Smith wrsmith@crowell.com
Zachary W. Biesanz biesanz@whafh.com

**Dated:  November 10, 2010**                    **Richard W. Wieking, Clerk**

                                                                     **By:      /s/ JW Chambers**
                                                                                **Elizabeth Garcia**
                                                                                **Courtroom Deputy**