1   Jason C. Murray, Esq. (State Bar No. 169806)
    CROWELL & MORING LLP
2   515 South Flower Street, 40th Floor
    Los Angeles, CA 90071
3   Telephone: (213) 443-5582
    Facsimile: (213) 622-2690
4   Email: jmurray@crowell.com

5
    Shari Ross Lahlou, Esq.
6   Kyler E. Smart, Esq.
    CROWELL & MORING LLP
7   1001 Pennsylvania Ave. N.W.
    Washington, D.C. 20004
8   Telephone: (202) 624-2500
    Facsimile: (202) 628-5116
9   Email: slahlou@crowell.com
            ksmart@crowell.com
10

11  Attorneys for Defendant
    AT&T Mobility LLC
12
    [additional counsel on signature page]
13

14              **UNITED STATES DISTRICT COURT**

15              **NORTHERN DISTRICT OF CALIFORNIA**

16                    **SAN JOSE DIVISION**

17                                        Master File No. C 07-05152 JW

18  IN RE APPLE & AT&TM ANTI-TRUST        **STIPULATED REQUEST FOR ORDER**
    LITIGATION.                           **CHANGING TIME ON DEFENDANTS'**
19                                        **REPLY IN SUPPORT OF MOTION TO**
                                          **COMPEL ARBITRATION AND**
20                                        **MOTION TO DECERTIFY CLASS**

21                                        Honorable James Ware

22

23

24

25

26

27

28

The undersigned counsel, on behalf of their respective clients, hereby respectfully request an extension of Defendants' deadline to reply in support of its Motions to Compel Arbitration and its Motion to Decertify Class in the above-captioned litigation.

WHEREAS the Defendants filed Motions to Compel Arbitration and Motions to Decertify the Class on August 1, 2011;

WHEREAS Plaintiffs filed an opposition to these motions on August 22, 2011;

WHEREAS Defendants' current deadline to reply in support of its motions is September 2, 2011;

WHEREAS the Court is scheduled to hear oral argument on these motions on October 3, 2011;

WHEREAS Plaintiffs do not oppose Defendants' having one week of additional time in which to file their reply in support of these motions, provided that it does not inconvenience the court's schedule, or result in moving the hearing date more than one week.

THEREFORE, Plaintiffs and Defendants, by their respective counsel, stipulate and agree as follows:

The time for Defendants to reply in support of its Motions to Compel Arbitration and its Motions to Decertify Class will be extended by one week to September 9, 2011.


DATED:  September 1, 2011          CROWELL & MORING LLP
                                   JASON C. MURRAY

                                      /s/ Jason C. Murray
                                   JASON C. MURRAY

                                   CROWELL AND MORING LLP
                                   515 South Flower Street, 40th Floor
                                   Los Angeles, CA 90071
                                   Telephone: (213) 443-5582
                                   Facsimile: (213) 622-2690
                                   Email: jmurray@crowell.com

                                   Attorneys for Defendant AT&T Mobility LLC

1    DATED:  September 1, 2011          LATHAM & WATKINS LLP
                                        DANIEL M. WALL
2                                       ALFRED C. PFEIFFER, JR.
                                        CHRISTOPHER S. YATES
3                                       SADIK HUSENY

4
                                            /s/ Christopher S. Yates
5                                       CHRISTOPHER S. YATES

6                                       505 Montgomery Street, Suite 1900
                                        San Francisco, CA 94111
7                                       Telephone:  415/391-0600
                                        al.pfeiffer@lw.com
8                                       dan.wall@lw.com
                                        chris.yates@lw.com
9
                                        Attorneys for Defendant APPLE INC.
10

11   Dated:  September 1, 2011          WOLF HALDENSTEIN ADLER
                                            FREEMAN & HERZ LLP
12                                      FRANCIS M. GREGOREK
                                        RACHELE R. RICKERT
13
                                            /s/ Mark C. Rifkin
14                                      MARK C. RIFKIN

15                                      750 B. Street, Suite 2770
                                        San Diego, California 92101
16                                      Telephone:  619/239-4599
                                        Facsimile:  619/234-4599
17                                      gregorek@whafh.com
                                        rickert@whafh.com
18
                                        WOLF HALDENSTEIN ADLER
19                                          FREEMAN & HERZ LLP
                                        MARK C. RIFKIN
20                                      ALEXANDER H. SCHMIDT
                                        MICHAEL LISKOW
21                                      ZACHARY W. BIESANZ
                                        270 Madison Avenue
22                                      New York, New York 10016
                                        Telephone:  212/545-4600
23                                      Facsimile:  212/545-4677
                                        rifkin@whafh.com
24                                      schmidt@whafh.com
                                        liskow@whafh.com
25                                      biesanz@whafh.com

26                                      Plaintiffs' Class Counsel
27

28                                          - 2 -

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 2 , 2011

_____
US District Chief Judge

- 3 -

**DECLARATION REGARDING CONCURRENCE**

I, Jason C. Murray, am the ECF User whose identification and password are being used to file this STIPULATED REQUEST FOR ORDER CHANGING TIME ON DEFENDANTS' REPLY.  In compliance with General Order 45.X.B, I hereby attest that Christopher Yates and Mark Rifkin have concurred in this filing.

DATED:  September 1, 2011                    CROWELL & MORING LLP

By:    /s/ Jason C. Murray
       Jason C. Murray

DCACTIVE-16027906.1

STIPULATED REQUEST FOR ORDER CHANGING TIME ON DEFENDANTS' REPLY
Master File No. C 07-05152 JW