LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
  Alfred C. Pfeiffer, Jr. (Bar No. 120965)
  Christopher S. Yates (Bar No. 161273)
  Sadik Huseny (Bar No. 224659)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email:   Dan.Wall@lw.com
Email:   Al.Pfeiffer@lw.com
Email:   Chris.Yates@lw.com
Email:   Sadik.Huseny@lw.com

Attorneys for Defendant
APPLE INC.

[Additional Counsel Appear on Signature Page]

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE APPLE & AT&TM ANTI-TRUST LITIGATION | CASE NO. C 07-5152 JW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR LEAVE TO SEEK RECONSIDERATION AND/OR TO CERTIFY FOR IMMEDIATE INTERLOCUTORY APPEAL** |

WHEREAS, on December 14, 2011 Plaintiffs filed a Motion for Leave to Seek Reconsideration and/or In Addition to Amend the Order to Certify for Immediate Interlocutory Appeal;

NOW, THEREFORE, in light of the impending holidays, Defendants have requested and Plaintiffs have agreed to stipulate, subject to the Court's approval, to continue the hearing date by one week and to extend the briefing schedule as follows:

1. Defendants shall file any Opposition Briefs by Tuesday, January 10, 2012;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION REGARDING HEARING AND BRIEFING
SCHEDULE FOR MOTION FOR RESONSIDERATION
CASE NUMBER: C 07-05152 JW

2. Plaintiffs shall file any Reply Brief by Monday January 23, 2012; and

3. The hearing on Plaintiffs' Motion shall be continued from January 30, 2012 at 9:00 a.m. to February 6, 2012 at 9:00 a.m.

**IT IS SO STIPULATED AND AGREED.**

Authority for and concurrence in the filing of this stipulated request has been obtained from each of the signatories, pursuant to General Order 45(X)(B)**.**

Dated:  December 22, 2011

LATHAM & WATKINS LLP
  DANIEL M. WALL
  ALFRED C. PFEIFFER, JR.
  CHRISTOPHER S. YATES
  SADIK HUSENY

  /s/ Sadik Huseny
  Sadik Huseny

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  415/391-0600
dan.wall@lw.com
al.pfeiffer@lw.com
chris.yates@lw.com
sadik.huseny@lw.com

Attorneys for Defendant APPLE INC.

Dated:  December 22, 2011

CROWELL & MORING LLP
  SHARI ROSS LAHLOU

  /s/ Shari Ross Lahlou

CROWELL AND MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Telephone: 202.624.2679
Facsimile: 202.628.5116
slahlou@crowell.com

Attorneys for Defendant AT&T Mobility LLC

///

| | | |
|---|---|---|
| 1 | Dated: December 22, 2011 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| 2 | | FRANCIS M. GREGOREK |
| | | RACHELE R. RICKERT |
| 3 | | |
| | | /s/ Rachele R. Rickert |
| 4 | | Rachele R. Rickert |
| 5 | | 750 B. Street, Suite 2770 |
| | | San Diego, California 92101 |
| 6 | | Telephone: 619/239-4599 |
| | | Facsimile: 619/234-4599 |
| 7 | | gregorek@whafh.com |
| | | rickert@whafh.com |
| 8 | | |
| | | WOLF HALDENSTEIN ADLER |
| 9 | | FREEMAN & HERZ LLP |
| | | MARK C. RIFKIN (*pro hac vice*) |
| 10 | | ALEXANDER H. SCHMIDT (*pro hac vice*) |
| | | MICHAEL LISKOW (243899) |
| 11 | | 270 Madison Avenue |
| | | New York, New York 10016 |
| 12 | | Telephone: 212/545-4600 |
| | | Facsimile: 212/545-4677 |
| 13 | | rifkin@whafh.com |
| | | schmidt@whafh.com |
| 14 | | liskow@whafh.com |
| 15 | | Plaintiffs' Interim Lead Counsel |

**IT IS SO ORDERED:**

/s/ James Ware

THE HONORABLE JAMES WARE
United States District Court Judge

SF\888098

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION REGARDING HEARING AND BRIEFING
SCHEDULE FOR MOTION FOR RESONSIDERATION
CASE NUMBER: C 07-05152 JW