FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

MARK C. RIFKIN (*pro hac vice*)
rifkin@whafh.com
ALEXANDER H. SCHMIDT (*pro hac vice*)
schmidt@whafh.com
MICHAEL LISKOW (243899)
liskow@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile:  212/545-4677

Plaintiffs' Class Counsel

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE APPLE & AT&TM ANTITRUST LITIGATION | Master File No. C 07-05152 JW <br><br> STIPULATION AND [~~PROPOSED~~] ORDER STRIKING NOTICE OF APPEARANCE OF THE TERRELL LAW GROUP <br><br> CRTRM:   9-19th Floor <br> JUDGE:   Hon. James Ware |

STIPULATION AND [PROPOSED] ORDER STRIKING NOTICE OF APPEARANCE OF THE TERRELL LAW GROUP - MASTER FILE NO. C 07-05152 JW

1  WHEREAS, on February 10, 2012, Reginald Terrell of The Terrell Law Group filed a
2  Notice of Appearance (the "Notice of Appearance") in this action stating that he is "co-counsel
3  herein for the Plaintiffs";
4  WHEREAS, Reginald Terrell of The Terrell Law Group does not represent any of the
5  named plaintiffs in this action but does represent plaintiffs in a related action, *Terrell v. Apple,*
6  *Inc.*, No. 12-CV-00259;
7  WHEREAS, Reginald Terrell has agreed to withdraw his Notice of Appearance in this
8  action;
9  THEREFORE, the parties stipulate that the Notice of Appearance is hereby withdrawn and
10 respectfully request the Court strike the Notice of Appearance.
11 **IT IS SO STIPULATED AND AGREED.**
12 Authority for and concurrence in the filing of this stipulated request has been obtained
13 from each of the signatories, pursuant to General Order 45.X.B.

14 DATED: April 12, 2012         WOLF HALDENSTEIN ADLER
                                  FREEMAN & HERZ LLP
15                                FRANCIS M. GREGOREK
                                  RACHELE R. RICKERT
16
17                                        /s/ Rachele R. Rickert
                                  RACHELE R. RICKERT
18                                750 B Street, Suite 2770
                                  San Diego, California 92101
19                                Telephone: 619/239-4599
                                  Facsimile:  619/234-4599
20                                gregorek@whafh.com
                                  rickert@whafh.com
21
22                                Plaintiffs' Class Counsel

STIPULATION AND [PROPOSED] ORDER STRIKING NOTICE OF APPEARANCE OF THE TERRELL LAW GROUP - MASTER FILE NO. C 07-05152 JW

- 1 -

- 2 -

| | | |
|---|---|---|
| 1 | DATED: April 12, 2012 | THE TERRELL LAW GROUP<br>REGINALD TERRELL |
| | | |
| | | _/s/ Reginald Terrell_<br>REGINALD TERRELL |
| | | |
| | | P.O. BOX 13315, PMB # 148<br>Oakland, CA 94661<br>Telephone: 510/237-9700<br>Facsimile:  510/237-4616<br>reggiet2@aol.com |
| | | |
| | | Counsel for Plaintiffs in *Terrell v. Apple, Inc.*<br>No. 12-CV-00259 |
| | DATED: April 12, 2012 | LATHAM & WATKINS LLP<br>DANIEL M. WALL<br>CHRISTOPHER S. YATES<br>SADIK HUSENY |
| | | |
| | | _/s/ Sadik Huseny_<br>SADIK HUSENY |
| | | |
| | | 505 Montgomery Street, Suite 1900<br>San Francisco, CA 94111<br>Telephone: 415/391-0600<br>dan.wall@lw.com<br>chris.yates@lw.com<br>sadik.huseny@lw.com |
| | | |
| | | Counsel for Defendant Apple Inc. |
| | DATED: April 12, 2012 | CROWELL AND MORING LLP<br>KYLER E. SMART<br>ANN L. RIVES<br>SHARI ROSS LAHLOU |
| | | |
| | | _/s/ Shari Ross Lahlou_<br>SHARI ROSS LAHLOU |
| | | |
| | | 1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595<br>Telephone: 202/624-2500<br>Facsimile:  202/628-5116<br>ksmart@crowell.com<br>arives@crowell.com<br>slahlou@crowell.com |
| | | |
| | | Counsel for Defendant AT&TM |

STIPULATION AND [PROPOSED] ORDER STRIKING NOTICE OF APPEARANCE OF THE TERRELL LAW GROUP - MASTER FILE NO. C 07-05152 JW

- 2 -

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4 | DATED: 4/24/12

THE HONORABLE JAMES WARE
CHIEF JUDGE
UNITED STATES DISTRICT COURT

*[Seal: United States District Court, Northern District of California]*
*[Stamp: IT IS SO ORDERED, signed Judge James Ware]*

STIPULATION AND [PROPOSED] ORDER STRIKING NOTICE OF APPEARANCE OF THE TERRELL LAW GROUP - MASTER FILE NO. C 07-05152 JW

- 3 -

## DECLARATION REGARDING CONCURRENCE

I, Rachele R. Rickert, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Striking Notice of Appearance of The Terrell Law Group. In compliance with General Order 45.X.B, I hereby attest that Reginald Terrell, Sadik Huseny and Shari Ross Lahlou have concurred in this filing.

DATED: April 12, 2012          WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

By:    /s/ Rachele R. Rickert
         RACHELE R. RICKERT

APPLE:18827.STIP

STIPULATION AND [PROPOSED] ORDER STRIKING NOTICE OF APPEARANCE OF THE TERRELL LAW GROUP - MASTER FILE NO. C 07-05152 JW